**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of Maryland
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Chasen Construction LLC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   __ __-__ __ __ __ __ __ __
   82-2767722
   EIN

5. **Debtor's address**

   **Principal place of business**

   12    W. Montgomery St.
   Number   Street

   Attn: Brandon Chasen

   Baltimore          MD    21230
   City              State  ZIP Code

   Baltimore City
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City       State   ZIP Code

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Chasen Construction LLC**          Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.chasencompanies.com/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❏ Partnership (excluding LLP)<br>❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. § 101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the types of business listed.<br>❏ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ❏ No<br>■ Yes. Debtor **CC 1400 Aliceanna Street LLC**   Relationship **Affiliate**<br>District **Maryland**   Date filed **03/13/2025** (MM/DD/YYYY)   Case number, if known **25-12153**<br><br>Debtor _____   Relationship _____<br>District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____ |

## Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No<br>❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

| Debtor | Chasen Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sandy Spring Bank | Guaranty of Business Loan | $ 28,922,378.51 |
| Ferguson Enterprises, LLC | Trade Debt | $ 70,658.89 |
| Southland Insulators of Maryland, Inc. | Trade Debt | $ 517,255.16 |
| | Total of petitioners' claims | $ 29,510,292.56 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Sandy Spring Bank
Name

6831   Benjamin Franklin Drive
Number   Street

Columbia            MD            21046
City                State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Groft, SVP
Name

6831   Benjamin Franklin Dr.
Number   Street

Columbia            MD            21046
City                State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 17 / 2025
              MM / DD / YYYY

✖ /s/ Michael Groft
Signature of petitioner or representative, including representative's title

### Attorneys

Jeffery T. Martin, Jr.
Printed name

Martin Law Group, P.C.
Firm name, if any

8065   Leesburg Pike, Suite 750
Number   Street

Vienna              VA            22182
City                State            ZIP Code

Contact phone   703-223-1822      Email  jeff@martinlawgroup.com

Bar number   18328

State   Maryland

✖ /s/Jeffery T. Martin, Jr.
Signature of attorney

Date signed   03 / 17 / 2025
              MM / DD / YYYY

Debtor _____  Case number (*if known*)_____
         Name

### Petitioner 1

**Name and mailing address of petitioner**

Southland Insulators of Maryland, Inc.
Name

7501   Resource Court
Number   Street

Baltimore          MD        21226
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Cheryl Young, Credit Manager
Name

7501   Resource Court
Number   Street

Baltimore          MD        21226
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03  18/2025
             MM / DD / YYYY

✘ /s/Cheryl Young

Signature of petitioner or representative, including representative's title

### Attorney 1

Shawn Charles Whittaker
Printed name

Whittaker / Myers, PC
Firm name, if any

1401   Rockville Pike, Suite 510
Number   Street

Rockville          MD        20852
City               State     ZIP Code

Contact phone  301-838-4502    Email  shawn@whittakermyers.com

Bar number     14958

State          MD

✘ /s/Shawn C. Whittaker

Signature of attorney

Date signed   03  18/2025
              MM / DD / YYYY

### Petitioner 2

**Name and mailing address of petitioner**

Ferguson Enterprises, LLC
Name

13890   Lowe St.
Number   Street

Chantilly          VA        20151
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Andreia Magarinhos, Senior Regional Credit Manager
Name

13890   Lowe St.
Number   Street

Chantilly          VA        20151
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03  18/2025
             MM / DD / YYYY

✘ /s/ Andreia Magarinhos

Signature of petitioner or representative, including representative's title

### Attorney 2

Jill D. Caravaggio
Printed name

Law Office of Jill D. Caravaggio
Firm name, if any

5100   Buckeystown Pike, Suite 250
Number   Street

Frederick          MD        21704
City               State     ZIP Code

Contact phone  301-363-3913    Email  jill@jill-lawoffice.net

Bar number     04693

State          MD

✘ /s/ Jill D. Caravaggio

Signature of attorney

Date signed   03  18/2025
              MM / DD / YYYY