Join FlightAware    Login                                                    04:32PM EDT    English (USA)



All ▼

 Search for flight, tail, airport, or city

Forgot the flight number?

**Sign Up**

Products        Industries        ADS-B        Flight Tracking        Community        Company

Classics get a modern makeover

Registration/Tail #

**N797M**

View Aircraft Registration

Live N797M flight tracker
View N797M flight history
View N797M photos

   

Want more information about this aircraft? You might be interested in our FBO ToolBox service. Click here.

# N797M Aircraft Registration

### Aircraft Summary

**Summary**
2007 ISRAEL AIRCRAFT INDUSTRIES GULFSTREAM 200

This website uses cookies and other tracking technologies to enhance user experience, to display personalized advertisements and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. You can exercise your rights to opt-out of sale of processing personal data for targeted advertising by clicking the link on the right. For more details see our Cookie Policy

Opt out of sale of personal data and Targeted Advertising

Reject All

Accept Cookies

3/19/25, 4:32 PM  N797M (2007 ISRAEL AIRCRAFT INDUSTRIES GULFSTREAM 200 owned by TVPX AIRCRAFT SOLUTIONS INC TRUSTEE) Air…

Case 25-12356 Doc 3-1 Filed 03/19/25 Page 2 of 3

**Weight**
12,500-19,999lbs

**Speed**
Not defined

**Mode S Code**
052551431 / AAD319

## Registration Details

**Status**
Assigned

**Certificate Issue Date**
2025-03-03

**Airworthiness Date**
2007-11-13

**Last Action Date**
2025-03-03

**Expiration**
2032-03-31

**Registry Source**
FAA

### Registration History

| Date | Owner | Location |
|---|---|---|
| 03-Mar-2025 | TVPX AIRCRAFT SOLUTIONS INC TRUSTEE | NORTH SALT LAKE UT |
| 28-Dec-2021 | CHASEN CONSTRUCTION LLC | BALTIMORE MD |
| 06-May-2019 | G200 LEASING LLC | FORT LAUDERDALE FL |
| 21-Mar-2008 | G200 LEASING LLC | CORAL GABLES FL |

This website uses cookies and other tracking technologies to enhance user experience, to display personalized advertisements and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. You can exercise your rights to opt-out of sale of processing personal data for targeted advertising by clicking the link on the right. For more details see our  Cookie Policy

and predictive flight insights to all segments of the aviation industry.

Rapid Reports

Custom Reports

FlightAware Aviator

Premium Subscriptions

FlightAware Global

FlightAware FBO Toolbox

FlightAware TV℠

GlobalBeacon

Newsroom

Blog

Webinars

GSA Contract # 47QTCA21D003F

**Support**

Contact Us

FAQs

    





🇺🇸 English (USA) ▼     © 2025 FlightAware     Terms of Use     Privacy

Opt out of sale of personal data and Targeted Advertising

This website uses cookies and other tracking technologies to enhance user experience, to display personalized advertisements and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. You can exercise your rights to opt-out of sale of processing personal data for targeted advertising by clicking the link on the right. For more details see our  Cookie Policy