**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| In Re: ) <br> ) <br> CHASEN CONSTRUCTION LLC ) <br> ) <br> Debtor. ) <br> _____ ) | Chapter 11 <br><br> Case No. 25-12356 |

**MOTION TO EXPEDITE HEARING ON AND SHORTEN TIME TO
OBJECT TO EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

COMES NOW Sandy Spring Bank ("Movant" or the "Bank"), by undersigned counsel, hereby files its Motion to Expedite Hearing on and Shorten Time to Object to its Emergency Motion to Appoint Chapter 11 Trustee for March 19, 2025 (the "Motions") and, in support thereof, state as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Motions and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**The Debtors' Chapter 11 Proceedings**

3. On March 19, 2025 (the "Petition Date"), the Bank, amongst other creditors, filed an involuntary chapter 11 petition for relief.

Jeffery T. Martin, Jr., Bar No. 18328
John E. Reid, Bar No. 16983
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
Counsel to Sandy Spring Bank

4. Debtor is a Maryland limited liability company with its principal place of business in Baltimore, Maryland, which was in the business of providing construction services as a general contractor.

5. On March 19, 2025, the Bank filed its Emergency Motion to Appoint Chapter 11 Trustee in order to preserve assets of the estate, namely a 2007 Israel Aircraft Industries Gulfstream 200 jet (the "Jet") with a current value in excess of $5MM.

## Relief Requested

6. The Bank requests that the Court hold a hearing on its *Emergency Motion to Appoint Chapter 11 Trustee* (the "Emergency Motion") filed contemporaneously, as soon as is practicable, and that the Court order that all objections be filed by 4:00 p.m. on the day before the expedited hearing.

## The Need for Shortened Time

7. Rule 9006(c)(1) of the Bankruptcy Rules and Local Rule 9013-6 allow the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

8. Cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules because the Debtor has attempted to alienate its assets, specifically the Jet as cited in the Emergency Motion. For the grounds cited in the Emergency Motion, the appointment of a Chapter 11 trustee is pivotal for the protection of the estate's assets and is in the best interest of its creditors.

WHEREFORE, Sandy Spring Bank, requests that the Court grant this Motion to Expedite, hold a hearing on the Motion as soon as is practical; that the Court order that all objections be filed by 4:00 p.m. on the day before the expedited hearing; and that the Court grant such other relief as it deems appropriate and proper.

Respectfully Submitted,

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. 18328
John E. Reid, Bar No. 16983
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
*Counsel to Sandy Spring Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2025, a true copy of the foregoing pleading was sent by email to the following:

gerard.r.vetter@usdoj.gov Office of the United States Trustee

shawn@whittakermyers.com Shawn Whittaker

jill@jill-lawoffice.net  Jill Caravaggio

paul@chasencompanies.com Paul Davis

brandon@chasencompanies.com Brandon Chasen

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.
