## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND
### Baltimore Division

In Re:                             )

                                    )      Chapter 11

     CHASEN CONSTRUCTION LLC        )

                                    )      Case No. 25-12356

                   Debtor.         )

_____ )

### NOTICE OF (I) EMERGENCY MOTION TO
### APPOINT CHAPTER 11 TRUSTEE; AND (II) MOTION TO
### EXPEDITE HEARING ON AND SHORTEN TIME TO OBJECT
### TO EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that Sandy Spring Bank has filed papers with this Court asking the Court; (i) to Appoint a Chapter 11 Trustee; and (ii) to set an expedited hearing on Sandy Spring Bank's Emergency Motion to Appoint Chapter 11 Trustee, and to shorten the time to object to the Emergency Motion.  The motions are on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or copies may be obtained by making a written request upon the undersigned counsel to Sandy Spring Bank.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion or if you want the court to consider your views on the motion, then on or before April 9, 2025, you or your attorney must:

<u>X</u>     File with the court a written response explaining your position at:

U.S. Bankruptcy Court for the District of Maryland
101 W Lombard St, Baltimore, MD 21201

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Jeffery T. Martin, Jr., Esq.
John E. Reid, Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Counsel to Sandy Spring Bank*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

Date: <u>March 19, 2025</u>                         Respectfully Submitted,

<u>/s/ Jeffery T. Martin, Jr.</u>
Jeffery T. Martin, Jr., Bar No. 18328
John E. Reid, Bar No. 16983
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
*Counsel to Sandy Spring Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of March 2025, a true copy of the foregoing pleading was sent by email to the following:

gerard.r.vetter@usdoj.gov Office of the United States Trustee

shawn@whittakermyers.com Shawn Whittaker

jill@jill-lawoffice.net  Jill Caravaggio

paul@chasencompanies.com Paul Davis

brandon@chasencompanies.com Brandon Chasen

<u>/s/ Jeffery T. Martin, Jr.</u>
Jeffery T. Martin, Jr.