Entered: March 20th, 2025
Signed: March 20th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re:<br><br>CHASEN CONSTRUCTION LLC,<br><br>Alleged Debtor. | CASE NO. 25-12356-NVA<br><br>CHAPTER 11 |

### ORDER SETTING HEARING AND SHORTENING TIME TO RESPOND

Before the Court are two motions filed by Sandy Spring Bank, a petitioning creditor in this involuntary chapter 11 case: (1) *Emergency Motion to Appoint Chapter 11 Trustee* (the "Motion to Appoint"), and (2) *Motion to Expedite Hearing on and Shorten Time to Object to its Emergency Motion to Appoint Chapter 11 Trustee* (the "Motion to Expedite"). [ECF Nos. 3, 4].

Having reviewed the allegations in the Motion to Appoint and the Motion to Expedite, and finding good cause to set an expedited hearing on the Motion to Appoint and to shorten the deadline for any responses thereto, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that an in-person hearing will be held on the Motion to Appoint on **March 24, 2025 at 11:00 a.m. in Courtroom 2A, United States Courthouse, 101 W Lombard Street, Baltimore, MD 21201**; and it is further,

ORDERED, that responses to the Motion to Appoint, if any, shall be filed on or before **4:00 p.m. on March 21, 2025**; and it is further,

ORDERED, that Sandy Spring Bank shall serve a copy of this order on the Alleged Debtor, other petitioning creditors, the United States Trustee, and any other parties in interest by email, facsimile, or hand delivery on **March 20, 2025** and shall promptly file a certificate reflecting such service.

cc: Alleged Debtor – Chasen Construction LLC
Counsel for Sandy Spring Bank – Jeffery T. Martin
Counsel for Southland Insulators of Maryland, Inc. – Shawn Whittaker
Counsel for Ferguson Enterprises, LLC – Jill D. Caravaggio
United States Trustee

**END OF ORDER**