**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| CHASEN CONSTRUCTION LLC ) | |
| ) | Case No. 25-12356 |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF SERVICE FOR PETITION AND SUMMONS

I HEREBY CERTIFY that I caused a true and correct copy of the Petition (Docket No.1), and Summons to Debtor in Involuntary Case (Docket No. 7) to be sent on March 20, 2025, by first-class mail, postage prepaid to:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

**SANDY SPRING BANK
By counsel**

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. 18328
John E. Reid, Bar No. 16983
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
*Counsel to Sandy Spring Bank*