Entered: March 26th, 2025
Signed: March 26th, 2025

**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re: | |
| CHASEN CONSTRUCTION LLC, | CASE NO. 25-12356-NVA |
| Alleged Debtor. | CHAPTER 11 |

### ORDER GRANTING EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE AND DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

This matter is before the Court on petitioning creditor Sandy Spring Bank's *Emergency Motion to Appoint Chapter 11 Trustee* (the "Motion"). [ECF No. 3]. On March 24, 2025, the Court held a hearing on the Motion, which was not opposed. For the reasons stated on the record at the oral ruling delivered by the Court on March 25, 2025, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted as set forth herein; and it is further,

ORDERED, that a Chapter 11 Trustee shall be appointed for Chasen Construction LLC, the Alleged Debtor in this case, pursuant to 11 U.S.C. § 1104(a), and that the United States Trustee shall appoint said Chapter 11 Trustee, who shall exercise all the powers and duties of a trustee as allowed by 11 U.S.C. § 1106(a).

cc: Alleged Debtor – Chasen Construction LLC
Counsel for Sandy Spring Bank – Jeffery T. Martin
Counsel for Southland Insulators of Maryland, Inc. – Shawn Whittaker
Counsel for Ferguson Enterprises, LLC – Jill D. Caravaggio
United States Trustee

**END OF ORDER**