IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore District)

| | | |
|---|---|---|
| IN RE: | * | |
|   CHASEN CONSTRUCTION, LLC | | Bankruptcy No. 25-12356-NVA |
|   Alleged Debtor | * | (Chapter 11) |

                                          *    *    *

### ENTRY OF APPEARANCE

Clerk:

      Kindly enter the appearance of the undersigned as the Trustee proposed to be appointed by the Office of the United States Trustee.

                                        SCHLOSSBERG | MASTRO

                                        By: */s/ Roger Schlossberg*
                                               Roger Schlossberg
                                               P.O. Box 2067
                                               Hagerstown, MD 21742
                                               Telephone (301) 739-8610
                                               rschlossberg@schlosslaw.com

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 27th day of March, 2025**,** a copy of the foregoing *Entry of Appearance* was sent to all of the parties listed on the attached *CM-ECF Mailing Information*:

      (a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon;

      (b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice List* as follows:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

Further, an additional copy was sent via first-class mail, postage prepaid, to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                */s/ Roger Schlossberg*
                Roger Schlossberg