United States Bankruptcy Court
District of Maryland

In re:                                                                                                                      Case No. 25-12356-NVA

Chasen Construction LLC                                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| ptcrd | + | Ferguson Enterprises, Inc., 13890 Lowe St., Chantilly, VA 20151-3277 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| 32806018 | + | Gerard R Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffery Thomas Martin | jeff@martinlawgroup.com<br>Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |
| Shawn C. Whittaker | shawn@whittaker-law.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 25, 2025 | Form ID: pdfall | Total Noticed: 5

US Trustee - Baltimore
        USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| In re: | |
| CHASEN CONSTRUCTION LLC, | CASE NO. 25-12356-NVA |
| Alleged Debtor. | CHAPTER 11 |

### NOTICE OF ORAL RULING

PLEASE TAKE NOTICE that an Oral Ruling on the *Emergency Motion to Appoint Chapter 11 Trustee* [ECF No. 3] filed by Sandy Spring Bank will be delivered on **March 25, 2025 at 3:00 p.m.** via Zoom. For access information, please contact Judge Alquist's Courtroom Deputy at hearings_nva@mdb.uscourts.gov.

**END OF NOTICE**