**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| CHASEN CONSTRUCTION LLC ) | |
| ) | Case No. 25-12356 |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John E. Reid ("Counsel") hereby appears in the above-captioned bankruptcy case as counsel for the Sandy Spring Bank, a creditor in this case, and such Counsel hereby enters his appearance, and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon:

> John E. Reid
> Martin Law Group, P.C.
> 8065 Leesburg Pike, Suite 750
> Vienna, VA 22182
> jack@martinlawgroup.com

Date:   April 3, 2025          **SANDY SPRING BANK**
                               **By Counsel**

                               /s/ John E. Reid
                               John E. Reid, Bar No. 0306180218
                               Martin Law Group, P.C.
                               8065 Leesburg Pike
                               Suite 750
                               Vienna, VA 22182
                               703-834-5550
                               jack@martinlawgroup.com
                               Counsel to Sandy Spring Bank

**CERTIFICATION OF SERVICE**

I certify that on this 3rd day of April 2025, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all parties requesting notice.

/s/ John E. Reid
John E. Reid