# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | § Case No. 25-12356 |
| | § Chapter 11 |
| CHASEN CONSTRUCTION, LLC | § |
| | § |
| Debtor. | § |
| | § |
| | § |
| SOUTHLAND INSULATORS OF MARYLAND, INC. | § |
| D/B/A DEVERE INSULATION COMPANY | § |
| | § |
| Creditor. | § |
| | § |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF SOUTHLAND INSULATORS OF MARYLAND, INC. D/B/A DEVERE INSULATION COMPANY AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Shawn C. Whittaker hereby enters his appearance on behalf of Southland Insulators of Maryland, Inc. d/b/a Devere Insulation Company in the above-captioned case, and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 (b), hereby requests that all notices given or required to be given and all papers served or required to be served, be served upon the following:

> Shawn C. Whittaker, Esq., # 14958
> Whittaker|Myers, P.C.
> 1401 Rockville Pike, Ste. 510
> Rockville, MD 20852
> (301) 838-4502 – Telephone
> (301) 838-4505 – Fax
> shawn@whittakermyers.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing requests includes, without limitations, all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests, complaints or demands, whether formal or informal, and whether transmitted or conveyed by mail, courier service, electronic service, delivery service, telephone facsimile, or otherwise.

/s/ Shawn C. Whittaker
Shawn C. Whittaker, Esq., #14958
Whittaker|Myers, P.C.
1401 Rockville Pike, Ste. 510
Rockville, Maryland 20851
(301) 838-4502 – Telephone
(301) 838-4505 – Fax
shawn@whittakermyers.com

*Counsel for Creditor Southland Insulators of Maryland, Inc. d/b/a Devere Insulation Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2025, a copy of the foregoing Notice of Appearance was served via CM/ECF, on all parties entitled to receive notice through CM/ECF, and via first-class mail, postage pre-paid, on Debtor Chasen Construction, LLC, c/o: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230.

/s/Shawn C. Whittaker
Shawn C. Whittaker, Esq.