United States Bankruptcy Court
District of Maryland

In re:                                                      Case No. 25-12356-NVA

Chasen Construction LLC                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1            User: admin           Page 1 of 2

Date Rcvd: Apr 09, 2025       Form ID: pdfall        Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| ptcrd | + | Ferguson Enterprises, Inc., 13890 Lowe St., Chantilly, VA 20151-3277 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| cr | + | United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: trustee@schlosslaw.com | Apr 09 2025 19:47:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 09 2025 19:47:00 | Office of the US Trustee, 101 W Lombard St, Ste 2650, Baltimore MD 21201-2623 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |

District/off: 0416-1          User: admin          Page 2 of 2

Date Rcvd: Apr 09, 2025          Form ID: pdfall          Total Noticed: 7

Gerard R. Vetter

gerard.r.vetter@usdoj.gov

Jeffery Thomas Martin

jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio

jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid

jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Roger Schlossberg

bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C. Whittaker

shawn@whittaker-law.com

Tracey Michelle Ohm

tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−12356 − NVA**   Chapter: **11**

**Chasen Construction LLC**
Debtor

# NOTICE OF MISSING DOCUMENT

DOCUMENT:

**1 − Chapter 11 Involuntary Petition Non−Individual. Fee Amount $1738 Re: Chasen Construction LLC Filed by Petitioning Creditor(s): Re: Sandy Spring Bank (attorney Jeffery Thomas Martin Jr), Southland Insulators of Maryland, Inc. (attorney Shawn C. Whittaker), Ferguson Enterprises, Inc. (attorney Jill D. Caravaggio). (Martin, Jeffery)**

PROBLEM:

**The Corporate Ownership Statement for Southland Insulators of Maryland, Inc. has not been filed, as required by Federal Bankruptcy Rules 1010 and 7007.1.**

CURE:

**Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 4/18/25.**

CONSEQUENCE:

**If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:   **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 4/9/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc:   Debtor
      Attorney for Debtor − PRO SE
      U.S. Trustee

Form ntccrpst (rev. 04/2022)