IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In Re: <br><br> CHASEN CONSTRUCTION LLC <br><br> Debtor. | Case No. 25-12356 <br><br> Chapter 11 |

## LINE

TO THE CLERK:

Due to an error when the bankruptcy case was opened, the name of Petitioning Creditor Ferguson Enterprises, Inc. should be changed to "**Ferguson Enterprises, LLC**".

                                                             LAW OFFICE OF JILL D. CARAVAGGIO

                                                         */s/ Jill D. Caravaggio*
Jill D. Caravaggio
Bar No. 04693
Westview Village Professional Park
5100 Buckeystown Pike
Suite 250
Frederick, MD 21704
301-363-3913 office
301-363-3960 facsimile
jill@jill-lawoffice.net email
*Counsel for Petitioning Creditor*
*Ferguson Enterprises, LLC*

## CERTIFICATION OF SERVICE

      I certify that on this 17th day of April, 2025, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all parties requesting notice.

                                                       */s/ Jill D. Caravaggio*
                                                        Jill D. Caravaggio

LITIGATE/LINES.USM/Name Change.Ferguson.Chasen.docx