# United States Bankruptcy Court
## District of Maryland, Greenbelt Division

| | | | |
|---|---|---|---|
| In re   Chasen Construction LLC | | Case No. | 25-12356 |
| | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Southland Insulators of Maryland, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 18, 2025                           /s/ Shawn C. Whittaker, Esq.
Date                                     Shawn C. Whittaker, Esq 14958
                                         Signature of Attorney or Litigant
                                         Counsel for   Southland Insulators of Maryland, Inc.
                                         Whittaker}Myers, PC
                                         1401 Rockville Pike, Suite 510
                                         Rockville, MD 20852
                                         301-838-4502 Office
                                         301-838-4505 Facsimile:
                                         shawn@whittakermyers.com