IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CHASEN CONSTRUCTION, LLC | * | Bankruptcy No. 25-12356-NVA |
|     Alleged Debtor | | (Chapter 11) |
| | * | |

\*   \*   \*

**ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE**

TO THE HONORABLE NANCY V. ALQUIST, BANKRUPTCY JUDGE:

COMES NOW the undersigned Roger Schlossberg, and pursuant to Bankruptcy Rule 2008(b)(2), hereby provides notice of acceptance of his appointment by Matthew W. Chaney, Acting United States Trustee for Region 4, to serve as Chapter 11 Trustee herein as approved by this Court's *Order Approving Appointment of Trustee* (Dkt. No. 26) entered herein on March 27, 2025, effective as of that date.

                                              Respectfully submitted,

                                              SCHLOSSBERG | MASTRO

                                      BY:    */s/ Roger Schlossberg*
                                                       Roger Schlossberg
                                                       18421 Henson Boulevard, Suite 201
                                                       P.O. Box 2067
                                                       Hagerstown, MD 21742-2067
                                                       Chapter 11 Trustee

C:\Users\jkemmerer\Dropbox\Roger\Trustee\Chasen Construction\Trustee Appointment\chasen.acceptance of trustee appointment.rs.042125.docx

Page 1 of 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2025, a copy of the foregoing *Acceptance of Appointment as Chapter 11 Trustee* together with all: (i) attachments or exhibits referenced therein or attached thereto; and (ii) a proposed form of Order (collectively, the "*Service Set*") was sent to all of the parties listed on the attached *CM-ECF Mailing Information*:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon;

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice List* as follows:

> Chasen Construction, LLC
> Brandon Chasen, Resident Agent
> 12 West Montgomery Street
> Baltimore, MD 21230

(c) Further, additional copies of the *Service Set* were sent via first-class mail, postage prepaid, to:

> Chasen Construction, LLC
> Brandon Chasen, Resident Agent
> 12 West Montgomery Street
> Baltimore, MD 21230
>
> Adam M. Freiman, Esquire
> 115 McHenry Avenue
> Suite B4
> Pikesville, MD 21208
>
> and
>
> Gerard R. Vetter, Esquire
> Assistant United States Trustee
> Office of the U.S. Trustee
> 101 West Lombard Street
> Suite 2625
> Baltimore, MD 21201

                                                      */s/ Roger Schlossberg*
                                                       Roger Schlossberg

C:\Users\jkemmerer\Dropbox\Roger\Trustee\Chasen Construction\Trustee Appointment\chasen.acceptance of trustee appointment.rs.042125.docx

Page 2 of 2