Entered: April 24th, 2025
Signed: April 24th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **25–12356 – NVA**   Chapter: **11**

**Chasen Construction LLC**
Alleged Debtor

## ORDER ENTERING RELIEF UNDER CHAPTER 11
## ON INVOLUNTARY PETITION AND
## DIRECTING COMPLIANCE WITH FILING REQUIREMENTS

Upon consideration of the involuntary petition for relief under Chapter 11 of the Bankruptcy Code filed on 3/19/25, against the above−named Debtor, and it appearing that entry of an order for relief is proper at this time, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the relief requested under Chapter 11 of the Bankruptcy Code against the above Debtor is granted; and it is further

ORDERED, that the Debtor, or the trustee appointed by the Court, shall file a Chapter 11 Statement of Financial Affairs, Schedules A through J, and a typewritten mailing matrix with the names and addresses of all creditors and other parties in interest within fourteen (14) days after the date of entry of this Order; and it is further

ORDERED, that within seven (7) days after the date of entry of this Order, the Debtor, or the trustee appointed by the Court, shall file a list containing the name, address and claim of each of the creditors that hold the 20 largest unsecured claims, excluding insiders.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Chapter 11 Trustee – Roger Schlossberg
      Petitioners – Sandy Spring Bank, Southland Insulators of Maryland, Inc., Ferguson Enterprises, Inc.
      Petitioners' Counsel – Jeffrey Thomas Martin, Jr., Shawn C. Whittaker, Jill D. Caravaggio
      U.S. Trustee

### End of Order

26x03 (rev. 12/01/2009)