United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12356-NVA |
| Chasen Construction LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdfall | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| ptcrd | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| cr | + | United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760 |
| 32806018 | + | Gerard R Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffery Thomas Martin | jeff@martinlawgroup.com<br>Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdfall | Total Noticed: 6 |

John E Reid
    jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Richard Marc Goldberg
    rmg@shapirosher.com  ejd@shapirosher.com

Roger Schlossberg
    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C. Whittaker
    shawn@whittaker-law.com

Tracey Michelle Ohm
    tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 10

Entered: April 24th, 2025
Signed: April 24th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−12356 − NVA**   Chapter: **11**

**Chasen Construction LLC**
Alleged Debtor

## ORDER ENTERING RELIEF UNDER CHAPTER 11
## ON INVOLUNTARY PETITION AND
## DIRECTING COMPLIANCE WITH FILING REQUIREMENTS

Upon consideration of the involuntary petition for relief under Chapter 11 of the Bankruptcy Code filed on 3/19/25, against the above−named Debtor, and it appearing that entry of an order for relief is proper at this time, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the relief requested under Chapter 11 of the Bankruptcy Code against the above Debtor is granted; and it is further

ORDERED, that the Debtor, or the trustee appointed by the Court, shall file a Chapter 11 Statement of Financial Affairs, Schedules A through J, and a typewritten mailing matrix with the names and addresses of all creditors and other parties in interest within fourteen (14) days after the date of entry of this Order; and it is further

ORDERED, that within seven (7) days after the date of entry of this Order, the Debtor, or the trustee appointed by the Court, shall file a list containing the name, address and claim of each of the creditors that hold the 20 largest unsecured claims, excluding insiders.

cc:   Debtor
      Attorney for Debtor − PRO SE
      Chapter 11 Trustee − Roger Schlossberg
      Petitioners − Sandy Spring Bank, Southland Insulators of Maryland, Inc., Ferguson Enterprises, Inc.
      Petitioners' Counsel − Jeffrey Thomas Martin, Jr., Shawn C. Whittaker, Jill D. Caravaggio
      U.S. Trustee

**End of Order**

26x03 (rev. 12/01/2009)