United States Bankruptcy Court
District of Maryland

In re:  
Chasen Construction LLC  
    Debtor

Case No. 25-12356-NVA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2  
Date Rcvd: Apr 25, 2025     Form ID: 309F1     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Darrell William Clark, Stinson LLP, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006-4760 |
| aty | + | Jeffery Thomas Martin, Jr, Martin Law Group, P.C., 8065 Leesburg Pike, Ste 750, Vienna, VA 22182-2702 |
| aty | + | Jill D. Caravaggio, Law Office of Jill D. Caravaggio, Westview Village Professional Park, 5100 Buckeystown Pike, Suite 250 Frederick, MD 21704-8344 |
| aty | + | John E Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| aty | + | Richard Marc Goldberg, Shapiro Sher Guinot & Sandler, 250 W. Pratt Street, Suite 2000, Baltimore, MD 21201-6814 |
| aty | + | Shawn C. Whittaker, Law Office of Shawn C. Whittaker, PC t/a, 1401 Rockville Pike, Ste 510, Rockville, MD 20852-1573 |
| aty | + | Tracey Michelle Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington, DC 20006-4760 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| ptcrd | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| cr | + | United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760 |
| 32810898 | + | Ferguson Enterprises, LLC, c/o Law Office of Jill D. Caravaggio, Westview Village Professional Park, 5100 Buckeystown Pike, Ste 250, Frederick, MD 21704-8344 |
| 32806018 | + | Gerard R Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |
| 32814850 | + | Sandy Spring Bank, Division of Atlantic Union Bank, Jeffery T. Martin, Jr., 8065 Leesburg Pike, Ste 750, Vienna VA 22182-2702 |
| 32819434 | + | Sandy Spring Bank, A Division of Atlantic Union Ba, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| 32816602 | + | Southland Insulators of Maryland, Inc, d/b/a Devere Insulation Company, Shawn C. Whittaker, Esq., 1401 Rockville Pike, Ste 510, Rockville MD 20852-1573 |
| 32819445 | + | Southland Insulators of Maryland, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 32817651 | + | Sunbelt Rentals, Inc., 1275 W. Mound St., Columbus, OH 43223-2213 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32808713 | | EDI: BANKAMER | Apr 25 2025 23:09:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 32810421 | + | EDI: BRSCHLOSSBERG | Apr 25 2025 23:09:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| 32817651 | ^ | MEBN | Apr 25 2025 19:10:23 | Sunbelt Rentals, Inc., 1275 W. Mound St., Columbus, OH 43223-2213 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | * | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| aty | * | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| aty | *+ | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| tr | * | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 25, 2025 | Form ID: 309F1 | Total Noticed: 21 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jeffery Thomas Martin | jeff@martinlawgroup.com<br>Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Richard Marc Goldberg | rmg@shapirosher.com  ejd@shapirosher.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Shawn C. Whittaker | shawn@whittaker-law.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Chasen Construction LLC** <br> Name | | EIN **82–2767722** |
| United States Bankruptcy Court **District of Maryland** <br> Case number: **25–12356 NVA**   Chapter: **11** | | | Date case filed for chapter **11**   **3/19/25** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Chasen Construction LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | Attn: Brandon Chasen <br> 12 W. Montgomery St. <br> Baltimore, MD 21230 | |
| 4. **Debtor's attorney** <br> Name and address | PRO SE | |
| 5. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division <br> 101 West Lombard Street, Ste. 8530 <br> Baltimore, MD 21201 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone  (410) 962–2688 <br><br> Date: 4/25/25 |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)   **Notice of Chapter 11 Bankruptcy Case**   page 1

Debtor **Chasen Construction LLC**                                                                                 Case number **25–12356**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 2, 2025 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephonic Meeting, Call 1–866–626–4103, Passcode 2560365#** **For additional meeting information go to https://go.usa.gov/xeHZq.** |
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:** For all creditors (except a governmental unit): **9/2/25** For a governmental unit: **10/21/25** A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| **8.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |