IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CHASEN CONSTRUCTION, LLC | | Bankruptcy No:  25-12356-NVA |
| Debtor | * | (Chapter 11) |

          \*    \*    \*

**CHAPTER 11 TRUSTEE'S JOINDER TO *THE UNITED STATES TRUSTEE'S MOTION TO COMPEL FILING OF SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS***

TO THE HONORABLE NANCY V. ALQUIST, UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW Roger Schlossberg, Chapter 11 Trustee (the "Trustee), by and through his undersigned counsel, and by way of his *Joinder* to *The United States Trustee's Motion to Compel Filing of Schedules, Statements, and Other Documents* (the "*Motion to Compel*"; Dkt. No. 55), hereby respectfully represents as follows:

      1.  The undersigned Trustee hereby joins in all representations made by the United States Trustee in the *Motion to Compel* and in those prayers for relief therein contained.

      WHEREFORE, the undersigned Trustee respectfully prays that this Honorable Court:

      1.  GRANT the *Motion to Compel*.

      2.  COMPEL the Debtor to file, within ten (10) days after the entry of any Order granting the relief sought herein: a Chapter 11 *Statement of Financial Affairs*; *Schedules A-J*; a typewritten mailing matrix with the names and addresses of all creditors and other parties-in-interest; a list containing the name, address and claim of each of the creditors that hold the twenty (20) largest unsecured claims, excluding insiders; and a list of the Debtor's equity interest holders by class which shows the number and type of interests registered in each holder's name, along with the holder's last known address or place of business.

C:\Users\jkemmerer\Dropbox\Roger\Trustee\Chasen Construction\Schedules, Statements, Etc_\chasen.joinder to motion to compel.rs.052825.docx

Page 1 of 3

3. ORDER such other and further relief as the nature of this cause and the interests of justice may require.

                    Respectfully submitted,

                    SCHLOSSBERG | MASTRO

BY:   */s/ Roger Schlossberg*
           Roger Schlossberg
           18421 Henson Boulevard, Suite 201
           P.O. Box 2067
           Hagerstown, MD 21742-2067
           Counsel for Trustee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2025, a copy of the foregoing *Trustee's Joinder in The United States Trustee's Motion to Compel Filing of Schedules, Statements, and Other Documents* together with all: (i) attachments or exhibits referenced therein or attached thereto; and (ii) a proposed form of Order (collectively, the "*Service Set*") was sent to all of the parties listed on the attached *CM-ECF Mailing Information*:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon;

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice List* as follows:

    Chasen Construction, LLC
    Brandon Chasen, Resident Agent
    12 West Montgomery Street
    Baltimore, MD 21230

(c) Further, additional copies of the *Service Set* were sent via first-class mail, postage prepaid, to:

    Chasen Construction, LLC
    Brandon Chasen, Resident Agent
    12 West Montgomery Street
    Baltimore, MD 21230

C:\Users\jkemmerer\Dropbox\Roger\Trustee\Chasen Construction\Schedules, Statements, Etc_\chasen.joinder to motion to compel.rs.052825.docx

Page 2 of 3

Adam M. Freiman, Esquire
115 McHenry Avenue
Suite B4
Pikesville, MD 21208

    and

Gerard R. Vetter, Esquire
Assistant United States Trustee
Office of the U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

                                                */s/ Roger Schlossberg*
                                                 Roger Schlossberg

C:\Users\jkemmerer\Dropbox\Roger\Trustee\Chasen Construction\Schedules, Statements, Etc_\chasen.joinder to motion to compel.rs.052825.docx

Page 3 of 3