**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **CHASEN CONSTRUCTION LLC** | : | Case No. 25-12356 |
| | : | |
| **Debtor** | : | Chapter 11 |

### REQUEST FOR ALL NOTICES

Brian E. Barkley, Esquire hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be served upon him at the following address: Barkley & Kennedy, Chartered, 51 Monroe Street, Suite 1407, Rockville, Maryland 20850 and/or by electronic mail at bbarkley@barkenlaw.com.

Respectfully submitted,

**BARKLEY & KENNEDY, CHARTERED**

By:   /s/Brian E. Barkley
Brian E. Barkley
Federal Bar No.   03067
51 Monroe Street, Suite 1407
Rockville, Maryland 20850
(301)251-6600; (301)762-2606 (fax)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 30th day of May, 2025, I review the Court's CM/ECF system and it reports that an electronic copy of the Request for all Notices will be served electronically by Court's CM/ECF system on the following:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery Street
Baltimore, MD21230

I HEREBY CERTIFY that according to the Court's ECF records, electronic notice of this Request should be provided to the following persons:

Jill D. Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
Jeffery Thomas Martin jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com
Diana@martinlawgroup.com
Roger Schlossberg bkcreditor@schlosslaw.com
 jkemmerer@schlosslaw.com
 Roger Schlossberg trustee@schlosslaw.com
 MD20@ecfcbis.com
 US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
 Gerard R. Vetter gerard.r.vetter@usdoj.gov
 Shawn C. Whittaker shawn@whittaker-law.com

                                                   /s/Brian E. Barkley
                                                   Brian E. Barkley