IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CHASEN CONSTRUCTION, LLC**<br><br>Debtor. | Case No. 25-12356-NVA<br><br>(Chapter 11) |

### LINE WITHDRAWING MOTION TO COMPEL FILING OF SCHEDULES, STATEMENTS AND OTHER DOCUMENTS

Matthew W. Cheney, Acting United States Trustee for Region Four (the "United States Trustee"), hereby withdraws his Motion to Compel Filing of Schedules, Statements and Other Documents, filed in this case as Document 55 on May 27, 2025.

Respectfully submitted,

Date: June 3, 2025

Matthew W. Cheney
Acting United States Trustee for Region 4

By: */s/ Gerard R. Vetter*
Gerard R. Vetter (Fed. Bar No. 08521)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
E-mail: gerard.r.vetter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of June, 2025, a copy of the foregoing Line was mailed first-class, postage prepaid to:

Chasen Construction LLC
c/o Brandon M. Chasen, Sr., Resident Agent
12 West Montgomery Street
Baltimore, MD 21230

Adam M. Freiman, Esquire
115 McHenry Avenue, Suite B4
Pikesville, MD 21208

Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231

Brandon M. Chasen, Sr.
300 International Drive, Unit 2601
Baltimore, MD 21202

Brandon M. Chasen, Sr.
18555 Collins Avenue, Apt. 5105
Sunny Isles Beach, FL 33160


I HEREBY FURTHER CERTIFY that, on this same date, according to the Court's ECF records, electronic notice of this Line has been provided to the following persons:

- Brian D. Barkley bbarkley@barkenlaw.com
- Jill D. Caravaggio  jill@jill-lawoffice.net , paralegal@jill-lawoffice.net
- Aaron L. Casagrande  aaron.casagrande@icemiller.com
- Darrell William Clark  darrell.clark@stinson.com, catherine.scott@stinson.com
- David V. Fontana  dfont@gebsmith.com
- Richard Marc Goldberg   rmg@shapirosher.com, ejd@shapirosher.com
- Kyle Steven Kushner kyle@lawrencelawllc.com
- Jeffery Thomas Martin   jeff@martinlawgroup.com , Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroup.com; Diana@martinlawgroup.com
- Tracey Michelle Ohm   tracey.ohm@stinson.com, porsche.barnes@stinson.com

- 3 -

- John E Reid    jack@martinlawgroup.com , brittany@martinlawgroup.com ; Diana@martinlawgroup.com
- Roger Schlossberg    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg    trustee@schlosslaw.com, MD20@ecfcbis.com
- Shawn C. Whittaker    shawn@whittaker-law.com

        /s/ Gerard R. Vetter
    Gerard R. Vetter