## United States Bankruptcy Court
### District of Maryland

In re   **Chasen Construction LLC** _____   Case No.   **25-12356** _____

_____ Debtor   Chapter   **11** _____

## <u>DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS</u>

     The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101–1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's managing member and are unaudited. While the managing member has made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to him at the time of preparation, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals.

Date:   June 23, 2025 _____   By:   /s/ Brandon M. Chasen, Sr. _____

                                              Brandon M. Chasen, Sr.
                                              Managing Member
                                              Chasen Construction LLC
                                              1511 Eastern Avenue
                                              Baltimore, MD 21231

**Fill in this information to identify the case:**

Debtor name    **Chasen Construction LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   25-12356

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 23, 2025__     X **/s/ Brandon M. Chasen, Sr.**
                                            Signature of individual signing on behalf of debtor

                                             **Brandon M. Chasen, Sr.**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Chasen Construction LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | **25-12356** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Absolute Fire Protection, Inc 445 Defense Highway, Suite C Annapolis, MD 21401** | | **Trade** | | | | $264,650.00 |
| **Action Elevator Co. LLC 1110 Benfield Boulevard, Suite L Millersville, MD 21108** | | **Trade** | | | | $86,347.00 |
| **Air Flow Technology LLC 1143 Taft Street Rockville, MD 20850** | | **Trade** | **Disputed** | | | $968,560.00 |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | | **Trade** | | | | $851,028.00 |
| **BJ Plumbing, LLC 14104 Kydan Court Brandywine, MD 20613** | | **Trade** | **Disputed** | | | $262,702.00 |
| **Corpay PO Box 100647 Atlanta, GA 30384-0647** | | **Trade** | | | | $593,182.00 |
| **Crimpco, LLC 2545 Lord Baltimore Drive, Suite H–J Baltimore, MD 21244** | | **Trade** | | | | $70,077.00 |
| **D&J Drywall, Inc 6053 Watch Chain Way Columbia, MD 21044** | | **Trade** | **Disputed** | | | $581,663.00 |

| Debtor | Chasen Construction LLC | Case number *(if known)* | 25-12356 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DeVere Insulation Company 7501 Resource Court Curtis Bay, MD 21226 | | Trade | | | | $286,587.00 |
| DivvyPay, LLC 13707 S. 200 W, Suite 100 Draper, UT 84020 | | Trade | | | | $266,389.00 |
| Duque Construction LLC 777 Briggs Chaney Rd Silver Spring, MD 20905 | | Trade | Disputed | | | $1,126,397.00 |
| Ferguson ENT HVAC 751 Lakefront Commons Newport News, VA 23606 | | Trade | | | | $73,484.00 |
| JRO Construction LLC 3510 Jean Street Fairfax, VA 22030 | | Contract - Trade | Disputed | | | $864,426.00 |
| Livingston Fire Protection, Inc 5150 Lawrence Place Hyattsville, MD 20781 | | Trade | | | | $81,630.00 |
| Pachecos Construction LLC 14609 Burntwoods Rd Glenwood, MD 21738 | | Trade | | | | $124,655.00 |
| Samer Iron Works LLC 330 N Stonestreet Avenue Suite U Rockville, MD 20850 | | Trade | Disputed | | | $322,183.00 |
| Saul, Ewing, Arnstein & Lehr LLP 1001 Fleet St 9th Floor Baltimore, MD 21202 | | Professional | | | | $173,527.00 |
| Trident Aircraft Incorporated 9475 Jet Lane Easton, MD 21601 | | Trade | | | | $200,000.00 |

Debtor **Chasen Construction LLC**                                        Case number *(if known)*   **25-12356**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Bank 450 Foxcroft Avenue Martinsburg, WV 25401** | | **Trade** | | | | **$913,916.00** |
| **United Bank Visa 450 Foxcroft Avenue Martinsburg, WV 25401** | | **Trade** | | | | **$700,698.00** |

---

**Fill in this information to identify the case:**

Debtor name  **Chasen Construction LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **25-12356**

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $ _____0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $ _____0.00

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ **30,191,766.37**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$ **9,398,776.00**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b

$ **39,590,542.37**

---

**Summary of Assets and Liabilities for Non-Individuals**

**Fill in this information to identify the case:**

Debtor name    **Chasen Construction LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **25-12356**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **United Bank** | **Checking [account has a negative balance due to garnishment]** | 7146 | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

Debtor   **Chasen Construction LLC**                                     Case number *(If known)*  **25-12356**
_____Name_____

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **The Debtor has furniture, fixtures and equipment previously valued at $148,250. These assets are located in the Debtor's properties currently are under control of creditors at:** <br> **1511 Eastern Avenue, Baltimore, MD 21231** <br> **500 S. Bond Street, Baltimore, MD 21231** <br> **12 W. Montgomery Street, Baltimore, MD 21230** | **Unknown** | | **Unknown** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                              **$0.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Debtor    **Chasen Construction LLC**                                   Case number *(If known)* **25-12356**
Name

☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Website: www.chasencompanies.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** MHIC General contractor's license | $0.00 | | $0.00 |
| Business license | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Chasen Construction LLC**                     Case number *(If known)* **25-12356**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **Chasen Construction LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **25-12356**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.1 Capital Lighting & Supply

Creditor's Name

**8711 Westphalia Road**
**Upper Marlboro, MD 20774**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Judgment 3/28/2025; lien 4/11/2025**
**Last 4 digits of account number 3296**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Undetermined**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$53,749.43**  Value of collateral: **Unknown**

### 2.2 D&J Drywall Inc.

Creditor's Name

**6053 Watch Chain Way**
**Columbia, MD 21044**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Case filed 9/24/2024**
**Last 4 digits of account number 2960**

**Describe debtor's property that is subject to a lien**
**Undetermined**
**Consolidated: C-24-CV-24-003141**
**Consolidated: C-24-CV-24-003296**
**Consolidated: C-24-CV-24-003456**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**  Value of collateral: **Unknown**

Debtor  **Chasen Construction LLC**
_____
Name

Case number (if known)   **25-12356**
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **D&J Drywall Inc.** |
|---|---|
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Undetermined**

Unknown           Unknown

**6053 Watch Chain Way**
**Columbia, MD 21044**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Case filed 9/24/2024**

**Last 4 digits of account number**
**2959**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **D&J Drywall Inc., et al.** |
|---|---|
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Undetermined**
**Consolidated: C-24-CV-24-003141**
**Consolidated: C-24-CV-24-003296**
**Consolidated: C-24-CV-24-003456**

Unknown           Unknown

**6053 Watch Chain Way**
**Columbia, MD 21044**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Case filed 09/27/2024**

**Last 4 digits of account number**
**3039**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **D&J Drywall Inc., et al.** |
|---|---|
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Undetermined**

Unknown           Unknown

**6053 Watch Chain Way**
**Columbia, MD 21044**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

---

Debtor **Chasen Construction LLC**
Name

Case number (if known) **25-12356**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**Case filed 10/11/2024**

**Last 4 digits of account number**
**3352**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Madison Mechanical Contracting, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5621 Old Frederick Road, Suite 1**
**Catonsville, MD 21228**
Creditor's mailing address

**Undetermined**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**Case filed: 10/10/2024**

**Last 4 digits of account number**
**3296**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Patriot Steel Fabrication, Inc.** | **Describe debtor's property that is subject to a lien** | **$600,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1959 Church Creek Road**
**Church Creek, MD 21622**
Creditor's mailing address

**Undetermined**

**Describe the lien**
**Judgment Lien (Baltimore City, MD)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**Judgment date: 02/27/2025**

**Last 4 digits of account number**
**1804**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Chasen Construction LLC**                                    Case number (if known)  **25-12356**
　　　　Name

☑ No                          ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☑ Disputed
priority.

---

| 2.8 | **Patriot Steel Fabrication, Inc.** | | **$104,841.00** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Undetermined**

**1959 Church Creek Road
Church Creek, MD 21622**
Creditor's mailing address

Describe the lien
**Judgment Lien (Baltimore City, MD)**
Is the creditor an insider or related party?
☑ No
Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?
☐ No
Date debt was incurred
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Judgment date: 03/10/2025**
Last 4 digits of account number
**1132**
Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?       Check all that apply
☑ No                          ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.9 | **Pinpoint Plumbing, LLC** | | **Unknown** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Undetermined**

**4425 Fitch Avenue, Suite 100
Nottingham, MD 21236**
Creditor's mailing address

Describe the lien
**Mechanics Lien**
Is the creditor an insider or related party?
☑ No
Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?
☐ No
Date debt was incurred
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Filing Date: 08/21/2024**
Last 4 digits of account number
**2311**
Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?       Check all that apply
☑ No                          ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☑ Disputed
priority.

---

| 2.10 | **Sandy Spring Bank** | | **$28,928,869.26** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Undetermined**

**17801 Georgia Avenue
Olney, MD 20832**
Creditor's mailing address

Describe the lien
**Judgment Lien (Montgomery Co., MD)**

---

Debtor   **Chasen Construction LLC**
Name                                                                 Case number (if known)   **25-12356**

---

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | Is anyone else liable on this claim? |
| **Case filed: 12/10/2024** | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **9411** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Sandy Spring Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**17801 Georgia Avenue
Olney, MD 20832**
Creditor's mailing address

Describe the lien
**Judgment Lien - Confessed Judgment**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Casre filed: 09/18/2024**
**Last 4 digits of account number**
**2832**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Shepherd Electric Company, Incorporated** | Describe debtor's property that is subject to a lien | $228,277.80 | Unknown |
|---|---|---|---|---|

Creditor's Name

**7401 Pulaski Highway
Rosedale, MD 21237**
Creditor's mailing address

Describe the lien
**Judgment Lien (Baltimore County, MD)**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Case filed: 01/23/2025**
**Last 4 digits of account number**
**0287**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

---

Debtor    **Chasen Construction LLC**
_____
Name

Case number (if known)    **25-12356**
_____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Southland Insulators of Maryland, Inc.** | **Describe debtor's property that is subject to a lien** | $276,028.88 | Unknown |
|---|---|---|---|---|

Creditor's Name

**d/b/a Devere Insulation Company**
**7501 Resource Court**
**Curtis Bay, MD 21226**
Creditor's mailing address

**Undetermined**

**Describe the lien**
**Judgment Lien (Baltimore City, MD)**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/04/2025**
**Last 4 digits of account number**
**2637**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**All assets**

**Describe the lien**
**Financing Statement [PAID IN FULL]**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/15/2025**
**Last 4 digits of account number**
**2000**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **United Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**450 Foxcroft Avenue**
**Martinsburg, WV 25401**
Creditor's mailing address

**All assets**

**Describe the lien**

---

| Debtor | **Chasen Construction LLC** | | Case number (if known) | **25-12356** |
|---|---|---|---|---|
| | Name | | | |

**Financing Statement; Continuation Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**05/31/2019; 04/16/2024**

**Last 4 digits of account number**

**0000;3002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **United Bank** |
|---|---|

Creditor's Name

**450 Foxcroft Avenue**
**Martinsburg, WV 25401**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**All assets**

Unknown          Unknown

**Describe the lien**

**Financing Statement; Continuation Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**05/31/2029; 04/16/2024**

**Last 4 digits of account number**

**8000;3001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $30,191,766.37 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brandon Chasen**<br>**c/o Gregory Lee Waterworth, Esq.**<br>**Saul Ewing LLP**<br>**1001 Fleet Street 9th Floor**<br>**Baltimore, MD 21202** | Line  **2.11** | |

---

Debtor    __Chasen Construction LLC_____    Case number (*if known*)    __25-12356_____
             Name

| | |
|---|---|
| **Brandon Chasen**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __2.11__ |
| **Capital Lighting & Supply**<br>**8711 Westphalia Road**<br>**Upper Marlboro, MD 20774** | Line __2.2__ |
| **Capital Lighting & Supply LLC**<br>**c/o Robert G. Shuster, Esq.**<br>**12850 Middlebrook Road, Suite 225**<br>**Germantown, MD 20874** | Line __2.4__ |
| **Capital Lighting & Supply, LLC**<br>**c/o Robert G. Shuster**<br>**12850 Middlebrook Road, Suite 225**<br>**Germantown, MD 20874** | Line __2.2__ |
| **Capital Lighting & Supply, LLC**<br>**c/o Robert G. Shuster**<br>**12850 Middlebrook Road, Suite 225**<br>**Germantown, MD 20874** | Line __2.1__ |
| **CC 201 East Baltimore Street LLC**<br>**c/o Gregory Lee Waterworth, Esq.**<br>**Saul Ewing LLP**<br>**1001 Fleet Street 9th Floor**<br>**Baltimore, MD 21202** | Line __2.11__ |
| **CC 201 East Baltimore Street LLC**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __2.11__ |
| **Chasen Construction LLC**<br>**c/o Gregory Lee Waterworth, Esq.**<br>**Saul Ewing LLP**<br>**1001 Fleet Street 9th Floor**<br>**Baltimore, MD 21202** | Line __2.7__ |
| **Chasen Construction LLC**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __2.7__ |
| **Chasen Construction LLC**<br>**c/o Adam M. Freiman**<br>**115 McHenry Avenue Suite B4**<br>**Pikesville, MD 21208** | Line __2.7__ |
| **Chasen Construction LLC**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __2.8__ |

Debtor    **Chasen Construction LLC**
        Name                                         Case number (if known)    **25-12356**

| | |
|---|---|
| **Chasen Construction LLC**<br>**c/o Gregory Lee Waterworth**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __**2.8**__ |
| **Chasen Construction LLC**<br>**c/o Adam M. Freiman, Esq.**<br>**115 McHenry Avenue, Suite B4**<br>**Pikesville, MD 21208** | Line __**2.8**__ |
| **Chasen Construction LLC et al**<br>**c/o Gregory Lee Waterworth**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __**2.11**__ |
| **Chasen Construction LLC et al**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line __**2.11**__ |
| **D&J Drywall Inc.**<br>**c/o Kyle S. Kushner, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.2**__ |
| **D&J Drywall Inc.**<br>**c/o Nicholas Lewis Meriwether, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.2**__ |
| **D&J Drywall Inc.**<br>**c/o Catherine R. Lawrence, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.2**__ |
| **D&J Drywall Inc.**<br>**c/o Nicholas Lewis Meriwether, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.3**__ |
| **D&J Drywall Inc.**<br>**c/o Catherine R. Lawrence, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.3**__ |
| **D&J Drywall Inc.**<br>**c/o Catherine R. Lawrence, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __**2.4**__ |

Debtor    **Chasen Construction LLC**
_____
Name

Case number (*if known*)    **25-12356**
_____

| | |
|---|---|
| **D&J Drywall Inc.**<br>**c/o Nicholas Lewis Meriwether, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __2.4__ |
| **D&J Drywall Inc.**<br>**c/o Kyle S. Kushner**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __2.4__ |
| **D&J Drywall Inc.**<br>**c/o Nicholas Lewis Meriwether, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __2.5__ |
| **D&J Drywall Inc.**<br>**c/o Kyle S. Kushner**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __2.5__ |
| **D&J Drywall Inc.**<br>**c/o Catherine R. Lawrence, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line __2.5__ |
| **Duque Construction LLC**<br>**777 Briggs Chaney Road**<br>**Silver Spring, MD 20905** | Line __2.2__ |
| **Duque Construction LLC**<br>**c/o Philip Martin Wright**<br>**25 Wood Lane**<br>**Rockville, MD 20850** | Line __2.2__ |
| **Duque Construction LLC**<br>**c/o Philip Martin Wright**<br>**25 Wood Lane**<br>**Rockville, MD 20850** | Line __2.4__ |
| **Madison Mechanical Contracting, LLC**<br>**5621 Old Frederick Road, Suite 1**<br>**Catonsville, MD 21228** | Line __2.2__ |
| **Madison Mechanical Contracting, LLC**<br>**c/o Eliot Mark Wagonheim**<br>**11350 McCormick Road**<br>**EPI, Suite 700**<br>**Hunt Valley, MD 21031** | Line __2.2__ |
| **Madison Mechanical Contracting, LLC**<br>**c/o Eliot Mark Wagonheim**<br>**11350 McCormick Road**<br>**EPI, Suite 700**<br>**Hunt Valley, MD 21031** | Line __2.6__ |

Debtor  **Chasen Construction LLC**                          Case number (if known)   **25-12356**
_____
Name

| | |
|---|---|
| **Madison Mechanical Contracting, LLC**<br>**c/o Eliot Mark Wagonheim**<br>**11350 McCormick Road**<br>**EPI, Suite 700**<br>**Hunt Valley, MD 21031** | Line **2.4** |
| **Patriot Steel Fabrication, Inc.**<br>**c/o Jackson S. Nichols**<br>**Cohen Seglias Pallas Greenhall & Furman**<br>**900 Seventh St., NW Suite 725**<br>**Washington, DC 20001** | Line **2.7** |
| **Patriot Steel Fabrication, Inc.**<br>**c/o Jackson S. Nichols**<br>**Cohen Seglias Pallas Greenhall & Furman**<br>**900 Seventh St., NW Suite 725**<br>**Washington, DC 20001** | Line **2.8** |
| **Paul Davis**<br>**Brian E Barkley, Esq.**<br>**Law Office Barkley & Kennedy**<br>**51 Monroe Street, Suite 1407**<br>**Rockville, MD 20850** | Line **2.11** |
| **Paul Davis**<br>**c/o Mark Anthony Simanowith**<br>**Saul Ewing LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202** | Line **2.11** |
| **Paul Davis**<br>**c/o Gregory Lee Waterworth, Esq.**<br>**Saul Ewing LLP**<br>**1001 Fleet Street 9th Floor**<br>**Baltimore, MD 21202** | Line **2.11** |
| **Paul Davis**<br>**c/o Sharon T. Diamant, Esq.**<br>**Diamant Gerstein, LLC**<br>**6110 Executive Blvd #1050**<br>**Rockville, MD 20852** | Line **2.11** |
| **Pinpoint Plumbing, LLC**<br>**c/o Nicholas Lewis Meriwether, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line **2.9** |
| **Pinpoint Plumbing, LLC**<br>**c/o Catherine R. Lawrence, Esq**<br>**Lawrence Law, LLC**<br>**323 W Camden St, Suite 700**<br>**Baltimore, MD 21201** | Line **2.9** |
| **Sandy Spring Bank**<br>**c/o John Edward Reid, Esq**<br>**Martin Law Group P.C.**<br>**8065 Leesburg Pike, Suite 750**<br>**Vienna, VA 22182** | Line **2.10** |

Debtor   **Chasen Construction LLC**
_____
Name

Case number (if known)    **25-12356**
_____

| | |
|---|---|
| **Sandy Spring Bank**<br>**c/o Jeffrey Thomas Martin, Jr., Esq**<br>**Martin Law Group P.C.**<br>**8065 Leesburg Pike, Suite 750**<br>**Vienna, VA 22182** | Line **2.11** |
| **Sandy Spring Bank**<br>**c/o John Edward Reid, Esq**<br>**Martin Law Group P.C.**<br>**8065 Leesburg Pike, Suite 750**<br>**Vienna, VA 22182** | Line **2.11** |
| **Shepherd Electric Company, Incorporated**<br>**c/o Douglas H. Seitz, Esq.**<br>**Wright, Constable & Skeen, LLP**<br>**1 Olympic Place, Suite 800**<br>**Towson, MD 21204** | Line **2.12** |
| **Southland Insulators of Maryland, Inc.**<br>**d/b/a Devere Insulation Company**<br>**c/o Shawn Charles Whittaker, Esq.**<br>**1401 Rockville Pike, Suite 510**<br>**Rockville, MD 20852** | Line **2.13** |

**Fill in this information to identify the case:**

Debtor name __**Chasen Construction LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**25-12356**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A&L Masonry, Inc**<br>**10013 Damascus Hill Court D**<br>**Damascus, MD 20872**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$28,500.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Absolute Fire Protection, Inc**<br>**445 Defense Highway, Suite C**<br>**Annapolis, MD 21401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$264,650.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Action Elevator Co. LLC**<br>**1110 Benfield Boulevard, Suite L**<br>**Millersville, MD 21108**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$86,347.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Air Flow Technology LLC**<br>**1143 Taft Street**<br>**Rockville, MD 20850**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$968,560.00** |

Debtor **Chasen Construction LLC**
Name

Case number *(if known)*    **25-12356**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851,028.00 |
|---|---|---|---|

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262,702.00 |
|---|---|---|---|

**BJ Plumbing, LLC**
**14104 Kydan Court**
**Brandywine, MD 20613**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,982.00 |
|---|---|---|---|

**Builders FirstSource, Inc**
**7203 McKinney Circle**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bull's Unlimited, LLC**
**54 Beaver Court**
**Rising Sun, MD 21911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Case filed: 01/21/2025**

Basis for the claim:  **Contract**

Last 4 digits of account number  **0758**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,092.00 |
|---|---|---|---|

**Cahill Services**
**8737 Colesville Road, Suite 501**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,279.00 |
|---|---|---|---|

**Capital Electric**
**600 W. Hamburg Street**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,090.00 |
|---|---|---|---|

**Capstan Tax Strategies**
**200 Dryden Road, Suite 3400**
**Dresher, PA 19025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chasen Construction LLC** | Case number (if known) | **25-12356** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,932.00**

**Chesapeake Energy Services, Inc.**
13325 Rousby Hall Road
Lusby, MD 20657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,980.00**

**CityScape Enginering LLC**
3600 Clipper Mill Rd, Suite 214
Baltimore, MD 21211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$593,182.00**

**Corpay**
PO Box 100647
Atlanta, GA 30384-0647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,077.00**

**Crimpco, LLC**
2545 Lord Baltimore Drive, Suite H–J
Baltimore, MD 21244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$581,663.00**

**D&J Drywall, Inc**
6053 Watch Chain Way
Columbia, MD 21044

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$286,587.00**

**DeVere Insulation Company**
7501 Resource Court
Curtis Bay, MD 21226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266,389.00**

**DivvyPay, LLC**
13707 S. 200 W, Suite 100
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Chasen Construction LLC**
_____
Name

Case number (if known)    **25-12356**
_____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,126,397.00** |
|---|---|---|---|

**Duque Construction LLC**
**777 Briggs Chaney Rd**
**Silver Spring, MD 20905**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,377.00** |
|---|---|---|---|

**EZ Cabinetry Inc**
**401 Industry Drive**
**Hampton, VA 23661**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,484.00** |
|---|---|---|---|

**Ferguson ENT HVAC**
**751 Lakefront Commons**
**Newport News, VA 23606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ferguson Enterprises LLC**
**13890 Lowe Street**
**Chantilly, VA 20151**

Date(s) debt was incurred  Case filed: 11/12/2024

Last 4 digits of account number  4256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract - Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,827.00** |
|---|---|---|---|

**Hillis-Carnes Engineering Assoc. Inc.**
**0975 Guilford Rd, Suite A**
**Annapolis Junction, MD 20701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,224.00** |
|---|---|---|---|

**Jones Lang LaSalle Brokerage, Inc**
**200 E. Randolph Street, Suite 4300**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$864,426.00** |
|---|---|---|---|

**JRO Construction LLC**
**3510 Jean Street**
**Fairfax, VA 22030**

Date(s) debt was incurred  Case filed: 12/24/2024

Last 4 digits of account number  4649

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Contract - Trade

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chasen Construction LLC**    Case number *(if known)*    **25-12356**
_____
Name

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Livingston Fire Protection, Inc**
**5150 Lawrence Place**
**Hyattsville, MD 20781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$81,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**M&B Contract Specialties, Inc**
**11G Gwynns Mills Court**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,594.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**National Lumber Co.**
**4901 Pulaski Highway**
**Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$36,810.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Pachecos Construction LLC**
**14609 Burntwoods Rd**
**Glenwood, MD 21738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$124,655.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

**PinPoint Plumbing, LLC**
**4425 Fitch Avenue**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$46,775.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

**R&A Construction LLC**
**5015 Delaware St**
**College Park, MD 20740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$26,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Rankin Inc**
**288 S. Westgate Drive**
**Carol Stream, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,232.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Chasen Construction LLC**                                    Case number *(if known)* **25-12356**
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322,183.00 |
|---|---|---|---|

3.33 | **Samer Iron Works LLC**
**330 N Stonestreet Avenue Suite U**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173,527.00**

**Saul, Ewing, Arnstein & Lehr LLP**
**1001 Fleet St 9th Floor**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00**

**Stone 4 Kitchen LLC**
**401 Industry Dr Ste A**
**Hampton, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,480.00**

**Sunbelt Rental**
**7605 Pulaski Hwy**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,865.00**

**Supplies Unlimited, Inc.**
**PO Box 7370**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,143.00**

**TDR Systems, Inc.**
**33 Industrial Park Dr.**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Sherwin-Williams Co.**
**c/o Peter R. Helt, Esq.**
**Baylinson, Kudysh, Greenberg & Helt LLC**
**303 S. Main Street, Lower Level**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Case filed: 03/28/2025__

Basis for the claim: __Contract__

Last 4 digits of account number  __5337__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chasen Construction LLC**
　　　　　Name

Case number (if known)  **25-12356**

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Trident Aircraft Incorporated**<br>**9475 Jet Lane**<br>**Easton, MD 21601**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200,000.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**United Bank**<br>**450 Foxcroft Avenue**<br>**Martinsburg, WV 25401**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$913,916.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**United Bank Visa**<br>**450 Foxcroft Avenue**<br>**Martinsburg, WV 25401**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$700,698.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**United Rentals**<br>**1709 Old Sulphur Spring Road**<br>**Halethorpe, MD 21227**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$42,493.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**United Rentals (North America), Inc.**<br>**100 First Stamford Place**<br>**Stamford, CT 06902**<br><br>**Date(s) debt was incurred** __Case filed: 04/15/2025__<br>**[POSTPETITION]**<br><br>**Last 4 digits of account number** __2996__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**Part 3:**　List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bull's Unlimited, LLC**<br>**c/o Randall James Craig, Esq.**<br>**Craig Law Group**<br>**711 Saint Paul Street**<br>**Baltimore, MD 21202** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ferguson ENT HVAC**<br>**751 Lakefront Commons**<br>**Newport News, VA 23606** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Chasen Construction LLC** | Case number *(if known)* | **25-12356** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Ferguson Enterprises, LLC**<br>**c/o Jill Diane Caravaggio, Esq.**<br>**Westview Village Professional Park**<br>**5100 Buckeystown Pike, Suite 250**<br>**Frederick, MD 21704** | Line  **3.22**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **JRO Construction LLC**<br>**c/o George W. Liebmann, Esq.**<br>**Anne-Lise Liebmann**<br>**700 N. Charles Street, Apt 6D**<br>**Baltimore, MD 21201** | Line  **3.25**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **United Rentals (North America), Inc.**<br>**c/o John David Purdy, Esq.**<br>**Purdy Law Firm, P.C.**<br>**9962 Brook Road, #641**<br>**Glen Allen, VA 23059** | Line  **3.44**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  9,398,776.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  9,398,776.00 |

**Fill in this information to identify the case:**

Debtor name **Chasen Construction LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **25-12356**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Chasen Construction LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**25-12356**__

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Brandon M. Chasen, Sr.** | **1511 Eastern Avenue Baltimore, MD 21231** | **Shepherd Electric Company, Incorporated** | ■ D __**2.12**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brandon M. Chasen, Sr.** | **1511 Eastern Avenue Baltimore, MD 21231** | **Sandy Spring Bank** | ■ D __**2.10**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Brandon M. Chasen, Sr.** | **1511 Eastern Avenue Baltimore, MD 21231** | **Sandy Spring Bank** | ■ D __**2.11**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brandon M. Chasen, Sr.** | **1511 Eastern Avenue Baltimore, MD 21231** | **Capital Lighting & Supply** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Brandon M. Chasen, Sr.** | **1511 Eastern Avenue Baltimore, MD 21231** | **Ferguson Enterprises LLC** | ☐ D _____<br>■ E/F __**3.22**__<br>☐ G _____ |

Debtor  **Chasen Construction LLC**                              Case number *(if known)*  **25-12356**

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **CC 1400 Aliceanna Street LLC** | 1511 Eastern Avenue<br>Baltimore, MD 21231 | **Patriot Steel Fabrication, Inc.** | ▮ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **CC 1400 Aliceanna Street LLC** | Serve: Brandon M. Chasen<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | **Southland Insulators of Maryland, Inc.** | ▮ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **CC 201 East Baltimore Street LLC** | Brandon M. Chasen, Sr.<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | **Sandy Spring Bank** | ▮ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **CC 201 East Baltimore Street LLC** | Brandon M. Chasen, Sr.<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | **Sandy Spring Bank** | ▮ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **CC 201 East Baltimore Street LLC** | 1511 Eastern Avenue<br>Baltimore, MD 21231 | **Madison Mechanical Contracting, LLC** | ▮ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **CC 201 East Baltimore Street LLC** | Brandon M. Chasen, Sr.<br>1511 Eastern Avenue<br>Baltimore, MD 21231 | **D&J Drywall Inc., et al.** | ▮ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **CC 419 Saint Paul Place LLC** | 1511 Eastern Avenue<br>Baltimore, MD 21231 | **D&J Drywall Inc.** | ▮ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Chasen Construction LLC** | Case number *(if known)* | **25-12356** |

---

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **CC 419 St. Paul Place LLC** <br> 1511 Eastern Avenue <br> Baltimore, MD 21231 | **D&J Drywall Inc.** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.14 | **CC 600 South Caroline Street LLC** <br> Serve on Resident Agent Brandon M. Chase <br> 1511 Eastern Avenue <br> Baltimore, MD 21231 | **Patriot Steel Fabrication, Inc.** | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.15 | **Chasen Companies** <br> 1511 Eastern Avenue <br> Baltimore, MD 21231 | **JRO Construction LLC** | ☐ D ____ <br> ■ E/F __3.25__ <br> ☐ G ____ |
| 2.16 | **CS 421 South Broadway LLC** <br> 1511 Eastern Avenue <br> Baltimore, MD 21231 | **Pinpoint Plumbing, LLC** | ■ D __2.9__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.17 | **CS 421 South Broadway LLC** <br> 1511 Eastern Avenue <br> Baltimore, MD 21231 | **D&J Drywall Inc., et al.** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.18 | **Michael DelGrande** <br> 438 E Allens Lane <br> Philadelphia, PA 19119 | **United Rentals (North America), Inc.** | ☐ D ____ <br> ■ E/F __3.44__ <br> ☐ G ____ |
| 2.19 | **Paul W. Davis** <br> 5911 Ryland Drive <br> Bethesda, MD 20817 | **Sandy Spring Bank** | ■ D __2.10__ <br> ☐ E/F ____ <br> ☐ G ____ |

Debtor **Chasen Construction LLC**                    Case number *(if known)* **25-12356**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| --- | --- | --- |
| 2.20 | **Paul W. Davis**  **5911 Ryland Drive**  **Bethesda, MD 20817** | **Sandy Spring Bank** ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

## United States Bankruptcy Court
### District of Maryland

In re   **Chasen Construction LLC**                   Case No.   **25-12356**

                                             Debtor            Chapter   **11**

## DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

        The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101–1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's managing member and are unaudited. While the managing member has made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to him at the time of preparation, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals.

Date:   June 23, 2025                           By:   /s/ Brandon M. Chasen, Sr.

                                                        Brandon M. Chasen, Sr.
                                                    Managing Member
                                                    Chasen Construction LLC
                                                    1511 Eastern Avenue
                                                    Baltimore, MD 21231

**Fill in this information to identify the case:**

Debtor name    **Chasen Construction LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **25-12356**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$27,950,861.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$77,402,903.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **Chasen Construction LLC**                                       Case number *(if known)* **25-12356**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Nelson Gerard, Trustee**<br>**of the Irma Gross Irrevocable Trust**<br>**c/o Richard H Topaz Esq., Saul Ewing**<br>**LLP**<br>**1001 Fleet Street, 9th Floor**<br>**Baltimore, MD 21202-4359** | **Assignment**<br>**of**<br>**Promissory**<br>**Note dated**<br>**June 19,**<br>**2023** | **$400,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Catherine Chasen**<br><br>**Former spouse** | | **$100,000.00** | **Purpose - part of divorce**<br>**settlement terms**<br>**Transfer of 2 vehicles:**<br>**Range Rover - $40,000**<br>**Cadillac - $60,000** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **See Attachment to SOFA**<br>**Question 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **Chasen Construction LLC**                                    Case number *(if known)* **25-12356**

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Zeke Cohen** | **Political Contribution** | **6/2/2023** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **Brooke Lierman** | **Political contribution** | **5/25/2023** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.3. | **Robert Stokes** | **Political contribution** | **10/24/2023** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.4. | **Zeke Cohen** | **Political contribution** | **10/26/2023** | **$500.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.5. | **Sheila Dixon** | **Political contribution** | **1/5/2024** | **$6,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.6. | **Zeke Cohen** | **Political contribution** | **1/10/2024** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Chasen Construction LLC** | Case number *(if known)* | **25-12356** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1511 Eastern Avenue**<br>**Baltimore, MD 21231** | |
| 14.2. | **12 W. Montgomery Street**<br>**Baltimore, MD 21230** | |
| 14.3. | **300 International Drive**<br>**Suite 2601**<br>**Baltimore, MD 21202** | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Chasen Construction LLC**                         Case number *(if known)*  **25-12356**

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:
        Name of plan                                          Employer identification number of the plan
        **Chasen Construction, LLC 401(k) Plan**              EIN:  **83-1448046**

        Has the plan been terminated?
        ☐ No
        ■ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Chasen Construction LLC | Case number *(if known)* 25-12356 |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
     List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

     ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

     ■ No.
     ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6** |
|---|---|---|

| Debtor | Chasen Construction LLC | Case number *(if known)* 25-12356 |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Vanessa Lopez**<br>**Unknown** | **Controller -**<br>**12/1/2021 - 3/1/2025** |
| 26a.2. **M&M Consulting & Tax Services, Inc.**<br>**Michelle McLoughlin**<br>**2 E. Joppa Road, Suite 603**<br>**Towson, MD 21286** | **Tax Accountant -**<br>**9/13/2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **KBST&M**<br>**307 International Cir #620**<br>**Hunt Valley, MD 21030** | **1/1/2-22 to**<br>**12/31/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Vanessa Lopez**<br>**Unknown** | |
| 26c.2. **M&M Consulting & Tax Services, Inc.**<br>**Michelle McLoughlin**<br>**2 E. Joppa Road, Suite 603**<br>**Towson, MD 21286** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **United Bank**<br>**1219 Mt. Aetna Rd.**<br>**Hagerstown, MD 21742** |
| 26d.2. **Sandy Spring Bank** |
| 26d.3. **First National Bank of Pennsylvania**<br>**300 East Lombard Street**<br>**Baltimore, MD 21202** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor   **Chasen Construction LLC**   Case number *(if known)* **25-12356**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon M. Chasen, Sr. | 1511 Eastern Avenue Baltimore, MD 21231 | CEO; Membership interest | 65% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul W. Davis | 5911 Ryland Drive Bethesda, MD 20817 | CIO; Membership interest | 35% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Charles Andrew (Drew) Peace | Debtor does not have current address | COO | 2021 to 2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brandon M. Chasen, Sr. 1511 Eastern Avenue Baltimore, MD 21231 | Compensation: 05/03/2024 21,153.85 05/17/2024 21,153.85 05/31/2024 21,153.85 06/14/2024 21,153.85 06/28/2024 21,153.85 07/12/2024 21,153.85 07/26/2024 21,153.85 08/09/2024 21,153.85 08/23/2024 21,153.85 09/06/2024 21,153.85 09/20/2024 21,153.85 10/04/2024 21,153.85 10/18/2024 21,153.85 11/01/2024 21,153.85 11/15/2024 21,153.85 | See above | Salary |
| | Relationship to debtor CEO | | | |

Debtor    **Chasen Construction LLC**                                                Case number *(if known)*   **25-12356**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | **Compensation:**<br>**05/03/2024 19,230.77**<br>**05/17/2024 19,230.77**<br>**05/31/2024 19,230.77**<br>**06/14/2024 19,230.77**<br>**06/28/2024 19,230.77**<br>**07/12/2024 19,230.77**<br>**07/26/2024 19,230.77**<br>**08/09/2024 19,230.77**<br>**08/23/2024 19,230.77**<br>**09/06/2024 19,230.77**<br>**09/20/2024 19,230.77**<br>**10/04/2024 19,230.77**<br>**10/18/2024 19,230.77**<br>**11/01/2024 19,230.77**<br>**11/15/2024 19,230.77** | | |
| | **Paul W. Davis**<br>**5911 Ryland Drive**<br>**Bethesda, MD 20817** | | **See above** | **Salary** |
| | Relationship to debtor<br>**CIO** | | | |

| | | | | |
|---|---|---|---|---|
| 30.3. | | **Compensation:**<br>**05/03/2024 13461.54**<br>**05/17/2024 13461.54**<br>**05/31/2024 13461.54**<br>**06/14/2024 13461.54**<br>**06/28/2024 13461.54**<br>**07/12/2024 13461.54**<br>**07/26/2024 13461.54**<br>**08/09/2024 13461.54**<br>**08/23/2024 13461.54**<br>**09/06/2024 13461.54**<br>**09/20/2024 13461.54**<br>**10/04/2024 13461.54**<br>**10/18/2024 13461.54**<br>**11/01/2024 13461.54**<br>**11/15/2024 13461.54** | | |
| | **Charles Andrew ("Drew")**<br>**Peace** | | **See above** | **Salary** |
| | Relationship to debtor<br>**Former COO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Chasen Construction LLC**                                    Case number *(if known)*  **25-12356**

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 23, 2025**

**/s/ Brandon M. Chasen, Sr.**                              **Brandon M. Chasen, Sr.**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 7

| Case Number | Name | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|
| 24C24001804 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open / Active | 4/15/2024 | Patriot Steel Fabrication, Inc vs CC 600 South Caroline Street LLC, et al |
| 24C24001804 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Contract - Breach | Open / Active | 4/15/2024 | Patriot Steel Fabrication, Inc vs. CC 600 South Caroline Street LLC, et al. |
| C15JG24009411 | Chasen Construction Llc | Defendant | Montgomery County Circuit Court | Judgment - Other Court | Closed | 12/10/2024 | Sandy Spring Bank vs. CC 201 East Baltimore Street LLC, et al. |
| C24CV24001132 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Contract - Breach | Open | 7/1/2024 | Patriot Steel Fabrication, Inc. vs. Chasen Construction LLC, et al. |
| C24CV24001132 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open | 7/1/2024 | Patriot Steel Fabrication, Inc. vs. Chasen Construction LLC, et al. |
| C24CV24001132 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Tort - Other | Open | 7/1/2024 | Patriot Steel Fabrication, Inc. vs. Chasen Construction LLC, et al. |
| C24CV24002832 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Confessed Judgment | Closed | 9/18/2024 | Sandy Spring Bank a Division of Atlantic Union Bank vs. CC 201 EAST BALTIMORE STREET LLC, et al. |
| C24CV24003039 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed | 9/27/2024 | D & J Drywall Inc., et al. vs. CC 201 East Baltimore Street LLC, et al. |
| C24CV24003352 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open | 10/11/2024 | D & J Drywall Inc. vs. CS 421 South Broadway LLC, et al. |
| C24CV24004649 | Chasen Construction Llc | Defendant | Baltimore City Circuit Court | Contract - Construction | Open | 12/24/2024 | JRO CONSTRUCTION LLC vs. CHASEN COMPANIES, et al. |
| D01CV25015337 | Chasen Construction Llc | Defendant | Civil District Court | Contract - Large Claims | Open | 3/28/2025 | The Sherwin-Williams Co. vs. Chasen Construction LLC |
| C24CV24002311 | Chasen Construction, Llc D/b/a Chasen Companies | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open | 8/21/2024 | Pinpoint Plumbing, LLC vs. Chasen Construction, LLC d/b/a Chasen Companies, et al. |
| C24CV24002959 | Chasen Construction, Llc D/b/a Chasen Companies | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed | 9/24/2024 | D & J Drywall, Inc. vs. Chasen Construction, LLC d/b/a Chasen Companies, et al. |
| C24CV24002960 | Chasen Construction, Llc D/b/a Chasen Companiesw | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed | 9/24/2024 | D & J Drywall, Inc. vs. Chasen Construction, LLC d/b/a Chasen Companiesw, et al. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C24CV24002637 | Chasen Construction, Llc D/b/a Chasen Construction & Developement | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open | 9/10/2024 | Southland Insulators of Maryland, Inc. D/B/A Devere Insulation Company vs. CCC 1400 Aliceanna Street, LLC, et al. |
| C03CV24003296 | Chasen Construction, Llc | Defendant | Baltimore County Circuit Court | Contract - Debt | Closed | 9/3/2024 | CAPITAL LIGHTING & SUPPLY, LLC  vs. CHASEN CONSTRUCTION, LLC, et al. |
| C03CV24004256 | Chasen Construction, Llc | Defendant | Baltimore County Circuit Court | Contract - Breach | Open | 11/12/2024 | FERGUSON ENTERPRISES, LLC vs. CHASEN CONSTRUCTION, LLC, et al. |
| C03CV25000287 | Chasen Construction, Llc | Defendant | Baltimore County Circuit Court | Confessed Judgment | Closed | 1/23/2025 | SHEPHERD ELECTRIC COMPANY, INCORPORATED vs. BRANDON CHASEN, Sr , et al. |
| C24CV24003296 | Chasen Construction, Llc | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed - Consolidated | 10/10/2024 | Madison Mechanical Contracting, LLC vs. CC 201 EAST BALTIMORE STREET, LLC, et al. |
| C24CV25000758 | Chasen Construction, Llc | Defendant | Baltimore City Circuit Court | Contract - Breach | Open | 1/21/2025 | Bull's Unlimited, LLC vs. Chasen Construction, LLC |
| C24CV25002996 | Chasen Construction, Llc | Defendant | Baltimore City Circuit Court | Contract - Construction | Open | 4/15/2025 | United Rentals (North America), Inc. vs. Chasen Construction, LLC, et al. |

# United States Bankruptcy Court
## District of Maryland

In re   **Chasen Construction LLC**

Debtor(s)

Case No.   **25-12356**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandon M. Chasen, Sr.**<br>**1511 Eastern Avenue**<br>**Baltimore, MD 21231** | | **65%** | **Membership interest** |
| **Paul W. Davis**<br>**5911 Ryland Drive**<br>**Bethesda, MD 20817** | | **35%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 23, 2025**

Signature   **/s/ Brandon M. Chasen, Sr.**
**Brandon M. Chasen, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re    **Chasen Construction LLC**        Case No.    **25-12356**

Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 23, 2025**        **/s/ Brandon M. Chasen, Sr.**

                                       **Brandon M. Chasen, Sr./Managing Member**

                                       Signer/Title

A&L Masonry, Inc
10013 Damascus Hill Court D
Damascus, MD 20872


Absolute Fire Protection, Inc
445 Defense Highway, Suite C
Annapolis, MD 21401


Action Elevator Co. LLC
1110 Benfield Boulevard, Suite L
Millersville, MD 21108


Air Flow Technology LLC
1143 Taft Street
Rockville, MD 20850


American Express
PO Box 981535
El Paso, TX 79998-1535


BJ Plumbing, LLC
14104 Kydan Court
Brandywine, MD 20613


Brandon Chasen
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Brandon Chasen
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231

Builders FirstSource, Inc
7203 McKinney Circle
Frederick, MD 21704


Bull's Unlimited, LLC
54 Beaver Court
Rising Sun, MD 21911


Bull's Unlimited, LLC
c/o Randall James Craig, Esq.
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202


Cahill Services
8737 Colesville Road, Suite 501
Silver Spring, MD 20910


Capital Electric
600 W. Hamburg Street
Baltimore, MD 21230


Capital Lighting & Supply
8711 Westphalia Road
Upper Marlboro, MD 20774


Capital Lighting & Supply LLC
c/o Robert G. Shuster, Esq.
12850 Middlebrook Road, Suite 225
Germantown, MD 20874


Capital Lighting & Supply, LLC
c/o Robert G. Shuster
12850 Middlebrook Road, Suite 225
Germantown, MD 20874


Capstan Tax Strategies
200 Dryden Road, Suite 3400
Dresher, PA 19025

CC 1400 Aliceanna Street LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 1400 Aliceanna Street LLC
Serve: Brandon M. Chasen
1511 Eastern Avenue
Baltimore, MD 21231


CC 201 East Baltimore Street LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


CC 201 East Baltimore Street LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


CC 201 East Baltimore Street LLC
Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231


CC 201 East Baltimore Street LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 419 Saint Paul Place LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 419 St. Paul Place LLC
1511 Eastern Avenue
Baltimore, MD 21231

CC 600 South Caroline Street LLC
Serve on Resident Agent Brandon M. Chase
1511 Eastern Avenue
Baltimore, MD 21231


Chasen Companies
1511 Eastern Avenue
Baltimore, MD 21231


Chasen Construction LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Adam M. Freiman
115 McHenry Avenue Suite B4
Pikesville, MD 21208


Chasen Construction LLC
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Adam M. Freiman, Esq.
115 McHenry Avenue, Suite B4
Pikesville, MD 21208

Chasen Construction LLC et al
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC et al
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chesapeake Energy Services, Inc.
13325 Rousby Hall Road
Lusby, MD 20657


CityScape Enginering LLC
3600 Clipper Mill Rd, Suite 214
Baltimore, MD 21211


Corpay
PO Box 100647
Atlanta, GA 30384-0647


Crimpco, LLC
2545 Lord Baltimore Drive, Suite H-J
Baltimore, MD 21244


CS 421 South Broadway LLC
1511 Eastern Avenue
Baltimore, MD 21231


D&J Drywall Inc.
6053 Watch Chain Way
Columbia, MD 21044

```
D&J Drywall Inc.
c/o Kyle S. Kushner, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


D&J Drywall Inc.
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


D&J Drywall Inc.
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


D&J Drywall Inc.
c/o Kyle S. Kushner
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


D&J Drywall Inc., et al.
6053 Watch Chain Way
Columbia, MD 21044


D&J Drywall, Inc
6053 Watch Chain Way
Columbia, MD 21044


DeVere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226


DivvyPay, LLC
13707 S. 200 W, Suite 100
Draper, UT 84020
```

Duque Construction LLC
777 Briggs Chaney Rd
Silver Spring, MD 20905


Duque Construction LLC
777 Briggs Chaney Road
Silver Spring, MD 20905


Duque Construction LLC
c/o Philip Martin Wright
25 Wood Lane
Rockville, MD 20850


EZ Cabinetry Inc
401 Industry Drive
Hampton, VA 23661


Ferguson ENT HVAC
751 Lakefront Commons
Newport News, VA 23606


Ferguson Enterprises LLC
13890 Lowe Street
Chantilly, VA 20151


Ferguson Enterprises, LLC
c/o Jill Diane Caravaggio, Esq.
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704


Hillis-Carnes Engineering Assoc. Inc.
0975 Guilford Rd, Suite A
Annapolis Junction, MD 20701


Jones Lang LaSalle Brokerage, Inc
200 E. Randolph Street, Suite 4300
Chicago, IL 60601

JRO Construction LLC
3510 Jean Street
Fairfax, VA 22030


JRO Construction LLC
c/o George W. Liebmann, Esq.
Anne-Lise Liebmann
700 N. Charles Street, Apt 6D
Baltimore, MD 21201


Livingston Fire Protection, Inc
5150 Lawrence Place
Hyattsville, MD 20781


M&B Contract Specialties, Inc
11G Gwynns Mills Court
Owings Mills, MD 21117


Madison Mechanical Contracting, LLC
5621 Old Frederick Road, Suite 1
Catonsville, MD 21228


Madison Mechanical Contracting, LLC
c/o Eliot Mark Wagonheim
11350 McCormick Road
EPI, Suite 700
Hunt Valley, MD 21031


Michael DelGrande
438 E Allens Lane
Philadelphia, PA 19119


National Lumber Co.
4901 Pulaski Highway
Baltimore, MD 21224


Pachecos Construction LLC
14609 Burntwoods Rd
Glenwood, MD 21738

Patriot Steel Fabrication, Inc.
1959 Church Creek Road
Church Creek, MD 21622


Patriot Steel Fabrication, Inc.
c/o Jackson S. Nichols
Cohen Seglias Pallas Greenhall & Furman
900 Seventh St., NW Suite 725
Washington, DC 20001


Paul Davis
Brian E Barkley, Esq.
Law Office Barkley & Kennedy
51 Monroe Street, Suite 1407
Rockville, MD 20850


Paul Davis
c/o Sharon T. Diamant, Esq.
Diamant Gerstein, LLC
6110 Executive Blvd #1050
Rockville, MD 20852


Paul Davis
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Paul Davis
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Paul W. Davis
5911 Ryland Drive
Bethesda, MD 20817


Pinpoint Plumbing, LLC
4425 Fitch Avenue, Suite 100
Nottingham, MD 21236

PinPoint Plumbing, LLC
4425 Fitch Avenue
Nottingham, MD 21236


Pinpoint Plumbing, LLC
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


Pinpoint Plumbing, LLC
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


R&A Construction LLC
5015 Delaware St
College Park, MD 20740


Rankin Inc
288 S. Westgate Drive
Carol Stream, IL


Samer Iron Works LLC
330 N Stonestreet Avenue Suite U
Rockville, MD 20850


Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832


Sandy Spring Bank
c/o John Edward Reid, Esq
Martin Law Group P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Sandy Spring Bank
c/o Jeffrey Thomas Martin, Jr., Esq
Martin Law Group P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182


Saul, Ewing, Arnstein & Lehr LLP
1001 Fleet St 9th Floor
Baltimore, MD 21202


Shepherd Electric Company, Incorporated
7401 Pulaski Highway
Rosedale, MD 21237


Shepherd Electric Company, Incorporated
c/o Douglas H. Seitz, Esq.
Wright, Constable & Skeen, LLP
1 Olympic Place, Suite 800
Towson, MD 21204


Southland Insulators of Maryland, Inc.
d/b/a Devere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226


Southland Insulators of Maryland, Inc.
d/b/a Devere Insulation Company
c/o Shawn Charles Whittaker, Esq.
1401 Rockville Pike, Suite 510
Rockville, MD 20852


Stone 4 Kitchen LLC
401 Industry Dr Ste A
Hampton, VA 23661


Sunbelt Rental
7605 Pulaski Hwy
Rosedale, MD 21237

Supplies Unlimited, Inc.
PO Box 7370
Halethorpe, MD 21227

TDR Systems, Inc.
33 Industrial Park Dr.
Waldorf, MD 20602

The Sherwin-Williams Co.
c/o Peter R. Helt, Esq.
Baylinson, Kudysh, Greenberg & Helt LLC
303 S. Main Street, Lower Level
Mount Airy, MD 21771

Trident Aircraft Incorporated
9475 Jet Lane
Easton, MD 21601

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

United Bank
450 Foxcroft Avenue
Martinsburg, WV 25401

United Bank Visa
450 Foxcroft Avenue
Martinsburg, WV 25401

United Rentals
1709 Old Sulphur Spring Road
Halethorpe, MD 21227

United Rentals (North America), Inc.
100 First Stamford Place
Stamford, CT 06902

United Rentals (North America), Inc.
c/o John David Purdy, Esq.
Purdy Law Firm, P.C.
9962 Brook Road, #641
Glen Allen, VA 23059

# United States Bankruptcy Court
## District of Maryland

In re   **Chasen Construction LLC**          Case No.   **25-12356**

Debtor(s)                                    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Chasen Construction LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**June 23, 2025**

Date

**/s/ Brent C. Strickland**

**Brent C. Strickland**

Signature of Attorney or Litigant

Counsel for   **Brandon M. Chasen Sr. as Managing Member of Chasen Construction LLC, Debtor**

**Whiteford, Taylor & Preston L.L.P.**

**8830 Stanford Blvd.**
**Suite 400**
**Columbia, MD 21045**
**(410) 347-9402**
**bstrickland@whitefordlaw.com**