## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Case No. 25-12356 |
| | Chapter 11 |
| Chasen Construction LLC, | |
| | |
| Debtor. | |

## NOTICE OF APPEARANCE

Zwicker & Associates, P.C., has been retained by American Express National Bank in the above-entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required pursuant to Fed. R. Bankr. P. 2002 and 9010(b) and the Local Rules of Bankruptcy Procedure upon the undersigned electronically at the e-mail address indicated below.

Date:  June 25, 2025

                                                                Respectfully Submitted,

                                                                 /s/ Jason J. Giguere
                                                                 Jason J. Giguere, Esq. 21524
                                                                 ZWICKER & ASSOCIATES, P.C.
                                                                 80 Minuteman Road
                                                                 Andover, MA 01810
                                                                 833-210-5100
                                                                 jgiguere@zwickerpc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Chasen Construction LLC,<br><br>Debtor. | Case No. 25-12356<br>Chapter 11 |

## CERTIFICATE OF SERVICE

The undersigned states that on June 25, 2025, copies of the foregoing Notice of Appearance were filed with the Court using the ECF system, which will send notification of this filing by electronic means to the following:

Brian E. Barkley, Esq., Counsel for Brian E. Barkley
Kyle Steven Kushner, Esq., Counsel for D & J Drywall Inc.
Aaron L. Casagrande, Esq., Counsel for Family Pension Corp. 401(k) Plan and Trust
Jill D. Caravaggio, Esq., Counsel for Ferguson Enterprises, LLC
David V. Fontana, Esq., Counsel for First National Bank of Pennsylvania
Jeffery Thomas Martin, Jr., Esq., Counsel for Sandy Spring Bank
John E Reid, Esq., Counsel for Sandy Spring Bank
Richard Marc Goldberg, Esq., Counsel for Roger Schlossberg
Roger Schlossberg, Esq., Counsel for Roger Schlossberg
Shawn C. Whittaker, Esq., Counsel for Southland Insulators of Maryland, Inc.
Gerard R. Vetter, Esq., Counsel for the Office of the United States Trustee – Baltimore
Darrell William Clark, Esq., Counsel for United Bank
Tracey Michelle Ohm, Esq., Counsel for United Bank

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

Respectfully Submitted,

/s/ Jason J. Giguere
Jason J. Giguere, Esq. 21524
ZWICKER & ASSOCIATES, P.C.
80 Minuteman Road
Andover, MA 01810
833-210-5100
jgiguere@zwickerpc.com