# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:  Case No.: **25–12356 – NVA**  Chapter: **11**

**Chasen Construction LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 62 – Declaration Under Penalty of Perjury for Non–Individual Debtors, Non–Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders, Summary of Assets and Liabilities Schedules for Non–Individual, Schedule A/B: Property Non–Individual, Schedule D : Non–Individual – Creditors Having Claims Secured by Property, Schedule E/F: Creditors Who Have Unsecured Claims Non–Individual, Schedule G: : Non–Individual – Executory Contracts and Unexpired Leases on behalf of Chasen Construction LLC, Schedule H: – Codebtors Non–Individual on behalf of Chasen Construction LLC, Statement of Financial Affairs for Non–Individual, Equity Security Holders, Verification of Creditor Matrix, Amendment to List of Creditors, Statement of Corporate Ownership filed by Brent C. Strickland

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/9/25.
1. A certificate of service regarding the new creditors added was not included.**

CURE: A Certificate of Service on the Notice of Meeting of Creditors must be filed. Attach a list of the names and addresses of the parties served. (Local Bankruptcy Rule 1009–1(a)–(c))

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/25/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

cc: Debtor
Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)