Entered: June 25th, 2025
Signed: June 25th, 2025

**SO ORDERED**

NO TIMELY OPPOSITION, AND TO THE EXTENT THAT THE DOCUMENTS REFERENCED IN THIS ORDER ARE NOT AMONG THOSE FILED ON JUNE 24, 2025 [ECF NO. 62].



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>**CHASEN CONSTRUCTION LLC**<br><br>Debtor. | Case No. 25-12356-NVA<br><br>(Chapter 11) |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO COMPEL BRANDON M. CHASEN, SR. TO APPEAR AND SUBMIT TO EXAMINATION UNDER OATH AT A MEETING OF CREDITORS AND TO FILE <u>SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS</u>**

Upon consideration of The United States Trustee's Motion to Compel Brandon M. Chasen, Sr. to Appear and Submit to Examination Under Oath at a Meeting of Creditors and to File Schedules, Statements, and Other Documents (the "Motion") filed in the above-captioned case, of any response thereto, and after any hearing thereon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion be, and hereby is, granted; and it is further

**ORDERED**, that Brandon M. Chasen, Sr. shall file a Chapter 11 Statement of Financial Affairs, Schedules A through J, and a typewritten mailing matrix with the names and addresses of all creditors and other parties in interest within ten (10) days after the entry of this Order; and it is further

**ORDERED**, that, within ten (10) days after the entry of this Order, Brandon M. Chasen,

Sr. shall file a list containing the name, address and claim of each of the creditors that hold the 20 largest unsecured claims, excluding insiders; and it is further

**ORDERED**, that, within ten (10) days after the entry of this Order, Brandon M. Chasen, Sr. shall file a list of the Debtor's equity holders by class that shows the number and type of interests registered in each holder's name, along with the holder's last known address or place of business; and it is further

**ORDERED,** that Brandon M. Chasen, Sr. shall appear and submit to examination under oath at the meeting of creditors under section 341(a) of the Bankruptcy Code in the manner, time, and place designated by the U.S. Trustee in a future Notice to be issued in this case.

cc:     Chasen Construction LLC
        c/o Brandon M. Chasen, Sr., Resident Agent
        12 West Montgomery Street
        Baltimore, MD 21230

        Adam M. Freiman, Esquire
        115 McHenry Avenue, Suite B4
        Pikesville, MD 21208

        Brandon M. Chasen, Sr.
        1511 Eastern Avenue
        Baltimore, MD 21231

        Brandon M. Chasen, Sr.
        300 International Drive, Unit 2601
        Baltimore, MD 21202

        Brandon M. Chasen, Sr.
        18555 Collins Avenue, Apt. 5105
        Sunny Isles Beach, FL 33160

        All Parties in Interest

**End of Order**