# United States Bankruptcy Court
## District of Maryland

In re **Chasen Construction LLC**      Case No. **25-12356**
Debtor(s)      Chapter **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 9, 2025**, I caused a copy of **Document #49, Notice of Chapter 11 Bankruptcy Case to be sent by** regular United States mail to all parties listed on the attached mailing matrix.

Date: July 9, 2025

/s/ Brent C. Strickland

**Brent C. Strickland**
**Whiteford, Taylor & Preston L.L.P.**
**8830 Stanford Blvd.**
**Suite 400**
**Columbia, MD 21045**
**(410) 347-9402**
**bstrickland@whitefordlaw.com**

**Counsel for Brandon M. Chasen Sr. as Managing Member of Chasen Construction LLC, Debtor**