IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> Chasen Construction LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-12356 NVA |

### AFFIDAVIT OF SERVICE

I, David Crosby, being duly sworn, depose and say:

1. I am employed by Innovative Driven, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On July 9th, 2025, I caused a true and correct copy of the following document to be served upon the parties on the attached service list via First Class Mail:

**Notice of Ch. 11 Bankruptcy Case** *[D.I. 49]*

David Crosby _____

SWORN TO AND SUBSCRIBED before me this 9th day of July 2025

NOTARY PUBLIC _____

*[Notary seal: JEFFREY A LOW, MY COMMISSION EXPIRES JULY 30, 2029, NOTARY PUBLIC, STATE OF DELAWARE]*

# SERVICE LIST

A&L Masonry, Inc
10013 Damascus Hill Court D
Damascus, MD 20872


Absolute Fire Protection, Inc
445 Defense Highway, Suite C
Annapolis, MD 21401


Action Elevator Co. LLC
1110 Benfield Boulevard, Suite L
Millersville, MD 21108


Air Flow Technology LLC
1143 Taft Street
Rockville, MD 20850


American Express
PO Box 981535
El Paso, TX 79998-1535


BJ Plumbing, LLC
14104 Kydan Court
Brandywine, MD 20613


Brandon Chasen
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Brandon Chasen
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231

```
Builders FirstSource, Inc
7203 McKinney Circle
Frederick, MD 21704



Bull's Unlimited, LLC
54 Beaver Court
Rising Sun, MD 21911



Bull's Unlimited, LLC
c/o Randall James Craig, Esq.
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202



Cahill Services
8737 Colesville Road, Suite 501
Silver Spring, MD 20910



Capital Electric
600 W. Hamburg Street
Baltimore, MD 21230



Capital Lighting & Supply
8711 Westphalia Road
Upper Marlboro, MD 20774



Capital Lighting & Supply LLC
c/o Robert G. Shuster, Esq.
12850 Middlebrook Road, Suite 225
Germantown, MD 20874



Capital Lighting & Supply, LLC
c/o Robert G. Shuster
12850 Middlebrook Road, Suite 225
Germantown, MD 20874



Capstan Tax Strategies
200 Dryden Road, Suite 3400
Dresher, PA 19025
```

```
CC 1400 Aliceanna Street LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 1400 Aliceanna Street LLC
Serve: Brandon M. Chasen
1511 Eastern Avenue
Baltimore, MD 21231


CC 201 East Baltimore Street LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


CC 201 East Baltimore Street LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


CC 201 East Baltimore Street LLC
Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231


CC 201 East Baltimore Street LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 419 Saint Paul Place LLC
1511 Eastern Avenue
Baltimore, MD 21231


CC 419 St. Paul Place LLC
1511 Eastern Avenue
Baltimore, MD 21231
```

```
CC 600 South Caroline Street LLC
Serve on Resident Agent Brandon M. Chase
1511 Eastern Avenue
Baltimore, MD 21231


Chasen Companies
1511 Eastern Avenue
Baltimore, MD 21231


Chasen Construction LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Adam M. Freiman
115 McHenry Avenue Suite B4
Pikesville, MD 21208


Chasen Construction LLC
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Chasen Construction LLC
c/o Adam M. Freiman, Esq.
115 McHenry Avenue, Suite B4
Pikesville, MD 21208
```

Chasen Construction LLC et al  
c/o Gregory Lee Waterworth  
Saul Ewing LLP  
1001 Fleet Street, 9th Floor  
Baltimore, MD 21202


Chasen Construction LLC et al  
c/o Mark Anthony Simanowith  
Saul Ewing LLP  
1001 Fleet Street, 9th Floor  
Baltimore, MD 21202


Chesapeake Energy Services, Inc.  
13325 Rousby Hall Road  
Lusby, MD 20657


CityScape Enginering LLC  
3600 Clipper Mill Rd, Suite 214  
Baltimore, MD 21211


Corpay  
PO Box 100647  
Atlanta, GA 30384-0647


Crimpco, LLC  
2545 Lord Baltimore Drive, Suite H-J  
Baltimore, MD 21244


CS 421 South Broadway LLC  
1511 Eastern Avenue  
Baltimore, MD 21231


D&J Drywall Inc.  
6053 Watch Chain Way  
Columbia, MD 21044

```
D&J Drywall Inc.
c/o Kyle S. Kushner, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201



D&J Drywall Inc.
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201



D&J Drywall Inc.
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201



D&J Drywall Inc.
c/o Kyle S. Kushner
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201



D&J Drywall Inc., et al.
6053 Watch Chain Way
Columbia, MD 21044



D&J Drywall, Inc
6053 Watch Chain Way
Columbia, MD 21044



DeVere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226



DivvyPay, LLC
13707 S. 200 W, Suite 100
Draper, UT 84020
```

Duque Construction LLC
777 Briggs Chaney Rd
Silver Spring, MD 20905


Duque Construction LLC
777 Briggs Chaney Road
Silver Spring, MD 20905


Duque Construction LLC
c/o Philip Martin Wright
25 Wood Lane
Rockville, MD 20850


EZ Cabinetry Inc
401 Industry Drive
Hampton, VA 23661


Ferguson ENT HVAC
751 Lakefront Commons
Newport News, VA 23606


Ferguson Enterprises LLC
13890 Lowe Street
Chantilly, VA 20151


Ferguson Enterprises, LLC
c/o Jill Diane Caravaggio, Esq.
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704


Hillis-Carnes Engineering Assoc. Inc.
0975 Guilford Rd, Suite A
Annapolis Junction, MD 20701


Jones Lang LaSalle Brokerage, Inc
200 E. Randolph Street, Suite 4300
Chicago, IL 60601

```
JRO Construction LLC
3510 Jean Street
Fairfax, VA 22030



JRO Construction LLC
c/o George W. Liebmann, Esq.
Anne-Lise Liebmann
700 N. Charles Street, Apt 6D
Baltimore, MD 21201



Livingston Fire Protection, Inc
5150 Lawrence Place
Hyattsville, MD 20781



M&B Contract Specialties, Inc
11G Gwynns Mills Court
Owings Mills, MD 21117



Madison Mechanical Contracting, LLC
5621 Old Frederick Road, Suite 1
Catonsville, MD 21228



Madison Mechanical Contracting, LLC
c/o Eliot Mark Wagonheim
11350 McCormick Road
EPI, Suite 700
Hunt Valley, MD 21031



Michael DelGrande
438 E Allens Lane
Philadelphia, PA 19119



National Lumber Co.
4901 Pulaski Highway
Baltimore, MD 21224



Pachecos Construction LLC
14609 Burntwoods Rd
Glenwood, MD 21738
```

Patriot Steel Fabrication, Inc.
1959 Church Creek Road
Church Creek, MD 21622


Patriot Steel Fabrication, Inc.
c/o Jackson S. Nichols
Cohen Seglias Pallas Greenhall & Furman
900 Seventh St., NW Suite 725
Washington, DC 20001


Paul Davis
Brian E Barkley, Esq.
Law Office Barkley & Kennedy
51 Monroe Street, Suite 1407
Rockville, MD 20850


Paul Davis
c/o Sharon T. Diamant, Esq.
Diamant Gerstein, LLC
6110 Executive Blvd #1050
Rockville, MD 20852


Paul Davis
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202


Paul Davis
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202


Paul W. Davis
5911 Ryland Drive
Bethesda, MD 20817


Pinpoint Plumbing, LLC
4425 Fitch Avenue, Suite 100
Nottingham, MD 21236

```
PinPoint Plumbing, LLC
4425 Fitch Avenue
Nottingham, MD 21236


Pinpoint Plumbing, LLC
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


Pinpoint Plumbing, LLC
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201


R&A Construction LLC
5015 Delaware St
College Park, MD 20740


Rankin Inc
288 S. Westgate Drive
Carol Stream, IL


Samer Iron Works LLC
330 N Stonestreet Avenue Suite U
Rockville, MD 20850


Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832


Sandy Spring Bank
c/o John Edward Reid, Esq
Martin Law Group P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
```

Sandy Spring Bank  
c/o Jeffrey Thomas Martin, Jr., Esq  
Martin Law Group P.C.  
8065 Leesburg Pike, Suite 750  
Vienna, VA 22182

Saul, Ewing, Arnstein & Lehr LLP  
1001 Fleet St 9th Floor  
Baltimore, MD 21202

Shepherd Electric Company, Incorporated  
7401 Pulaski Highway  
Rosedale, MD 21237

Shepherd Electric Company, Incorporated  
c/o Douglas H. Seitz, Esq.  
Wright, Constable & Skeen, LLP  
1 Olympic Place, Suite 800  
Towson, MD 21204

Southland Insulators of Maryland, Inc.  
d/b/a Devere Insulation Company  
7501 Resource Court  
Curtis Bay, MD 21226

Southland Insulators of Maryland, Inc.  
d/b/a Devere Insulation Company  
c/o Shawn Charles Whittaker, Esq.  
1401 Rockville Pike, Suite 510  
Rockville, MD 20852

Stone 4 Kitchen LLC  
401 Industry Dr Ste A  
Hampton, VA 23661

Sunbelt Rental  
7605 Pulaski Hwy  
Rosedale, MD 21237

```
Supplies Unlimited, Inc.
PO Box 7370
Halethorpe, MD 21227



TDR Systems, Inc.
33 Industrial Park Dr.
Waldorf, MD 20602



The Sherwin-Williams Co.
c/o Peter R. Helt, Esq.
Baylinson, Kudysh, Greenberg & Helt LLC
303 S. Main Street, Lower Level
Mount Airy, MD 21771



Trident Aircraft Incorporated
9475 Jet Lane
Easton, MD 21601



U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203



United Bank
450 Foxcroft Avenue
Martinsburg, WV 25401



United Bank Visa
450 Foxcroft Avenue
Martinsburg, WV 25401



United Rentals
1709 Old Sulphur Spring Road
Halethorpe, MD 21227



United Rentals (North America), Inc.
100 First Stamford Place
Stamford, CT 06902
```

United Rentals (North America), Inc.
c/o John David Purdy, Esq.
Purdy Law Firm, P.C.
9962 Brook Road, #641
Glen Allen, VA 23059