IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 25-12356-NVA |
| **CHASEN CONSTRUCTION, LLC,** | * | |
| | | Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CHAPTER 11 TRUSTEE'S
### MOTION FOR WITHDRAWAL OF COUNSEL

Shapiro Sher, special counsel to the Trustee, pursuant to Local Rule 9010-4(b), moves for leave of Court that Richard M. Goldberg and the law firm Shapiro Sher Guinot & Sandler ("Shapiro Sher"), one of the attorneys of record for the Trustee, be permitted to withdraw as special counsel in this action. In support of this motion, counsel states that potential conflicts of interest have arisen making it improper for counsel to remain employed by the Trustee/estate. All other counsel for the Trustee shall continue to serve as counsel of record, including specifically the Trustee's general bankruptcy counsel, Schlossberg Mastro. *See* ECF No. 46. The Trustee approves of and consents to this withdrawal. Undersigned counsel reserves the right to file a fee application for services rendered to date.

Dated: July 10, 2025

/s/ *Richard M. Goldberg*
Richard M. Goldberg, Bar No. 07994
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com

*Special Counsel to Roger Schlossberg,*
*Chapter 11 Trustee*

## **CERTIFCATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *foregoing Motion to Withdraw as Counsel and Proposed Order* will be served electronically by the Court's CM/ECF system on the following:

**Jill D. Caravaggio**   jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

**Darrell William Clark**   darrell.clark@stinson.com, catherine.scott@stinson.com

**Jeffery Thomas Martin**   jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

**Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com

**John E Reid**   jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com

**Roger Schlossberg**   bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com

**Roger Schlossberg**   trustee@schlosslaw.com, MD20@ecfcbis.com

**US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

**Gerard R. Vetter**   gerard.r.vetter@usdoj.gov

**Shawn C. Whittaker**   shawn@whittaker-law.com

/s/ *Richard M. Goldberg*
Richard M. Goldberg