IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                    *

                                    Case No. 25-12356-NVA

**CHASEN CONSTRUCTION, LLC,**     *

                                    Chapter 11

    Debtor.                           *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Upon consideration of the Motion For Withdrawal of Counsel of Richard M. Goldberg and the law firm of Shapiro Sher Guinot & Sandler, and any response thereto, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion For Withdrawal of Counsel is GRANTED; and it is further

ORDERED, that the appearance of Richard M. Goldberg and the law firm of Shapiro Sher Guinot & Sandler, as special counsel for Roger Schlossberg, Chapter 11 Trustee, is hereby STRICKEN.

cc:    Richard M. Goldberg, Esquire
        SHAPIRO SHER GUINOT & SANDLER
        250 W. Pratt Street, Suite 2000
        Baltimore, MD 21201
        *Special Counsel to Roger Schlossberg, Chapter 11 Trustee*

Gerard R. Vetter, Esquire
OFFICE OF THE U.S. TRUSTEE
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
*Chapter 11 Trustee for Chasen Construction, LLC*

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230
*Debtor*

Jeffery Thomas Martin, Jr., Esquire
John E Reid, Esquire
MARTIN LAW GROUP, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Counsel for Petitioning Creditor Sandy Spring Bank*

Shawn C. Whittaker, Esquire
LAW OFFICE OF SHAWN C. WHITTAKER, PC
t/a WHITTAKER MYERS, PC
1401 Rockville Pike, Suite 510
Rockville, MD 20852
*Counsel for Petitioning Creditor Southland Insulators of Maryland, Inc.*

Jill D. Caravaggio, Esquire
LAW OFFICE OF JILL D. CARAVAGGIO
Westview Village Professional Park
5100 Buckeystown Pike
Suite 250
Frederick, MD 21704
*Counsel for Petitioning Creditor Ferguson Enterprises, Inc.*

**End of Order**