## **EXHIBIT A**

1. All bank account statements for the Debtor in United Bankshares, Inc.'s possession from 2019 through the present.

2. All bank account statements for the entities identified in Exhibit B hereto in United Bankshares, Inc.'s possession from 2019 through the present.

3. To the extent not identifiable from the bank statements, other documents, including, but not limited to, cancelled checks, wire confirmations or other payment confirmations, that would identify the sender and/or recipient of transactions reflected in the bank statements produced in response to these Requests.