**EXHIBIT B**

| | | |
|---|---|---|
| STJ LLC | 9 N Howard St LLC | CC 419 St Paul LLC |
| STJ Investments LLC | 1742 Fleet St LLC | CC The Lyn LLC |
| Paul Davis | CS 1511 Eastern Ave LLC | CC FS 2601 LLC |
| Catherine Chasen | CS 500 South Bond LLC | CC 311 Cathedral St LLC |
| Whitney Tendall | CS 1617 Eastern Ave LLC | CC 600 South Caroline St LLC |
| Chasen Acquisitions LLC | CS 1122 N Calvert St LLC | CC 1005 North Charles St LLC |
| Harbor Management Group LLC | CS 1709 Fleet St LLC | CC 816 Park Place LLC |
| Princess Lona LLC | CS 211 St Paul Pl LLC | CC 4000 Linkwood Ave LLC |
| 2202 West Pensicola Street LLC | CS 520 South Caroline St LLC | CC 2200 West Pensacola LLC |
| | CS 421 South Broadway LLC | CC 85 29th Street LLC |
| CS 1517 Eastern Avenue LLC | CC 115 Eager LLC | CC The Bo LLC |
| CC 1400 Aliceanna St LLC | CC 13 E Read St LLC | CC The Jimmy LLC |
| CC 4000 Linkwood Road LLC | CC 601 South Broadway LLC | CC 1720 Saint Paul Street LLC |
| CC 517 South Broadway LLC | CC Park Ave LLC | CC 2125 Jackson Bluff Road LLC |
| CC The Bo LLC | CC The Regency LLC | CC 201 East Baltimore Street LLC / CC 201 E Baltimore LLC |
| CC The Jimmy LLC | CC Chateaus LLC | |
| CC 3522 Beech Ave LLC | CC 300 Cathedral LLC | Chasen Construction Aircraft |
| 1719 Eastern Ave LLC | CC 1517 Eastern LLC | |

1