United States Bankruptcy Court
District of Maryland

In re:                                                                                                           Case No. 25-12356-NVA

Chasen Construction LLC                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1           User: admin           Page 1 of 2
Date Rcvd: Sep 08, 2025      Form ID: pdfall         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| adb | + Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
|  | + Gerard R. Vetter, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | aaron.casagrande@icemiller.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: pdfall | Total Noticed: 2 |

|  |  |
|---|---|
|  | fmastro@schlosslaw.com |
| Gerard R. Vetter | |
|  | gerard.r.vetter@usdoj.gov |
| Heather Kirkwood Yeung | |
|  | hyeung@darslaw.com |
| Jason J. Giguere | |
|  | jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffery Thomas Martin | |
|  | jeff@martinlawgroup.com |
|  | Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | |
|  | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |
| John E Reid | |
|  | jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Kyle Steven Kushner | |
|  | kyle@lawrencelawllc.com |
| Morgan Taylor | |
|  | morgan.taylor@icemiller.com |
| Richard Marc Goldberg | |
|  | rmg@shapirosher.com  ejd@shapirosher.com |
| Robert G. Shuster | |
|  | rob@shusterlaw.com  courts@shusterlaw.com |
| Roger Schlossberg | |
|  | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Shawn C. Whittaker | |
|  | shawn@whittaker-law.com |
| Tracey Michelle Ohm | |
|  | tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| US Trustee - Baltimore | |
|  | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | |
|  | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 21

Entered: September 8th, 2025
Signed: September 8th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 25-12356-NVA** |

**CONSENT ORDER GRANTING MOTION FOR LIMITED EXAMINATION OF
UNITED BANKSHARES, INC. PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the *Motion for Limited Examination of United Bankshares, Inc. Pursuant to Bankruptcy Rule 2004* [Dkt. No. 83] (the "Motion"), and after consideration of the Limited Objection of United Bank [Dkt No. 84] (the "Limited Objection"), the only timely filed objection, upon the resolution of the Limited Objection, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED as set forth herein**; and it is further

**ORDERED,** that interested parties Family Pension Corp. 401k Plan ("Family Pension"), Four Kids Investment Fund, LLC ("Four Kids"), Jonathan Honig, as Trustee (the "Trustee") by and for the Renee Honig 2019 Irrevocable Trust Agreement U/A DTD 07/09/2019 (the "Trust"), and Jacob Honig ("Jacob", and collectively with Family Pension, Four Kids, the Trustee, and the

1

Trust, the "<u>Interested Parties</u>") are authorized to issue a Subpoena to conduct an examination of United Bank pursuant to Fed. R. Bankr P. 2004 and Fed. R. Bankr. P. 9016 (incorporating Fed. R. Civ. P. 45); and it is further

**ORDERED**, that Interested Parties' rights are reserved to request additional discovery and/or examination on matters consistent with the discovery authorized pursuant to this Order; and it is further

**ORDERED**, that this Order shall be effective immediately and enforceable upon entry, and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any matters, rights, or disputes arising from or related to the Motion or implementation or interpretation of this Order.

| | |
|---|---|
| /s/ Aaron L. Casagrande | /s/ Tracey M. Ohm |
| Aaron L. Casagrande (Bar No. 28518) | Darrell W. Clark, No. 012507 |
| Morgan L. Taylor (Bar No. 31372) | Tracey M. Ohm, No. 17435 |
| ICE MILLER LLP | STINSON LLP |
| 100 Light Street, Suite 2700 | 1775 Pennsylvania Ave., N.W., Suite 800 |
| Baltimore, Maryland 21202 | Washington, DC 20006 |
| Phone:410-951-5874 | Tel. (202) 785-9100 |
| Aaron.Casagrande@IceMiller.com | Fax (202) 572-9948 |
| Morgan.Taylor@IceMiller.com | darrell.clark@stinson.com |
| | tracey.ohm@stinson.com |
| Counsel for Interested Parties | Counsel for United Bank |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.

                                            /s/ Aaron L. Casagrande
                                            Aaron L. Casagrande

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery Street
Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Frank J. Mastro
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067

Gerard R. Vetter
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Darrell W. Clark
Tracey M. Ohm
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

**END OF ORDER**