# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CHASEN CONSTRUCTION, LLC, ) | Case No. 25-12356 |
| ) | |
| Debtor. ) | |

## CONSENT MOTION FOR ENTRY OF
## PROTECTIVE ORDER FOR DISCOVERY BY UNITED BANK

United Bank, by and through its undersigned counsel, hereby files this Consent Motion for Entry of Protective Order for Discovery by United Bank (the "Motion") seeking entry of the attached Protective Order to govern the handling of document requests to United Bank pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7026 and 9014, and states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. An involuntary Chapter 11 bankruptcy petition was filed against Chasen Construction LLC ("Debtor") on March 19, 2025 (the "Petition Date"). The order for relief was entered on April 24, 2025 [Dkt. No. 48].

3. Upon a motion filed by one of the petitioning creditors, Sandy Spring Bank, Roger Schlossberg has been appointed Chapter 11 Trustee (the "Trustee") for the Debtor's bankruptcy estate.

4. Prior to the Petition Date the Debtor and many, if not all, of its affiliates opened bank accounts at United Bank. There are over 100 bank accounts held by entities or individuals affiliated with the Debtor at United Bank (collectively, the "Chasen Entity Accounts").

5. Many parties in interest in this proceeding desire to review statements for the Chasen Entity Accounts.

6. For example, according to the Motion for Rule 2004 Examination of United Bank ("Rule 2004 Motion") filed by Family Pension Corp. 401k Plan, Four Kinds Investment Fund, LLC, Jonathan Honig, as Trustee by and for the Renee Honig 2019 Irrevocable Trust Agreement U/A DTD 07/09/2019, and Jacob Honig (collectively, the "Interested Parties") entered into a lending relationship with an affiliate of the Debtor and have advanced tens of millions of dollars to that entity, Chasen Acquisitions LLC.

7. In support of the Rule 2004 Motion, the Interested Parties outlined a concern that funds advanced to their borrower Chasen Acquisitions LLC were then transferred to the Debtor and may have thereafter been improperly transferred to other related entities or third parties.

8. The Interested Parties sought a 2004 Examination of United Bank to review documents related to the Chasen Entity Accounts. A Consent Order Granting Motion for Limited Examination of United Bankshares, Inc. Pursuant to Rule 2004 was entered on September 8, 2025 [Dkt. No. 88], authorizing the Interested Parties to issue a subpoena on United Bank, and the Interested Parties have served the subpoena on United Bank.

9. United Bank has already provided statements and other documents relating to the Chasen Entity Accounts to the Trustee, as well as to Sandy Spring Bank pursuant to a court order entered in a prepetition state court garnishment proceeding.

10. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure incorporated by Fed. R. Bankr. P. 9014 and 7026, the Court may, for good cause, issue an order to protect a party from whom discovery is sought from undue burden or expense, including specifying terms, including

time and place or the allocation of expenses, for the disclosure or discovery. Fed. R. Civ. P. 26(c)(1)(B).

11. The order may also require that "a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G).

12. The procedures sought to be established in the attached proposed Protective Order are appropriate to protect United Bank, a third party, from undue burden and expense in connection with requests to review documents related to the Chasen Entity Accounts. Without such procedures, United Bank may face multiple requests for years of bank statements for dozens accounts with no mention of who is responsible for the related costs. The proposed procedures also serve to ensure that the personal and commercial financial information contained in the documents is treated as confidential.

13. The Interested Parties, by counsel, consent to the relief sought in this Motion.

WHEREFORE United Bank prays that this Court enter a Protective Order substantially in the form attached hereto: (a) setting forth the terms and conditions of United Bank's provision of bank statements and related information for the Chasen Entity Accounts; and (b) granting such further and other relief as the Court deems appropriate.

Dated: October 1, 2025

Respectfully submitted,

/s/ Tracey M. Ohm
Darrell W. Clark, No. 012507
Tracey M. Ohm, No. 17435
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
darrell.clark@stinson.com
tracey.ohm@stinson.com
*Counsel for United Bank*

## CERTIFICATE OF SERVICE

**I HEARBY CERTIFY** that on October 1, 2025, a copy of the forgoing Consent Motion for Entry of Protective Order for Discovery by United Bank was mailed first-class, postage prepaid to:

Chasen Construction LLC                    Robert L. Patrick
Attn: Brandon Chasen                       SC&H Group, Inc.
12 W. Montgomery St.                       910 Ridgebrook Road
Baltimore, MD 21230                        Sparks-Glencoe, MD 21152

**I HEARBY FURTHER CERTIFY** that according to the Court's ECF records, on October 1, 2025, electronic mail notice of this Motion was provided to the following persons:

- Brian E. Barkley     bbarkley@barkenlaw.com
- Jill D. Caravaggio     jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande     aaron.casagrande@icemiller.com
- Darrell William Clark     darrell.clark@stinson.com, catherine.scott@stinson.com
- David V. Fontana     dfont@gebsmith.com
- Jason J. Giguere     jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- Richard Marc Goldberg     rmg@shapirosher.com, ejd@shapirosher.com
- Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Kyle Steven Kushner     kyle@lawrencelawllc.com
- Jeffery Thomas Martin     jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Frank J. Mastro     fmastro@schlosslaw.com
- Tracey Michelle Ohm     tracey.ohm@stinson.com, porsche.barnes@stinson.com
- John E Reid     jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Roger Schlossberg     bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg     trustee@schlosslaw.com, MD20@ecfcbis.com
- Robert G. Shuster     rob@shusterlaw.com, courts@shusterlaw.com
- Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Morgan Taylor     morgan.taylor@icemiller.com
- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter     gerard.r.vetter@usdoj.gov
- Shawn C. Whittaker     shawn@whittaker-law.com
- Heather Kirkwood Yeung     hyeung@darslaw.com

                                        /s/ Tracey M. Ohm
                                        Tracey M. Ohm

CORE/0808027.0045/231946300.1