

Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| CHASEN CONSTRUCTION, LLC, | ) | Case No. 25-12356 |
| Debtor. | ) |  |

## ORDER GRANTING CONSENT MOTION
## FOR ADMINISTRATIVE EXPENSE TO UNITED BANK

This case came before the Court on the Consent Motion for Administrative Expense submitted by United Bank and Roger Schlossberg, Chapter 11 Trustee. In the Consent Motion, United Bank and the Trustee seek the awarding of an administrative expense in favor of United Bank in the amount of $1,000 pursuant to 11 U.S.C. § 503(b)(1). The grounds for this treatment are to reimburse United Bank's reasonable out-of-pocket expenses related to the production of numerous bank records necessary for the preservation of the estate, the administration of the case, and for the Trustee's other purposes consistent with his statutory duties.

Upon consideration of the Consent Motion, it is

**ORDERED** that the Consent Motion is **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED** that United Bank is awarded an administrative expense under 11 U.S.C. § 503(b)(1) in the amount of $1,000.

CORE/0808027.0045/234239720.1

Respectfully submitted,

/s/ Tracey M. Ohm
Darrell W. Clark, No. 012507
Tracey M. Ohm, No. 17435
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100; Fax (202) 572-9948
darrell.clark@stinson.com
tracey.ohm@stinson.com
*Counsel for United Bank*

/s/ Roger Schlossberg
Roger Schlossberg, Trustee
SCHLOSSBERG MASTRO
P.O. Box 2067
Hagerstown, MD 21742-2067
Tel. (301) 739-8610
Fax (301) 791-6302
rschlossberg@schlosslaw.com
*Chapter 11 Trustee*

     I HEREBY CERTIFY that the terms of the copy of this consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                          /s/ Tracey M. Ohm
                                                          Tracey M. Ohm, No. 17435

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Frank J. Mastro
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067

2

Gerard R. Vetter
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Darrell W. Clark
Tracey M. Ohm
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

## END OF ORDER

3