IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| CHASEN CONSTRUCTION, LLC, | ) | Case No. 25-12356-NVA |
| | ) | |
| Debtor. | ) | (Chapter 11) |
| | ) | |
| In re: | ) | |
| BRANDON M. CHASEN SR. | ) | Case No. 25-15437-NVA |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |

## NOTICE OF RULE 2004 EXAMINATION OF GOOGLE, LLC

PLEASE TAKE NOTICE that Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees"), will conduct an examination of **Google, LLC** on **January 7, 2026** beginning at **11:00 a.m. EST** at the offices of SC&H Group, 11000 Broken Land Parkway, 5th Floor, Columbia, MD 21044, or at such other date, time, or place as the parties hereafter may mutually agree. The examination will be conducted before a Notary Public or other officer authorized by law to administer an oath, and will be recorded by stenographic means. The examination will continue from day to day until completed.

Respectfully submitted,

SCHLOSSBERG | MASTRO

_/s/ Frank J. Mastro_
Frank J. Mastro #24679
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Roger Schlossberg,*
*Ch. 11 Trustee*

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

_/s/ Zvi Guttman_
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman,*
*Ch. 7 Trustee*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **17th** day of **December 2025**, a copy of the foregoing

*Notice of Rule 2004 Examination of Google, LLC* was served:

> (a) via electronic mail to those persons included in the *CMECF Electronic Mail Notice List* at those email addresses noted thereon as follows:

| 25-12356 Notice will be electronically mailed to: | 25-15437 Notice will be electronically mailed to: |
|---|---|
| Brian E. Barkley: bbarkley@barkenlaw.com | Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov |
| Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov | Joshua D. Bradley: jbradley@rosenbergmartin, lfeigh@rosenbergmartin.com |
| Jill D. Caravaggio: jill@jill-lawoffice.net, paralegal@jill-lawoffice.net | Aaron L. Casagrande: Aaron.casagrande@Icemiller.com |
| Aaron L. Casagrande: Aaron.casagrande@Icemiller.com | Darrell William Clark: darrell.clark@stinson.com, catherine.scott@stinson.com |
| Darrell William Clark: darrell.clark@stinson.com, catherine.scott@stinson.com | Alan D. Eisler: aeisler@e-hlegal.com, alaneisler@gmail.com |
| Alan D. Eisler: aeisler@e-hlegal.com, alaneisler@gmail.com | Scott W. Foley: swf@shapirosher.com, ajs@shapirosher.com, ens@shapirosher.com, blr@shapirosher.com, LAR@shapirosher.com |
| David V. Fontana: dfont@gebsmith.com | Adam M. Freiman: adam@pikesvillelaw.com, r54650@notify.bestcase.com |
| Jason J. Giguere: jgiguere@zwickerpc.com, bknotices@zwickerpc.com | Jason J. Giguere: jgiguere@zwickerpc.com, bknotices@zwickerpc.com |
| Richard Marc Goldberg: rmg@shapirosher.com, ejd@shapirosher.com | Jeffrey Greenberg: jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com, |
| Zvi Guttman: zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com | Zvi Guttman: zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com |
| Kyle Steven Kushner: kyle@lawrencelawllc.com | Zvi Guttman: zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com |
| Jeffery Thomas Martin: jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com, brittany@martinlawgroup.com, Diana@martinlawgroup.com | Andrew Janquitto: aj@mhblaw.com |
| Frank J. Mastro: fmastro@schlosslaw.com | Michael J. Lichtenstein: mjl@shulmanrogers.com, tlockwood@shulmanrogers.com, nlawal@shulmanrogers.com |
| Tracey Michelle Ohm: tracey.ohm@stinson.com, porsche.barnes@stinson.com | Tracey Michelle Ohm: tracey.ohm@stinson.com, porsche.barnes@stinson.com |
| John E Reid: jack@martinlawgroup.com, brittany@martinlawgroup.com, | |

| | |
|---|---|
| Diana@martinlawgroup.com | Roger Schlossberg: trustee@schlosslaw.com, MD20@ecfcbis.com |
| Roger Schlossberg: trustee@schlosslaw.com, MD20@ecfcbis.com | |
| | Robert G. Shuster: rob@shusterlaw.com, courts@shusterlaw.com |
| Roger Schlossberg: bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com | |
| | Morgan Taylor: morgan.taylor@icemiller.com |
| Robert G. Shuster: rob@shusterlaw.com, courts@shusterlaw.com | |
| | Andre' R Weitzman: aequityhouse@aol.com |
| Brent C. Strickland: bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com | Heather Kirkwood Yeung: hyeung@darslaw.com |
| Morgan Taylor: morgan.taylor@icemiller.com | |
| US Trustee – Baltimore: USTPRegion04.BA.ECF@USDOJ.GOV | |
| Gerard R. Vetter: gerard.vetter@maryland.gov | |
| Shawn C Whittaker: shawn@whittaker-law.com | |
| Heather Kirkwood Yeung: hyeung@darslaw.com | |

(b) via first-class mail, postage prepaid, to those persons included in the *CMECF Manual Notice List* as follows:

| | |
|---|---|
| Chasen Construction LLC<br>Attn: Brandon Chasen<br>12 W. Montgomery Street<br>Baltimore, MD 21230 | Robert L. Patrick<br>SC&H Group, Inc.<br>910 Ridgebrook Road<br>Sparks-Glencoe, MD 21152 |
| Larry Strauss<br>Larry Strauss CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209 | Shepherd Electric Co., Inc.<br>c/o Douglas H. Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 |

*/s/ Frank J. Mastro*

*/s/ Zvi Guttman*

3