| | |
|---|---|
| **From:** | Schlossberg, Roger |
| **To:** | jason.stjohn@saul.com |
| **Cc:** | Zvi Guttman; Frank Mastro; Kemmerer, Joanna; Robert Patrick |
| **Subject:** | Important Correspondence from Trustees Roger Schlossberg (In re: Chasen Construction, LLC; No. 25-12356-NVA) and Zvi Guttman (In re: Brandon M. Chasen, Sr.; No. 25-15437-NVA) |
| **Date:** | Friday, October 3, 2025 9:33:19 PM |
| **Attachments:** | image001.png |
| | chasen.saul ewing ltr.rs.zg.100325.pdf |

Mr. St. John –

Please find attached hereto important correspondence from Trustees Roger Schlossberg (In re: Chasen Construction, LLC; No. 25-12356-NVA) and Zvi Guttman (In re: Brandon M. Chasen, Sr.; No. 25-15437-NVA).  Your immediate attention to said correspondence is both requested and required.

Best regards.

*Roger*
Roger Schlossberg

**Schlossberg | Mastro**
Attorneys at Law
P.O. Box 2067
Hagerstown, MD 21742-2067
Phone: (301) 739-8610
Fax:    (301) 791-6302

Alternate address for overnight
or courier delivery only:

Schlossberg | Mastro
18421 Henson Boulevard, Suite 201
Hagerstown, MD 21742

Email: rschlossberg@schlosslaw.com

**The Law Offices of**
# Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

| | |
|---|---|
| Admitted to Practice in Maryland and The District of Columbia | Telephone (410) 580-0500<br>Facsimile (410) 580-0700<br>E-Mail  Zvi@ZviGuttman.Com |

## SCHLOSSBERG | MASTRO
ATTORNEYS AT LAW
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742
(301) 739-8610 FAX: (301) 791-6302

| | |
|---|---|
| ROGER SCHLOSSBERG<br>FRANK J. MASTRO | PLEASE RESPOND VIA EMAIL TO:<br>rschlossberg@schlosslaw.com<br>OR VIA UNITED STATES MAIL TO:<br>P.O. BOX 2067<br>HAGERSTOWN, MD 21742-2067 |

October 3, 2025

Via Email (jason.stjohn@saul.com)
Jason M. St. John, Esquire
Managing Partner
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

**Re:** **Brandon M. Chasen Sr. || Bankr. Case No.: 25-15437-NVA**
   **Chasen Construction LLC || Bankr. Case No.: 25-12356-NVA**

Dear Mr. St. John:

The undersigned serve as the bankruptcy trustees for the above-referenced individual and company. For several years, your firm provided consulting and legal services to Mr. Chasen, Chasen Construction, LLC (each a "Debtor"), and numerous related parties which are now under the control of the trustees (collectively, "The Chasen Companies").

As the duly appointed Trustees in the above-referenced cases, we write to demand the turnover of all files and related information in your possession arising from your prior representation of and dealings with the Debtors and The Chasen Companies.

Pursuant to 11 U.S.C. § 542(e), we are entitled to, and hereby demand, the turnover of "any recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs." This demand includes, without limitation:

- All client files, whether physical or electronic;
- All emails, text messages, correspondence, memoranda, and other communications;
- All billing records, engagement letters, termination letters, and related materials; and

Jason M. St. John, Esquire
October 3, 2025
Page Two

- Complete information regarding all retainers, trust account balances, and all payments received in the past four (4) years, including the source of each payment.

As the United States Supreme Court made clear in *Commodity Futures Trading Comm'n v. Weintraub*, 471 U.S. 343 (1985), and in the extensive case law that has followed, the bankruptcy trustee succeeds to the attorney-client privilege of the debtor. Accordingly, issues of privilege are not a basis for withholding any materials responsive to this demand. The privilege rests with each of us, and we hold the authority to assert or waive it as necessary in carrying out our duties.

Please contact either or both of the undersigned within the next seven (7) days to arrange for the turnover of the requested items. If you believe any responsive documents are not in your possession, custody, or control, identify them with particularity and advise where they may be located.

In the meantime, ***no records are to be destroyed, no funds are to be disbursed, and if there are any decisions that need to made in an open matter, please reach out to the appropriate trustee to discuss***.

Thank you for your prompt attention to this matter.

Sincerely,

| */s/ Zvi Guttman* | */s/ Roger Schlossberg* |
|---|---|
| Zvi Guttman, Trustee | Roger Schlossberg, Trustee |
| Brandon M. Chasen, Sr. | Chasen Construction, LLC |