Entered: January 16th, 2026
Signed: January 16th, 2026

**SO ORDERED**

NO TIMELY OPPOSITION.



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: ) | | |
| CHASEN CONSTRUCTION, LLC, ) | Case No. 25-12356-NVA | |
| ) | | |
| Debtor. ) | (Chapter 11) | |
| ) | | |
| In re: ) | | |
| BRANDON M. CHASEN SR., ) | Case No. 25-15437-NVA | |
| ) | | |
| Debtor. ) | (Chapter 7) | |
| ) | | |
| ROGER SCHLOSSBERG, *et al.*, ) | | |
| ) | | |
| Movants, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| SAUL EWING LLP, ) | | |
| ) | | |
| Respondent. ) | | |

**ORDER GRANTING TRUSTEES' MOTION FOR TURNOVER
OF INFORMATION AND RECORDS RELATED TO
<u>DEBTORS' PROPERTY AND FINANCIAL AFFAIRS</u>**

The above-captioned matter came before the Court upon the *Motion for Turnover of Information and Records Related to Debtors' Property and Financial Affairs* (the "*Motion*"), filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that Respondent, Saul Ewing LLP, shall provide to the Movants, within five (5) days of the entry of this Order, the following information and records maintained by Saul Ewing with respect to the Debtors:

- All client files, whether physical or electronic;

- All emails, text messages, correspondence, memoranda, and other communications;

- All billing records, engagement letters, termination letters, and related materials; and

- Complete information regarding all retainers, trust account balances, and all payments received in the past four (4) years, including the source of each payment.

**END OF ORDER**

cc:

| | |
|---|---|
| Roger Schlossberg, Chapter 11 Trustee | Saul Ewing LLP |
| Zvi Guttman, Chapter 7 Trustee | c/o ATA Services of Maryland, Inc. |
| Frank J. Mastro, Esquire | Resident Agent |
| Office of the United States Trustee | 1001 Fleet Street, 9th Floor, |
| | Baltimore MD, 21202 |