# Exhibit 3

```
1            IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF MARYLAND
2                       (Baltimore Division)

3    In Re:

     CHASEN CONSTRUCTION, LLC,              Case No. 25-12356-NVA
4                                               (Chapter 11)
          Debtor
5    _____

6    In Re:                                 Case No. 25-15437-NVA

     BRANDON M. CHASEN SR,                      (Chapter 11)
7
          Debtor
8
9       *    *    *    *    *    *    *    *    *
10         STATEMENT ON THE RECORD IN LIEU OF
11             DEPOSITION OF GOOGLE LLC
12
13           Wednesday, January 7, 2026
14
15
16
17
18
19           Reported by: Laurie Baker
20                *    *    *
21
```

| | |
|---|---|
| Google LLC | January 7, 2026 |

Page 2

1  STATEMENT ON THE RECORD IN LIEU OF
2  DEPOSITION OF GOOGLE LLC
3  The deposition of Google LLC was scheduled
4  in the above-entitled case on Wednesday, January 7,
5  2026, commencing at 11:01 a.m., at 11000 Broken Land
6  Parkway, 5th Floor, Columbia, Maryland 21044, and
7  transcribed by Laurie Baker, a Notary Public and
8  Shorthand Reporter.
9
10
11
12
13
14
15
16
17
18
19
20
21

Google LLC												January 7, 2026

Page 3

1                           I N D E X

2            STATEMENT ON THE RECORD IN LIEU OF
                DEPOSITION OF GOOGLE LLC
3                     January 7, 2026

4

5    STATEMENT BY                                        PAGE

6    Mr. Mastro                                             5

7

8

9

10

11   EXHIBITS       DESCRIPTION                          PAGE

12   Exhibit 1      Subpoena                                6

13   (Exhibit 1 is attached hereto.)

14

15

16

17

18

19

20

21

Google LLC											January 7, 2026

```
 1   APPEARANCES:

 2

 3   Frank J. Mastro, Esquire

 4   Schlossberg|Mastro

 5   P.O. Box 2067

 6   Hagerstown, MD  21742-2067

 7   fmastro@schlosslaw.com

 8   On Behalf of Roger Schlossberg, Ch. 11 Trustee

 9

10   Zvi Guttman, Esquire (via Zoom)

11   The Law Offices of Zvi Guttman, P.A.

12   P.O Box 32308

13   Baltimore, MD 21282

14   zvi@zviguttman.com

15   On Behalf of Zvi Guttman, Ch. 7 Trustee

16

17

18   ALSO PRESENT: Roger Schlossberg, Trustee

19                Robert Patrick, SC&H managing director

20

21
```

Google LLC                                                January 7, 2026

Page 5

1   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2   MR. MASTRO:  We're on the record for the

3   Rule 2004 Exam of Google LLC.

4   I am Frank Mastro, counsel for the Chapter

5   11 Trustee Roger Schlossberg who is with us on

6   video today.

7   Also present is Zvi Guttman of the Chapter

8   7 Trustee for Brandon M. Chasen Sr. and Rob

9   Patrick, our litigation consultant from SC&H

10  where we are presently located.

11  This subpoena, which I have marked as

12  Exhibit 1, was served upon Google LLC's

13  resident agent in Maryland, the CSC-Lawyers

14  Incorporating Service Company, 7 St. Paul

15  Street, Suite 820, Baltimore, Maryland 21202.

16  And that service was accomplished on

17  December 3rd, 2025, at 10:33 a.m. signed for by

18  J. Strickland.

19  To date, I have not received any response

20  from Google or anybody purporting to represent

21  Google.  Hence, there is no witness here today

Page 6

```
 1    for Google.
 2         I'd also note that we did tender the
 3    required witness fee and travel expenses to
 4    Google.  It's my understanding that that check
 5    has not been negotiated as of today.
 6         So with that, unless the trustees have
 7    anything else to add, I will end my statement.
 8    Do either of the trustees have anything to add?
 9         MR. GUTTMAN:  I do not.
10         MR. SCHLOSSBERG:  I'm anxious for the
11    examination to begin.  But I have no further
12    statement other than my anxiety.  Thank you.
13         MR. MASTRO:  So noted.  And with that, we
14    will go off the record today.  The trustees
15    will reserve their right to pursue appropriate
16    relief against Google LLC.  Thank you..
17         (Exhibit 1 was marked for identification.)
18              (Statement was concluded at
19                   11:04 a.m.)
20
21
```

```
 1   STATE  OF  MARYLAND

 2   COUNTY OF CARROLL

 3           I, Laurie Baker, a Notary Public of the State of

 4   Maryland, County of Carroll, do hereby certify that the

 5   within-named witness personally appeared before me at the

 6   time and place herein set out, and after having been first

 7   duly sworn by me, according to law, was examined by counsel.

 8           I further certify that the examination was

 9   recorded stenographically by me and this transcript is a

10   true record of the proceedings.

11

12           I further certify that I am not of counsel to any

13   of the parties, nor an employee of counsel, nor related to

14   any of the parties, nor in any way interested in the outcome

15   of the action.

16           As witness my hand and seal this 7th day
             of January 2026.
                                    _____
17                                  [signature: Laurie Baker]
                                    _____

18                                  _____

19                                            LAURIE BAKER

20   My Commission Expires 09-01-26

21
```