IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re | Case No. 25-12356-NVA |
| Chasen Construction, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

APPLICATION TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM, LLC AS
<u>GENERAL REORGANIZATION COUNSEL TO CHAPTER 11 TRUSTEE</u>

Comes now Roger Schlossberg, the chapter 11 trustee ("Mr. Schlossberg" or the "Trustee") of the estate of Chasen Construction, LLC (the "Debtor"), pursuant to Sections 327 and 329 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC d/b/a The Belmont Firm (collectively, "VLF"), as general reorganization counsel to the Trustee, and in support thereof states as follows:

1. This case was commenced when an involuntary petition for bankruptcy relief was filed against the Debtor, pursuant to Section 303 of the Bankruptcy Code, on March 19, 2025. DE #1.

2. Mr. Schlossberg was subsequently appointed chapter 11 trustee, DE #22, pursuant to an emergency motion filed by the petitioning creditors, DE #3, and following a hearing thereupon, DE #18.

3. Mr. Schlossberg accepted his appointment on April 21, 2025, DE #47, and an order for relief was entered shortly thereafter, DE #48.

1

4. The Trustee is, and at all times relevant since his appointment has been, in possession of the Debtor and the Debtor's estate.

5. Approval is instantly sought of VLF's employment to provide the following services to the Trustee as general reorganization counsel:

    a. Prepare and file all necessary pleadings, motions, and other court papers, on behalf of the Trustee;

    b. Negotiate with creditors and other interested parties;

    c. Represent the Trustee in any adversary proceedings, contested matters, and other proceedings before this Honorable Court, except for those in which the Trustee may engage the services of special counsel or elect to utilize the services of his own counsel;

    d. Prepare a plan of reorganization, together with a disclosure statement, on behalf of the Trustee; and

    e. Tend to such other and further matters as are necessary and appropriate in the prism of this case.

6. VLF does not represent any other person or entity in connection with this case, and both VLF and its principal are disinterested as that term is used in Section 101(14) of the Bankruptcy Code. VLF is not a creditor, an equity holder, or an insider of the Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Debtor; and does not have any interest materially adverse to the interests of the estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor (or for any other reason). Further, VLF holds no interest adverse to the interests of the Debtor in connection with any of the matters for which employment is sought.

7.	VLF has no legal connection with the Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Maurice B. VerStandig attached hereto.

8.	VLF has agreed to represent the Debtor at the rate of Six Hundred Dollars and No Cents ($600.00) per hour for partner time, Three Hundred Dollars and No Cents ($300.00) per hour for associate time, and One Hundred Dollars and No Cents ($100.00) per hour for paralegal time; it is respectfully suggested these proposed rates are fair and reasonable, and these rates are consistent with the skills and reputation of VLF and its principal attorney.

9.	All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of Maryland.

10.	Attached hereto, and incorporated herein by reference, is the declaration of Maurice B. VerStandig, Esq. in support of this application.

WHEREFORE, the Trustee respectfully prays this Honorable Court (i) enter an order approving the employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Trustee; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: February 26, 2026     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Trustee*

[Certificate of Service on Following Page]

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Brian E. Barkley   bbarkley@barkenlaw.com
- Hugh M. (UST) Bernstein   hugh.m.bernstein@usdoj.gov
- Jill D. Caravaggio   jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande   Aaron.casagrande@Icemiller.com
- Darrell William Clark   darrell.clark@stinson.com, catherine.scott@stinson.com
- Alan D. Eisler   aeisler@e-hlegal.com, alaneisler@gmail.com
- David V. Fontana   dfont@gebsmith.com
- Jason J. Giguere   jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- Richard Marc Goldberg   rmg@shapirosher.com, ejd@shapirosher.com
- Zvi Guttman   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Kyle Steven Kushner   kyle@lawrencelawllc.com
- Jeffery Thomas Martin   jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Frank J. Mastro   fmastro@schlosslaw.com
- Tracey Michelle Ohm   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- John E Reid   jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Roger Schlossberg   bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg   trustee@schlosslaw.com, MD20@ecfcbis.com
- Robert G. Shuster   rob@shusterlaw.com, courts@shusterlaw.com
- Brent C. Strickland   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Morgan Taylor   morgan.taylor@icemiller.com
- US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter   gerard.vetter@maryland.gov
- Shawn C Whittaker   shawn@whittaker-law.com
- Heather Kirkwood Yeung   hyeung@darslaw.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.