IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re | Case No. 25-12356-NVA |
| Chasen Construction, LLC | Chapter 11 |
|     Debtor. | |
| _____/ | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM, LLC AS
<u>GENERAL REORGANIZATION COUNSEL TO CHAPTER 11 TRUSTEE</u>**

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice before the highest courts of the District of Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well as before the Supreme Court of the United States; as well as before the United States Courts of Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

3. I maintain a mailing address of 1452 W. Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a mailing address of 1050 Connecticut

1

Avenue, Suite 500, Washington, District of Columbia 20036. I also maintain a mailing address of 9812 Falls Road, #114-160, Potomac, Maryland 20854.

4. I am the sole equity holder of The VerStandig Law Firm, LLC, an entity that trades as The Belmont Firm—a registered trade name—when conducting debtor-side work in Maryland, the District of Columbia, and Virginia. The firm trades as The Dakota Bankruptcy Firm—also a registered trade name—when conducting work in the United States Bankruptcy Court for the District of North Dakota and, on rare occasion, when handling state court matters in the upper Midwest.

5. I represent no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason. Further, I hold no interest adverse to the interest of the debtor.

6. I know Roger Schlossberg, the chapter 11 trustee ("Mr. Schlossberg" or the "Trustee"), personally; have been Mr. Schlossberg's opposing counsel in litigation in this court as well as in state court; have sued Mr. Schlossberg in his official capacity, on behalf of clients of mine, on multiple occasions; am proposed counsel to Mr. Schlossberg—in his capacity as guardian *ad litem* of a chapter 11 debtor—in an unrelated bankruptcy proceeding in this court; and was formerly a co-defendant of Mr. Schlossberg (alongside a judge of this court, the acting director of the United States Trustee Program, and others) in a since-dismissed federal lawsuit.

7. In my capacity as an attorney, I have represented other clients in cases in which various creditors in this matter are parties, including in furtherance of matters adverse to said creditors.

8. I regularly handle cases to which the United States Trustee is a party and presently represent multiple chapter 11 debtors in cases where my clients are pursuing positions adverse to those assumed by the United States Trustee.

9. I personally hold an American Express card and my law firm utilizes a corporate American Express card.

10. Excepting those disclosed above, I have no connection with the debtor, the debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

11. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: February 26, 2026        By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. 18071
                                        The VerStandig Law Firm, LLC
                                        9812 Falls Road, #114-160
                                        Potomac, Maryland 20854
                                        Phone: (301) 444-4600
                                        mac@mbvesq.com