IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| CHASEN CONSTRUCTION, LLC | * |
| Debtor | Bankruptcy No. 25-12356-NVA |
| | * (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF KYLE S. KUSHNER AND SUBSTITUTE
CATHERINE LAWRENCE AS COUNSEL FOR CREDITOR D & J DRYWALL INC.**

Pursuant to Local Bankruptcy Rule 9010-4(b), Creditor D & J Drywall Inc. hereby moves to Withdraw the appearance of Kyle S. Kushner and Substitute Catherine Lawrence as counsel for Creditor D & J Drywall Inc. Please serve all notices of these proceedings and notices that are required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), to be served on Ms. Lawrence and/or D & J Drywall Inc. on Ms. Lawrence at the following address: Catherine R. Lawrence, Lawrence Law, LLC, The Warehouse at Camden Yards, 323 W. Camden Street, Suite 700, Baltimore, Maryland 21202 and/or by electronic mail at kate@lawrencelawllc.com.

Respectfully submitted,

_____/s/_____
Catherine Lawrence (Fed. Bar No. 29608)
Kyle S. Kushner (Fed. Bar No. 20305)
LAWRENCE LAW, LLC
323 West Camden Street, Suite 700
Baltimore, Maryland 21201
Telephone: (410) 837-6995
Facsimile: (410) 837-6995
E-mail: kate@lawrencelawllc.com

2

E-mail:  kyle@lawrencelawllc.com

*Counsel for Creditor D & J Drywall Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2026, a copy of the foregoing document was served electronically by the Court's CM/ECF system on counsel of record in this action.

_____/s/_____
Kyle S. Kushner (Fed. Bar No. 20305)