IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CHASEN CONSTRUCTION, LLC | * | |
| Debtor | | Bankruptcy No. 25-12356-NVA |
| | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Creditor D & J Drywall Inc.'s Motion for Leave to Withdraw Appearance of Kyle S. Kushner and Substitute Catherine Lawrence as Counsel for Creditor D & J Drywall Inc., it is hereby ORDERED that the Motion is GRANTED and that Kyle S. Kushner's appearance as counsel for D & J Drywall Inc. in this matter is STRICKEN.

_____
Hon. Nancy V. Alquist
UNITED STATES BANKRUPTCY
JUDGE

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served *via CM/ECF,* email and first class mail to:

Herman L. Grady
12002 Old Fort Rd
Fort Washington, Maryland 20744
Lgrady610@gmail.com

**PRO SE PLAINTIFF**

on this 10th day of December, 2025.

/s/ Kyle S. Kushner
Kyle S. Kushner