Entered: March 12th, 2026
Signed: March 12th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–12356 – NVA**    Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## D & J DRYWALL INC.

Upon consideration of the Motion to Withdraw Appearance filed by Kyle S. Kushner, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Kyle S. Kushner, as counsel of record for D & J DRYWALL INC. is hereby stricken.

cc:    Debtor
        Attorney for Debtor – PRO SE
        Case Trustee – Roger Schlossberg
        U.S. Trustee

## End of Order

01x03 (rev. 05/02/2000) – ShanitaTaylor