Entered: March 16th, 2026
Signed: March 16th, 2026

**SO ORDERED**



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25−12356 − NVA**   Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
### (Other Than Debtor)

Upon consideration of the Motion of Roger Schlossberg, for a Federal Bankruptcy Rule 2004 Examination of Orrstown Bank, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Debtor
      Attorney for Debtor − PRO SE
      Witness − Orrstown Bank

**End of Order**

41x02 (rev. 05/22/1990) − MarkRybczynski