Entered: March 18th, 2026
Signed: March 18th, 2026

**SO ORDERED**

APRIL 24, 2026 AT 11:00 A.M. IN COURTROOM 2-A.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

## <u>ORDER TO SHOW CAUSE</u>

UPON CONSIDERATION of the *Motion for Issuance of Show Cause Order to Google, LLC for Failure to Obey Subpoenas for Rule 2004 Examination* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, any response thereto, and this Court being fully advised and good cause having been shown for the relief requested, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that a representative of Google, LLC shall appear before this Court on the date and time set forth above to show cause why Google, LLC should not be held in contempt of Court for failing to respond to the *Subpoenas for Rule 2004 Examination* served upon it by the Trustees.

cc:    Roger Schlossberg, Chapter 11 Trustee
Zvi Guttman, Chapter 7 Trustee
Frank J. Mastro, Esquire

Google, LLC
c/o CSC-Lawyers Incorporating Service
  Company, Resident Agent
7 St. Paul Street, Suite 820
Baltimore MD 21202

**END OF ORDER**