United States Bankruptcy Court

District of Maryland

In re:

Chasen Construction LLC
    Debtor

Case No. 25-12356-NVA

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1

Date Rcvd: Mar 16, 2026

User: admin

Form ID: pdfall

Page 1 of 2

Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID**                **Recipient Name and Address**
adb                 +  Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489
                    +  Orrstown Bank, c/o Christopher D. Holt, Resident Agent, 501 Fairmount Avenue, Towson, MD 21286-5457

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| David V. Fontana | |

District/off: 0416-1                         User: admin                                    Page 2 of 2
Date Rcvd: Mar 16, 2026                      Form ID: pdfall                                Total Noticed: 2

dfont@gebsmith.com

Frank J. Mastro
fmastro@schlosslaw.com

Gerard R. Vetter
gerard.vetter@maryland.gov

Heather Kirkwood Yeung
hyeung@darslaw.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jason J. Giguere
jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor
morgan.taylor@icemiller.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
shawn@whittaker-law.com

Tracey Michelle Ohm
tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

Entered: March 16th, 2026
Signed: March 16th, 2026
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25−12356 − NVA**     Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
### (Other Than Debtor)

Upon consideration of the Motion of Roger Schlossberg, for a Federal Bankruptcy Rule 2004 Examination of Orrstown Bank, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Debtor
      Attorney for Debtor − PRO SE
      Witness − Orrstown Bank

### End of Order

41x02 (rev. 05/22/1990) − MarkRybczynski