United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 25-12356-NVA

Chasen Construction LLC                                                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| adb | + Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | + Shore United Bank, N.A., c/o W. David Morse, Resident Agent, 18 East Dover Street, Easton, MD 21601-3013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: zguttman@gmail.com | Mar 16 2026 19:41:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |

District/off: 0416-1          User: admin          Page 2 of 2

Date Rcvd: Mar 16, 2026          Form ID: pdfall          Total Noticed: 3

Brian E. Barkley

bbarkley@barkenlaw.com

Darrell William Clark

darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana

dfont@gebsmith.com

Frank J. Mastro

fmastro@schlosslaw.com

Gerard R. Vetter

gerard.vetter@maryland.gov

Heather Kirkwood Yeung

hyeung@darslaw.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Jason J. Giguere

jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin

jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio

jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid

jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Morgan Taylor

morgan.taylor@icemiller.com

Richard Marc Goldberg

rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster

rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg

bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker

shawn@whittaker-law.com

Tracey Michelle Ohm

tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

Entered: March 16th, 2026
Signed: March 16th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−12356 − NVA**    Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
### (Other Than Debtor)

Upon consideration of the Motion of Rogers Schlossberg for a Federal Bankruptcy Rule 2004 Examination of Shore United Bank, N.A., and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Debtor
       Attorney for Debtor − PRO SE
       Witness − Shore United Bank NA

**End of Order**

41x02 (rev. 05/22/1990) − MarkRybczynski