United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-12356-NVA

Chasen Construction LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

**Recip ID                    Recipient Name and Address**
   + Google, LLC, c/o CSC-Lawyers Incorporating Service, Company, Resident Agent, 7 St. Paul Street, Suite 820, Baltimore MD 21202-1681

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |

District/off: 0416-1                                    User: admin                                              Page 2 of 2
Date Rcvd: Mar 18, 2026                                 Form ID: pdfparty                                        Total Noticed: 1

Frank J. Mastro
                        fmastro@schlosslaw.com

Gerard R. Vetter
                        gerard.vetter@maryland.gov

Heather Kirkwood Yeung
                        hyeung@darslaw.com

Hugh M. (UST) Bernstein
                        hugh.m.bernstein@usdoj.gov

Jason J. Giguere
                        jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
                        jeff@martinlawgroup.com
                        Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
                        jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
                        jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
                        mac@mbvesq.com
                        lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor
                        morgan.taylor@icemiller.com

Richard Marc Goldberg
                        rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
                        rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
                        bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                        shawn@whittaker-law.com

Tracey Michelle Ohm
                        tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
                        USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                        zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

Entered: March 18th, 2026
Signed: March 18th, 2026

**SO ORDERED**

APRIL 24, 2026 AT 11:00 A.M. IN COURTROOM 2-A.



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

_____
                                           )
In re:                                     )
                                           )  Case No. 25-12356-NVA
CHASEN CONSTRUCTION, LLC,                   )
                                           )
        Debtor.                            )  (Chapter 11)
_____  )
                                           )
In re:                                     )
                                           )
BRANDON M. CHASEN SR.                       )  Case No. 25-15437-NVA
                                           )
        Debtor.                            )  (Chapter 7)
_____  )

## <u>ORDER TO SHOW CAUSE</u>

UPON CONSIDERATION of the *Motion for Issuance of Show Cause Order to Google, LLC for Failure to Obey Subpoenas for Rule 2004 Examination* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, any response thereto, and this Court being fully advised and good cause having been shown for the relief requested, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that a representative of Google, LLC shall appear before this Court on the date and time set forth above to show cause why Google, LLC should not be held in contempt of Court for failing to respond to the *Subpoenas for Rule 2004 Examination* served upon it by the Trustees.

cc:    Roger Schlossberg, Chapter 11 Trustee
Zvi Guttman, Chapter 7 Trustee
Frank J. Mastro, Esquire

Google, LLC
c/o CSC-Lawyers Incorporating Service
  Company, Resident Agent
7 St. Paul Street, Suite 820
Baltimore MD 21202

**END OF ORDER**

2