IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

## NOTICE OF SERVICE OF ORDERS TO SHOW CAUSE

I HEREBY CERTIFY that, on *March 25, 2026*, I served a copy of the *Order to Show Cause* directed to Google LLC that was entered in each of the above-captioned cases (Dkt. #148 in Case No. 25-12356 and Dkt. #157 in Case No. 25-15437) upon Google LLC's resident agent in Maryland, the CSC-Lawyers Incorporating Service Company, located at 7 St. Paul Street, Suite 820, Baltimore, MD 21202 via Federal Express overnight delivery (*see* attached receipt).

Respectfully submitted,

SCHLOSSBERG | MASTRO

 */s/ Frank J. Mastro*
Frank J. Mastro #24679
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th** day of **March 2026**, a copy of the foregoing *Notice of Service of Orders to Show Cause* was served upon all parties listed on the attached *CM-ECF Mailing Information* for each case:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon; and

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice Lists* as follows:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery Street
Baltimore, MD 21230

Larry Strauss
Larry Strauss ESQ CPA & Assoc., Inc.
2310 Smith Avenue
Baltimore, MD 21209

Robert L. Patrick
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031

Shepherd Electric Co., Inc.
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

Catherine Lawrence
Lawrence Law, LLC
32 W. Camden Street, Suite 700
Baltimore, MD 21201

Further, additional copies of this *Notice* were served via first-class mail, postage prepaid,

upon:

Google LLC
c/o CSC-Lawyers Incorporating Service
  Company, Resident Agent
7 St. Paul Street, Suite 820
Baltimore MD 21202

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

      */s/ Frank J. Mastro*
      Frank J. Mastro