

← Tracking ID:    889884177255                                         ⋮

## Travel history                                                                ⌃

Sort by:  Ascending  ⌄

### Monday, 3/23/26

- 10:39 AM
  **Shipment information sent to FedEx**

- 6:21 PM
  **Picked up**
  HAGERSTOWN, MD

- 6:22 PM
  **Shipment arriving On-Time**
  HAGERSTOWN, MD

- 7:59 PM
  **Left FedEx origin facility**
  HAGERSTOWN, MD

### Tuesday, 3/24/26

- 6:57 AM
  **At local FedEx facility**
  LINTHICUM HEIGHTS, MD

- 8:55 AM
  **Delivery exception**
  Incorrect address
  LINTHICUM HEIGHTS, MD

### Wednesday, 3/25/26

- 7:00 AM
  **At local FedEx facility**
  LINTHICUM HEIGHTS, MD

- 8:32 AM
  **On FedEx vehicle for delivery**
  LINTHICUM HEIGHTS, MD

- 9:34 AM
  **Delivered**
  BALTIMORE, MD

## Shipment facts                                                                ⌃

 Shipment overview



**DELIVERED TO**     Shipping/Receiving

**SHIP DATE**      3/23/26

**STANDARD TRANSIT** ?     3/24/26 before 5:00 PM

**DELIVERED**     3/25/26 at 9:34 AM

##  Services

**SERVICE**     FedEx Standard Overnight

**TERMS**     Shipper

**SPECIAL HANDLING SECTION**     Deliver Weekday

## Package details

**WEIGHT**     1 lbs / 0.45 kgs

**TOTAL PIECES**     1

**TOTAL SHIPMENT WEIGHT**     1 lbs / 0.45 kgs

**PACKAGING**     Your Packaging

---

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States



SHIP DATE: 23MAR26
ACTWGT: 1.00 LB
CAD: 113316638/INET4535

ORIGIN ID:HGRA          (301) 739-8610
FRANK J. MASTRO, ESQUIRE
SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD
SUITE 201
HAGERSTOWN, MD 21742
UNITED STATES US

TO GOOGLE, LLC

BILL SENDER

C/O CSC-LAWYERS INCORPORATING
SERVICE COMPANY, RESIDENT AGENT
7 ST. PAUL STREET, SUITE 820
BALTIMORE MD 21202

(866) 403-5272
INV:
PO:                    DEPT:
                    REF: CHASEN

TRK#
0201   8898 8417 7255

18 ODMA

TUE - 24 MAR 5:00P
STANDARD OVERNIGHT

21202
MD-US   BWI

FedEx
Express

J261026012001uv      58KJ5/7AE5/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.