# Mailing Information for Case 25-15437

**Electronic Mail Notice List** - Parties in the case only

- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Joshua D. Bradley**    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Richard C Burch**    rcb@mhblaw.com
- **Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
- **Darrell William Clark**    darrell.clark@stinson.com, catherine.scott@stinson.com
- **Alan D. Eisler**    aeisler@e-hlegal.com, alaneisler@gmail.com
- **Scott W. Foley**    swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
- **Adam M. Freiman**    adam@pikesvillelaw.com, r54650@notify.bestcase.com
- **Jason J. Giguere**    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Jeffrey Greenberg**    jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Zvi Guttman**    zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
- **Andrew Janquitto**    aj@mhblaw.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Roger Schlossberg**    trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster**    rob@shusterlaw.com, courts@shusterlaw.com
- **Benjamin Smith**    bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
- **Morgan Taylor**    morgan.taylor@icemiller.com
- **Andre' R Weitzman**    aequityhouse@aol.com
- **Heather Kirkwood Yeung**    hyeung@darslaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert L. Patrick**
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031

**Shepherd Electric Company, Incorporated**
c/o Douglas H. Seitz, Esq
1 Olympic Place, Suite 800
Towson, MD 21204

**Larry Strauss**
CPA & Associates, Inc.
2310 Smith Avenue
Baltimore, MD 21209

## List of Creditors and Parties

Back