Entered: March 30th, 2026
Signed: March 27th, 2026

**SO ORDERED**

NO TIMELY OPPOSITION



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re | Case No. 25-12356-NVA |
| Chasen Construction, LLC | Chapter 11 |
| Debtor. | |

_____/

### ORDER APPROVING APPLICATION TO APPROVE
### EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
### AND THE VERSTANDIG LAW FIRM, LLC AS
### <u>GENERAL REORGANIZATION COUNSEL TO CHAPTER 11 TRUSTEE</u>

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The VerStandig Firm, LLC as General Reorganization Counsel to Chapter 11 Trustee (the "Application," with the chapter 11 trustee herein being known as the "Trustee"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC do not hold any interest adverse to Chasen Construction, LLC or the estate; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

1

2

ORDERED, the Trustee be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Trustee; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

Copies:

All counsel of record