United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 25-12356-NVA

Chasen Construction LLC                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID        Recipient Name and Address**

+    Fidelity Brokerage Services LLC, c/o The Corporation Trust, Resident Agent, 2405 York Road, Suite 201, Lutherville-Timonium, MD 21093-2252

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: zguttman@gmail.com | Apr 14 2026 19:18:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | |

District/off: 0416-1                    User: admin                                    Page 2 of 2
Date Rcvd: Apr 14, 2026                 Form ID: pdfparty                         Total Noticed: 2

                                  bbarkley@barkenlaw.com

Darrell William Clark
                                  darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
                                  dfont@gebsmith.com

Frank J. Mastro
                                  fmastro@schlosslaw.com

Heather Kirkwood Yeung
                                  hyeung@darslaw.com

Hugh M. (UST) Bernstein
                                  hugh.m.bernstein@usdoj.gov

Jason J. Giguere
                                  jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
                                  jeff@martinlawgroup.com
                                  Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
                                  jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
                                  jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
                                  mac@mbvesq.com
                                  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                                  ndiglaw@recap.email

Morgan Taylor
                                  morgan.taylor@icemiller.com

Richard Marc Goldberg
                                  rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
                                  rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
                                  bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                                  shawn@whittaker-law.com

Tracey Michelle Ohm
                                  tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
                                  USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                                  zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 22

Entered: April 14th, 2026
Signed: April 14th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

_____

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
|  | ) |
| Debtor. | ) (Chapter 11) |
|  | ) |
| In re: | ) |
|  | ) |
| BRANDON M. CHASEN SR., | ) Case No. 25-15437-NVA |
|  | ) |
| Debtor. | ) (Chapter 7) |

_____

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Fidelity Brokerage Services LLC)**

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examination of Fidelity Brokerage Services LLC* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing

conducted thereon, and it appearing that the relief requested in said *Motion* should be granted,

it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named party pursuant to Federal

Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of

such entity for examination and the production of documentary evidence may be compelled in

the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a

hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Fidelity Brokerage Services LLC
c/o The Corporation Trust, Resident Agent
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093

**END OF ORDER**