IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re:<br><br>CHASEN CONSTRUCTION, LLC,<br><br>Debtor. | )<br>)<br>) Case No. 25-12356-NVA<br>)<br>)<br>) (Chapter 11)<br>) |
| In re:<br><br>BRANDON M. CHASEN SR.<br><br>Debtor. | )<br>)<br>)<br>)<br>) Case No. 25-15437-NVA<br>)<br>) (Chapter 7)<br>) |

## JOINT MOTION TO CONTINUE SHOW CAUSE HEARING

Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees"), and Google LLC ("Google"), by their respective undersigned counsel, hereby jointly move this Court to continue the Show Cause Hearing presently scheduled for April 24, 2026 at 11 a.m. for a period of not less than thirty (30) days, and in support hereof state as follows:

1.      On November 20, 2025, this Court entered an *Order Granting Trustees' Motion for Rule 2004 Examination of Google, LLC* in each of the above-captioned cases (the "*Rule 2004 Orders*").

2.      On December 2, 2025, the Trustees served identical *Subpoenas for Rule 2004 Examination* (the "*Rule 2004 Subpoenas*") along with a cover letter, copies of the *Rule 2004 Orders*, and a check for the statutory witness and mileage fees (the "*Subpoena Package*") via Federal Express overnight delivery upon Google's resident agent in Maryland, the CSC-Lawyers

187009051.1

Incorporating Service Company, located at 7 St. Paul Street, Suite 820, Baltimore, MD 21202. Google's resident agent accepted service of the *Subpoena Package* on December 3, 2025.

3. On January 7, 2026, the Trustees convened the Rule 2004 examination of Google in accordance with the *Rule 2004 Subpoenas*. However, a representative of Google did not appear at the examination, nor did Google produce any documents requested by the *Rule 2004 Subpoenas*.

4. On February 17, 2026, the Trustees filed a *Motion for Issuance of Show Cause Order to Google, LLC for Failure to Obey Subpoenas for Rule 2004 Examination* pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, which is incorporated herein by Federal Rule of Bankruptcy Procedure 9016.

5. On March 18, 2026, this Court entered an *Order to Show Cause* in each of the above-captioned cases (the "*Show Cause Orders*") which commands Google to appear before the Court on April 24, 2026 at 11 a.m. "to show cause why Google, LLC should not be held in contempt of Court for failing to respond to the *Rule 2004 Subpoenas* served upon it by the Trustees" (the "Show Cause Hearing").

6. Following service of the *Show Cause Orders* upon Google, undersigned counsel for the Trustees was contacted by Google's counsel, who advised of Google's intent to comply with the *Rule 2004 Subpoenas*, subject to the federal Stored Communications Act ("SCA"), 18 U.S.C. § 2701-13. Currently, Google is in the process of making a good-faith search for documents and information responsive to the *Rule 2004 Subpoenas*.

7. In light of the foregoing, the parties jointly request that the Show Cause Hearing be continued for a period of not less than thirty (30) days to permit Google to comply with the *Rule 2004 Subpoenas*, subject to the requirements of the SCA.

2

8.      Pursuant to Local Rule 9013-2, the parties state that no memorandum of fact and law will be filed and that they will rely solely upon this motion.

WHEREFORE, the parties respectfully request that the Court continue the Show Cause Hearing presently scheduled for April 24, 2026 for a period of not less than thirty (30) days in accordance with the proposed order submitted herewith.

Respectfully submitted,

PERKINS COIE

/s/ John K. Roche
John K. Roche #17531
Perkins Coie LLP
700 13th Street NW, Suite 800
Washington, DC 20005
(202) 434-1627
JRoche@perkinscoie.com

*Attorneys for Google LLC*

SCHLOSSBERG | MASTRO

/s/ Frank J. Mastro
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

/s/ Zvi Guttman
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **23rd** day of **April 2026**, a copy of the foregoing *Joint Motion to Continue Show Cause Hearing* and a proposed form of Order (collectively, the "*Service Set*") was served upon all parties listed on the attached *CM-ECF Mailing Information* for each case:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon; and

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice Lists* as follows:

| | |
|---|---|
| Chasen Construction LLC<br>Attn: Brandon Chasen<br>12 W. Montgomery Street<br>Baltimore, MD 21230 | Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209 |
| Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031 | Shepherd Electric Co., Inc.<br>c/o Douglas H. Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 |

Further, additional copies of the *Service Set* were served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| John K. Roche, Esq.<br>Perkins Coie LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005 | Office of the U.S. Trustee<br>101 W. Lombard Street, Suite 2625<br>Baltimore, MD 21201 |

_/s/ Frank J. Mastro_
Frank J. Mastro
