IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

## ORDER CONTINUING SHOW CAUSE HEARING

UPON CONSIDERATION of the *Joint Motion to Continue Show Cause Hearing* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and Google, LLC, and this Court being fully advised and good cause having been shown for the relief requested in the *Motion*, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

187009227.1

**ORDERED** that the Show Cause Hearing scheduled for April 24, 2026 at 11 a.m. shall be and is hereby **CONTINUED** to the date and time set forth in the heading of this Order.

cc:     Roger Schlossberg, Chapter 11 Trustee
        Zvi Guttman, Chapter 7 Trustee
        Frank J. Mastro, Esquire
        John K. Roche, Esquire

**END OF ORDER**

187009227.1