# Mailing Information for Case 25-12356

## Electronic Mail Notice List - Parties in the case only

- **Brian E. Barkley**    bbarkley@barkenlaw.com
- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Jill D. Caravaggio**    jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- **Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
- **Darrell William Clark**    darrell.clark@stinson.com, catherine.scott@stinson.com
- **Alan D. Eisler**    aeisler@e-hlegal.com, alaneisler@gmail.com
- **David V. Fontana**    dfont@gebsmith.com
- **Jason J. Giguere**    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Richard Marc Goldberg**    rmg@shapirosher.com, ejd@shapirosher.com
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Jeffery Thomas Martin**    jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Frank J. Mastro**    fmastro@schlosslaw.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **John E Reid**    jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Roger Schlossberg**    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- **Roger Schlossberg**    trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster**    rob@shusterlaw.com, courts@shusterlaw.com
- **Brent C. Strickland**    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Morgan Taylor**    morgan.taylor@icemiller.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Shawn C Whittaker**    shawn@whittaker-law.com
- **Heather Kirkwood Yeung**    hyeung@darslaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Chasen Construction LLC**
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

**Catherine Lawrence**
Lawrence Law, LLC
323 W. Camden Street
Suite 700
Baltimore, MD 21201

**Robert L. Patrick**
SC&H Group, Inc.
910 Ridgebrook Road
Sparks-Glencoe, MD 21152

**Shepherd Electric Co., Incorporated**
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

## List of Creditors and Parties

Back