Entered: April 23rd, 2026
Signed: April 23rd, 2026

**SO ORDERED**

THE HEARING WILL BE RESCHEDULED BY THE COURT IN
CONSULTATION WITH THE PARTIES.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–12356 – NVA**     Chapter: **11**     Doc No.: **148**

**Chasen Construction LLC**
Debtor

Roger Schlossberg
Movant

vs.

Chasen Construction LLC
Respondent

## ORDER CONTINUING HEARING OF
## ORDER TO SHOW CAUSE

Upon consideration of the joint motion for continuance filed in the above–captioned matter by Roger Schlossberg, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for April 24, 2026 is continued to **SEE HEARING DATE AND TIME STAMPED ABOVE in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.**

cc:    All Parties
       All Counsel

**End of Order**

12x01 (rev. 05/21/2012)