United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 25-12356-NVA

Chasen Construction LLC                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID                          Recipient Name and Address**
   +  Catherine Chasen, 13916 Green Branch Drive, Phoenix, MD 21131-1316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32810421 | + Email/Text: trustee@schlosslaw.com | | |
| | | Apr 22 2026 19:40:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 22, 2026 | Form ID: pdfall | Total Noticed: 2

Darrell William Clark
darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
dfont@gebsmith.com

Frank J. Mastro
fmastro@schlosslaw.com

Heather Kirkwood Yeung
hyeung@darslaw.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jason J. Giguere
jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor
morgan.taylor@icemiller.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
shawn@whittaker-law.com

Tracey Michelle Ohm
tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 22

Entered: April 22nd, 2026
Signed: April 21st, 2026

**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

_____
                                                          )
In re:                                                 )
                                                          )   Case No. 25-12356-NVA
CHASEN CONSTRUCTION, LLC,     )
                                                          )
    Debtor.                                      )   (Chapter 11)
_____)
                                                          )
In re:                                                 )
                                                          )
BRANDON M. CHASEN SR.,            )   Case No. 25-15437-NVA
                                                          )
    Debtor.                                      )   (Chapter 7)
_____)

### ORDER GRANTING AMENDED MOTION FOR RULE 2004 EXAMINATION
### <u>(Catherine Chasen)</u>

The above-captioned matter came before the Court upon the *Amended Motion for Rule 2004 Examination of Catherine Chasen* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it

appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Richard C. Burch, Esquire

Catherine Chasen
13916 Green Branch Drive
Phoenix, MD 21131

**END OF ORDER**

2