**EXHIBIT A**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**

**Statement of Fees and Expenses by Billing Code During the Application Period**

| Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 38043 | CASE ADMINISTRATION: Coordination and compliance activities, including review of statement of financial affairs; preparation of 341 meeting materials; United States Trustee requests; general inquiries. | 152.40 | $ 454 | $ 69,200.00 |
| 38045 | BANKRUPTCY TAX ISSUES: Analysis of tax issues and requirements; correspondence. | 4.80 | 374 | 1,797.50 |
| 38047 | DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data. | 439.30 | 396 | 174,095.00 |
| | **Total Fees and Expenses for SC&H as Financial Advisor and Accountants For The Trustees** | **596.50** | **$ 411** | **$ 245,092.50** |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38043** | | | | | | | **CASE ADMINISTRATION: Coordination and compliance activities, including review of statement of financial affairs; preparation of 341 meeting materials; United States Trustee requests; general inquiries.** |
| | 1 | 6/23/2025 | Patrick | 0.70 | $ 625 | $ 437.50 | Prepare declaration; send to R. Schlossberg. |
| | 2 | 6/23/2025 | Patrick | 0.90 | 625 | 562.50 | Speak with R. Schlossberg re: Chasen Construction. |
| | 3 | 6/24/2025 | Patrick | 1.50 | 625 | 937.50 | Review schedules and SOFA at Trustee's request; prepare preliminary comments and send to R. Schlossberg. |
| | 4 | 6/24/2025 | Patrick | 0.40 | 625 | 250.00 | Calls with R. Schlossberg re: Schedules/SOFA. |
| | 5 | 6/25/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on kick off meeting with R. Patrick. |
| | 6 | 6/25/2025 | Patrick | 4.00 | 625 | 2,500.00 | Review documents forwarded by R. Schlossberg; discuss with J. Morton. |
| | 7 | 6/25/2025 | Morton | 1.30 | 375 | 487.50 | Download and organize documents from Trustee. |
| | 8 | 6/30/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on call with M. Oliver and R. Patrick re: status of bank statement conversion. |
| | 9 | 6/30/2025 | Morton | 0.30 | 375 | 112.50 | Prepare update for the Trustee re: bank statement conversion status. |
| | 10 | 6/30/2025 | Oliver | 0.60 | 375 | 225.00 | Prepare for and participate on call with J. Morton and R. Patrick re: status of bank statement conversion. |
| | 11 | 6/30/2025 | Patrick | 0.20 | 625 | 125.00 | Speak with R. Schlossberg re: Chasen. |
| | 12 | 7/1/2025 | Patrick | 2.80 | 625 | 1,750.00 | Review documents provided by R. Schlossberg. |
| | 13 | 7/2/2025 | Morton | 0.70 | 375 | 262.50 | Prepare for and participate on call with R. Patrick re: status update and initial observations for the Trustee. |
| | 14 | 7/2/2025 | Patrick | 0.30 | 625 | 187.50 | Speak with R. Schlossberg re: Chasen. |
| | 15 | 7/8/2025 | Patrick | 0.20 | 625 | 125.00 | Speak with A. Freiman re: Chasen accountants and QB login credentials. |
| | 16 | 7/10/2025 | Morton | 1.60 | 375 | 600.00 | Prepare for and participate on call with R. Patrick & R. Schlossberg re: Chasen bank data. |
| | 17 | 7/10/2025 | Patrick | 1.50 | 625 | 937.50 | Meet with R. Schlossberg and J. Morton re: preliminary banking reports for Chasen enterprise. |
| | 18 | 7/10/2025 | Patrick | 0.50 | 625 | 312.50 | Speak with R. Schlossberg re: Chasen banking and preliminary findings. |
| | 19 | 7/10/2025 | Patrick | 0.50 | 625 | 312.50 | Discuss Chasen Construction QB access with IT team. |
| | 20 | 7/11/2025 | Patrick | 0.40 | 625 | 250.00 | Prepare list of requested items for request for production from title company regularly involved with Chasen real estate transactions; forward to R. Schlossberg. |
| | 21 | 7/12/2025 | Patrick | 0.40 | 625 | 250.00 | Obtain third party business reports for Chasen Construction, Chasen Acquisitions, Chasen Holdings and Harbor Management Group; forward to R. Schlossberg. |
| | 22 | 7/13/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on call with R. Patrick re: initial observations letter. |
| | 23 | 7/13/2025 | Patrick | 0.30 | 625 | 187.50 | Speak with J. Morton re: Chasen status update. |
| | 24 | 7/13/2025 | Patrick | 0.30 | 625 | 187.50 | Prepare for and speak with R. Schlossberg re: status update. |
| | 25 | 7/14/2025 | Oliver | 3.00 | 375 | 1,125.00 | Prepare letter to Chapter 11 trustee re: initial observations. |
| | 26 | 7/14/2025 | Morton | 2.60 | 375 | 975.00 | Assist with the preparation of the letter to the Chapter 11 trustee re: initial observations. |
| | 27 | 7/14/2025 | Patrick | 0.70 | 625 | 437.50 | Discuss review of QB and comparison to United Bank statements with J. Morton. |
| | 28 | 7/14/2025 | Morton | 1.70 | 375 | 637.50 | Prepare for and participate on call with R. Patrick and re: initial observations letter. |
| | 29 | 7/14/2025 | Patrick | 0.80 | 625 | 500.00 | Review and revise letter to R. Schlossberg containing SC&H's preliminary findings; send letter to R. Schlossberg. |
| | 30 | 7/14/2025 | Patrick | 0.70 | 625 | 437.50 | Participate on calls with R. Schlossberg re: Chasen Construction. |
| | 31 | 7/15/2025 | Patrick | 0.20 | 625 | 125.00 | Revise letter and resend to R. Schlossberg. |
| | 32 | 7/17/2025 | Patrick | 0.50 | 625 | 312.50 | Participate on calls with R. Schlossberg re: status update. |
| | 33 | 7/21/2025 | Patrick | 0.30 | 625 | 187.50 | Review land records for The Plaza; forward to R. Schlossberg. |
| | 34 | 7/28/2025 | Patrick | 2.00 | 625 | 1,250.00 | Meet with G. Vetter, H. Bernstein, R. Schlossberg re: Chasen. |
| | 35 | 7/28/2025 | Patrick | 2.90 | 625 | 1,812.50 | Prepare for UST meeting. |
| | 36 | 7/31/2025 | Patrick | 0.10 | 625 | 62.50 | Speak with R. Schlossberg re: Chasen's individual BK case. |
| | 37 | 8/1/2025 | Patrick | 2.50 | 625 | 1,562.50 | Prepare for and meet with G. Vetter, H. Bernstein and R. Schlossberg re: Chasen Construction. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38043** | | | | | | | **CASE ADMINISTRATION: Coordination and compliance activities, including review of statement of financial affairs; preparation of 341 meeting materials; United States Trustee requests; general inquiries.** |
| | 38 | 8/4/2025 | Patrick | 3.90 | 625 | 2,437.50 | Prepare for and attend meeting with R. Schlossberg, F. Maestro, Z. Guttman and J. Martin re: Chasen Construction. |
| | 39 | 8/5/2025 | Patrick | 0.30 | 625 | 187.50 | Review correspondence from Z. Guttman provided by R. Schlossberg. |
| | 40 | 8/10/2025 | Patrick | 0.50 | 625 | 312.50 | Review documents provided by Z. Guttman. |
| | 41 | 8/12/2025 | Patrick | 0.50 | 625 | 312.50 | Speak with Z. Guttman at R. Schlossberg's instruction re: Chasen individual case. |
| | 42 | 8/13/2025 | Oliver | 0.50 | 375 | 187.50 | Speak with R. Patrick and J. Morton re: preparation of materials for Chasen Construction's first 341 meeting. |
| | 43 | 8/13/2025 | Patrick | 0.60 | 625 | 375.00 | Speak with R. Schlossberg re: status update. |
| | 44 | 8/13/2025 | Patrick | 0.50 | 625 | 312.50 | Speak with M. Oliver and J. Morton re: preparation of materials for Chasen Construction's first 341 hearing. |
| | 45 | 8/13/2025 | Morton | 0.60 | 375 | 225.00 | Speak with R. Patrick and M. Oliver re: preparation of materials for Chasen Construction's first 341 meeting. |
| | 46 | 8/13/2025 | Patrick | 0.50 | 625 | 312.50 | Review documents provided by Z. Guttman. |
| | 47 | 8/14/2025 | Patrick | 0.70 | 625 | 437.50 | Review United Bank statements received from R. Schlossberg; discuss with team. |
| | 48 | 8/14/2025 | Morton | 2.60 | 375 | 975.00 | Prepare for and participate in meeting with M. Oliver re: Chasen Construction's first 341 materials and preparation. |
| | 49 | 8/14/2025 | Morton | 3.20 | 375 | 1,200.00 | Prepare Chasen Construction's first 341 meeting materials at the request of R. Schlossberg. |
| | 50 | 8/14/2025 | Oliver | 2.60 | 375 | 975.00 | Prepare for and participate in meeting with R. Patrick and J. Morton to discuss Chasen Construction's 341 materials and supporting documentation. |
| | 51 | 8/14/2025 | Oliver | 3.40 | 375 | 1,275.00 | Prepare Chasen Construction's first 341 meeting materials at the request of R. Schlossberg. |
| | 52 | 8/15/2025 | Morton | 4.80 | 375 | 1,800.00 | Prepare Chasen Construction's first 341 meeting materials at the request of R. Schlossberg. |
| | 53 | 8/18/2025 | Morton | 6.20 | 375 | 2,325.00 | Prepare Chasen Construction's first 341 meeting materials at the request of R. Schlossberg. |
| | 54 | 8/18/2025 | Oliver | 7.80 | 375 | 2,925.00 | Prepare Chasen Construction's first 341 meeting materials at the request of R. Schlossberg. |
| | 55 | 8/19/2025 | Morton | 1.20 | 375 | 450.00 | Prepare for and participate in meeting with M. Oliver re: Chasen Construction's first 341 categories and supporting documentation. |
| | 56 | 8/19/2025 | Morton | 4.20 | 375 | 1,575.00 | Continue preparing Chasen Construction's first 341 materials and supporting documentation. |
| | 57 | 8/19/2025 | Morton | 1.30 | 375 | 487.50 | Prepare for and participate on call with R. Patrick and M. Oliver re: Chasen Construction's first 341 supporting documentation. |
| | 58 | 8/19/2025 | Oliver | 7.90 | 375 | 2,962.50 | Continue to prepare Chasen Construction's first 341 meeting materials for Trustee. |
| | 59 | 8/19/2025 | Oliver | 1.20 | 375 | 450.00 | Prepare for and participate in meeting with R. Patrick and J. Morton re: Chasen Construction's first 341 materials. |
| | 60 | 8/20/2025 | Oliver | 7.10 | 375 | 2,662.50 | Continue to prepare Chasen Construction's first 341 meeting materials and supporting documentation. |
| | 61 | 8/20/2025 | Morton | 3.60 | 375 | 1,350.00 | Continue to prepare Chasen Construction's first 341 meeting materials and supporting documentation. |
| | 62 | 8/21/2025 | Morton | 7.60 | 375 | 2,850.00 | Prepare for and participate in meeting with R. Schlossberg, Z. Guttman, R. Patrick, and M. Oliver re: Chasen Construction's first 341 meeting prep. |
| | 63 | 8/21/2025 | Oliver | 7.60 | 375 | 2,850.00 | Prepare for and participate in meeting with R. Schlossberg, Z. Guttman, R. Patrick, and J. Morton re: Chasen Construction's first 341 meeting prep. |
| | 64 | 8/21/2025 | Patrick | 7.60 | 625 | 4,750.00 | Prepare for and participate in meeting with R. Schlossberg, Z. Guttman, J. Morton, and M. Oliver re: Chasen Construction's first 341 meeting. |
| | 65 | 8/22/2025 | Oliver | 3.30 | 375 | 1,237.50 | Prepare additional supporting documents requested by Trustee for Chasen Construction's first 341 meeting. |
| | 66 | 8/22/2025 | Morton | 4.20 | 375 | 1,575.00 | Prepare additional information requested by the Trustee re: Chasen Construction's first 341 categories and supporting documentation. |
| | 67 | 8/25/2025 | Morton | 0.90 | 375 | 337.50 | Prepare for and participate on call with R. Schlossberg re: Chasen Construction's first 341 meeting materials and additional requests. |
| | 68 | 8/25/2025 | Morton | 2.20 | 375 | 825.00 | Review and organize information provided by Debtor's counsel. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| 38043 | | | | | | | **CASE ADMINISTRATION: Coordination and compliance activities, including review of statement of financial affairs; preparation of 341 meeting materials; United States Trustee requests; general inquiries.** |
| | 69 | 8/26/2025 | Morton | 0.70 | 375 | 262.50 | Prepare for and participate on multiple calls with R. Schlossberg re: Chasen Construction's first 341 categories and supporting documents. |
| | 70 | 8/26/2025 | Patrick | 0.80 | 625 | 500.00 | Status update with team. |
| | 71 | 8/27/2025 | Morton | 5.30 | 375 | 1,987.50 | Prepare for and attend Chasen Construction's first 341 meeting. |
| | 72 | 8/27/2025 | Patrick | 5.30 | 625 | 3,312.50 | Prepare for and attend Chasen Construction's first 341 meeting with R. Schlossberg, F. Maestro, J. Morton and UST. |
| | 73 | 8/27/2025 | Morton | 0.60 | 375 | 225.00 | Review additional request list prepared by F. Mastro following Chasen Construction's first 341 meeting and add additional items |
| | 74 | 8/28/2025 | Patrick | 1.10 | 625 | 687.50 | Review Chasen Construction's books and records on QuickBooks re: Mr. Chasen's testimony during 341 meeting. |
| | 75 | 8/28/2025 | Patrick | 0.30 | 625 | 187.50 | Review document request list prepared by F. Maestro in response to the 341 meeting. |
| | **Subtotal for Service Code 38043** | | | **152.40** | **$ 454.07** | **$ 69,200.00** | |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**

**6/23/2025 through 8/31/2025**

**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38045** | | | | | | | **BANKRUPTCY TAX ISSUES: Analysis of tax issues and requirements; correspondence.** |
| | 1 | 7/2/2025 | Orcev | 3.70 | $ 300 | $ 1,110.00 | Obtain 2025-2026 tax bills for approximately 55 special purpose entities. |
| | 2 | 8/14/2025 | Patrick | 1.10 | 625 | 687.50 | Review 2023 Chasen tax returns and supporting documentation. |
| | | **Subtotal for Service Code 38045** | | **4.80** | **$ 374.48** | **$ 1,797.50** | |

EXHIBIT B

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|------|------------|------|------|-------|------|--------|--------|
| 38047 | | | | | | | **DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data.** |
| | 1 | 6/25/2025 | Morton | 3.70 | $ 375 | $ 1,387.50 | Convert PDF bank statements to Excel re: acct #s x3455, x1491, and x3381. |
| | 2 | 6/25/2025 | Morton | 2.20 | 375 | 825.00 | Review bank statements provided by Trustee and prepare account matrix. |
| | 3 | 6/26/2025 | Morton | 0.40 | 375 | 150.00 | Participate in kick off meeting with O. Orcev re: bank data extraction. |
| | 4 | 6/26/2025 | Orcev | 0.30 | 300 | 90.00 | Participate in kickoff meeting with J. Morton re: bank statement extraction. |
| | 5 | 6/26/2025 | Morton | 5.50 | 375 | 2,062.50 | Convert monthly PDF bank statements to Excel re: acct # x0529. |
| | 6 | 6/26/2025 | Morton | 3.60 | 375 | 1,350.00 | Convert monthly PDF bank statements to Excel re: acct #s x7426 and x8438. |
| | 7 | 6/26/2025 | Orcev | 3.20 | 300 | 960.00 | Convert monthly PDF bank statements to Excel re: acct #s x8805 and x6677. |
| | 8 | 6/26/2025 | Orcev | 2.90 | 300 | 870.00 | Convert monthly PDF bank statements to Excel re: acct #s x9578 and x3518. |
| | 9 | 6/27/2025 | Morton | 2.60 | 375 | 975.00 | Convert monthly PDF bank statements to Excel re: acct #s x1186, x7058, and x5531. |
| | 10 | 6/27/2025 | Morton | 2.20 | 375 | 825.00 | Convert monthly PDF bank statements to Excel re: acct #s x4306, x5175, and x5029. |
| | 11 | 6/27/2025 | Morton | 1.90 | 375 | 712.50 | Convert monthly PDF bank statements to Excel re: acct #s x9224, x0174, and x9076. |
| | 12 | 6/27/2025 | Morton | 2.30 | 375 | 862.50 | Convert monthly PDF bank statements to Excel re: acct #s x1611, x8978, and x6723. |
| | 13 | 6/30/2025 | Morton | 2.60 | 375 | 975.00 | Convert monthly PDF bank statements to Excel re: acct #s x0066, x2567, and x8462. |
| | 14 | 6/30/2025 | Morton | 2.20 | 375 | 825.00 | Convert monthly PDF bank statements to Excel re: acct #s x5225, x6143, and x8827. |
| | 15 | 6/30/2025 | Morton | 1.90 | 375 | 712.50 | Convert monthly PDF bank statements to Excel re: acct #s x5336, x8474, and x1987. |
| | 16 | 6/30/2025 | Morton | 3.20 | 375 | 1,200.00 | Convert monthly PDF bank statements to Excel re: acct #s x4964, x6110, x2203, and x4325. |
| | 17 | 6/30/2025 | Oliver | 2.70 | 375 | 1,012.50 | Convert monthly PDF bank statements to Excel re: acct #s x9888, x5941, and x1079. |
| | 18 | 6/30/2025 | Oliver | 2.60 | 375 | 975.00 | Convert monthly PDF bank statements to Excel re: acct #s x3654, x0557, and x9683. |
| | 19 | 6/30/2025 | Oliver | 2.80 | 375 | 1,050.00 | Convert monthly PDF bank statements to Excel re: acct #s x8232, x8660, and x7193. |
| | 20 | 6/30/2025 | Oliver | 1.80 | 375 | 675.00 | Convert monthly PDF bank statements to Excel re: acct #s x5444, and x1669. |
| | 21 | 6/30/2025 | Orcev | 2.10 | 300 | 630.00 | Convert monthly PDF bank statements to Excel re: acct #s x2485 and x7463. |
| | 22 | 6/30/2025 | Orcev | 1.90 | 300 | 570.00 | Convert monthly PDF bank statements to Excel re: acct #s x5757 and x1422. |
| | 23 | 6/30/2025 | Orcev | 0.50 | 300 | 150.00 | Convert monthly PDF bank statements to Excel re: acct # x4335. |
| | 24 | 6/30/2025 | Patrick | 0.50 | 625 | 312.50 | Status update with J. Morton and M. Oliver re: bank statement conversion project. |
| | 25 | 7/1/2025 | Morton | 2.20 | 375 | 825.00 | Convert monthly PDF bank statements to Excel re: acct #s x4964 and x6110. |
| | 26 | 7/1/2025 | Morton | 2.20 | 375 | 825.00 | Convert monthly PDF bank statements to Excel re: acct #s x2203 and x4325. |
| | 27 | 7/1/2025 | Morton | 5.60 | 375 | 2,100.00 | Convert monthly PDF bank statements to Excel for 2022 re: acct # x7790. |
| | 28 | 7/1/2025 | Oliver | 9.60 | 375 | 3,600.00 | Convert approximately 5,400 transactions from PDF bank statements into excel re: account x7146. |
| | 29 | 7/1/2025 | Orcev | 1.50 | 300 | 450.00 | Convert monthly PDF bank statements to Excel re: acct #s x9146, x4796, and x1251. |
| | 30 | 7/1/2025 | Orcev | 1.30 | 300 | 390.00 | Convert monthly PDF bank statements to Excel re: acct #s x4497 and x9966. |
| | 31 | 7/1/2025 | Orcev | 1.40 | 300 | 420.00 | Convert monthly PDF bank statements to Excel re: acct #s x8321, x7310, and x4720. |
| | 32 | 7/2/2025 | Oliver | 0.50 | 375 | 187.50 | Prepare for and participate on call with R. Patrick and J. Morton re: status update of bank statement extraction . |
| | 33 | 7/2/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on a status call with R. Patrick and M. Oliver. |
| | 34 | 7/2/2025 | Patrick | 0.50 | 625 | 312.50 | Prepare for and speak with M. Oliver and J. Morton re: inflows and outflows from bank statements. |
| | 35 | 7/2/2025 | Patrick | 0.40 | 625 | 250.00 | Speak with J. Morton re: status update. |
| | 36 | 7/2/2025 | Morton | 2.60 | 375 | 975.00 | Convert monthly PDF bank statements to Excel for 2023 - 2025 re: acct # x7790. |
| | 37 | 7/2/2025 | Morton | 3.40 | 375 | 1,275.00 | Identify approximately 1,500 internal transfer transactions across the 65 accounts for 2023. |
| | 38 | 7/2/2025 | Oliver | 3.80 | 375 | 1,425.00 | Perform bank reconciliations for 61 accounts. |
| | 39 | 7/2/2025 | Oliver | 3.40 | 375 | 1,275.00 | Identify and isolate approximately 1,700 transactions re: refunds and/or returns. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| 38047 | | | | | | | DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data. |
| | 40 | 7/3/2025 | Morton | 0.40 | 375 | 150.00 | Prepare for and participate on a call with R. Patrick and M. Oliver re: status. |
| | 41 | 7/3/2025 | Oliver | 0.60 | 375 | 225.00 | Prepare for and participate on call with J. Morton and R. Patrick re: data extraction. |
| | 42 | 7/3/2025 | Patrick | 0.40 | 625 | 250.00 | Prepare for and speak with M. Oliver and J. Morton re: Chasen update. |
| | 43 | 7/3/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on call with R. Patrick re: google drive and additional resources. |
| | 44 | 7/3/2025 | Patrick | 0.60 | 625 | 375.00 | Prepare for and participate on call with J. Morton re: google drive and additional resources. |
| | 45 | 7/3/2025 | Morton | 1.80 | 375 | 675.00 | Continued data validation re: update descriptions for certain transactions. |
| | 46 | 7/3/2025 | Morton | 3.60 | 375 | 1,350.00 | Identify approximately 1,400 internal transfer transactions across the 65 accounts for 2024. |
| | 47 | 7/3/2025 | Morton | 1.90 | 375 | 712.50 | Identify approximately 800 internal transfer transactions across the 65 accounts for 2025. |
| | 48 | 7/3/2025 | Oliver | 2.10 | 375 | 787.50 | Identify and isolate an additional 140+ transactions re: refunds and/or returns. |
| | 49 | 7/7/2025 | Morton | 3.80 | 375 | 1,425.00 | Identify the payee/payor for 2022 transactions. |
| | 50 | 7/7/2025 | Morton | 4.30 | 375 | 1,612.50 | Identify the payee/payor for 2023 transactions. |
| | 51 | 7/7/2025 | Patrick | 1.50 | 625 | 937.50 | Oversee United Bank statement conversion project; discuss creation of certain reports with J. Morton and M. Oliver. |
| | 52 | 7/7/2025 | Patrick | 0.60 | 625 | 375.00 | Review missing United Bank statements/transaction details; discuss with team. |
| | 53 | 7/7/2025 | Patrick | 0.40 | 625 | 250.00 | Meet with Z. Kehring re: Chasen QBs access. |
| | 54 | 7/8/2025 | Morton | 4.30 | 375 | 1,612.50 | Identify payee/payor for 2024 transactions. |
| | 55 | 7/8/2025 | Morton | 3.60 | 375 | 1,350.00 | Identify payee/payor for 2025 transactions. |
| | 56 | 7/8/2025 | Oliver | 2.40 | 375 | 900.00 | Review naming conventions assigned to approximately 28k banking transactions. |
| | 57 | 7/8/2025 | Oliver | 1.80 | 375 | 675.00 | Prepare exhibits for Trustee re: receipts, disbursements, and net activity during the period March 2022 - March 2025. |
| | 58 | 7/8/2025 | Patrick | 0.80 | 625 | 500.00 | Review banking activity for March 2022 - March 2025 and additional request for information from United Bank. |
| | 59 | 7/8/2025 | Patrick | 2.20 | 625 | 1,375.00 | Review Chasen Construction QuickBooks to better understand business justification for certain payments. |
| | 60 | 7/9/2025 | Morton | 2.20 | 375 | 825.00 | Identify account numbers for internal transfer to match internal transfers. |
| | 61 | 7/9/2025 | Morton | 3.60 | 375 | 1,350.00 | Convert Chasen Companies 2023 monthly AMEX statements to Excel. |
| | 62 | 7/9/2025 | Morton | 3.60 | 375 | 1,350.00 | Prepare banking information overview reports for R. Schlossberg with M. Oliver. R. Patrick review and update. |
| | 63 | 7/9/2025 | Oliver | 2.40 | 375 | 900.00 | Analyze 2022 internal transfers between Chasen United Bank accounts. |
| | 64 | 7/9/2025 | Oliver | 2.80 | 375 | 1,050.00 | Analyze 2023 internal transfers between Chasen United Bank accounts. |
| | 65 | 7/9/2025 | Oliver | 2.90 | 375 | 1,087.50 | Analyze 2024 internal transfers between Chasen United Bank accounts. |
| | 66 | 7/9/2025 | Oliver | 1.20 | 375 | 450.00 | Analyze 2025 internal transfers between Chasen United Bank accounts. |
| | 67 | 7/9/2025 | Patrick | 0.40 | 625 | 250.00 | Discuss PDF to Excel conversion priorities with team. |
| | 68 | 7/9/2025 | Patrick | 1.70 | 625 | 1,062.50 | Review Chasen Construction QuickBooks. |
| | 69 | 7/10/2025 | Oliver | 1.50 | 375 | 562.50 | Prepare for and participate on call with R. Patrick and R. Schlossberg re: analysis performed to-date. |
| | 70 | 7/10/2025 | Morton | 3.10 | 375 | 1,162.50 | Convert Chasen Companies 2022 monthly AMEX July - December statements to Excel. |
| | 71 | 7/10/2025 | Morton | 3.40 | 375 | 1,275.00 | Convert Chasen Companies 2024 monthly AMEX July - December statements to Excel. |
| | 72 | 7/10/2025 | Oliver | 3.90 | 375 | 1,462.50 | Identify the origin of funds transferred to Chasen Construction LLC (x7146) from or related to 1720 Saint Paul Street LLC and 421 S Broadway LLC. |
| | 73 | 7/10/2025 | Oliver | 1.60 | 375 | 600.00 | Review company documents re: operating agreements. |
| | 74 | 7/10/2025 | Patrick | 1.70 | 625 | 1,062.50 | Oversee PDF to Excel conversion; discuss status with team. |
| | 75 | 7/10/2025 | Patrick | 0.30 | 625 | 187.50 | Review Chasen internal transfer analysis. |
| | 76 | 7/13/2025 | Patrick | 0.20 | 625 | 125.00 | Correspond with team re: priorities. |
| | 77 | 7/13/2025 | Patrick | 0.20 | 625 | 125.00 | Correspond with C. Norem and A. Urbanas re: Chasen QBs. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38047** | | | | | | | **DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data.** |
| | 78 | 7/14/2025 | Morton | 3.60 | 375 | 1,350.00 | Review QuickBooks to better understand certain transfers and payments. |
| | 79 | 7/14/2025 | Oliver | 0.60 | 375 | 225.00 | Prepare for and participate on call with C. Norem and J. Morton re: QuickBooks findings. |
| | 80 | 7/14/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on call with C. Norem and M. Oliver re: QuickBooks findings. |
| | 81 | 7/14/2025 | Norem | 0.30 | 525 | 157.50 | Meet with R. Patrick, M. Oliver, and J. Morton to discuss action items re: QuickBooks findings. |
| | 82 | 7/14/2025 | Morton | 2.70 | 375 | 1,012.50 | Review operating agreements between Chasen Construction LLC and the Chasen-related SPEs. |
| | 83 | 7/14/2025 | Morton | 3.10 | 375 | 1,162.50 | Review transactions between Chasen Construction LLC and CC 1720 St. Paul LLC. |
| | 84 | 7/14/2025 | Norem | 0.30 | 525 | 157.50 | Work with IT to set up access to Chasen QuickBooks. |
| | 85 | 7/14/2025 | Norem | 6.00 | 525 | 3,150.00 | Review QuickBooks financial data to assess potential accounting anomalies. |
| | 86 | 7/14/2025 | Oliver | 7.10 | 375 | 2,662.50 | Investigate flow of funds between Chasen Construction LLC and special purpose entities re: project-specific revenues and expenses. |
| | 87 | 7/14/2025 | Patrick | 0.90 | 625 | 562.50 | Oversee PDF to Excel conversion. |
| | 88 | 7/15/2025 | Morton | 4.20 | 375 | 1,575.00 | Continue to review QuickBooks to understand purpose of certain payments. |
| | 89 | 7/15/2025 | Norem | 2.50 | 525 | 1,312.50 | Review AMEX credit card charges and prepare email to R. Patrick with findings. |
| | 90 | 7/15/2025 | Norem | 1.20 | 525 | 630.00 | Review Amex statements for non-business usage. |
| | 91 | 7/15/2025 | Oliver | 3.40 | 375 | 1,275.00 | Investigate Chasen Construction LLCs relationship to property identified in land records. |
| | 92 | 7/16/2025 | Morton | 3.60 | 375 | 1,350.00 | Continue to review QuickBooks to assist in the identification of payors re: ADP. |
| | 93 | 7/16/2025 | Morton | 4.20 | 375 | 1,575.00 | Convert monthly AMEX statements to Excel re: January 2023 - June 2023. |
| | 94 | 7/16/2025 | Patrick | 0.60 | 625 | 375.00 | Review QuickBooks recap prepared by C. Norem; correspond with him re: same. |
| | 95 | 7/17/2025 | Morton | 2.80 | 375 | 1,050.00 | Convert monthly AMEX statements to excel re: July 2023 - December 2023. |
| | 96 | 7/18/2025 | Morton | 3.60 | 375 | 1,350.00 | Convert monthly AMEX statements to excel re: July 2022 - December 2022. |
| | 97 | 7/18/2025 | Oliver | 6.90 | 375 | 2,587.50 | Extract approximately 3,200 AMEX transactions from PDF statements to Excel. |
| | 98 | 7/21/2025 | Morton | 1.60 | 375 | 600.00 | Reconcile 2022 exported AMEX data to statements. |
| | 99 | 7/21/2025 | Morton | 1.80 | 375 | 675.00 | Reconcile 2023 exported AMEX data to statements. |
| | 100 | 7/21/2025 | Morton | 1.90 | 375 | 712.50 | Reconcile 2024 exported AMEX data to statements. |
| | 101 | 7/21/2025 | Oliver | 3.40 | 375 | 1,275.00 | Trace and analyze banking activity for transactions relating to CC 201 E Baltimore Street LLC. |
| | 102 | 7/21/2025 | Oliver | 2.90 | 375 | 1,087.50 | Trace and analyze banking activity for transactions relating to certain SPE funded third party payments. |
| | 103 | 7/21/2025 | Patrick | 1.70 | 625 | 1,062.50 | Oversee cash activity import into Excel; discuss same with team. |
| | 104 | 7/21/2025 | Patrick | 1.40 | 625 | 875.00 | Assist team with review of financial activity evidencing commingling with team; review and revise slides; forward slides to R. Schlossberg. |
| | 105 | 7/22/2025 | Morton | 4.40 | 375 | 1,650.00 | Trace and analyze banking activity for certain transactions in November 2023/December 2023. |
| | 106 | 7/22/2025 | Morton | 0.60 | 375 | 225.00 | Review QuickBooks entries re: 201 E Baltimore investigation. |
| | 107 | 7/22/2025 | Morton | 2.20 | 375 | 825.00 | Review QB entries for certain SPE funded third party payments. |
| | 108 | 7/22/2025 | Oliver | 5.20 | 375 | 1,950.00 | Trace and analyze banking activity for certain transactions in June 2022. |
| | 109 | 7/22/2025 | Oliver | 3.60 | 375 | 1,350.00 | Prepare exhibits for Ch. 11 Trustee re: 201 E Baltimore Street and certain transactions in June 2022. |
| | 110 | 7/22/2025 | Patrick | 2.40 | 625 | 1,500.00 | Review cash activity between the various Chasen LLCs, discuss with team and select a handful of examples of commingling of cash between the entities to document for the Trustee. |
| | 111 | 7/22/2025 | Patrick | 2.20 | 625 | 1,375.00 | Review cash history between Chasen entities; compare and contrast with QBs; discuss with C. Norem. |
| | 112 | 7/22/2025 | Patrick | 0.30 | 625 | 187.50 | Speak with R. Schlossberg re: cash commingling slides; discuss next steps. |
| | 113 | 7/22/2025 | Patrick | 0.20 | 625 | 125.00 | Speak with R. Schlossberg re: status update. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38047** | | | | | | | **DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data.** |
| | 114 | 7/23/2025 | Oliver | 3.10 | 375 | 1,162.50 | Trace and analyze banking activity for certain transactions in the June 2022 timeframe. |
| | 115 | 7/23/2025 | Oliver | 2.40 | 375 | 900.00 | Prepare exhibits for Ch. 11 Trustee re: specific property-related June 2022 transactions. |
| | 116 | 7/23/2025 | Oliver | 3.90 | 375 | 1,462.50 | Trace and analyze banking activity for transactions relating to "The Tobee". |
| | 117 | 7/23/2025 | Patrick | 2.50 | 625 | 1,562.50 | Oversee commingling of assets project. |
| | 118 | 7/24/2025 | Oliver | 7.20 | 375 | 2,700.00 | Identify and normalize payee naming conventions for 9,494 AMEX charges. |
| | 119 | 7/24/2025 | Oliver | 0.80 | 375 | 300.00 | Prepare exhibit re: select charges on Chasen AMEX cards. |
| | 120 | 7/24/2025 | Patrick | 0.30 | 625 | 187.50 | Review AMEX statements; discuss conversion status with team. |
| | 121 | 7/24/2025 | Patrick | 0.40 | 625 | 250.00 | Review Chasen Construction's QuickBooks balance sheets for 2022 and 2023. |
| | 122 | 7/25/2025 | Morton | 4.90 | 375 | 1,837.50 | Prepare transaction summary, outflows and inflow exhibits for Chasen Companies presentation. |
| | 123 | 7/25/2025 | Morton | 4.90 | 375 | 1,837.50 | Assist in the preparation of presentation materials for meeting with UST. |
| | 124 | 7/25/2025 | Norem | 0.50 | 525 | 262.50 | Meet with R. Patrick to discuss next steps with Chasen project. |
| | 125 | 7/25/2025 | Norem | 2.30 | 525 | 1,207.50 | Review QuickBooks information and validate the flow of activity in the accounting system. |
| | 126 | 7/25/2025 | Oliver | 8.40 | 375 | 3,150.00 | Assist in the preparation of presentation materials for meeting with UST. |
| | 127 | 7/25/2025 | Patrick | 0.50 | 625 | 312.50 | Prepare for and participate on call with C. Norem re: Chasen Construction 2022 and 2023 balance sheets. |
| | 128 | 7/26/2025 | Oliver | 0.60 | 375 | 225.00 | Prepare for and participate on call with R. Patrick and J. Morton re: Chasen Companies presentation. |
| | 129 | 7/26/2025 | Morton | 0.60 | 375 | 225.00 | Prepare for and participate on call with R. Patrick and M. Oliver re: Chasen Companies presentation. |
| | 130 | 7/26/2025 | Patrick | 2.50 | 625 | 1,562.50 | Prepare for and participate on call with team regarding meeting with UST. |
| | 131 | 7/26/2025 | Morton | 0.40 | 375 | 150.00 | Prepare for and participate on call with R. Patrick re: final review of Chasen Construction presentation and send to R. Schlossberg. |
| | 132 | 7/26/2025 | Morton | 2.90 | 375 | 1,087.50 | Update Chasen Companies presentation at R. Schlossberg's request with items discussed on call. |
| | 133 | 7/26/2025 | Patrick | 0.40 | 625 | 250.00 | Speak with R. Schlossberg re: meeting with UST. |
| | 134 | 7/27/2025 | Morton | 1.80 | 375 | 675.00 | Prepare for and participate on call with R. Schlossberg and R. Patrick re: Chasen Companies presentation. |
| | 135 | 7/27/2025 | Morton | 2.10 | 375 | 787.50 | Update presentation with items requested by R. Schlossberg. |
| | 136 | 7/27/2025 | Patrick | 3.00 | 625 | 1,875.00 | Speak with R. Schlossberg re: walkthrough of UST presentation. |
| | 137 | 7/28/2025 | Morton | 1.20 | 375 | 450.00 | Review QuickBooks entries re: UST presentation and prepare underlying documents. |
| | 138 | 7/28/2025 | Morton | 3.80 | 375 | 1,425.00 | Prepare final presentation for UST. |
| | 139 | 7/28/2025 | Oliver | 2.10 | 375 | 787.50 | QC review presentation for UST. |
| | 140 | 7/28/2025 | Oliver | 3.80 | 375 | 1,425.00 | Update naming conventions for AMEX transactions re: all AMEX cardholders. |
| | 141 | 7/29/2025 | Morton | 2.20 | 375 | 825.00 | Research and categorize AMEX payments. |
| | 142 | 7/29/2025 | Morton | 1.90 | 375 | 712.50 | Review AMEX payments made from Chasen Construction LLC to AMEX. |
| | 143 | 7/29/2025 | Oliver | 5.30 | 375 | 1,987.50 | Review approximately 11,200 AMEX transactions for potential non-business-related expenses re: yacht and international travel. |
| | 144 | 7/29/2025 | Patrick | 0.90 | 625 | 562.50 | Discuss UST meeting with team and current status of PDF statement conversion to Excel. |
| | 145 | 7/30/2025 | Morton | 5.20 | 375 | 1,950.00 | Investigate and categorize AMEX payments. |
| | 146 | 7/31/2025 | Morton | 3.60 | 375 | 1,350.00 | Investigate and categorize AMEX payments. |
| | 147 | 7/31/2025 | Oliver | 2.10 | 375 | 787.50 | Review Divvy statements re: identifying any presumed non-business related expenses. |
| | 148 | 8/1/2025 | Morton | 4.20 | 375 | 1,575.00 | Investigate and categorize AMEX data. |
| | 149 | 8/4/2025 | Morton | 3.20 | 375 | 1,200.00 | Continued analysis of AMEX dataset re: categories for payments. |
| | 150 | 8/5/2025 | Morton | 2.80 | 375 | 1,050.00 | Prepare AMEX schedules for R. Schlossberg. |

**EXHIBIT B**

**Billing Details for SC&H as Financial Advisor and Accountants For The Trustees**
**6/23/2025 through 8/31/2025**
**Detail by Service Code**

| Code | Record No. | Date | Name | Hours | Rate | Amount | DETAIL |
|---|---|---|---|---|---|---|---|
| **38047** | | | | | | | **DATA ANALYSIS: Analysis, construction, and maintenance of significant financial data.** |
| | 151 | 8/5/2025 | Morton | 2.20 | 375 | 825.00 | Review and discuss AMEX schedules with M. Oliver. |
| | 152 | 8/5/2025 | Oliver | 4.30 | 375 | 1,612.50 | Research and review equity ownership percentages for Chasen Construction and the Chasen-related special purpose entities. |
| | 153 | 8/5/2025 | Oliver | 2.00 | 375 | 750.00 | Review and discuss AMEX schedules with J. Morton. |
| | 154 | 8/6/2025 | Morton | 3.30 | 375 | 1,237.50 | Update AMEX schedules and send to R. Schlossberg. |
| | 155 | 8/6/2025 | Oliver | 1.10 | 375 | 412.50 | Review documents provided by United Bank. |
| | 156 | 8/6/2025 | Oliver | 7.40 | 375 | 2,775.00 | Update bank dataset with additional information provided by United Bank. |
| | 157 | 8/7/2025 | Morton | 4.20 | 375 | 1,575.00 | Update dataset with additional information provided by United Bank. |
| | 158 | 8/7/2025 | Morton | 2.20 | 375 | 825.00 | Identify and tie internal transfers with additional bank data provided by United Bank. |
| | 159 | 8/7/2025 | Morton | 0.60 | 375 | 225.00 | Review AMEX summary with R. Patrick. |
| | 160 | 8/7/2025 | Oliver | 5.60 | 375 | 2,100.00 | Continue to update bank dataset with information obtained from United Bank. |
| | 161 | 8/7/2025 | Patrick | 0.60 | 625 | 375.00 | Review AMEX summary with J. Morton. |
| | 162 | 8/8/2025 | Morton | 1.30 | 375 | 487.50 | Update LLC tracker with additional information provided by United Bank. |
| | 163 | 8/11/2025 | Morton | 2.90 | 375 | 1,087.50 | Review and discuss updated Chasen schedules with M. Oliver. |
| | 164 | 8/11/2025 | Morton | 1.20 | 375 | 450.00 | Update Chasen schedules based on discussion with M. Oliver. |
| | 165 | 8/11/2025 | Oliver | 8.00 | 375 | 3,000.00 | Extract and normalize banking transaction from PDF VISA credit card statements re: January 2022 - May 2022. |
| | 166 | 8/11/2025 | Oliver | 2.80 | 375 | 1,050.00 | Review and discuss updated Chasen schedules with J. Morton re: additional information provided by United Bank. |
| | 167 | 8/12/2025 | Morton | 3.20 | 375 | 1,200.00 | Review and organize information provided by R. Schlossberg through Z. Guttman. |
| | 168 | 8/12/2025 | Morton | 1.20 | 375 | 450.00 | Review documents provided and prepare a list of remaining items to request from United Bank. |
| | 169 | 8/12/2025 | Oliver | 7.80 | 375 | 2,925.00 | Extract and normalize banking transaction from monthly PDF VISA credit card statements re: June 2022 - August 2022. |
| | 170 | 8/12/2025 | Patrick | 0.90 | 625 | 562.50 | Oversee conversion of PDF statements to Excel; discuss same with team. |
| | 171 | 8/13/2025 | Oliver | 6.90 | 375 | 2,587.50 | Extract and normalize banking transaction from monthly PDF VISA credit card statements re: September 2022, December 2022, and February 2023. |
| | 172 | 8/13/2025 | Oliver | 1.10 | 375 | 412.50 | Identify additional accounts in bank dataset for which additional documentation should be requested. |
| | 173 | 8/14/2025 | Oliver | 4.60 | 375 | 1,725.00 | Extract and analyze 518 transactions from Brandon Chasen's United Bank account re: account x4545. |
| | 174 | 8/25/2025 | Morton | 2.20 | 375 | 825.00 | Prepare travel itinerary, AMEX dataset and Chasen Construction dataset for Trustee. |
| | | **Subtotal for Service Code 38047** | | **439.30** | **$ 396.30** | **$ 174,095.00** | |
| | | **Subtotal for Expenses** | | | | **-** | |
| | | **TOTAL FEES & EXPENSES** | | | | **$ 245,092.50** | |