**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Chasen Construction, LLC** | * | Case No. 25-12356-NVA |
| | * | Chapter 11 |
| | * | |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Brandon M. Chasen, Sr.** | * | Case No. 25-15437-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF FIRST APPLICATION OF ROBERT L. PATRICK**
**AND SC&H GROUP, INC., AS FINANCIAL ADVISOR**
**TO THE TRUSTEES, FOR ALLOWANCE OF**
**INTERIM COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED FROM JUNE 23, 2025 THROUGH AUGUST 31, 2025**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Robert L. Patrick and SC&H Group, Inc. (together, "SC&H" or "Applicant") has filed in this case its First Application of Robert L. Patrick and SC&H Group, Inc., as Financial Advisor to the Trustees, for Allowance of Interim Compensation for Professional Services Rendered from June 23, 2025 Through August 31, 2025 (the "Application"). The Application may be inspected by an interested party at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201, during normal business hours.

The Applicant seeks approval of fees totaling $245,092.50 which may be allowed as a chapter 11 administrative claim for the fees incurred in connection with Applicant's service as financial advisor to Roger Schlossberg, Chapter 11 Trustee for Debtor Chasen Construction, LLC and Zvi Guttman ("Guttman"), Chapter 7 Trustee for Debtor Brandon M. Chasen, Sr., and paid by Guttman.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION. YOU MUST FILE YOUR RESPONSE WITH THE

2

CLERK OF THE BANKRUPTCY COURT **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON THE UNDERSIGNED COUNSEL. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.   THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.

Respectfully submitted,

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 13720
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 | Fax: (240) 507-1735
smetz@offitkurman.com
Counsel for the SC&H

Dated:  April 29, 2026

4920-1626-2565, v. 1

2