**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Chasen Construction, LLC** | * | Case No. 25-12356-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Brandon M. Chasen, Sr.** | * | Case No. 25-15437-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE OF
NOTICE OF FIRST APPLICATION OF ROBERT L. PATRICK
AND SC&H GROUP, INC., AS FINANCIAL ADVISOR
TO THE TRUSTEES, FOR ALLOWANCE OF
INTERIM COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED FROM JUNE 23, 2025 THROUGH AUGUST 31, 2025**

I hereby certify that on this 29th day of April, 2026, I served a copy of the **Notice of First Application of Robert L. Patrick and SC&H Group, Inc., as Financial Advisor to the Trustees, for Allowance of Interim Compensation for Professional Services Rendered from June 23, 2025 Through August 31, 2025** ("Notice"), via first class mail, postage prepaid, to:

Brandon M. Chasen, Sr.
12 W. Montgomery Street
Baltimore, MD 21230

Larry Strauss
Larry Strauss ESQ CPA & Assoc., Inc.
2310 Smith Avenue
Baltimore, MD 21209

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

Shepherd Electric Co., Incorporated
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Catherine Lawrence
Lawrence Law, LLC
323 W. Camden Street
Suite 700
Baltimore, MD 21201

And to the creditors on the attached creditor matrixes.

The following received a copy of the Notice on April 29, 2026, via CM/ECF:

ECF Service List in Case No. 25-12356

- **Brian E. Barkley**    bbarkley@barkenlaw.com
- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Jill D. Caravaggio**    jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- **Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
- **Darrell William Clark**    darrell.clark@stinson.com, catherine.scott@stinson.com
- **Alan D. Eisler**    aeisler@e-hlegal.com, alaneisler@gmail.com
- **David V. Fontana**    dfont@gebsmith.com
- **Jason J. Giguere**    jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Richard Marc Goldberg**    rmg@shapirosher.com, ejd@shapirosher.com
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Jeffery Thomas Martin**    jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Frank J. Mastro**    fmastro@schlosslaw.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **John E Reid**    jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Roger Schlossberg**    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- **Roger Schlossberg**    trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster**    rob@shusterlaw.com, courts@shusterlaw.com
- **Brent C. Strickland**    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com

2

- **Morgan Taylor**   morgan.taylor@icemiller.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Shawn C Whittaker**   shawn@whittaker-law.com
- **Heather Kirkwood Yeung**   hyeung@darslaw.com

ECF Service List in Case No. 25-15437

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Richard C Burch**   rcb@mhblaw.com
- **Aaron L. Casagrande**   Aaron.casagrande@Icemiller.com
- **Darrell William Clark**   darrell.clark@stinson.com, catherine.scott@stinson.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, alaneisler@gmail.com
- **Scott W. Foley**   swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
- **Adam M. Freiman**   adam@pikesvillelaw.com, r54650@notify.bestcase.com
- **Jason J. Giguere**   jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Jeffrey Greenberg**   jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Zvi Guttman**   zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
- **Andrew Janquitto**   aj@mhblaw.com
- **Frank J. Mastro**   fmastro@schlosslaw.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Roger Schlossberg**   trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster**   rob@shusterlaw.com, courts@shusterlaw.com
- **Benjamin Smith**   bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rparadis@shulmanrogers.com
- **Morgan Taylor**   morgan.taylor@icemiller.com
- **Andre' R Weitzman**   aequityhouse@aol.com
- **Heather Kirkwood Yeung**   hyeung@darslaw.com

3

Respectfully submitted,

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 13720
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 | Fax: (240) 507-1735
smetz@offitkurman.com
Counsel for the SC&H

Dated: April 29, 2026

4897-0421-8277, v. 1

4

Label Matrix for local noticing
0416-1
Case 25-12356
District of Maryland
Baltimore
Fri Apr 24 18:35:13 EDT 2026

A&L Masonry, Inc
10013 Damascus Hill Court D
Damascus, MD 20872-2818

Absolute Fire Protection, Inc
445 Defense Highway, Suite C
Annapolis, MD 21401-8900

Action Elevator Co. LLC
1110 Benfield Boulevard, Suite L
Millersville, MD 21108-2645

Air Flow Technology LLC
1143 Taft Street
Rockville, MD 20850-1311

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Zwicker & Assoicates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank
c/o Jason J. Giguere
ZWICKER & ASSOCIATES, P.C.
80 Minuteman Road
Andover, MA 01810-1008

BJ Plumbing, LLC
14104 Kydan Court
Brandywine, MD 20613-6124

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Brian E. Barkley
51 Monroe Street
Suite 1407
Rockville, MD 20850-2409

Brian E. Barkley
Barkley & Kennedy, Chartered
Barkley & Kennedy, Chartered
51 Monroe St., Ste 1407
Rockville, MD 20850-2409

Barkley & Kennedy
51 Monroe Street, Suite 1407
Rockville, Maryland 20850-2409

Bedford Capital Mid Atlantic dba Capstan Tax
200 Dryden Rd, Suite 3400
Dresher, PA 19025-1050

Hugh M.   (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Brandon Chasen
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202-4359

Brandon Chasen
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231-2328

Builders FirstSource, Inc
7203 McKinney Circle
Frederick, MD 21704-8356

Bull's Unlimited, LLC
54 Beaver Court
Rising Sun, MD 21911-2647

Bull's Unlimited, LLC
c/o Randall James Craig, Esq.
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202-2311

CC 1400 Aliceanna Street LLC
Serve: Brandon M. Chasen
1511 Eastern Avenue
Baltimore, MD 21231-2328

CC 201 East Baltimore Street LLC
Brandon M. Chasen, Sr.
1511 Eastern Avenue
Baltimore, MD 21231-2328

CC 201 East Baltimore Street LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202-4359

CC 201 East Baltimore Street LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

CC 419 Saint Paul Place LLC
1511 Eastern Avenue
Baltimore, MD 21231-2328

CC 600 South Caroline Street LLC
Serve on Resident Agent Brandon M. Chase
1511 Eastern Avenue
Baltimore, MD 21231-2328

CS 421 South Broadway LLC
1511 Eastern Avenue
Baltimore, MD 21231-2328

Cahill Services
8737 Colesville Road, Suite 501
Silver Spring, MD 20910-3921

Capital Electric
600 W. Hamburg Street
Baltimore, MD 21230-2603

Capital Lighting & Supply
8711 Westphalia Road
Upper Marlboro, MD 20774-3525

Capital Lighting & Supply LLC
c/o Robert G. Shuster, Esq.
12850 Middlebrook Road, Suite 225
Germantown, MD 20874-5279

Capital Lighting & Supply, LLC
c/o Robert G. Shuster
12850 Middlebrook Road, Suite 225
Germantown, MD 20874-5279

Robert G. Capital Lighting & Supply, LLC d/b
12850 Middlebrook Road
Suite 225
Germantown, MD 20874-5279

Capstan Tax Strategies
200 Dryden Road, Suite 3400
Dresher, PA 19025-1050

Jill D. Caravaggio
Law Office of Jill D. Caravaggio
Westview Village Professional Park
5100 Buckeystown Pike
Suite 250
Frederick, MD 21704-8344

Aaron L. Casagrande
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

Chasen Companies
1511 Eastern Avenue
Baltimore, MD 21231-2328

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230-4489

Chasen Construction LLC
c/o Adam M. Freiman
115 McHenry Avenue Suite B4
Pikesville, MD 21208-3795

Chasen Construction LLC
c/o Adam M. Freiman, Esq.
115 McHenry Avenue, Suite B4
Pikesville, MD 21208-3795

Chasen Construction LLC
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Chasen Construction LLC
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202-4359

Chasen Construction LLC
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Chasen Construction LLC et al
c/o Gregory Lee Waterworth
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Chasen Construction LLC et al
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Chesapeake Energy Services, Inc.
13325 Rousby Hall Road
Lusby, MD 20657-2707

CityScape Engineering LLC
3600 Clipper Mill Rd, Ste 214
Baltimore, MD 21211-1980

CityScape Enginering LLC
3600 Clipper Mill Rd, Suite 214
Baltimore, MD 21211-1980

Darrell William Clark
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-4760

Corpay
PO Box 100647
Atlanta, GA 30384-0647

Crimpco, LLC
2545 Lord Baltimore Drive, Suite HJ
Baltimore, MD 21244-2672

D & J Drywall Inc.
6053 Watch Chain Way
Columbia, Maryland 21044-4715

D & J Drywall Inc.
LAWRENCE LAW, LLC
323 West Camden Street, Suite 700
Baltimore, Maryland 21201-8601

D&J Drywall Inc.
6053 Watch Chain Way
Columbia, MD 21044-4715

D&J Drywall Inc.
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

D&J Drywall Inc.
c/o Kyle S. Kushner
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

D&J Drywall Inc.
c/o Kyle S. Kushner, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

D&J Drywall Inc.
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

D&J Drywall Inc., et al.
6053 Watch Chain Way
Columbia, MD 21044-4715

DeVere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226-1763

DivvyPay, LLC
13707 S. 200 W, Suite 100
Draper, UT 84020-2443

Duque Construction LLC
777 Briggs Chaney Rd
Silver Spring, MD 20905-5502

Duque Construction LLC
c/o Philip Martin Wright
25 Wood Lane
Rockville, MD 20850-2228

Duque Construction, LLC
c/o Heather Yeung, Esq.
Davis, Agnor, Rapaport et al
11000 Broken Land Pkwy, Ste 600
Columbia, MD 21044-3534

EZ Cabinetry Inc
401 Industry Drive
Hampton, VA 23661-1312

Alan D. Eisler
Eisler Hamilton, LLC
1 Research Court
Suite 450
Rockville, MD 20850-6252

Estate of Brandon M. Chasen, Sr.
c/o The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282-2308

Family Pension Corp. 401(k) Plan and Trust
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, MD 21202-1160

Family Pension Corp. 401k Plan
5825 Windsor Court
Boca Raton, Florida 33496-2764

Ferguson ENT HVAC
751 Lakefront Commons
Newport News, VA 23606-3322

Ferguson Enterprises LLC
13890 Lowe Street
Chantilly, VA 20151-3277

Ferguson Enterprises, LLC
c/o Jill Diane Caravaggio, Esq.
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704-8344

Ferguson Enterprises, LLC
c/o Law Office of Jill D. Caravaggio LLC
Westview Village Professional Park
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704-8344

First National Bank of Pennsylvania
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202-3343

David V. Fontana
Gebhardt and Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Four Kids Investment Fund LLC
5825 WINDSOR COURT
BOCA RATON, FL 33496-2764

Gerard R Vetter
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

Jason J. Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

Richard Marc Goldberg
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201-6814

Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282-2308

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282-2308

Hillis-Carnes Engineering Assoc. Inc.
0975 Guilford Rd, Suite A
Annapolis Junction, MD 20701

Hillis-Carnes Engineering Associates, Inc.
10975 Guilford Road
Suite A
Annapolis Junction, MD 20701-1125

JRO Construction LLC
3510 Jean Street
Fairfax, VA 22030-2304

JRO Construction LLC
c/o George W. Liebmann, Esq.
Anne-Lise Liebmann
700 N. Charles Street, Apt 6D
Baltimore, MD 21201-5268

Jacob Honig
150 E. Palmetto Park Road
Suite 404
Boca Raton, Florida 33432-4848

Jonathan Honig, as Trustee by and for the Re
5825 Windsor Court
Boca Raton, Florida 33496-2764

Jones Lang LaSalle Brokerage, Inc
200 E. Randolph Street, Suite 4300
Chicago, IL 60601-6537

Catherine Lawrence
Lawrence Law, LLC
323 W. Camden Street
Suite 700
Baltimore, MD 21201-8601

Livingston Fire Protection, Inc
5150 Lawrence Place
Hyattsville, MD 20781-1093

M&B Contract Specialties, Inc
11G Gwynns Mills Court
Owings Mills, MD 21117-3500

Madison Mechanical Contracting, LLC
5621 Old Frederick Road, Suite 1
Catonsville, MD 21228-1554

Madison Mechanical Contracting, LLC
c/o Eliot Mark Wagonheim
11350 McCormick Road
EPI, Suite 700
Hunt Valley, MD 21031-1002

Jeffery Thomas Martin Jr
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

Frank J. Mastro
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067

Michael DelGrande
438 E Allens Lane
Philadelphia, PA 19119-1103

National Lumber Co.
4901 Pulaski Highway
Baltimore, MD 21224-1696

Tracey Michelle Ohm
Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006-4760

PR GIV, LLC
c/o Anthony Bobulinski
1959 Calle Loiza # 6397
San Juan, PR 00914-1420

Pachecos Construction LLC
14609 Burntwoods Rd
Glenwood, MD 21738-9608

Robert L. Patrick
SC&H Group, Inc.
910 Ridgebrook Road
Sparks-Glencoe, MD 21152-9390

Patriot Steel Fabrication, Inc.
1959 Church Creek Road
Church Creek, MD 21622-1324

Patriot Steel Fabrication, Inc.
c/o Jackson S. Nichols
Cohen Seglias Pallas Greenhall & Furman
900 Seventh St., NW Suite 725
Washington, DC 20001-4009

Paul Davis
Brian E Barkley, Esq.
Law Office Barkley & Kennedy
51 Monroe Street, Suite 1407
Rockville, MD 20850-2409

Paul Davis
c/o Gregory Lee Waterworth, Esq.
Saul Ewing LLP
1001 Fleet Street 9th Floor
Baltimore, MD 21202-4359

Paul Davis
c/o Mark Anthony Simanowith
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359

Paul Davis
c/o Sharon T. Diamant, Esq.
Diamant Gerstein, LLC
6110 Executive Blvd #1050
Rockville, MD 20852-3955

Paul W. Davis
5911 Ryland Drive
Bethesda, MD 20817-2540

PinPoint Plumbing, LLC
4425 Fitch Avenue
Nottingham, MD 21236-3927

Pinpoint Plumbing, LLC
4425 Fitch Avenue, Suite 100
Nottingham, MD 21236-3927

Pinpoint Plumbing, LLC
c/o Catherine R. Lawrence, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

Pinpoint Plumbing, LLC
c/o Nicholas Lewis Meriwether, Esq
Lawrence Law, LLC
323 W Camden St, Suite 700
Baltimore, MD 21201-8601

R&A Construction LLC
5015 Delaware St
College Park, MD 20740-1941

Rankin Inc
288 S. Westgate Drive
Carol Stream, IL 60188-2243

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

SHEPHERD ELECTRIC COMPANY, INC.
c/o Douglas H. Seitz
Wright, Constable & Skeen, LLP
1 Olympic Plaza Suite 800
Towson, Maryland 21204-4114

Samer Iron Works LLC
330 N Stonestreet Avenue Suite U
Rockville, MD 20850-1623

Sandy Spring Bank
6831 Benjamin Franklin Dr.
Columbia, MD 21046-2633

Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832-2267

Sandy Spring Bank
Division of Atlantic Union Bank
Jeffery T. Martin, Jr.
8065 Leesburg Pike, Ste 750
Vienna VA 22182-2702

Sandy Spring Bank
c/o Jeffrey Thomas Martin, Jr., Esq
Martin Law Group P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182-2702

Sandy Spring Bank
c/o John Edward Reid, Esq
Martin Law Group P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182-2702

Sandy Spring Bank, A Division of Atlantic Un
6831 Benjamin Franklin Dr.
Columbia, MD 21046-2633

Saul, Ewing, Arnstein & Lehr LLP
1001 Fleet St 9th Floor
Baltimore, MD 21202-4359

Shepherd Electric Co., Incorporated
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204-4114

Shepherd Electric Company, Incorporated
c/o Douglas H. Seitz, Esq.
Wright, Constable & Skeen, LLP
1 Olympic Place, Suite 800
Towson, MD 21204-4114

Robert G. Shuster
Robert G. Shuster, LLC
12850 Middlebrook Road
Suite 225
Germantown, MD 20874-5279

Southland Insulators of Maryland, Inc
d/b/a Devere Insulation Company
Shawn C. Whittaker, Esq.
1401 Rockville Pike, Ste 510
Rockville MD 20852-1573

Southland Insulators of Maryland, Inc.
7501 Resource Court
Baltimore, MD 21226-1763

Southland Insulators of Maryland, Inc.
c/o NCS
729 Miner Road
Highland Heights, OH 44143-2117

Southland Insulators of Maryland, Inc.
d/b/a Devere Insulation Company
7501 Resource Court
Curtis Bay, MD 21226-1763

Southland Insulators of Maryland, Inc.
d/b/a Devere Insulation Company
c/o Shawn Charles Whittaker, Esq.
1401 Rockville Pike, Suite 510
Rockville, MD 20852-1573

Stone 4 Kitchen LLC
401 Industry Dr Ste A
Hampton, VA 23661-1312

Brent C. Strickland
Whiteford Taylor & Preston L.L.P.
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045-5425

Sunbelt Rental
7605 Pulaski Hwy
Rosedale, MD 21237-2605

Sunbelt Rentals, Inc.
1275 W. Mound St.
Columbus, OH 43223-2213

Supplies Unlimited, Inc.
PO Box 7370
Halethorpe, MD 21227-0370

TDR Systems, Inc.
33 Industrial Park Dr.
Waldorf, MD 20602-2708

Morgan Taylor
Ice Miller LLP
100 Light Street
Baltimore, MD 21202-1216

The Sherwin-Williams Co
c/o Bayinson Kudysh Greenberg & Helt
303 S Main St, Lower Level
Mt Airy MD 21771-5394

The Sherwin-Williams Co.
c/o Peter R. Helt, Esq.
Baylinson, Kudysh, Greenberg & Helt LLC
303 S. Main Street, Lower Level
Mount Airy, MD 21771-5396

Trident Aircraft Incorporated
9475 Jet Lane
Easton, MD 21601-7059

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

United Bank
c/o Darrell W. Clark, Esq.
1775 Pennsylvania Ave. N.W.
Suite 800
Washington, DC 20006-4760

United Bank
450 Foxcroft Avenue
Martinsburg, WV 25401-5316

United Bank
Attn. Gaile S. Binder
374 Maple Ave. East
Vienna, VA 22180-4718

United Bank Visa
450 Foxcroft Avenue
Martinsburg, WV 25401-5316

United Rentals
1709 Old Sulphur Spring Road
Halethorpe, MD 21227-2597

United Rentals (North America), Inc.
100 First Stamford Place
Stamford, CT 06902-9200

United Rentals (North America), Inc.
c/o John David Purdy, Esq.
Purdy Law Firm, P.C.
9962 Brook Road, #641
Glen Allen, VA 23059-6501

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Shawn C Whittaker
Law Office of Shawn C. Whittaker, PC t/a
1401 Rockville Pike
Ste 510
Rockville, MD 20852-1573

Heather Kirkwood Yeung
Davis, Agnor, Rapaport & Skalny
11000 Broken Land Parkway
Ste 600
Columbia, MD 21044-3534

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brandon M. Chasen Sr.
1511 Eastern Avenue
Baltimore, MD 21231-2328

(u)D & J Drywall Inc.

(d)D&J Drywall, Inc
6053 Watch Chain Way
Columbia, MD 21044-4715

(d)Duque Construction LLC
777 Briggs Chaney Road
Silver Spring, MD 20905-5502

(u)Duque Construction Duque Construction, LLC

(d)Ferguson Enterprises, LLC
13890 Lowe Street
Chantilly, VA 20151-3277

(u)First National Bank of Pennsylvania

(d)PR GIV, LLC
c/o Anthony Bobulinski
1959 Calle Loiza # 6397
San Juan, PR 00914-1420

(d)Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

(d)Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

(d)Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

(d)Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

(d)Shepherd Electric Company, Incorporated
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204-4114

End of Label Matrix
Mailable recipients   155
Bypassed recipients    13
Total                 168

Label Matrix for local noticing
0416-1
Case 25-15437
District of Maryland
Baltimore
Fri Apr 24 18:36:51 EDT 2026

ADKAT LLC
7008 Deep Creek Court
Bethesda, MD 20817-2958

Adam Gottbertman
230 Vesey St.
New York, NY 10281-1027

Adam Stern
888 C 8th Ave #530
New York NY 10019-8511

Adam Stern
9429 Harding Ave., Ste. 225
Miami Beach, FL 33154-2803

Afram, Inc.
5450 REISTERSTOWN ROAD
Baltimore, MD 21215-4435

Alexander Frederic Berthan Revocable Tru
700 Lake Drive
West Palm Beach, FL 33422

Alexandra Gerard
700 Lake Drive
Boca Raton, FL 33432-6227

American Express
POB 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Zwicker & Assoicates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank
Jason J. Giguere, Esq.
ZWICKER & ASSOCIATES, P.C.
80 Minuteman Road
Andover, MA 01810-1008

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Anne Davis
11109 Piney Meetinghouse Rd.
Potomac, MD 20854-1314

Assurant
c/o Jeffrey Greenberg, Esquire
25 S. Charles St.
21st Floor
Baltimore, MD 21201-3322

Assurant, Inc.
Rosenberg Martin Greenberg, LLP
25 S. Charles Street
21st Floor
Baltimore, MD 21201-3322

Assurant, Inc.
Jeffrey S. Greenberg,
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Floor
Baltimore, MD 21201-3322

Avocado Isle Capital, LLc
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808-1645

BTM Investment Holdings, LLC
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84121-7094

Barry and Lyn Chasen
15299 Vintage Oaks Lane
Elray Beach, FL

Barry and Lyn Chasen
16299 Vintage Oaks Lane
Delray Beach FL 33484-6429

Hugh M.  (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Joshua D. Bradley
Rosenberg Martin Greenberg, LLP
25 South Charles Street
Suite 2115
Baltimore, MD 21201-3322

Bridger Thomas
2795 E. Cottonwood Parkway
Suite 600
Salt Lake City, UT 84121-7094

Richard C Burch
Mudd, Harrison & Burch, LLP
222 Bosley Avenue
Suite A-1
Towson, MD 21204-4302

Capital LIghting and Supply
c/o Robert J. Schuster, Esquire
12850 MIDDLEBROOK ROAD
SUITE 225
Germantown, MD 20874-5279

Capital Lighting & Supply, LLC
D/B/A Capital Electric.
Robert G. Shuster, LLC
12850 Middlebrook Road
Suite 225
Germantown, MD 20874-5279

Capital Lighting & Supply, LLC D/B/A Capital
12850 Middlebrook Road, Suite 225
Germantown, MD 20874-5279

Caplan Bros. Inc.
700 W. HAMBURG ST
Baltimore, MD 21230-2595

Aaron L. Casagrande
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

Catherine Chasen
13916 Green Branch Drive
Phoenix, MD 21131-1316

Catherine Marie Chasen
Richard C. Burch
Andrew Janquitto
Mudd, Harrison & Burch, LLP
222 Bosley Avenue, Suite A-1
Towson, Maryland 21204-4302

Brandon M. Chasen Sr.
1501 Yamato Rd
#3007
Boca Raton, FL 33431-4438

Catherine Marie Chasen
510 Chadwick Road
Lutherville, MD 21093-2809

Darrell William Clark
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-4760

Consumer Program Administrators Inc.
c/o Jeffrey S. Greenberg, Esq.
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201-3322

DON BOWMAN FURNITURE REPAIR
1494 Gensa Drive
Hanover, MD 21076-1648

Dan Waldman
201 W. 90th St.
New York, NY 10024

David L. Cohen Revocable Trust
232 Bears Club Drive
Jupiter, FL 33477-4202

David L. Cohen Revocable Trust
338 s. bEACH rD.
Hobe Sound, FL 33455-2606

Duque Construction
11000 Brokenland Parkway
Suite 600
Columbia, MD 21044-3534

Duque Construction, LLC
Davis, Agnor, Rapaport, & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, Maryland 21044-3534

Edwin Bradley
600 Wood Glenn Court
Lutherville Timonium, MD 21093-7005

Edwin J Bradley Jr
600 Wood Glenn Ct
600 Wood Glenn Ct
Lutherville-Timonium, MD 21093-7005

Alan D. Eisler
Eisler Hamilton, LLC
1 Research Court
Suite 450
Rockville, MD 20850-6252

Essex Financial
2000 S Colorado Blvd
Bldg 2
 Suite 300
Denver, CO 80222-7940

Eve's Trust c/u Gianni Family Irrev. Tr
700 Lake Drive
700 Lake Drive
BOCA RATON, FL 33432-6227

Family Pension 401K
150 E. Palmetto Suite 404
Boca Raton, FL 33432

Family Pension Corp. 401(k) Plan
c/o Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202-1160

Family Pension Corp. 401(k) Plan and Trust
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, MD 21202-1160

Family Pension Corp. 401K
c/o Ice Miller
100 Light St.
#1350
Baltimore, MD 21202-1216

Ferguson Enterprises
13890 Lowe Street
Chantilly, VA 20151-3277

First National Bank of Pennsyvania
300 East Lombard Street
Baltimore, MD 21202-3219

Flaum-Lieberman Trust
Keith A. Flaum, Trustee
325 Amber Way
Menlo Park, CA 94025-5801

Scott W. Foley
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
20th Floor
Baltimore, MD 21201-6822

Four Kids Investment Fund, LLC
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

Four Kids Investment Fund, LLC
c/o Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202-1160

Four Kids Investment Fund, LLc
5825 Windsor Court
Boca Raton, FL 33496-2764

Adam M. Freiman
115 McHenry Ave.
Suite B4
Baltimore, MD 21208-3795

Jason J. Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

Jeffrey Greenberg
Rosenberg Martin Greenberg LLP
25 S Charles St #21
Baltimore, MD 21201-3322

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282-2308

Zvi Guttman
c/o The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308

H&H Capital
463 Adams St.
Denver, CO 80206-4410

Harford County, Maryland
220 S. Main St.
Bel Air, MD 21014-3820

Heather Tourkin
Andre R. Weitzman
Equity House II
410 Northway
Baltimore, MD. 21218-1115

Jacob Honig
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

Hunt Valley, MD 21031
SFO Ventures, LLC
41100 Rosemary Street
Chevy Chase, MD 20815

Jacob Honig
c/o Aaron Casagrande
100 Light Street, Suite 2700
Baltimore City, MD 21202-1160

Jacob Honig
c/o Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 1350
Baltimore, Maryland 21202-1216

Jacob Honig 2019 Irrecvocable Trust
150 E. Palmetto Park Rd., Ste. 404
Boca Raton, FL 33432-4848

Andrew Janquitto
Mudd, Harrison & Burch
222 Bosley Avenue
Suite A-1
Towson, MD 21204-4302

Jared Grindle
1228 Mt. Pleasant Drive
Annapolis, MD 21409-5212

Jeffrey Lichy
2000 Riveredge Pkwy
Atlanta, GA 30328-4694

Jeffrey Martin
Martin Law Group
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Jonathan Honig, as Tr for the Renee
Honig 2019 Irrev Trust Agrmt U/A DTD 09/
c/o Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202-1160

Jonathan Honig, as Trustee by and for the Re
Ice Miller LLP
100 Light Street
Suite 2700
Baltimore, MD 21202-1160

Joseph Kessler TTEE Gerard Family Sub-S 2002
7008 Deep Creek Court
Bethesda, MD 20817-2958

Keith Flaum
Flaum Liberman Trust
325 Amber Way
Menlo Park, CA 94025-5801

Lilycap Note Purchaser, LLC
c/o Jared S. Dvornicky, Esq.
Gallagher LLP
218 N. Charles St., Ste 400
Baltimore, MD 21201-4070

Mark Gross
4829 Fairmont Ave., #200
Bethesda, MD 20814-6097

Frank J. Mastro
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067

Mike Manders
12280 Wilkins Ave., Suite 201
Rockville, MD 20852-2075

Nelson Gerard
700 Lake Drive
Boca Raton, FL 33432-6227

Nelson Gerard (Alexandra Trust)
700
Lake Drive
Boca Raton, FL 33432-6227

Nelson Gerard TTEE Ima Gross 2009
700
Lake Drive
Boca Raton, FL 33432-6227

Nelson Gerard TTEE Irma Gross 2009 Irrev. Tr
700 Lake Drive
700 Lake Drive
BOCA RATON, FL 33432-6227

Nelson Gerard TTEEE Ima Gross
700 Lake Drive
Boca Raton, FL 33432-6227

Tracey Michelle Ohm
Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006-4760

Orrstown Bank
2695 Philadelphia Avenue
Chambersburg, PA 17201-7908

PR GIV, LLC
c/o Anthony Bobulinski
1959 Calle Loiza # 6397
San Juan, PR 00914-1420

PR GIV, LLC
Alan D. Eisler, Esquire
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, MD 20850-6252

PR Giv, LLC
1 Research Court
Suite 450
Rockville, MD 20850-6252

Robert L. Patrick
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031-8645

Paul Davis
5911 Ryland Dr.
Bethesda, MD 20817-2540

Protective Commercial Mortgage
2801 Highway 280 Sout
Birmingham, AL 35223-2479

Red Bridge Financial
175 Greenwich St
3 World Trade Center, 38th Floor
New York, NY 10007-2492

Renee JHonig 2019 Irrevocable Truste DTD
5825 Windsor Court
Boca Raton, FL 33496-2764

Richard Burch, Esquire
222 Bosley Ave Suite A1
Towson, MD 21204-4302

Roger Schlossberg, Esquire, Frank J. Mastro,
P.O. Box 2067
Hagerstown, MD 21742-2067

SFO Ventures LLC
c/o Richard L. Costella
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202-1249

SSMC GST Trust
399 Park Avbe.
New York, NY 10022-4614

STJ, LLC
5911 Ryland Drive
Bethesda, MD 20817-2540

Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sandy Spring Bank,
a Division of Atlantic Union Bank
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182-2702

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Shepherd Electric Company, Incorporated
c/o Douglas H. Seitz, Esq
1 Olympic Place, Suite 800
Towson, MD 21204-4114

Shepherd Electric Company, Incorporated
c/o Douglas H. Seitz, Esq.
Wright, Constable & Skeen, LLP
1 Olympic Place, Suite 800
Towson, MD 21204-4114

Robert G. Shuster
Robert G. Shuster, LLC
12850 Middlebrook Road
Suite 225
Germantown, MD 20874-5279

Benjamin Smith
Shulman Rogers, P.A.
12505 Park Potomac Ave, 6th Floor
Potomac, MD 20854-6803

Southland Insulators of Maryland, Inc.
C/O NCS
729 minor Road
Cleveland, OH 44143-2117

Southland Insulators of Maryland, Inc.
c/o NCS
729 Miner Road
Highland Heights, OH 44143-2117

Stan Corp.
c/o McEwen Gisvold llp
1600 Standard Plaza, 1100 S.W. Sixth Ave
Portland, OR 97204

StanCorp Mortgage Investors, LLC
19225 Tanasbourne Drive
Hillsboro, OR 97124

StanCorp Mortgage Investors, LLC
Scott W. Foley, Esquire
SHAPIRO SHER GUINOT & SANDLER, P.A.
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201-6814

Standard Guaranty Insurance Company
c/o Jeffrey S. Greenberg, Esq.
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201-3322

Standard Insurance
c/o Scott Foley, Esquire
Shapiro Sher
250 W. Pratt St., #2000
Baltimore, MD 21201-6814

Standard Insurance Company
c/o Scott W. Foley, Esq.
250 W. Pratt Street, Suite 2000
Baltimore, MD 21201-6814

Stetson Capital Investments, Inc.
811 SE 26th Ave.
Fort Lauderdale, FL 33301-2711

Steven C Tourkin
2401 Holiday Ranch Loop Rd
Park City UT 84060-6835

Steven C. Tourkin
Andre R. Weitzman
Equity House II
410 Northway
Baltimore, MD. 21218-1115

Steven C. Tourkin
Equity House II
410 Northway
Baltimore, MD 21218-1115

Steven C. Tourkin
Heather Tourkin
2401 Holiday Ranch Loop Rd
Park City, UT 84060-6835

Steven C. and Heather Tourkin
Equity House II
410 Northway
Baltimore, MD 21218-1115

Larry Strauss Esq.
CPA & Associates, Inc.
2310 Smith Avenue
Baltimore, MD 21209-2611

Supplies Unlimited, Inc.
2201 Halethorpe Farms Road
Halethorpe, MD 21227-4598

Morgan Taylor
Ice Miller LLP
100 Light Street
Baltimore, MD 21202-1216

The Gerard Family Subchapter S
700 Lake Drive
Boca Raton, FL 33432-6227

The Gerard Family Subchapter S 2002 Trust
7008 Deep Creek Court
Bethesda, MD 20817-2958

Tierra Stetson
811 SE 26th Ave.
Fort Lauderdale, FL 33301-2711

Tom Clute
399 Park Ave.
New York, NY 10022-4614

Tom Clute
399 Park Ave.
New York, NY 10022
Chevy Chase, MD 20815

Steven C Tourkin
2401 Holiday Ranch Road
Park City, UT 84060-6835

US Trustee - Baltimore
US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

United Bank
374 Maple Ave. East
Attn. Gaile S. Binder
Vienna, VA 22180-4718

(p)UNITED BANK
514 MARKET STREET
PARKERSBURG WV 26101-5341

United Bank
Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006-4760

United Service Protection Corporation
c/o Jeffrey S. Greenberg, Esq.
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201-3322

United States Trustee for Region Four
c/o Gerard R. Vetter
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

Virginia Surety Company Inc.
c/o Jeffrey S. Greenberg, Esq.
Rosenberg Martin Greenberg, LLP
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201-3322

Waste Management
2550 W Union Hills Dr
Phoenix, AZ 85027-5170

Waste Management of Maryland, Inc.
625 Cherrington Parkway
Coraopolis, PA 15108-4314

Andre' R Weitzman
Andre' R. Weitzman
410 Northway
Baltimore, MD 21218-1115

Heather Kirkwood Yeung
Davis, Agnor, Rapaport & Skalny
11000 Broken Land Parkway
Ste 600
Columbia, MD 21044-3534

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United Bank
500 Virginia St E
Charleston, WV 25392

(d)United Bank
Attn: Bankruptcy
500 Virginia St E
Charleston, WV 26301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ADKAT, LLC
7008 Deep Creek Court
Bethesda, MD 20817-2958

(u)Capital Lighting & Supply, LLC
d/b/a Capital Electric

(u)Duque Construction Duque Construction, LLC

(d)Zvi Guttman
c/o The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308

(u)Orrstown Bank

(d)Paul Davis
5911 Ryland Drive
Bethesda, MD 20817-2540

(u)Scott Robinson
11350 McCormick Rd.
Executive Plaza II, Suite 601

(d)Steven C. Tourkin
2401 Holiday Ranch Loop Rd.
Park City, UT 84060-6835

(u)Heather Tourkin

End of Label Matrix
Mailable recipients   142
Bypassed recipients     9
Total               151