**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Chasen Construction, LLC** | * | Case No. 25-12356-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Brandon M. Chasen, Sr.** | * | Case No. 25-15437-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER APPROVING FIRST APPLICATION OF ROBERT L. PATRICK
AND SC&H GROUP, INC., AS FINANCIAL ADVISOR
TO THE TRUSTEES, FOR ALLOWANCE OF
INTERIM COMPENSATION FOR PROFESSIONAL SERVICES
<u>RENDERED FROM JUNE 23, 2025 THROUGH AUGUST 31, 2025</u>**

UPON CONSIDERATION of the First Application of Robert L. Patrick and SC&H Group,

Inc., as Financial Advisor to the Trustees, for Allowance of Interim Compensation for Professional

Services Rendered from June 23, 2025 through August 31, 2025 (the "<u>Application</u>"), pursuant to

11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having

found that the relief requested in the Application is in the best interests of the Debtors' estates,

their creditors, and other parties-in-interest; and the Court having found that SC&H provided adequate and appropriate notice of the Application;

**IT IS HEREBY ORDERED THAT;**

1. The Application is GRANTED.

2. SC&H is allowed and awarded compensation on an interim basis in the amount of $245,092.50, for services rendered to the Trustees during the Application Period.

3. Zvi Guttman, Chapter 7 Trustee for Debtor Brandon M. Chasen, Sr. is authorized to pay SC&H the fees awarded herein.

**<u>END OF ORDER</u>**

4898-3552-6052, v. 1