**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **Chasen Construction LLC,** | **Case No. 25-12356-NVA** |
| **Debtor.** | |

**MOTION FOR EXAMINATION OF CHEROKEE & WALKER COMPANIES, LLC,
CHEROKEE & WALKER MANAGEMENT, LLC AND RED BRIDGE CAPITAL, LLC
<u>PURSUANT TO BANKRUPTCY RULE 2004</u>**

Pursuant to Fed. R. Bankr. P. 2004 and 9016, interested creditors Family Pension Corp. 401k Plan ("<u>Family Pension</u>"), Four Kids Investment Fund, LLC ("<u>Four Kids</u>"), Jonathan Honig, as Trustee (the "<u>Trustee</u>") by and for the Renee Honig 2019 Irrevocable Trust Agreement U/A DTD 07/09/2019 (the "<u>Trust</u>"), and Jacob Honig ("<u>Jacob</u>", and collectively with Family Pension, Four Kids, the Trustee, and the Trust, the "<u>Interested Parties</u>"), by and through their undersigned counsel, Ice Miller LLP, hereby submit this *Motion for Examination of Cherokee & Walker Companies, LLC, Cherokee & Walker Management, LLC and Red Bridge Capital, LLC Pursuant to Bankruptcy Rule 2004* (the "<u>Motion</u>") in the above-captioned Chapter 11 case (the "<u>Chapter 11 Case</u>") of Chasen Construction LLC (the "<u>Debtor</u>"). In support of this Motion, the Interested Parties respectfully state as follows:

**Jurisdiction and Venue**

1.       The United States Bankruptcy Court for the District of Maryland (the "<u>Court</u>") has jurisdiction over this Chapter 11 Case, the Debtor, property of the Debtor's estate, and this matter under 28 U.S.C. §§ 157 and 1334 and *Standing Order 2012-05* from the United States District Court for the District of Maryland. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

1

4896-9328-6818.2

2.     Venue of these Chapter 11 cases in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.     The basis for the relief requested in this Motion is Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bankruptcy Rule 9016, and Rule 2004-1 of the Local Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Bankruptcy Rules").

**Relief Requested**

4.     *Cherokee & Walker Companies, LLC* and *Cherokee & Walker Management, LLC* hold themselves out as a private equity firm. Their website displays 18 selected investments on its website, and one of those is an investment fund called Red Bridge Capital.

5.     Red Bridge Capital, LLC ("Red Bridge", and collectively with Cherokee & Walker Companies, LLC and Cherokee & Walker Management, LLC, "Cherokee & Walker")[1,2] provided construction and/or acquisition financing to the Debtor and its related entities. Upon information and belief, Red Bridge is one of the only, if not only, lender to the Debtor and/or its affiliates that was repaid in full prior to the commencement of these bankruptcy proceedings. Since being repaid, it appears that Red Bridge has been dissolved. Indeed, the embedded link on Cherokee & Walker's website to Red Bridge's website routes to a display error. A LinkedIn page for Red Bridge holds itself out as a Salt Lake City, Utah venture capital and private equity fund focusing on commercial

---

[1] As used herein, Cherokee & Walker is defined to include its subsidiaries, parent companies, affiliates, representatives, past and present officers, directors, agents, employees, attorneys, investigators, managers, divisions, subgroups, departments, and all persons acting at the direction or on behalf of one or more of them, including but not limited to, Cherokee & Walker Fund II LLC.

[2] In addition to not having a website, a business entity search on the Utah government website populates five records of an entity named a version of "Red Bridge Capital". These entities identify as a registered agent or principal either of Cherokee & Walker directly or an individual associated with the same address and contact information for Cherokee & Walker.

2

real estate and construction. The website link advertised on LinkedIn for Red Bridge also displays an error code.

6.  Because Cherokee & Walker appears to have control over Red Bridge and because Red Bridge no longer appears to be in operation, to the extent applicable, this Rule 2004 Motion requests relevant documentation from both Cherokee & Walker and Red Bridge.

7.  By this Motion, the Interested Parties seek entry of an order, substantially in the form attached hereto, authorizing the Interested Parties to conduct a Rule 2004 examination of Cherokee & Walker to obtain discovery into the Debtor, its relationship with Cherokee & Walker and Red Bridge, and how Cherokee & Walker interfaced with the Debtor and its related entities, and the circumstances leading to Red Bridge being paid in full by the Debtor and its related entities and individuals prior to the commencement of the Debtor's bankruptcy proceedings.

### Background

8.  On March 19, 2025, an involuntary case was filed against the Debtor under Chapter 11 of the Bankruptcy Code.

9.  The Interested Parties made a series of loans, each documented by a promissory note and related agreements (hereinafter, collectively the "Loan Documents") to a related entity of Debtor, Chasen Acquisitions LLC, a Maryland limited liability company ("Chasen Acquisitions"), including a series of unpaid loans for the purposes of acquisition and/or development of eight (8) different real properties (the "Real Properties").

10.  Currently, the Debtor owes the Interested Parties in excess of $35,000,000. *See* Proof of Claim Nos. 21-25.

11.  Based upon documentation the Interested Parties have reviewed to date, it appears that upon receipt of funds advanced by the Interested Parties, Chasen Acquisitions transferred such

funds to the Debtor. The Debtor then disbursed the advanced funds to other related entities and individuals. It remains unclear to the Interested Parties, however, the basis for the Debtor's subsequent transfers of funds for purposes other than their designated allocation. Indeed, it appears that Chasen Acquisitions and Chasen Construction collaborated in a multi-year scheme holding the companies out as real estate development firms to induce project specific development loans, which have, in large part, defaulted without repayment, with substantial amounts owed to numerous creditors.

12.     Cherokee & Walker and Red Bridge partnered with the Debtor to identify and attract lenders on behalf of the Debtor to finance real estate properties. Attached hereto as **Exhibit A** is a presentation directed to potential lenders from the Debtor and its related entities. Contained on page 21 is correspondence to prospective lenders purportedly issued by Red Bridge to induce further lenders in the Debtor's projects.

13.     The Interested Parties now file this Rule 2004 Motion to seek information from Cherokee & Walker relating to its relationship with the Debtor and its related entities, including its involvement, if any, in the solicitation of lenders and/or investors in the Debtor and its related entities. In part, the Interested Parties file this Motion because one of the Debtor's principals, Brandon Chasen, who is also a debtor in related bankruptcy proceedings, has testified at a 341 Meeting of Creditors on October 16, 2025 that his email account on the Debtor's email platform was deleted on or around the Petition Date.

### Authority and Information Sought Pursuant to Rule 2004 Examination

14.     Federal Rule of Bankruptcy Procedure 2004(a) authorizes any party in interest to move the Court for an order to conduct the examination of any entity. Rule 2004(b) provides that the scope of this examination may relate to "the debtor's acts, conduct, or property [or to] the

4

debtor's liabilities and financial condition, [or to] any matter that may affect the administration of the debtor's estate, or [to] the debtor's right to a discharge." FED. R. BANK. P. 2004(b).

15.     It is well established that the scope of a Rule 2004 examination is exceptionally broad. "A Rule 2004 examination allows a broad 'fishing expedition' into an entity's affairs for the purpose of obtaining information relevant to the administration of the bankruptcy estate." *In re Szadkowski*, 198 B.R. 140, 141 (Bankr. D. Md. 1996).

16.     In addition, as this Court noted in *In re Symington*, a Rule 2004 examination is "an investigatory tool, its nature is inquisitory rather than accusatory[.]" 209 B.R. 678, 684 (Bankr. D. Md. 1997). Indeed, "[i]t represents a threshold inquiry into the assets and conduct of debtors bankruptcy." *Id.*

17.     By this Motion, the Interested Parties seek to examine the relationship between the Debtor and Cherokee & Walker, including how Cherokee & Walker was the only investor and related entity fully repaid by the Debtor as well as how it worked with the Debtor to identify and obtain investors. The discovery sought is tailored to discover documents and information relating to assets and claims of the Debtor's estate, as well as to expose any fraudulent conduct.

18.     The Interested Parties urge that the requested Rule 2004 examination is in the best interest of creditors and parties-in-interest in the Debtor's bankruptcy case.

### Local Rule 9013-2

19.     Pursuant to Local Rule 9013-2, the Interested Parties state that no memorandum of fact and law will be filed and that they will rely solely upon this motion.

### CONCLUSION

WHEREFORE, for the foregoing reasons, the Interested Parties respectfully request that this Court enter an order, substantially in the form attached hereto, (a) permitting the Interested

4896-9328-6818.2

Parties to conduct a Rule 2004 examination of Cherokee & Walker and Red Bridge, and (b) granting such other further relief that this case may require, and the Court deems just and proper.

Dated: April 30, 2026

Respectfully submitted,

*/s/ Aaron Casagrande*

Aaron L. Casagrande (Bar No. 28518)
Morgan L. Taylor (Bar No. 31372)
**ICE MILLER LLP**
100 Light Street, Suite 2700
Baltimore, Maryland 21202
Phone: 410-951-5874
Aaron.Casagrande@IceMiller.com
Morgan.Taylor@IceMiller.com

*Counsel for Interested Parties*

6

4896-9328-6818.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *Motion for Examination of Cherokee & Walker Companies, LLC, Cherokee & Walker Management, LLC and Red Bridge Capital, LLC Pursuant to Bankruptcy Rule 2004* will be served electronically by the Court's CM/ECF system on the following:

- Brian E. Barkley — bbarkley@barkenlaw.com
- Hugh M. (UST) Bernstein — hugh.m.bernstein@usdoj.gov
- Jill D. Caravaggio — jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande — Aaron.casagrande@Icemiller.com
- Darrell William Clark — darrell.clark@stinson.com, catherine.scott@stinson.com
- Alan D. Eisler — aeisler@e-hlegal.com, alaneisler@gmail.com
- David V. Fontana — dfont@gebsmith.com
- Jason J. Giguere — jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- Richard Marc Goldberg — rmg@shapirosher.com, ejd@shapirosher.com
- Zvi Guttman — zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- Jeffery Thomas Martin — jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroup.com; Diana@martinlawgroup.com
- Frank J. Mastro — fmastro@schlosslaw.com
- Tracey Michelle Ohm — tracey.ohm@stinson.com, porsche.barnes@stinson.com
- John E Reid — jack@martinlawgroup.com, brittany@martinlawgroup.com; Diana@martinlawgroup.com
- Roger Schlossberg — bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg — trustee@schlosslaw.com, MD20@ecfcbis.com
- Robert G. Shuster — rob@shusterlaw.com, courts@shusterlaw.com
- Brent C. Strickland — bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com
- Morgan Taylor — morgan.taylor@icemiller.com
- US Trustee - Baltimore — USTPRegion04.BA.ECF@USDOJ.GOV

7

4896-9328-6818.2

- Maurice Belmont VerStandig     mac@mbvesq.com;
  lisa@mbvesq.com; mahlon@dcbankruptcy.com;
  mac@dcbankruptcy.com;
  verstandig.mauricer104982@notify.bestcase.com;
  verstandiglaw@recap.email
- Shawn C Whittaker     shawn@whittaker-law.com
- Heather Kirkwood Yeung     hyeung@darslaw.com


I hereby further certify that on the 30th day of April, 2026, a copy of the *Motion for Examination of Cherokee & Walker Companies, LLC, Cherokee & Walker Management, LLC and Red Bridge Capital, LLC Pursuant to Bankruptcy Rule 2004* was also mailed first class mail, postage prepaid to:

Cherokee & Walker LLC
c/o Paul Erickson
6440 S Wasatch Blvd. Suite 200
Salt Lake City, UT 84121

Cherokee & Walker LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
c/o Shane Perry
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC

4896-9328-6818.2

c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC
c/o Cherokee & Walker Management, LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Red Bridge Capital IV LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

*/s/ Aaron Casagrande*

9

4896-9328-6818.2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Chasen Construction LLC,** | **Case No. 25-12356-NVA** |
| **Debtor.** | |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF CHEROKEE &
WALKER COMPANIES, LLC, CHEROKEE & WALKER MANAGEMENT, LLC
AND RED BRIDGE CAPITAL, LLC**

Upon consideration of the *Motion for Examination of Cherokee & Walker Companies,
LLC, Cherokee & Walker Management, LLC and Red Bridge Capital, LLC Pursuant to
Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response
interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by
the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to
Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such
entity for examination and the production of documentary evidence may be compelled in the

1

4896-9328-6818.2

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Cherokee & Walker LLC
c/o Paul Erickson
6440 S Wasatch Blvd. Suite 200
Salt Lake City, UT 84121

Cherokee & Walker LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
c/o Shane Perry
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
c/o Paul Erickson

2

4896-9328-6818.2

6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC
c/o Cherokee & Walker Management, LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Red Bridge Capital IV LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

**END OF ORDER**

3

4896-9328-6818.2