

# BUILDING TOMORROW

**CHASEN COMPANIES PROSPECTUS:**

**MEZZANINNE+ FUND**



# $1 BILLION

## TOTAL PORTFOLIO OF PROPERTIES

# Chasen Companies acquires and develops multifamily, commercial, and single-family properties in the Mid-Atlantic markets with a growing footprint across the entire U.S.

Each living, commercial and workspace is intentionally designed to provide a boutique luxury setting., with just below class A competitor rents, amenities via local partners, and a specialty for adding modern design while maintaininig the historic heritage of the property.

Chases Companies has more than 75 buildings in its portfolio, containing thousands of apartments, and over two hundred thousand square feet of commercial space. The business model has resulted in exponential revenue growth, landing Chasing Companies No.7 on the Financial Times FT Ranking of The Americas' Fastest Growing Companies, back-to-back No.1 ranking on the Inc DC Metro list in 2020 and 2021 and No.18 on Inc's National list for fastest growing companies, respectively.

## 100% SUCCESS RATE

**DEVELOPMENT ⟶ LEASING ⟶ LONG-TERM MORTGAGE**

# HIGHLIGHTS

**Inc.**

# NO.1

FIRST ON INC. MAGAZINE'S "5000 DC SERIES" LIST - 2020 & 2021

# 75+

PROJECTS ACCOMPLISHED

MORE THAN

# 1,700

APARTMENTS



# NO.7

SEVENTH ON THE FINANCIAL TIMES' "RANKINGS OF THE AMERICAS' FASTEST GROWING COMPANIES" - 2022

JOINT VENTURE WITH

## Sotheby's

FOR ALL RENTAL / LEASING

# HIGHLIGHTS

## 95%
### OCCUPANCY RATE FOR THE LAST 7 YEARS

## 437%
### COMPOUNDED ANNUAL GROWTH RATE

## 25%
### PROFIT MARGIN AVERAGE

---

### PRODUCT

**Boutique luxury apartments** produced via redeveloping existing Class B and C apartment buildings, office conversions, and ground up construction from raw land

### FOCUS:  PROJECT TYPES

**Types of construction projects:**

- interior renovation (4 - 9 months)
- full renovation (12 - 18 months)
- ground-up (24 - 48 months)

### DEVELPOMENT STRATEGY

Purchase tightly clustered properties in high-end neighbourhoods so as to control the macro rental pricing and market inventory

# FORMULA

## WASHINGTON, D.C.

AVG. PROPERTY COST: $630,778

AVG. PROPERTY RENT: $2,595 / month

# 4.94%

YIELD TO DEVELOPER

## BALTIMORE, MD

AVG. PROPERTY COST: $177,234

AVG. PROPERTY RENT: $1,548 / month

# 10.48%

YIELD TO DEVELOPER

Source: Zillow

## BALTIMORE'S UNIQUE SELLING POINTS

20−minute commute to Washington, D.C. via the proposed MAGLEV High Speed Train

High affordability - 29.8% lower cost of living than Washington, D.C.

Prime East Coast location, excellent quality of life, a major job market, and proximity to major transportion hubs

# HIGHLIGHTS:
# TRACK RECORD

# 25

# NEW ACQUISITIONS
# IN PIPELINE

| PROPERTY | ENTITY | ADDRESS | PROPERTY TYPE | MARKET VALUE |
|---|---|---|---|---|
| The Darcy | 1702 LIGHT STREET PLACE | 1702 Light St Baltimore, MD 21230 | Multifamily | 8,316,000 |
| Vision | 12 MONTGOMERY STREET | 12 W Montgomer St Bal.t, MD 21230 | Multi/Office/Retail | 8,847,300 |
| The Courtland | 415 SAINT PAUL PLACE | 415 St Paul Place Balt., MD 21202 | Multi/Retail | 8,593,200 |
| The Wilkes | 1719 EASTERN AVE | 1719 Eastern Ave Balt., MD 21231 | Multi/Retail | 7,651,875 |
| Genesis | 9 N HOWARD STREET | 9 N Howard St Balt., MD 21201 | Multi/Office | 9,570,138 |
| The Roland | 1742 FLEET STREET | 1742 Fleet St Balt., MD 21231 | Multi/Retail | 9,055,200 |
| Chasen HQ | CS 1511 EASTERN AVE | 1511 Eastern Ave Balt., MD 21231 | Office | 5,005,000 |
| Chasen Warehouse | CS 500 SOUTH BOND STREET | 500 S Bond St Balt., MD 21231 | Multi/Office | 25,171,300 |
| The Madison | CS 1617 EASTERN AVE | 1617 Eastern Ave Balt., MD 21231 | Multi/Office/Retail | 15,958,250 |
| The Calvert | CS 1122 N CALVERT | 1122 N Calvert St Balt., MD 21202 | Multi/Office | 9,381,488 |
| 12639 Bel Air | ZUCKERBERG MANAGEMENT | 12639 Belair Rd Kingsville, MD 21087 | Auto Body/Dealer | 3,386,460 |
| Chasen Properties | CHASEN PROPERTIES | Muliple SFHS | SFH Portfolio | 4,527,600 |
| The Archer | CS 1709 FLEET STREET | 1709 Fleet St Balt., MD 21231 | Multi/Retail | 15,115,100 |
| The James | CS 211 SAINT PAUL PLACE | 211 St Paul Pl Balt., MD, 21202 | Multi/Office | 19,615,750 |
| The Caroline | CS 520 SOUTH CAROLINE STREET | 520 S Caroline St Balt., MD 21231 | Multi/Flex | 19,303,900 |
| The Suites | CC 115 E EAGER ST | 115 E Eager, 902-4 St Paul Balt., MD 21202 | Multifamily | 13,213,200 |
| Washington House | CC WASHINGTON HOUSE | 930-38 N Calvert, 13 E Read Balt., MD 21202 | Multifamily | 14,599,200 |
| Park Place | CC PARK PLACE | 807 Park Pl Ave Balt., MD 21201 | Multifamily | 13,490,400 |
| The Regency | CC THE REGENCY | 1021 St Paul, 1210 N Calvert Balt., MD 21202 | Multifamily | 7,623,000 |
| Chateaus | CC CHATEAUS DE MOUNT VERNON | 1021-38 N Calvert St Balt., MD 21202 | Multifamily | 20,790,000 |
| 300 Cathedral | CC 300 CATHEDRAL STREET | 300 Cathedral St Balt, MD 21201 | Multifamily | 33,033,000 |
| The Lyn | CC THE LYN | 606-610 Cathedral St Balt., MD 21201 | Multifamily | 17,648,400 |
| International #2402 | 2402 FOUR SEASONS | 300 International Dr Balt, MD 21202 | Condo Rental | 4,050,000 |
| International #2601 | FS 2601 | 300 International Dr Balt, MD 21202 | Office | 9,450,000 |
| The Charles | CC 1005 N CHARLES ST | 1005 N Charles St Balt., MD 21202 | Multifamily | 8,167,775 |
| Park Place II | CC 816 PARK PL | 816 Park Pl Balt., MD 21202 | Multifamily | 6,375,600 |
| The Brixton | CC 421 SOUTH BROADWAY | 421 S Broadway Balt., MD 21231 | Multifamily | 28,174,300 |
| The Courtland II | CC 419 SAINT PAUL PLACE | 419 St Paul Pl Balt., MD 21202 | Multifamily | 15,199,800 |
| The Chelsea | CC 601 SOUTH BROADWAY | 601 S Browdway Balt., MD 21231 | Multi/Flex | 22,214,500 |
| The Tobee | CC 311 CATHEDRAL ST | 311 Cathedral St Balt., MD 21202 | Multifamily/Retail | 21,448,350 |
| Tuscan Hills | CC 4000 LINKWOOD AVE | 4000 Linkwood Ave Balt., MD | Multifamily | 36,682,800 |
| Capitol Reserve | CC 2200 W PENSACOLA | 2200 W Pensacola Tallahassee, FL | Multifamily | 35,343,000 |
| The Chatham | CC 1720 ST PAUL | 1720 Saint Paul Balt., MD 21202 | Multifamily | 9,794,400 |

## UNDER CONSTRUCTION

| PROPERTY | ENTITY | ADDRESS | PROPERTY TYPE | MARKET VALUE |
|---|---|---|---|---|
| The Monica | 15,055,040 | 1517 Eastern Ave Balt., MD 21231 | Multifamily | 15,055,040 |
| The Anne | 61,230,400 | 1400 Aliceana St Balt., MD 21231 | Multifamily/Retail | 61,230,400 |
| The Plaza | 81,884,880 | 1 S Calvert St Balt., MD 21202 | Multifamily/Retail | 81,884,880 |
| The Whitney | 43,890,000 | 600 S Caroline St Balt., MD 21231 | Phase 1 (Multi/Ret.) | 43,890,000 |
| The Brooks | 25,496,240 | 517 S Broadway Balt. MD, 21231 | Multifamily/Retail | 25,496,240 |
| The Jimmy | 46,569,600 | 85 29TH St Newport News, VA | Multifamily | 46,569,600 |

6

# THE INVESTMENT

CHASEN COMPANIES IS PLEASED TO PRESENT AN EXCLUSIVE OFFER TO PARTICIPATE IN OUR MULTIFAMILY

## MEZZANINE+ FUND

**13%**
PREFERRED RETURN
PAID QUARTERLY

**15%**
EQUITY KICKER
IN EACH PROJECT

**33%**
IRR
PAST 3 YEARS

## DEAL POINTS

| | |
|---|---|
| AVAILABLE | $80,000,000 of 100,000,000 |
| FUND TERM | 3 years on call committed capital |
| USE OF FUNDS | Purchase and renovation of multifamily properties |
| PROJECT TERM | 6-9 months capital call until payoff from refinance |
| PREFERRED RETURN | 13% preferred return until payoff from refinance |
| DISTRIBUTIONS | Preferred return distributed quarterly |
| EQUITY STAKE | 15% equity stake in each project |
| MINIMUM INVESTMENT | $5,000,000 |

## EQUITY BENEFITS

| | |
|---|---|
| REFINANCE DISTRIBUTION | Pro-rata share post construction refinance distribution. |
| CASH FLOW DISTRIBUTION | Pro-rata share of stabilized properties net cash flow. |
| COST BASIS | Zero cost basis post refinance. |
| DEPRECIATION | Pro-rata share of depreciation. |
| LIABILITY | No guarantees or liabilities. |

# $100M FUND INVESTMENT TIMELINE

## FLOW OF FUNDS, RETURN, & EQUITY

The Fund target for years 1-3 is to renovate and refinance 10 projects per year with an average cost of $20M. The Fund will provide up to 50% of the project costs. Interior renovation projects take between 6-9 months from purchase to refinance. The Fund capital will be called, paid off from refinance within each calendar year, then called for the next project.

The 13% preferred return will be paid quarterly on called capital. The refinance distribution paid at refinance closing. Each project takes 1 year to fully stabilize before The Fund receives cash flow distributions.

Based on the historical performance of the Chasen Companies like-kind multifamily portfolio the Market Value of these projects will be 2x the project cost. The Fund's 15% equity kicker will equate to $30M net equity each year. Cost segregations for these projects allocate 30% of the project cost to bonus depreciation that can be accelerated to year 1 and the remaining 70% to a 27.5 year allocation.

The Fund is a 3 year capital commitment then will close for new projects, returning all capital to investors. The Fund has a zero cost basis in years 4 - 30. The Fund's 15% equity kicker will return $600K cash flow distributions per year, $90M net equity, and $45M net cash-out opportunities from recapitalization events via HUD refinancing in years 7-15.

| | YEAR 1 | | YEAR 2 | | YEAR 3 | | YEAR 4-30 | |
|---|---|---|---|---|---|---|---|---|
| | 10 NEW PROJECTS | | 10 NEW PROJECTS, 10 STABILIZED | | 10 NEW PROJECTS, 20 STABILIZED | | 30 STABILIZED PROPERTIES | |
| **INVESTMENT** | | | | | | | | |
| CAPITAL CALL | $100,000,000 | | CAPITAL CALL | $100,000,000 | CAPITAL CALL | $100,000,000 | | |
| PRINCIPAL PAYOFF | $100,000,000 | | PRINCIPAL PAYOFF | $100,000,000 | PRINCIPAL PAYOFF | $100,000,000 | | |
| *CAPITAL DUE TO FUND* | *$0* | | *CAPITAL DUE TO FUND* | *$0* | *CAPITAL DUE TO FUND* | *$0* | | |
| **RETURN** | | | | | | | | |
| PREFERRED RETURN | $13,000,000 | | PREFERRED RETURN | $13,000,000 | PREFERRED RETURN | $13,000,000 | PREFERRED RETURN | $0 |
| REFINANCE DISTRIBUTION | $5,000,000 | | REFINANCE DISTRIBUTION | $5,000,000 | REFINANCE DISTRIBUTION | $5,000,000 | REFINANCE DISTRIBUTION | $0 |
| CASH FLOW DISTRIBUTION | $0 | | CASH FLOW DISTRIBUTION | $200,000 | CASH FLOW DISTRIBUTION | $400,000 | CASH FLOW DISTRIBUTION | $600,000 |
| *ANNUAL RETURN TO FUND* | *$18,000,000* | | *ANNUAL RETURN TO FUND* | *$18,200,000* | *ANNUAL RETURN TO FUND* | *$18,400,000* | *ANNUAL RETURN TO FUND* | *$600,000* |
| **EQUITY** | | | | | | | | |
| MARKET VALUE | $400,000,000 | | MARKET VALUE | $800,000,000 | MARKET VALUE | $1,200,000,000 | MARKET VALUE | $1,200,000,000 |
| PROJECT COST | $200,000,000 | | PROJECT COST | $400,000,000 | PROJECT COST | $600,000,000 | PROJECT COST | $600,000,000 |
| *15% NET EQUITY TO FUND* | *$30,000,000* | | *15% NET EQUITY TO FUND* | *$60,000,000* | *15% NET EQUITY TO FUND* | *$90,000,000* | *15% NET EQUITY TO FUND* | *$90,000,000* |
| **DEPRECIATION** | | | | | | | | |
| BONUS DEPRECIATION | $60,000,000 | | BONUS DEPRECIATION | $60,000,000 | BONUS DEPRECIATION | $60,000,000 | BONUS DEPRECIATION | $0 |
| 27.5 YEAR DEPRECIATION | $5,000,000 | | 27.5 YEAR DEPRECIATION | $10,000,000 | 27.5 YEAR DEPRECIATION | $15,000,000 | 27.5 YEAR DEPRECIATION | $15,000,000 |
| *15% DEPRECIATION TO FUND* | *$9,750,000* | | *15% DEPRECIATION TO FUND* | *$10,500,000* | *15% DEPRECIATION TO FUND* | *$11,250,000* | *15% DEPRECIATION TO FUND* | *$2,250,000* |

# HISTORICAL PERFORMANCE

Chasen Companies builds, owns, and manages a stabilized portfolio of multifamily properties consisting of 1,500+ apartments that have been developed over the past seven (7) years. These stabilized assets are like-kind to the target properties for the Debt Fund and provide reliable predictions for the Fund's future performance based on the historical data and execution strategy.

## STABILIZED PORTFOLIO ECONOMICS

| MARKET VALUE | DEBT | NET EQUITY | INCOME | EXPENSE | NOI | DEBT SERVICE | NET CASH FLOW |
|---|---|---|---|---|---|---|---|
| $416,712,400 | $204,372,651 | $212,339,749 | $21,109,120 | $4,161,824 | $17,067,296 | $12,824,088 | $4,243,208 |
| *4% CAP RATE* | *50% LTV* | *RECAP EVERY 7-10 YEARS* | *15% BELOW TOWER RENTS* | *20% EXPENSE RATIO* | | *1.33 DSCR* | |

### STRATEGY & STATISTICS

| | |
|---|---|
| MARKET VALUE | Capital One has valued our turnkey luxury class A product, located in secondary markets, using a 4% cap rate. |
| DEBT | We are a top 5 borrower to a handful of Life Company Lenders that rate lock refinance loans for us within the first month of purchasing a project. |
| NET EQUITY | Brandon Chasen and Paul Davis are the majority equity owners in this portfolio and their associated Net Worth is key to lenders for The Fund properties. |
| INCOME | Rent is strategically positioned to be $250-500 less per month than tower properties and have maintained a 95% occupancy rate through our exclusive leasing partnership with Sotheby's. |
| EXPENSE | Property Management is in-house to control costs for ownership, including a division that focuses on tax credits, and a 5 year warranty for all renovation projects. |
| DEBT SERVICE | The portfolio's blended fixed interest rate is 5% with a 30 year amortization. |

# FUND FOCUS: INTERIOR RENOVATIONS

## STRATEGY

Chasen Companies has built a $400M stabilized multifamily portfolio using this simple and proven strategy - purchase value add interior renovation projects, promptly rate lock the refinance, complete the renovations in 6-9 months, close the 100% "cash out" refinance, and repeat the process. We leave nothing to chance, before we purchase a property our refinance loan values for all projects are pre-approved by the same Commercial Mortgage Broker and Lenders we have used to successfully refinance fifty-six (56) projects.

## SHORTEST CONSTRUCTION TIMELINE

Interior renovations are the fastest path toward executing the development strategy. They offer the shortest timeline of 6 - 9 months from the day we close to the day we are refinanced, which results in critical mass for the highest valuation, immediate cash flow, and a 33% IRR to investors.

## PERMANENT DEBT: FORWARD RATE LOCK

With our lender relationships, we are able to forward rate lock and secure the permanent loan value up to 6 months before refinance. This allows us to rate lock interior renovation projects in the same month we purchase the building. This is unique and critical to removing interest rate risk.

# DEVELOPMENT STRATEGY

Once we have identified **worthy markets**, our development strategy is to purchase properties that will be tightly clustered in these high-end neighborhoods. The monopoly of properties then controls the market for multifamily luxury apartments in each area that we invest.

Guarantee the property Market & Loan Values.

The comparables used are exclusively from the buildings we own.

Dominate the front page of all online platforms.

We capture the majority share of leads actively searching for rentals.

Add and own amenities that don't yet exist.

Our commercial spaces are supported and desired by our tenants.

Influence the macro apartment rental pricing and supply.

# RENOVATION PLAN

Our construction team prioritizes completing a model unit, upgrading the exterior facade, lobby and common areas to showcase our elevated product to both future and inherited tenants.

For existing buildings that we acquire, as the leases of inherited tenants expire, we complete interior renovations of each apartment. These inherited tenants provide both consistent cash flow throughout our renovation process that cover our carry cost and leasing opportunities for the renovated apartments.

The complete renovation of each apartment takes three (3) weeks. The renovated units have an increased value and status to the Chasen Companies luxury brand and average less than thirty (30) days on market before re-leased.

The renovation will include the installation of Class A finishes including:

**UPGRADED KITCHENS**     **AMBIENT LIGHTING**

**NEW BATHROOMS**     **CUSTOM CLOSETS**

**PLANK FLOORS**     **EXTERIOR & AMENITY UPGRADES**









# EXECUTIVE SUMMARY

## PRODUCT

The Chasen Companies brand represents boutique luxury. Our apartments have better design, quality, and privacy compared to Class A towers and are strategically priced less per month. Our typical tenants are professionals with discretionary income that will responsibly pay for luxury and convenience. We create this product by redeveloping **existing Class B and C apartment buildings, office conversions, and ground up construction from raw land.**

## MARKET

Since 2016, we have grown to **more than 1,700 apartments** across multiple markets and have maintained a **95% occupancy rate**. Location is important, which is why we carefully choose the market areas where we know our product will be massively desired. We focus on and around developed areas in cities that have Class A rental properties and supporting amenities that meet the needs of these tenants. The characteristics that we use to measure the investment grade of a given market are: Major Employers (Medical, Financial, Company HQ, Higher Education), Essentials (Grocery, Health & Fitness, Cafes, Convenience), Dining/ Nightlife/ Entertainment (Restaurants, Bars, Theaters, Sports Teams), Retail (Clothing, Malls, Shopping Centers), Lifestyle (Weather, Water, Walkability), Population Growth Trends (Population, Apartment Supply, Demand & Absorption Rate), and Location (Proximity to Major Cities, Highways, Airports, & Transportation).

## DEVELOPMENT STRATEGY

**Once we have identified worthy markets, our development plan is to purchase properties that will be tightly clustered in these high-end neighbourhoods.** The strategy is to create a monopoly of properties in a given market for the following reasons: it allows us to know with certainty the Market Value of each development project because the comparables used by our broker, appraisers, and refinance lender are exclusively from the buildings we own. Our online marketing presence dominates the front pages of each distribution channel capturing the majority share of leads actively searching for apartments to rent. **We control the macro rental pricing and supply in the market.** Our mixed-use/commercial portion of the portfolio benefits from being able to add and own amenities that don't yet exist in these areas. As a result, we control the niche market of multifamily boutique luxury apartments in each area.

## FOCUS: PROJECT TYPES

We focus on three different types of construction projects: **ground-up, full renovation, and interior renovation**. The timelines from purchasing a property until refinance for each type of project are: **interior renovations take 4 - 9 months, full renovations take 12 - 18 months, and ground-up projects take 24 - 48 months.** With our banking relationships, we are able to **forward rate lock up to 6 months in advance**. We mitigate interest rate risk by focusing on interior renovation projects that can be rate locked the day we purchase the property. Interior renovations are also the fastest path toward executing the development strategy and allows us to use the rising interest rate market to our advantage: targeting off market properties with mortgages resetting in the next 0 - 12 months with a debt service coverage that now requires ownership to bring cash to the table. We are more selective in choosing ground-up and full renovation projects but do so if the IRR is equivalent to interior renovations and fits in our long-term development plan for a city.

7

# EXECUTIVE SUMMARY

## ECONOMIC MODEL

The guiding principle of our economic model is to "reverse engineer" the market value and approved refinance loan amount in order to guarantee the entire capital stack is paid off and **a minimum 20% profit** to Chasen Companies. We are able to establish and confirm the market value and refinance loan amount before closing on every project because our Commercial Mortgage Broker and Refinance Lender(s) pre-approve the project's refinance loan package and produce a term sheet. There are multiple factors that play into the final pre-approved refinance loan amount such as; Rental Rates, Loan-to-Value, Expense Ratios, Debt Service Coverage Ratio, Cap Rates, SOFR+ Rates, and Appraiser Relationships to name a few, which we meticulously account for in our underwriting and due diligence processes. The main takeaway, we have executed this strategy successfully **45 times (and counting)** with our broker and lender relationships. We are in communication with these groups daily to ensure continuity of this successful strategy.

## SURETY

We leave nothing to chance - we will not purchase a development site until our refinance loan value is pre-approved by these parties to allow for a total payoff of the construction loan, mezzanine debt, and cash-out to ownership. We also take **zero development risk** because our projects must be fully entitled with building permits approved and construction plans finalized before we close on a project. As a Company we do not ask for permission or forgiveness once we purchase a property to develop.

## SAFETY NET

As a vertically integrated company **we average a 25% profit margin** for the market rate services that a 3rd party developer, general contractor, marketing, leasing, and property management company would collect. This 25% profit margin gives each project a significant buffer to mitigate any

market issue that would prevent the project from being fully mortgaged at completion. In addition, our LOI Mortgage commitment on the front end is using a **65% loan** to value, which leaves a **35% hedge** to simply sell the property and an additional **15% LTV** that could be mortgaged if we were to increase our debt to the max allowable **80% Loan to Value**. In short, we have **fully mortgaged every project we have purchased** and in most cases for a significantly higher amount because of the above factors.

## EXECUTION

A plan is nothing without execution. We own the end-to-end verticals of the development project and each department is aligned with the same goals to complete the project on schedule, under budget, and of the highest quality. We don't experience the typical development risks that come from third party schedule delays or costly change orders. Before we close on a project a dedicated Project Manager from our in-house Construction Management department must execute Awarded Contracts that include guaranteed pricing tied to schedule commitments for more than one hundred budgetary line items associated with the project. We employ architects, engineers, and designers on staff to provide timely plans, responses, and quality control throughout the project.

## HISTORICAL PERFORMANCE

Our development projects are refinanced at U&O using our pro forma rents, so our marketing and leasing performance does not play a factor in the return of capital to the front end investors. However, it is important to note that we earned the ability to refinance in this manner with our lenders because of our consistent historical performance of the  Our marketing team produces **more than 3000 leads per month** and the Sotheby's leasing team has capitalized on these opportunities by maintaining a **95% occupancy rate for the last 7 years**. We average **90% occupancy** during our pre-leasing efforts for any new construction developments and 30 days on market for turnover of interior renovations or tenant move outs.

8

# COMPANY OPERATIONS

## END-TO-END CONTROL

Chasen Companies is vertically integrated with departments that control the development process during the entire lifecycle of a project including; Acquisitions, Financing, Construction Management, Marketing, Residential & Commercial Leasing, and Property Management. Each department is staffed to meet our 3 year Company Goals, equipped with leading technology and training, and tracked on clear performance based metrics.

## BUSINESS DEVELOPMENT

The Business Development department is responsible for the search, underwriting, entitlement, and acquisition of all new development projects and commercial tenants. The Business Development Department's goals are; to acquire fifteen (60) new properties or 6,000 apartments per year, maintain 90% commercial occupancy, and ensure our projects are fully entitled for our development plans. KPIs - 6,000 Apartments Purchased/ Year, 90% Commercial Occupancy

## BUSINESS DEVELOPMENT:  SEARCH

We have identified specific investment indicators that the Business Development team must define before pursuing a property in a given market. The strength of these indicators tell us if a market area meets the criteria to attract and keep tenants that qualify to lease our apartments. It also provides us with commercial acquisition and leasing opportunities for our mixed use buildings if the area does not yet have businesses that our tenant base requires.



**Business Development: Defining a Market Area**

**Asset Type**
- ☐ Existing - apartment or mixed-use buildings that have value-add opportunities through renovation or increased market rents in developed areas.
- ☐ Raw - Land or redevelopment opportunities that are fully entitled for apartments or mixed use in developed areas.

**Investment Indicators**
- ➜ Major Employers (Medical, Financial, Company HQ, Higher Education)
  - ◆ Rating:
  - ◆ List:
- ➜ Essentials (Grocery, Health & Fitness, Cafes, Convenience)
  - ◆ Rating:
  - ◆ List:
- ➜ Dining/ Nightlife/ Entertainment (Restaurants, Bars, Theaters, Sports Teams)
  - ◆ Rating:
  - ◆ List:
- ➜ Retail (Clothing, Malls, Shopping Centers)
  - ◆ Rating:
  - ◆ List:
- ➜ Lifestyle (Weather, Water, Walkability)
  - ◆ Rating:
  - ◆ List:
- ➜ Population Growth Trends (Population, Apartment Supply, Demand & Absorption Rate)
  - ◆ Rating:
  - ◆ List:
- ➜ Location (Proximity to Major Cities, Highways, Airports, & Transportation)
  - ◆ Rating:
  - ◆ List:

Source: Defining a Market Area / Investment Indicators

# COMPANY OPERATIONS

## BUSINESS DEVELOPMENT:  UNDERWRITING

Our team only focuses their time, energy, and resources on winners. Once a market is approved, the Business Development team is equipped with software that underwrites a property by inputting just eight (8) key data points (see gray highlights).

This software uses these data points to calculate project costs, market values, loan sizing for financed amounts, and produce instant feedback on the estimated overhead and profitability of a project.

If there is potential for a project to meet our 25% profitability threshold then the team will; engage the selling owner/broker for lowest sales price guidance, task in-house personnel for a zoning, density, and government compliance summary, and produce a construction budget based on existing conditions.

Development Planning maps are created for each project that is pitched to ownership to make an offer to purchase. These maps identify investment indicators, their proximity to the subject property, and commercial opportunities that are not yet present.

### BUILDING & CONSTRUCTION

| | |
|---|---|
| Building Name | The Sample |
| Building Address | 1 Aliceanna Street Balitmore, MD 21231 |
| Purchase Price | $5,000,000 |
| Unit Count | 130 |
| Gross Building Square Footage | 84,080 |
| Lot Square Footage | 20,404 |
| # of Buildings | 1 |
| Term in months (Construction to Refinance) | 24 |
| Cap Rate | 6.00% |
| Property Taxes | $300,000 |
| Interest Rate on Refinance Debt | 5.00% |
| Interest Rate on Construction Debt | 7.50% |
| Unit Counts | |
| Studio | 10 |
| 1 Bedrooms | 80 |
| 2 Bedrooms | 20 |
| 3 Bedrooms | 20 |
| Commercial SF | 15,000 |
| Parking Spaces | 50 |
| Rental Rate (monthly) | |
| Studio | $1,750 |
| 1 Bedroom | $2,300 |
| 2 Bedroom | $3,400 |
| 3 Bedroom | $4,200 |
| Commercial | $55 |
| Parking Space | $150 |

### OTHER INCOME

| | |
|---|---|
| Cable Income | $ 100 |
| Tenant Insurance | $ 23 |
| Furnished Premium | $ 500 |
| Pet Fee | $ 40 |
| Billboard | $ 1,500 |
| Cell Tower | $ - |
| Trash Service | $ 30 |
| Water & Sewer Reimbursement | $ 50 |
| Affiliate Memberships | $ 50 |
| Storage | $ 50 |
| Energy Contract | $ 150 |

### OPERATING EXPENSES

| | |
|---|---|
| Insurance | $ 2,500 |
| Electric | $ 10 |
| Gas | $ - |
| Water & Sewer | $ 50 |
| Trash Contract | $ 800 |
| Cleaning | $ 450 |
| Pest Control | $ 200 |
| Landscaping | $ 1,000 |
| Pool Maintenance | $ 750 |
| Marketing & Advertising | $ 700 |
| Salaries | $ 70,000 |
| Leasing Commisions | $ 500 |
| Repairs & Maintenance | $ 300 |
| Turnover Contract | $ 400 |
| Reserves | $ 200 |
| Property Management @ 3% | 3.0% |

### PROFITABILITY

| | |
|---|---|
| Overhead | $ 4,978,828 |
| Profit | $ 8,481,665 |
| **TOTAL PROFIT & OVERHEAD** | **$ 13,460,493** |
| **PROFIT MARGIN** | **27%** |

**10**    Source: Underwriting Data Input

# COMPANY OPERATIONS

## BUSINESS DEVELOPMENT:
## NEGOTIATIONS & DUE DILIGENCE

Establishing credibility with brokers and sellers is a key part of the acquisition process. Our track record of closing deals we put under contract speaks for itself and we display it proudly with every purchase contract. Our broker network feeds the business development team daily with off-market deals and inside information on upcoming properties for sale.

We do not complicate the contract process with overlawyered documents. We know exactly what is required during the due diligence phase to mitigate all risk in a purchase.

The team focuses on the major compliance factors first; environmental, legal, and structural. Once all inspections and confirmations are approved they move to existing conditions, construction, design, and property management. Since our development plan significantly increases the value of each apartment, the current tenant base and their rental rates do not play a major role in our due diligence. At best, some are able to afford the new apartments, at worst their rent payments cover our interest payments for the remainder of their lease term.



CHASEN COMPANIES

1511 Eastern Avenue
Baltimore, MD 21231

chasencompanies.com

To Whom It May Concern,

I am excited to introduce you to Chasen Companies, a Baltimore-based real estate firm that acquires, develops and leases luxury multifamily, commercial and single-family properties. To date, our portfolio consists of 75+ mixed use properties with more than 1300+ apartments and 500,000sf of commercial space across the U.S. Each living and workspace we develop is intentionally designed to provide a boutique, luxury setting with a focus on modern amenities carefully chosen for tenants.

Our model has proven to be effective, gaining us recognition from national publications including the No. 7 spot on Financial Times FT Ranking of The Americas' Fastest Growing Companies, and among the fastest-growing companies by Inc. 5000; #1 in the DC metro area and #18 on the national list.

We have carefully reviewed 1400 Aliceanna Street and believe Chasen Companies is the best purchaser of the property. Please review below and further elaborated upon in our form purchase and sale contract.

**Purchase Price:** Five Million Dollars ($5,000,000).

**Due Diligence Period:** 30 Days.

**Deposit:** One Hundred Thousand Dollars ($100,000).

**Certainty of closing:** Over the past two years, we have successfully placed and closed on 40+ properties.

**Financial strength:** Through our long-standing relationship with ColumbiaNational Real Estate Finance, LLC, we have access to financing on attractive terms. Our on-going relationship allows us to close deals quickly. We have obtained over $250 million in financing with ColumbiaNational.

**Single point decision makers:** Since we are not a fund but rather a privately held company with centralized management, our decision-making process is completely flat. Brandon Chasen and Paul Davis, with input from Drew Peace, make our investment decisions and each have reviewed this investment and are adamant about proceeding.

**Industry reputation:** Our development strategy focuses on planning and designing buildings within the entitlements of each respective site. By following what is typically the "path of least resistance" and asking for little to no variances, we establish credibility in the neighborhoods we develop.

I invite you to review the following materials that provide further information. We look forward to continuing the dialogue.

Sincerely,

Brandon Chasen, Sr. CEO and Founder, Chasen Companies

Source: Cover Letter – Purchase & Sale Contract

11

# COMPANY OPERATIONS

## BUSINESS DEVELOPMENT: FINANCING

The economic success of Chasen Companies is predicated on our ability to finance each phase of the project. We leave nothing to chance, we require our Finance Broker to provide us with an approved Loan Package and Term Sheet from our Refinance Lender(s) prior to purchasing a property.

The refinance amount from the approved Loan Package and Term Sheet is used to establish viability of a project. The refinance amount must be great enough to pay off the total project costs and profit for the development company..

Our portfolio currently has $300M in 30yr amortized debt, with a few key Refinance Lenders. As a top borrower for each Refinance Lender we have negotiated the ability to rate lock up to 6 months in advance of refinance closing giving us a competitive advantage in a volatile interest rate environment.

Our permanent debt has rate adjustment dates that we select on a 3,5,10, or 15yr basis. The beauty of these rate adjustment dates is that it allows us to refinance with the same or a new lender and realize a tax free liquidity event.

We have the option to roll into the existing lender's current interest rate or choose a new lender, but never incur a situation where we must sell or bring cash to the table because of a balloon payment.

**COLUMBIA NATIONAL**
*Real Estate Finance, LLC*

December 7, 2022

Brandon Chasen
Chasen Companies, LLC
1511 Eastern Avenue
Baltimore, MD 21231

**Re:  $51,000,000 First Mortgage Financing**
**600 S. Caroline Street**
**Baltimore, MD 21231**

Application is hereby made by **CC The Whitney LLC (the "Borrower"), to Arrowmark Partners, LLC, or its assigns (the "Lender")** to fund a real estate mortgage loan ("Loan") to Applicant subject to the following terms and conditions:

1. **Borrower:**  CC The Whitney LLC is considered to be the Borrower.

2. **Guarantors:**  Brandon Chasen and Paul Davis.

3. **Loan Amount:** $51,000,000

4. **Property Description:**  A 172 unit mixed use building with multifamily and commercial space located at 600 S. Caroline Street, Baltimore, MD, 21231.

5. **Term and Amortization:**  Thirty (30) years with 10 years fixed and two 10 year adjustments thereafter, based on a Thirty (30) year amortization schedule.

   The amortization schedule will be based on a 30/360-interest calculation method.  However, per diem interest calculations required in connection with any prepayment or other unscheduled payment shall be based on an actual number of day's accrual method.

6. **Interest Rate:**  US10Y + 2.00% per annum. As of December 7, 2022, 5.50% per annum.

7. **Payments:**

   a. **Monthly Principal and Interest Payment:** $289,572.

   b. **Tax Reserve:**  A tax reserve shall be established so that the initial reserve, together with a monthly remittance of one twelfth (1/12th) of the estimated annual real property tax, assessments and similar charges, will be sufficient to pay all such charges when due and payable.  These reserves are for the coming tax year and any taxes for the current year must be paid in full in escrow prior to the funding of this Loan.  Any currently due or future supplemental tax payments will be the sole responsibility of the Borrower.

1 W. Pennsylvania Avenue
Suite 915
Towson, MD 21204
410/837-4000 Office
410/837-8922 Fax




Source: ColumbiaNational Term Sheet

12

# COMPANY OPERATIONS

## CONSTRUCTION MANAGEMENT

The three metrics of success for the Construction Management department are; Budget, Schedule, & Quality. The Construction Management Department is responsible for contracting, scheduling, and managing the construction of our interior renovation and ground up projects from start to finish. The Department's goals are; to contract all subcontractors at or below the project budget, complete the project on schedule, and meet the quality standards of the design and architectural plans. KPIs - Under Budget, On Schedule

## CONSTRUCTION MANAGEMENT: BUDGET

We ensure the project will meet or come in below our budget pricing before purchasing a property by requiring the designated Project Manager to execute Awarded Work Contracts with subcontractors for all project line items. These contracts include guaranteed pricing, detailed scope of work and payment terms that incentive the contractor to start and complete their work on our schedule.

| Line Item | STATUS | Contractor | Budget Calculation | Over/Under Budget v Contract Price | Budget Price | Contract Price | Actual Paid to Date | Over/Under Contract v Actual Paid to Date |
|---|---|---|---|---|---|---|---|---|
| **Hard Costs** | | | | | | | | |
| **Demolition** | | | | | | | | |
| Demo - Labor | AWARDED | Interactive Construction | -$3*Gross Building SF | $59,705 | -$75,000 | -$134,705 | -$85,775 | -$48,930 |
| Demo - Dumpster | AWARDED | Baltimore Bulk Trash | -$2500*Term | $0 | -$45,000 | -$45,000 | -$114,446 | $69,446 |
| **Total Demolition** | | | | $59,705 | -$120,000 | -$179,705 | -$200,221 | $20,516 |
| **Site Work** | | | | | | | | |
| Site Work - Electric/Gas Service Upgrades | AWARDED | Rock Enterprise | Fixed Rate | -$64,000 | -$100,000 | -$36,000 | -$37,000 | $1,000 |
| Site Work - BGE Electric/Gas Service Upgrade | AWARDED | Chesapeake Electric Services/ BGE | Fixed Rate | -$50,000 | -$100,000 | -$50,000 | -$14,767 | -$35,234 |
| Site Work - Water & Sewer Service Upgrades | AWARDED | Rock Enterprise | Fixed Rate | -$19,200 | -$100,000 | -$80,800 | -$35,000 | -$45,800 |
| Site Work - Excavation & Haul | AWARDED | Interactive Construction | -$40*Lot SF | $0 | -$234,320 | -$234,320 | -$172,297 | -$62,023 |
| Site Work - Engineer 3rd Party Inspections | AWARDED | Hillis Carnes | -$2*Lot SF | $0 | -$11,716 | -$11,716 | -$25,798 | $14,082 |
| **Total Site Work** | | | | -$133,200 | -$546,036 | -$412,836 | -$284,861 | -$127,975 |
| **Concrete & Masonry** | | | | | | | | |
| Foundation - Helical Piles | N/A | N/A | -$23*Lot SF | $0 | $0 | $0 | $0 | $0 |
| Masonry - Block Labor & Materials | AWARDED | Carroll Masonry | -$10*Lot SF | $83,907 | -$58,580 | -$142,487 | -$54,782 | -$87,705 |
| Concrete - Labor & Materials | AWARDED | MA Concrete | -$30*Lot SF | $33,199 | -$175,740 | -$208,939 | -$278,916 | $69,977 |
| Masonry - Brick Labor & Materials | AWARDED | Carroll Masonry | -$10*Lot SF | $127,722 | -$58,580 | -$186,302 | -$45,150 | -$141,152 |
| Waterproofing | AWARDED | C&R Caulking | -$2*Gross Building SF | -$37,500 | -$50,000 | -$12,500 | $0 | -$12,500 |
| **Total Concrete & Masonry** | | | | $207,328 | -$342,900 | -$550,228 | -$378,848 | -$171,380 |
| **Metals & Framing** | | | | | | | | |
| Framing - Steel Labor & Material | AWARDED | Samers Ironworks | -$40*Lot SF | $36,642 | -$234,320 | -$270,962 | -$258,962 | -$12,000 |
| Framing - Wood Materials | ORDERED / PURCHASED | Builder's First Source | -$10*Gross Building SF | -$20,000 | -$250,000 | -$230,000 | $75,018 | -$305,018 |
| Framing - Wood Labor | AWARDED | Franco Home Remodeling | -$10*Gross Building SF | $100,000 | -$250,000 | -$350,000 | -$100,435 | -$249,565 |
| **Total Metals & Framing** | | | | $116,642 | -$734,320 | -$850,962 | -$284,379 | -$566,583 |
| **Exterior** | | | | | | | | |
| Exterior - Roof Labor & Materials | AWARDED | The Roof Guy | -$10*Lot SF | $51,410 | -$58,580 | -$109,990 | | -$109,990 |
| Exterior - Paint Labor | AWARDED | Manders Decorating Co. | Fixed Rate | -$500 | -$50,000 | -$49,500 | | -$49,500 |
| Exterior - Paint Materials | AWARDED | Manders Decorating Co. | Fixed Rate | -$20,000 | -$20,000 | $0 | | $0 |
| Exterior - Deck Labor & Materials | COLLECTING BIDS | Franco Home Remodeling | -$26 per deck sf | $0 | -$104,000 | -$104,000 | | -$104,000 |
| Exterior - Siding Materials | AWARDED | ABC Supply Co | -$15*Lot SF | -$57,794 | -$87,870 | -$30,076 | | -$30,076 |
| Exterior - Siding Labor | AWARDED | Interactive Construction | -$15*Lot SF | -$22,870 | -$87,870 | -$65,000 | | -$65,000 |
| Exterior - Window Materials | PRICED | National Lumber | -$6500*# of Apartments | $56,369 | -$117,000 | -$173,369 | | -$173,369 |
| Exterior - Window Labor | COLLECTING BIDS | D&J Drywall | -$400*# of Apartments | $0 | -$7,200 | -$7,200 | | -$7,200 |
| Commercial Door / Window Labor & Materials | AWARDED | Interactive Construction | Fixed Rate | -$6,000 | -$50,000 | -$44,000 | | -$44,000 |
| **Total Exterior** | | | | $615 | -$582,520 | -$583,135 | $0 | -$583,135 |
| **MEP** | | | | | | | | |
| MEP - Plumbing Labor & Materials | AWARDED | Madison Mechanical | -$9300*# of Apartments | $102,600 | -$167,400 | -$270,000 | -$46,818 | -$223,182 |
| MEP - Design Plumbing Fixtures | ORDERED / PURCHASED | J & H Aitcheson | -$2500*# of Apartments | -$5,474 | -$45,000 | -$39,526 | -$1,531 | -$37,995 |
| MEP - Mechanical Labor & Materials | AWARDED | Home Technician Services, LLC | -$8500*# of Apartments | $12,000 | -$153,000 | -$165,000 | -$82,500 | -$82,500 |
| MEP - Electrical Labor | AWARDED | D&J Drywall | -$5300*# of Apartments | -$1,400 | -$95,400 | -$94,000 | -$384 | -$93,616 |
| MEP - Electrical Materials | COLLECTING PRICING | Dominion Electric | -$7500*# of Apartments | $78,000 | -$135,000 | -$213,000 | -$46,383 | -$166,617 |
| MEP - Design Electrical Fixtures | ORDERED / PURCHASED | Capitol Lighting | -$2500*# of Apartments | -$4,923 | -$45,000 | -$40,077 | -$43,096 | $3,019 |
| MEP - Sprinkler Labor & Materials | AWARDED | Absolute Fire Protection | -$2900*# of Apartments | $61,300 | -$52,200 | -$113,500 | | -$113,500 |
| MEP - Fire Alarm Labor & Materials | OTHER (see note) | Crimpco | -$1200*# of Apartments | $26,526 | -$21,600 | -$48,126 | | -$48,126 |
| MEP - Data Labor & Materials | OTHER (see note) | Crimpco | -$1000*# of Apartments | $7,384 | -$18,000 | -$25,384 | | -$25,384 |
| MEP - Security Labor & Materials | OTHER (see note) | Crimpco | -$700*# of Apartments | $14,433 | -$12,600 | -$27,033 | | -$27,033 |
| MEP - Elevator Labor & Materials | AWARDED | Otis | -$150000*# of elevators | $2,400 | -$150,000 | -$152,400 | | -$152,400 |
| **Total MEP** | | | | $292,846 | -$895,200 | -$1,188,046 | -$220,712 | -$967,334 |
| **Close-in** | | | | | | | | |
| Insulation - Labor & Materials | AWARDED | Devere | -$1100*# of Apartments | $59,191 | -$19,800 | -$78,991 | | -$78,991 |
| Drywall - Labor & Materials | AWARDED | D&J Drywall | -$4500*# of Apartments | -$6,450 | -$81,000 | -$74,550 | | -$74,550 |
| Paint - Labor & Materials | AWARDED | Manders Decorating Co. | -$4300*# of Apartments | -$15,400 | -$77,400 | -$62,000 | | -$62,000 |
| **Total Insulation, Drywall, & Paint** | | | | $37,341 | -$178,200 | -$215,541 | $0 | -$215,541 |

Source: Project Budget

13

# COMPANY OPERATIONS

## CONSTRUCTION MANAGEMENT: SCHEDULE

Completing our project on schedule is critical for the financial and leasing success of the property. Project Managers all use our Project Keystone to track and communicate schedules to subcontractors and stakeholders.

## CONSTRUCTION MANAGEMENT: QUALITY CONTROL

One of our main property differentiators is quality and design. Completing our projects under budget and on schedule only benefits us if our quality and aesthetic design is noticeably better than our competitors. Our Project Managers control the work completed on each project by having thorough on site walk throughs before any payments are made to subcontractors using our Application For Payment. No payments are released unless the work complete is on par with our standard and matches the project's Design Plan.

| Project Schedule | | Days to Complete | Start | Completion |
|---|:---:|:---:|:---:|:---:|
| **The Monica: 1517** | | | | |
| **Plans & Approvals** | ☑ | 120 | | |
| **RFPs & Award Contracts** | ☑ | 90 | | |
| **Demo** | ☑ | 60 | | |
| **Site Work and Foundation** | ☑ | 120 | | |
| **Framing** | ☐ | 120 | 1/30/2023 | 6/17/2023 |
| **Exterior** | ☐ | 120 | 6/17/2023 | 10/15/2023 |
| Kickoff Meeting w/ Roofer, Window, Brick, Commercial Door/Window, Siding, Paint Contractors | ☐ | 1 | 4/24/2023 | 4/25/2023 |
| Schedule Window and Siding Deliveries | ☐ | 1 | 5/1/2023 | 5/2/2023 |
| Install Roof & Temp Gutters | ☐ | 11 | 6/13/2023 | 6/24/2023 |
| Install Windows | ☐ | 14 | 5/1/2023 | 5/15/2023 |
| Install Brick | ☐ | 109 | 5/15/2023 | 9/1/2023 |
| Install Decks | ☐ | 18 | 8/28/2023 | 9/15/2023 |
| Install Exterior Doors & Commercial Windows | ☐ | 35 | 7/27/2023 | 8/31/2023 |
| Install Siding | ☐ | 65 | 5/23/2023 | 7/27/2023 |
| Paint Exterior | ☐ | 53 | 7/31/2023 | 9/22/2023 |
| Install Building Signage | ☐ | 10 | 9/18/2023 | 9/28/2023 |
| **MEP Rough In** | ☐ | 60 | 6/5/2023 | 8/4/2023 |
| **Close In** | ☐ | 90 | 8/4/2023 | 11/2/2023 |
| **Finish Work** | ☐ | 60 | 9/11/2023 | 11/10/2023 |
| **MEP Trim Out** | ☐ | 60 | 10/9/2023 | 12/8/2023 |
| **Punch List U&O** | ☐ | 30 | 12/8/2023 | 1/7/2024 |

Source: Project Schedule

14

# COMPANY OPERATIONS



Source: Awarded Work Contract                                    Source: Application for Payment

# COMPANY OPERATIONS

## CONSTRUCTION MANAGEMENT: DESIGN

The luxury boutique model of Chasen Companies has proven to be why people want to live in our properties. Before we close on a property our in-house Design Team provides a detailed plan that includes as complete renderings of all spaces, product visuals, purchasing sources, and descriptions for all departments to use during construction, marketing, and leasing.

We believe that good design positively impacts everyday life, and it allows for constant rediscovery. Designing a successful, functional and purposeful space is more than just layering beautiful selections; there are many aspects that must align in order to create an optimized space including the fit, function, form and the versatility of selections. A home should feel warm, peaceful and inviting, especially when it is surrounded by serene grounds. In order to create this retreat, we will completely transform the existing conditions by creating a sense of openness using bright, light- reflective paint, installing luxury vinyl flooring, completing extensive plumbing and electrical updates, and introducing design elements that induce a sense of serenity.



Source: Design Series Floor Plans



Source: Design Series Exterior Rendering



Source: Design Series Interior Rendering

# COMPANY OPERATIONS

## MARKETING

The Marketing Department is responsible for promoting our portfolio of apartments to prospective tenants and capturing them as leads for our leasing department. The Department's goals are; to generate a minimum of 40 leads for every available apartment, build brand recognition for Chasen Companies, its real estate portfolio, the executive team and its partners. KPIs - 40 Leads/ Available Apartment, 12 Major Publication Brand Pieces

## MARKETING: LEADS

Our marketing department captures more than 3000 leads per month from online listings, websites, property signage, and ad campaigns. The effect of our development strategy - purchasing multiple properties in a given area gives us a monopoly on the front page of every prospective tenant's online search.

## MARKETING: ASSETS

Our branding and online presence is valuable because of the suite of assets that showcase the apartment, property, amenities, and neighbourhood on these platforms. Using beautiful property photos, apartment specific matterports, furniture floor plans, and Hollywood production worthy video tours.



Source: Apartments.com Search Page

  

Source: Property Photo Gallery

17

# COMPANY OPERATIONS

## MARKETING: CRM

Capturing 3000 leads per month is only valuable because we can convert them into leases. We developed a sophisticated client servicing platform where every lead is meticulously communicated with and tracked throughout the entire sales lifecycle. As a result, each leasing specialist is handed more than 25 vetted leads each day that have responded to our AI messaging with high interest and specifics on where/how they want to live. Our client servicing platform allows the leasing team to manage thousands of leads at a given time by organizing them in the sales and deal pipelines.



Source: Hubspot Deal Pipeline

# COMPANY OPERATIONS

## LEASING

The Leasing Department is responsible for leasing our available apartments to qualified tenants. The Leasing Department's goal is to maintain 95% occupancy of residential units, pre-lease 50% of available apartments before opening a building, and 20 leases per month for each leasing specialist. KPIs - 95% Residential Occupancy, 20 Leases per specialist/ month

## LEASING: APARTMENTS

Our leasing department is run by our partners at Sotheby's International. This is the first and exclusive leasing partnership of the renowned Sotheby's brand. Chasen Companies benefits from a roster of more than 500 realtors who we call on to grow our dedicated leasing team as more apartments become available for lease.

Our goal for each leasing team member is 20 leases per month, which is achieved by prioritizing their time, giving each prospect the highest level of customer service and leveraging our state of the art technology. When the leasing team engages with a lead they are able to curate 3 apartments with video tours that allow a lead to make a decision on leasing the apartment from the comfort of their phone.



Source: Chasen & Sotheby's Leasing Team Photo

  

Source: Leasing Video Tours

19

# COMPANY OPERATIONS

## PROPERTY MANAGEMENT

The Property Management Department is responsible for collecting rent, tenant repairs, building and common area maintenance, managing expense ratios for all operating properties. The Property Management Department's goal is to maintain a 90% collection rate, contract all building services at or below a 25% expense ratio, complete all maintenance requests within 72 hours, and complete move our turnovers within 2 weeks. KPIs - 90% Collections, 25% Operating Expense Ratio, 100% Maintenance Requests in 72hrs, 2 week Turnover of Move Outs

## PROPERTY MANAGEMENT:  COLLECTIONS

- Auto ACH
- 95% Collection Rate
- Accounts Receivable Manager/Process
  - Delinquency Process
  - Evictions
  - Bad Debt Collections

## PROPERTY MANAGEMENT:  REPAIRS & MAINTENANCE

- 24/7 Customer Support Desk
- 48hr response time
- Building Technicians
- Partner Network.

# REFERENCES



**RED BRIDGE CAPITAL**

Date: May 24, 2022

Mr. Brandon M. Chasen, Sr.
Mr. Paul W. Davis

RE: **Letter of Recommendation – Chasen Companies**

To whom it may concern,

Red Bridge Capital is a private lender located in Salt Lake City, Utah that provides financing for real estate projects across all asset types. We have helped some of the top development companies and home builders with their financing needs. We have been doing business with Chasen Companies since closing our first loan with them on October 27, 2020. Below is a summary of all the Red Bridge financing transactions completed with Chasen Companies to date.

**MEZZANINE LOANS – 2ⁿᵈ Lien Position (Retired loans)**

- Red Bridge has provided mezzanine financing on six (6) Chasen Companies projects totaling $4,638,500. All mezzanine loans have been paid in full.

**CONSTRUCTION LOANS – 1ˢᵗ Lien Position (Retired loans)**

- Red Bridge has provided construction financing on four (4) Chasen Companies projects totaling $29,673,913. All construction loans have been paid in full.

**COMMERCIAL & CONSTRUCTION LOANS – 1ˢᵗ Lien Position (Current loans)**

- Red Bridge has provided commercial and construction financing on seven (7) Chasen Companies projects totaling $29,062,396. All loans are current, performing, and at different stages of construction.

In summary, Red Bridge Capital has financed a total of **$63,374,809** with Chasen Companies across various asset types. Brandon and Paul are "premier" customers of Red Bridge Capital. They are seasoned and extremely experienced developers that know their markets, business model, and execute successfully on all fronts to achieve their desired results. Our Board has all the confidence in them, and their entire team based on our strong track record. They have always overdelivered on their commitments to us which is refreshing and admired. But more than anything, both of these individuals have integrity. They do what they say they are going to do which makes financing Chasen Companies projects a top priority of Red Bridge.

21

# REFERENCES



## SYSTEM FOR SUCCESS

A key to our success is our incredible banking relationships for both construction and permanent financing. Before we purchase a development site, we review all construction budgets and permanent loan values to ensure financing certainty. Following this tried and true process, **we have successfully refinanced thirty-nine (39) projects with the same Commercial Mortgage Broker and two Lenders.**

Reference letters from Red Bridge Capital and Colombia National are provided here. Red Bridge provides construction financing and Colombia National is our Mortgage Broker.

August 22nd, 2022

Chasen Companies
c/o Drew Peace
Chief Business Development Officer
1511 Eastern Ave.
Baltimore, MD 21230

To Whom it May Concern:

ColumbiaNational has worked with Chasen Companies ("Chasen") over the past five years on sourcing debt financing for their apartment and mixed-use projects throughout Baltimore and Washington DC. ColumbiaNational has successfully closed on 39 lending transactions with Chasen. ColumbiaNational has also acted as a Correspondent Lender and Loan Servicing for Chasen and continues to service over $100 million in loans with Chasen which are held with various life insurance lenders.

We have had nothing but the best experience Chasen on both the execution side and the post-closing servicing and reporting side. Chasen has always delivered on their word to ColumbiaNational and the various lending institutions we represent. Chasen has never missed a debt payment on any of the 39 loans we have done and has fully satisfied (paid off) nine of the loans we have originated and closed.

As an aside, ColumbiaNational has a $5.6 billion loan servicing portfolio with a heavy focus in the Mid-Atlantic region. We have financed 100+ projects in Baltimore City and many in the surrounding counties including many high-profile projects. We have also financed loans in 38 states across the country and we continue to asset-manage a portfolio that spans over 35 states from coast to coast.

Best,

Kevin Tehan
Managing Director & Principal
ColumbiaNational Real Estate Finance, LLC
1 W. Pennsylvania Ave., Suite 915
Towson, MD 21204

**22**

# PORTFOLIO SUMMARY: CASH FLOW STATEMENT

| PROPERTY | ENTITY | PROPERTY TYPE | LENDER | MARKET VALUE | TOTAL DEBT | NET EQUITY | INCOME | EXPENSES | NOI | DEBT SERVICE | NET CASH FLOW |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Stabilized @ 4% Cap Rate* | | | | | | | | | | | |
| The Darcy | 1702 LIGHT STREET PLACE LLC | Multifamily | StanCorp | 8,316,000 | 2,869,027 | 5,446,973 | 432,000 | 99,360 | 332,640 | 196,476 | 136,164 |
| Vision | 12 MONTGOMERY STREET LLC | Multi/Office/Retail | StanCorp | 8,847,300 | 2,672,618 | 6,174,682 | 459,600 | 105,708 | 353,892 | 183,588 | 170,304 |
| The Courtland | 415 SAINT PAUL PLACE LLC | Multi/Retail | StanCorp | 8,593,200 | 2,827,069 | 5,766,131 | 446,400 | 102,672 | 343,728 | 190,260 | 153,468 |
| The Wilkes | 1719 EASTERN AVE LLC | Multi/Retail | StanCorp | 7,651,875 | 3,115,416 | 4,536,459 | 397,500 | 91,425 | 306,075 | 194,808 | 111,267 |
| Genesis | 9 N HOWARD STREET LLC | Multi/Office | StanCorp | 9,570,138 | 3,122,138 | 6,448,000 | 497,150 | 114,345 | 382,806 | 191,916 | 190,890 |
| The Roland | 1742 FLEET STREET LLC | Multi/Retail | StanCorp | 9,055,200 | 3,441,120 | 5,614,080 | 470,400 | 108,192 | 362,208 | 210,828 | 151,380 |
| Chasen HQ | CS 1511 EASTERN AVE LLC | Office | StanCorp | 5,005,000 | 1,509,512 | 3,495,488 | 260,000 | 59,800 | 200,200 | 100,080 | 100,120 |
| Chasen Warehouse | CS 500 SOUTH BOND STREET LLC | Multi/Office | StanCorp | 25,171,300 | 1,952,609 | 23,218,691 | 1,307,600 | 300,748 | 1,006,852 | 117,444 | 889,408 |
| The Madison | CS 1617 EASTERN AVE LLC | Multi/Office/Retail | StanCorp | 15,958,250 | 6,035,400 | 9,922,850 | 829,000 | 190,670 | 638,330 | 360,924 | 277,406 |
| The Calvert | CS 1122 N CALVERT LLC | Multi/Office | StanCorp | 9,381,488 | 3,657,505 | 5,723,983 | 487,350 | 112,091 | 375,260 | 217,704 | 157,556 |
| 12639 Bel Air | ZUCKERBERG MANAGEMENT LLC | Auto Body/Dealer | StanCorp | 3,386,460 | 1,082,767 | 2,303,693 | 175,920 | 40,462 | 135,458 | 82,824 | 52,634 |
| Chasen Properties | CHASEN PROPERTIES LLC | SFH Portfolio | United Bank | 4,527,600 | 1,351,783 | 3,175,817 | 235,200 | 54,096 | 181,104 | 106,800 | 74,304 |
| The Archer | CS 1709 FLEET STREET LLC | Multi/Retail | StanCorp | 15,115,100 | 7,749,072 | 7,366,028 | 785,200 | 180,596 | 604,604 | 433,788 | 170,816 |
| The James | CS 211 SAINT PAUL PLACE LLC | Multi/Office | StanCorp | 19,615,750 | 7,274,527 | 12,341,223 | 1,019,000 | 234,370 | 784,630 | 410,448 | 374,182 |
| The Caroline | CS 520 SOUTH CAROLINE STREET LLC | Multi/Flex | StanCorp | 19,303,900 | 9,995,783 | 9,308,117 | 1,002,800 | 230,644 | 772,156 | 549,636 | 222,520 |
| The Suites | CC 115 E EAGER ST LLC | Multifamily | StanCorp | 13,213,200 | 5,336,977 | 7,876,223 | 686,400 | 157,872 | 528,528 | 307,044 | 221,484 |
| Washington House | CC WASHINGTON HOUSE | Multifamily | StrongHill | 14,599,200 | 5,278,979 | 9,320,221 | 758,400 | 174,432 | 583,968 | 195,372 | 388,596 |
| Park Place | CC PARK PLACE LLC | Multifamily | StanCorp | 13,490,400 | 5,237,856 | 8,252,544 | 700,800 | 161,184 | 539,616 | 298,428 | 241,188 |
| The Regency | CC THE REGENCY LLC | Multifamily | StrongHill | 7,623,000 | 3,075,539 | 4,547,461 | 396,000 | 91,080 | 304,920 | 118,128 | 186,792 |
| Chateaus | CC CHATEAUS DE MOUNT VERNON LLC | Multifamily | StanCorp | 20,790,000 | 8,345,722 | 12,444,278 | 1,080,000 | 248,400 | 831,600 | 477,384 | 354,216 |
| 300 Cathedral | CC 300 CATHEDRAL STREET LLC | Multifamily | StanCorp | 33,033,000 | 14,488,339 | 18,544,661 | 1,716,000 | 394,680 | 1,321,320 | 823,044 | 498,276 |
| The Lyn | CC THE LYN LLC | Multifamily | StanCorp | 17,648,400 | 7,869,682 | 9,778,718 | 916,800 | 210,864 | 705,936 | 454,368 | 251,568 |
| International #2402 | 2402 FOUR SEASONS LLC | Condo Rental | United Bank | 4,050,000 | 1,921,769 | 2,128,231 | 180,000 | 18,000 | 162,000 | - | 162,000 |
| International #2601 | FS 2601 LLC | Office | United Bank | 9,450,000 | 2,539,103 | 6,910,897 | 420,000 | 42,000 | 378,000 | 216,264 | 161,736 |
| The Charles | CC 1005 N CHARLES ST LLC | Multifamily | StanCorp | 8,167,775 | 3,383,393 | 4,784,382 | 424,300 | 97,589 | 326,711 | 151,140 | 175,571 |
| Park Place II | CC 816 PARK PL LLC | Multifamily | StanCorp | 6,375,600 | 2,562,830 | 3,812,770 | 331,200 | 76,176 | 255,024 | 116,796 | 138,228 |
| The Brixton | CC 421 SOUTH BROADWAY LLC | Multifamily | United Bank | 28,174,300 | 18,000,000 | 10,174,300 | 1,463,600 | 336,628 | 1,126,972 | 794,100 | 332,872 |
| The Courtland II | CC 419 SAINT PAUL PLACE | Multifamily | Red Bridge | 15,199,800 | 6,800,000 | 8,399,800 | 789,600 | 181,608 | 607,992 | 369,480 | 238,512 |
| The Chelsea | CC 601 SOUTH BROADWAY LLC | Multi/Flex | People's Bank | 22,214,500 | 11,550,000 | 10,664,500 | 1,154,000 | 265,420 | 888,580 | 575,616 | 312,964 |
| The Tobee | CC 311 CATHEDRAL ST LLC | Multifamily/Retail | StanCorp | 21,448,350 | 8,342,520 | 13,105,830 | 1,114,200 | 256,266 | 857,934 | 455,340 | 402,594 |
| Tuscan Hills | CC 4000 LINKWOOD AVE | Multifamily | Red Bridge | 36,682,800 | 13,500,000 | 23,182,800 | 1,905,600 | 438,288 | 1,467,312 | 871,740 | 595,572 |
| Capitol Reserve | CC 2200 W PENSACOLA | Multifamily | Red Bridge | 35,343,000 | 11,050,000 | 24,293,000 | 1,836,000 | 422,280 | 1,413,720 | 709,812 | 703,908 |
| The Chatham | CC 1720 ST PAUL | Multifamily | Red Bridge | 9,794,400 | 3,750,000 | 6,044,400 | 508,800 | 117,024 | 391,776 | 241,572 | 150,204 |
| **TOTAL STABLIZED** | | | | **$486,796,285** | **$191,689,055** | **$295,107,230** | **$25,186,820** | **$5,714,969** | **$19,471,851** | **$10,723,152** | **$8,748,699** |
| *Construction in Progress @ 5% Cap Rate* | | | | | | | | | | | |
| The Monica | CC 1517 EASTERN AVE LLC | Multifamily | United Bank | 15,055,040 | 10,000,000 | 5,055,040 | 977,600 | 224,848 | 752,752 | 577,608 | 175,144 |
| The Anne | CC 1400 ALICEANNA STREET LLC | Multifamily/Retail | First National | 61,230,400 | 31,250,000 | 29,980,400 | 3,976,000 | 914,480 | 3,061,520 | 1,923,912 | 1,137,608 |
| The Plaza | CC 201 E BALTIMORE ST LLC | Multifamily/Retail | Sandy Spring | 81,884,880 | 49,000,000 | 32,884,880 | 5,317,200 | 1,222,956 | 4,094,244 | 2,898,624 | 1,195,620 |
| The Whitney | CC 600 S CAROLINE LLC | Phase 1 (Multi/Ret.) | Red Bridge | 43,890,000 | 19,000,000 | 24,890,000 | 2,850,000 | 655,500 | 2,194,500 | 1,206,264 | 988,236 |
| The Brooks | CC 517 S BROADWAY LLC | Multifamily/Retail | Red Bridge | 25,496,240 | 18,000,000 | 7,496,240 | 1,655,600 | 380,788 | 1,274,812 | 981,756 | 293,056 |
| The Jimmy | CC THE JIMMY | Multifamily | Red Bridge | 46,569,600 | 17,000,000 | 29,569,600 | 3,024,000 | 695,520 | 2,328,480 | 1,095,108 | 1,233,372 |
| **TOTAL CONSTRUCTION IN PROGRESS** | | | | **$274,126,160** | **$144,250,000** | **$129,876,160** | **$17,800,400** | **$4,094,092** | **$13,706,308** | **$8,683,272** | **$5,023,036** |
| **TOTAL PORTFOLIO** | | | | **$760,922,445** | **$335,939,055** | **$424,983,390** | **$42,987,220** | **$9,809,061** | **$33,178,159** | **$19,406,424** | **$13,771,735** |

23

# PORTFOLIO SUMMARY:  PORTFOLIO VALUATION

CapitalOne Commercial Real Estate analyzed the portfolio and suggested a 4% capitalization "cap" rate to determine the market value of the portfolio

| CAP RATE | STABLIZED | CONSTRUCTION | UNDER CONTRACT | TOTAL PORTFOLIO |
|---|---|---|---|---|
| 3% | $637,604,113 | $456,876,933 | $190,825,867 | $1,285,306,913 |
| 4% | **$478,203,085** | $342,657,700 | $143,119,400 | $820,860,785 |
| 5% | $382,562,468 | **$274,126,160** | $114,495,520 | $656,688,628 |
| 6% | $318,802,057 | $228,438,467 | $95,412,933 | $547,240,523 |
| 7% | $273,258,906 | $195,804,400 | **$81,782,514** | $550,845,820 |
| **Appraised Total** | **$478,203,085** | **$274,126,160** | **$81,782,514** | **$834,111,759** |

24

# PORTFOLIO SUMMARY:  TRACK RECORD

| PROPERTY ADDRESS | NAME | TYPE | SQFT | CONTRACT | PURCHASE | REFINANCE | PURCHASE | CONSTRUCTION | TOTAL PROJECT | REFINANCE | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702 Light St Baltimore, MD | The Darcy | Multifamily | 15,000 | 8/12/2016 | 10/18/16 | 2/7/19 | $550,000 | $3,476,000 | $4,026,000 | $3,050,000 | $8,316,000 |
| 12 W Montgomery St Baltimore, MD | Vision | Mixed Use | 20,000 | 10/31/2017 | 12/15/17 | 11/20/18 | $710,000 | $3,094,750 | $3,804,750 | $2,850,000 | $8,847,300 |
| 415 St. Paul Pl Baltimore, MD | The Courtland | Multifamily | 15,000 | 2/20/2018 | 3/5/18 | 4/8/19 | $420,000 | $3,580,500 | $4,000,500 | $3,000,000 | $8,593,200 |
| 1719 Eastern Ave Baltimore, MD | The Wilkes | Mixed Use | 12,000 | 6/1/2018 | 6/28/18 | 8/23/19 | $410,000 | $4,061,500 | $4,471,500 | $3,300,000 | $7,651,875 |
| 9 N Howard St Baltimore, MD | Genesis | Mixed Use | 15,000 | 8/25/2018 | 12/11/18 | 11/22/19 | $420,000 | $3,980,550 | $4,400,550 | $3,300,000 | $9,570,138 |
| 1742 Fleet St Baltimore, MD | The Roland | Multifamily | 15,000 | 8/21/2018 | 10/9/18 | 1/7/20 | $375,000 | $4,536,875 | $4,911,875 | $3,625,000 | $9,055,200 |
| 1511 Eastern Ave Baltimore, MD | Chasen HQ | Office | 5,000 | 2/6/2020 | 3/4/20 | 9/23/20 | $270,000 | $1,876,500 | $2,146,500 | $1,590,000 | $5,005,000 |
| 500 S Bond St Baltimore, MD | Chasen Warehouse | Mixed Use | 20,000 | 5/8/2020 | 7/15/20 | 8/18/20 | $1,050,000 | $1,748,640 | $2,798,640 | $2,070,000 | $25,171,300 |
| 1617 Eastern Ave Baltimore, MD | The Madison | Mixed Use | 25,000 | 1/28/2019 | 3/29/19 | 6/5/20 | $999,990 | $7,473,510 | $8,473,500 | $6,300,000 | $15,958,250 |
| 1122 N Calvert St Baltimore, MD | The Calvert | Mixed Use | 15,000 | 4/30/2019 | 6/19/19 | 10/6/20 | $935,000 | $4,195,000 | $5,130,000 | $3,800,000 | $9,381,488 |
| 1709 Fleet St Baltimore, MD | The Archer | Mixed Use | 30,000 | 7/24/2019 | 9/6/19 | 12/22/20 | $1,250,000 | $9,496,750 | $10,746,750 | $8,050,000 | $15,115,100 |
| 211 St Paul Pl Baltimore, MD | The James | Mixed Use | 35,000 | 7/24/2019 | 10/11/19 | 4/7/21 | $1,100,000 | $8,987,500 | $10,087,500 | $7,500,000 | $19,615,750 |
| 520 S Caroline St Baltimore, MD | The Caroline | Mixed Use | 35,000 | 10/21/2019 | 1/17/20 | 11/12/21 | $1,600,000 | $12,108,800 | $13,708,800 | $10,200,000 | $19,303,900 |
| 421 S Broadway St Baltimore, MD | The Brixton | Mixed Use | 50,000 | 12/17/2019 | 7/10/20 | 1/5/23 | $750,000 | $1,671,000 | $2,421,000 | $1,800,000 | $28,174,300 |
| 115 E 902/04 St Paul Baltimore, MD | The Suites | Multifamily | 30,000 | 8/18/2020 | 10/16/20 | 2/24/21 | $2,950,000 | $4,398,250 | $7,348,250 | $5,525,000 | $13,213,200 |
| 13 E Read St 938 N Calvert St Baltimore, MD | Washington House | Multifamily | 30,000 | 10/9/2020 | 1/29/21 | 7/15/21 | $2,782,353 | $4,507,647 | $7,290,000 | $5,400,000 | $14,599,200 |
| 601 S Broadway Baltimore, MD | The Chelsea | Mixed Use | 35,000 | 9/14/2020 | 2/3/21 | 10/20/22 | $1,530,000 | $14,004,750 | $15,534,750 | $11,550,000 | $22,214,500 |
| 807/838/840 Park Ave Baltimore, MD | Park Place | Multifamily | 30,000 | 10/9/2020 | 2/26/21 | 8/27/21 | $2,837,747 | $4,438,603 | $7,276,350 | $5,370,000 | $13,490,400 |
| 1021 St Paul 1210 N Calvert St Baltimore, MD | The Regency | Multifamily | 20,000 | 12/18/2020 | 2/26/21 | 9/3/21 | $1,847,000 | $2,389,750 | $4,236,750 | $3,150,000 | $7,623,000 |
| 1012-1038 N Calvert St Baltimore, MD | Chateaus | Multifamily | 50,000 | 12/18/2020 | 2/26/21 | 5/19/21 | $4,682,900 | $6,784,750 | $11,467,650 | $8,590,000 | $20,790,000 |
| 300 Cathedral St Baltimore, MD | 300 Cathedral | Multifamily | 55,000 | 4/28/2021 | 7/28/21 | 10/21/21 | $6,700,000 | $13,071,350 | $19,771,350 | $14,810,000 | $33,033,000 |
| 417-419 St Paul Pl Baltimore, MD | The Courtland II | Multifamily | 30,000 | 4/30/2021 | 7/8/21 | 10/20/22 | $1,078,500 | $7,951,900 | $9,030,400 | $6,800,000 | $15,199,800 |
| 606-10 Cathedral St Baltimore, MD | The Lyn | Multifamily | 30,000 | 8/17/2021 | 10/4/21 | 1/18/22 | $3,075,000 | $7,593,000 | $10,668,000 | $8,000,000 | $17,648,400 |
| 311 Cathedral St Baltimore, MD | The Tobee | Multifamily | 40,000 | 11/1/2021 | 1/5/22 | 3/31/22 | $3,610,000 | $7,658,075 | $11,268,075 | $8,450,000 | $21,448,350 |
| 1005 N Charles St Baltimore, MD | The Suites | Mixed Use | 15,000 | 3/4/2022 | 4/18/22 | 7/6/22 | $1,700,000 | $2,890,000 | $4,590,000 | $3,400,000 | $13,213,200 |
| 816 Park Pl Baltimore, MD | Park Place | Multifamily | 15,000 | 3/12/2022 | 4/21/22 | 7/6/22 | $1,050,000 | $2,439,125 | $3,489,125 | $2,575,000 | $13,490,400 |
| 4000 Linkwood Ave Baltimore, MD | Tuscan Hills | Multifamily | 70,000 | 8/15/2022 | 10/14/22 | 1/30/23 | $7,100,000 | $11,010,250 | $18,110,250 | $13,415,000 | $36,682,800 |
| 2200 West Pensacola Tallahassee, FL | Capitol Reserve | Multifamily | 70,000 | 7/26/2022 | 11/7/22 | 2/6/23 | $6,750,000 | $8,112,250 | $14,862,250 | $11,050,000 | $28,274,400 |
| 1720 Saint Paul Pl Baltimore, MD | The Chatham | Multifamily | 20,000 | 11/5/2022 | 12/30/22 | 4/5/23 | $1,710,000 | $3,408,750 | $5,118,750 | $3,750,000 | $9,794,400 |

# OUR PROPERTIES

## HARBOR EAST

### 520 S. Caroline St
THE CAROLINE
31 APARTMENTS

 

### 1400 Aliceanna St
THE ANNE
100 APARTMENTS
DELIVERY: 11/25/2023

 

### 600 S. Caroline St
THE WHITNEY
172 APARTMENTS
DELIVERY: 2/19/2024

 

## FELLS POINT

### 1719 Eastern Ave
THE WILKES
10 APARTMENTS

 

### 1742 Fleet St
THE ROLAND
14 APARTMENTS

 

### 1617 Eastern Ave
THE MADISON
19 APARTMENTS

 

### 500 S. Bond St
THE BO SKY PARLORS & LOFTS
18 APARTMENTS
DELIVERY: TBD

 

### 1511 Eastern Ave
CHASEN COMPANIES HEADQUARTERS

 

### 1709 Fleet St
THE ARCHER
22 APARTMENTS

 

# OUR PROPERTIES

**1617 Eastern Ave**

VISION
FELLS POINT

 

**421 S. Broadway**

THE BRIXTON

50 APARTMENTS
DELIVERY: 2/26/2023

 

**601 S. Broadway**

THE CHELSEA

26 APARTMENTS
DELIVERY: 1/26/2023

 

**1517 Eastern Ave**

THE MONICA

18 APARTMENTS
DELIVERY: 8/27/2023

 

**517 S. Broadway**

THE BROOKS

49 APARTMENTS
DELIVERY: TBD

 

## FEDERAL HILL

**1702 Light St**

THE DARCY

10 APARTMENTS

 

**12 W. Montgomery St**

VISION

6 APARTMENTS

 

## MOUNT VERNON

**415-421 Saint Paul Pl**

THE COURTLAND

43 APARTMENTS
DELIVERY: 3/27/2023

 

**9 N Howard St**

GENESIS

15 APARTMENTS

 

**1122 Calvert St**

THE CALVERT

13 APARTMENTS

 

# OUR PROPERTIES

**211 Saint Paul Pl**

THE JAMES

25 APARTMENTS

 

**1005 N Charles, 115 E Eager St, & 902-904 St. Paul**

THE SUITES

39 APARTMENTS

 

**807, 816, 838-40 Park Ave**

PARK PLACE

34 APARTMENTS

  

**1038, 1026, 1022, 1020, 1012 N. Calvert St**

CHATEAUS

39 APARTMENTS

 

**13 E Read, 930 & 938 N. Calvert St**

WASHINGTON HOUSE

23 APARTMENTS

 

**1021 Saint Paul & 1210 N Calvert St**

THE REGENCY

15 APARTMENTS

 

**300 Cathedral St**

300 CATHEDRAL

59 APARTMENTS

 

**600-610 Cathedral St**

THE LYN

28 APARTMENTS

 

**311 Cathedral St**

THE TOBEE

32 APARTMENTS

 

**1 Calvert St**

THE PLAZA

157 APARTMENTS

 

28

# OUR PROPERTIES

**TUSCANY-CANTERBURY**

**4000-4014 Linkwood Rd**

**TUSCAN HILLS**

48 APARTMENTS




**TALLAHASSEE, FL**

**2202 W. Pensacola St**

**CAPITOL RESERVE**

61 APARTMENTS




**NEWPORT NEWS, VA**

**85 29th St**

**THE JIMMY LUXURY WATERFRONT**

100 APARTMENTS




**ALTA, UT**

**LOCATION**

**SHEEP RANCH**

12 LUXURY SINGLE FAMILY HOMES




29

# SPONSORS



## BRANDON M. CHASEN, SR.

Mr. Chasen began his real estate career in 2011 and founded Chasen Companies with a primary focus on developing properties that have significant value-add opportunities. The company has successfully acquired, developed, and owns 75 projects valued over $1,000,000,000.

Chasen Companies has seen tremendous success and growth over the years. 2018-2020 were notable years of achievement; Inc 500 named Chasen Companies the #1 fastest growing company in the DC Metro Area and Mr.Chasen received personal awards from The Baltimore Business Journal's 40 Under 40 and The Daily Record's VIP of the Year. The company now has twenty employees and hundreds of approved subcontractors/vendors on our sites daily. In 2021 the company generated $50,000,000 in revenue.

Mr. Chasen is the major stakeholder in each project and controls all of the verticals in the development process including; acquisition, financing, investor relations, general contracting/construction, marketing, commercial leasing, residential leasing, and property management. As the owner and service provider of each project Mr. Chasen ensures that the highest level of quality is achieved.



## PAUL W. DAVIS

Paul Davis is a native of Potomac, MD. He has a Bachelor's Degree in Finance from Brigham Young University. Prior to his career in Real Estate Development he worked in New York City for RBC Debt Capital Markets where he originated $15B worth of debt for investment grade clients. Since moving back to the DC Metro Area, Mr. Davis has founded, acquired, and sold over 10 companies including a portfolio of fitness centers in and around Baltimore, Maryland.

Mr. Davis comes from a strong Real Estate Development pedigree. His grandfather founded FoulgerPratt, a family owned development company, which has over $4bn under management with a portfolio spanning throughout the US.

As a Managing Partner at Chasen Companies, Mr. Davis is a stakeholder in each project and oversees capital raises, investor relations, and assists in both underwriting and acquisitions. Mr. Davis has been recognized by various industry organizations for his accomplishments, and most recently was named to Globe Street Real Estate Forum's 50 under 40 list for 2022.

PRESENTED BY

**Chasen Companies**
Brandon M. Chasen, Sr.
Chief Executive Officer & Managing Partner
brandon@chasencompanies.com
410.402.0249

**Chasen Companies**
Paul Davis
Chief Investment Officer & Managing Partner
paul@chasencompanies.com
240.888.2206

