**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Chasen Construction LLC,** | **Case No. 25-12356-NVA** |
| **Debtor.** | |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF CUSHMAN &**
**WAKEFIELD OF MARYLAND, LLC, CUSHMAN & WAKEFIELD**
**OF VIRGINIA, LLC, AND CUSHMAN & WAKEFIELD U.S., INC.**

Upon consideration of the *Motion for Examination of Cushman & Wakefield of Maryland, LLC, Cushman & Wakefield of Virginia, LLC, and Cushman & Wakefield U.S., Inc. Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the

1

4939-0436-8034.2

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Cushman & Wakefield of Maryland, LLC
c/o The Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, Maryland 21093-2264

Cushman & Wakefield of Maryland, LLC
One East Pratt Street, Suite 700
Baltimore, Maryland 21202

Cushman & Wakefield of Virginia, LLC
1800 Tysons Blvd., Suite 200
Tysons Corner, Virginia 22102

Cushman & Wakefield of Virginia, LLC
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, Virginia 23060-6808

4939-0436-8034.2

Cushman & Wakefield U.S., Inc.
c/o The Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, Maryland 21093-2264

Cushman & Wakefield U.S., Inc.
225 West Wacker Drive
Chicago, Illinois 60606

**END OF ORDER**

4939-0436-8034.2