**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction LLC,**<br><br>  **Debtor.** | **Chapter 11**<br><br>**Case No. 25-12356-NVA** |

**ORDER GRANTING MOTION FOR SUPPLEMENTAL RULE 2004**
**EXAMINATION OF UNITED BANKSHARES, INC.**

Upon consideration of the *Motion for Supplemental Rule 2004 Examination of United Bankshares, Inc. Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the

1

4917-5694-9922.3

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Darrell W. Clark
Tracey M. Ohm,
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

**END OF ORDER**

4917-5694-9922.3