Entered: May 19th, 2026
Signed: May 18th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **Chasen Construction LLC,** | **Case No. 25-12356-NVA** |
| **Debtor.** | |

### ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF COLUMBIANATIONAL REAL ESTATE FINANCE, LLC

Upon consideration of the *Motion for Examination of ColumbiaNational Real Estate Finance, LLC Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the

1

4919-4143-3762.3

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

ColumbiaNational Real Estate Finance, LLC
10270 Old Columbia Road, Suite 600
Columbia, Maryland 21046

ColumbiaNational Real Estate Finance, LLC
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, Maryland 21093-2264

**END OF ORDER**

2

4919-4143-3762.3