IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR., | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

**VERIFIED STATEMENT OF PETER D. KIESELBACH IN SUPPORT OF TRUSTEES' JOINT APPLICATION FOR AUTHORITY TO EMPLOY GREENBERG TRAURIG, LLP AS SPECIAL COUNSEL**

I, Peter D. Kieselbach, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that:

**1.** I am over the age of eighteen (18), am competent to testify to the matters set forth herein, and provide this Verified Statement in support of the *Trustees' Joint Application for Authority to Employ Greenberg Traurig, LLP as Special Counsel* (the "Joint Application") filed in the above-captioned cases.

**2.** I am a Shareholder in the law firm of Greenberg Traurig, LLP ("GT"), with an office address of 90 South 7th Street, Suite 3500, Minneapolis, Minnesota 55402. I am admitted to practice law in the State of Minnesota, and will seek admission pro hac vice in the United States Bankruptcy Court for the District of Maryland. I am familiar with the matters set forth herein and make this Verified Statement in support of the Joint Application.

**3.** GT is a leading international law firm with more than 2,700 attorneys in offices across the United States and internationally. GT has extensive experience in complex commercial litigation, fraudulent transfer and avoidance actions, bankruptcy proceedings, and matters involving the investigation and recovery of assets in the context of corporate fraud and insolvency.

**4.** The attorneys at GT primarily responsible for this engagement are Michael Fisco (Shareholder), Peter Kieselbach (Shareholder, i.e., the undersigned), Michael Krauss (Shareholder), and Thomas McKee (shareholder). GT may also utilize other lawyers, paralegals, and staff as appropriate, including

ACTIVE 724099995v2

shareholders Lorie Gildea, Michael Collyard, and Peter Ihrig, and associates Carlos Alonso Gayon and Esther Raty. All attorneys who work on this matter are qualified and experienced in matters of the type contemplated by the proposed engagement.

5.      In connection with the preparation of this Verified Statement, GT has searched its conflicts database and performed its normal and customary conflicts inquiries to determine whether GT has any connections with the Debtors, their creditors, equity security holders, or parties in interest in these cases.

6.      Based upon the results of those searches and inquiries, and to the best of my knowledge and belief:

        (a)      GT does not hold or represent any interest adverse to the Estates and is disinterested, within the meaning of 11 U.S.C. § 327(a);

        (b)      Neither GT nor any of its attorneys, to the best of my knowledge, is a creditor, equity security holder, or insider of Chasen Construction, LLC or Brandon M. Chasen, Sr.;

        (c)      Neither GT nor any of its attorneys holds a material financial interest in the outcome of these proceedings, other than the compensation GT may receive for its services as special counsel pursuant to the terms of the Engagement Agreement and any Order of the Court approving the Joint Application;

        (d)      Neither GT nor any of its attorneys, to the best of my knowledge, is related to or otherwise connected with any judge of the United States Bankruptcy Court for the District of Maryland or any attorney or employee of the Office of the United States Trustee in a manner that would render GT's employment improper in these cases.

7.      The Trustees disclosed to GT a list of creditors and other parties-in-interest in these bankruptcy cases.  We ran those names through GT's conflicts database, and GT has a current or former client relationship with the following parties: 1 Hotels, Bank of America, Cushman & Wakefield, Ferguson Enterprises, Morgan Stanley, StanCorp Mortgage, Standard Guaranty Insurance Company, Standard Insurance Company, Southland Insulators of Maryland, Inc d/b/a Devere Insulation Company, Sunbelt Rentals, Inc., The Sherwin-Williams Co, United Bank, and Waste Management.  However, such representations are or have been in matters unrelated to the Debtors or these bankruptcy cases.

8.      Additionally, GT has been involved in an unrelated case in which Mac VerStandig, counsel for the bankruptcy estate of Chasen Construction, LLC, was opposing counsel.

9.      To the best of my knowledge and belief, other than the connections disclosed above, GT has no connections with the Debtors, the Trustees, the creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

**10.** For any matter where GT has a conflict, GT will advise the Trustees of the existence of such conflict, and the Trustees would (subject to Bankruptcy Court approval) retain separate conflicts counsel to pursue such claims.

**11.** No agreement exists, nor will any be made, to share any compensation received by GT for its services as special counsel in these cases with any other person or entity, except among attorneys within GT and consistent with the applicable rules of professional responsibility.

**12.** GT is willing to be retained as special counsel to the Trustees on a joint basis as described in the Joint Application and consistent with the terms of the Engagement Agreement attached thereto as Exhibit 1, and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any Orders of the Court entered in these cases.

**13.** GT will promptly file with the Court a supplemental declaration if and when any further connections between GT and any parties-in-interest are discovered.

I solemnly affirm under the penalties of perjury that the contents of this Verified Statement are true to the best of my knowledge, information, and belief.

Date: <u>May 22, 2026</u>   <u>*/s/ Peter D. Kieselbach*</u>
Peter D. Kieselbach
Shareholder, Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 259-9714
kieselbachp@gtlaw.com

3