United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 25-12356-NVA

Chasen Construction LLC                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdfall | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Aaron L. Casagrande, Morgan L. Taylor, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202-1160 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | + | Cherokee & Walker Fund II LLC, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Cherokee & Walker Fund II LLC, c/o Paul Erickson, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Cherokee & Walker LLC, 6440 S Wasatch Blvd, Salt Lake City, UT 84121-3515 |
| | + | Cherokee & Walker LLC, c/o Paul Erickson, 6440 S Wasatch Blvd. Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Cherokee & Walker Management, LLC, 6440 S Wasatch Blvd, Salt Lake City, UT 84121-3515 |
| | + | Cherokee & Walker Management, LLC, c/o Shane Perry, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Red Bridge Capital II LLC, c/o Paul Erickson, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Red Bridge Capital II LLC, c/o Cherokee & Walker Management, LLC, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Red Bridge Capital III LLC, c/o Paul Erickson, 6440 S Wasatch Blvd, Suite 200, Salt Lake City, UT 84121-3515 |
| | + | Red Bridge Capital III LLC, c/o Paul Erickson, 6440 S Wasatch Blvd, Salt Lake City, UT 84121-3511 |
| | + | Red Bridge Capital IV LLC, c/o Paul Erickson, 6440 S Wasatch Blvd, Salt Lake City, UT 84121-3511 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: trustee@schlosslaw.com | May 20 2026 19:54:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| + | Email/Text: zguttman@gmail.com | May 20 2026 19:55:00 | Zvi Guttman, The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, Maryland 21282-2308 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026        Signature:    /s/Gustava Winters

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: May 20, 2026 | Form ID: pdfall | Total Noticed: 15

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Heather Kirkwood Yeung | hyeung@darslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com  Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Morgan Taylor | morgan.taylor@icemiller.com |
| Richard Marc Goldberg | rmg@shapirosher.com  ejd@shapirosher.com |
| Robert G. Shuster | rob@shusterlaw.com  courts@shusterlaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com |
| Shawn C Whittaker | shawn@whittaker-law.com |
| Stephen A. Metz | smetz@offitkurman.com  mmargulies@offitkurman.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 23

Entered: May 19th, 2026
Signed: May 18th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

<table>
<tr>
<td>

In re:

**Chasen Construction LLC,**

Debtor.

</td>
<td>

**Chapter 11**

**Case No. 25-12356-NVA**

</td>
</tr>
</table>

### ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF CHEROKEE & WALKER COMPANIES, LLC, CHEROKEE & WALKER MANAGEMENT, LLC AND RED BRIDGE CAPITAL, LLC

Upon consideration of the *Motion for Examination of Cherokee & Walker Companies, LLC, Cherokee & Walker Management, LLC and Red Bridge Capital, LLC Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the

1

4896-9328-6818.2

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Cherokee & Walker LLC
c/o Paul Erickson
6440 S Wasatch Blvd. Suite 200
Salt Lake City, UT 84121

Cherokee & Walker LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
c/o Shane Perry
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Management, LLC
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
c/o Paul Erickson

2

4896-9328-6818.2

6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Fund II LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II LLC
c/o Cherokee & Walker Management, LLC
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd, Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

Red Bridge Capital IV LLC
c/o Paul Erickson
6440 S Wasatch Blvd
Salt Lake City, UT 84121

**END OF ORDER**

3

4896-9328-6818.2