United States Bankruptcy Court
District of Maryland

In re:                                                                                                  Case No. 25-12356-NVA

Chasen Construction LLC                                                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdfall | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Aaron L. Casagrande, Morgan L. Taylor, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, Maryland 21202-1160 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | + | New World Title Company, LLC, 1407 York Road, Suite 304, Lutherville, Maryland 21093-6054 |
| | + | New World Title Company, LLC, c/o Bryan R. Wachs, 1407 York Road, Suite 304, Lutherville, Maryland 21093-6054 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: trustee@schlosslaw.com | May 20 2026 19:54:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| | + Email/Text: zguttman@gmail.com | May 20 2026 19:55:00 | Zvi Guttman, The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, Maryland 21282-2308 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | |
| | Aaron.casagrande@Icemiller.com |

District/off: 0416-1                    User: admin                    Page 2 of 2
Date Rcvd: May 20, 2026                 Form ID: pdfall                Total Noticed: 6

Alan D. Eisler
                    aeisler@e-hlegal.com  alaneisler@gmail.com

Brent C. Strickland
                    bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Brian E. Barkley
                    bbarkley@barkenlaw.com

Darrell William Clark
                    darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
                    dfont@gebsmith.com

Frank J. Mastro
                    fmastro@schlosslaw.com

Heather Kirkwood Yeung
                    hyeung@darslaw.com

Hugh M. (UST) Bernstein
                    hugh.m.bernstein@usdoj.gov

Jason J. Giguere
                    jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
                    jeff@martinlawgroup.com
                    Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
                    jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
                    jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
                    mac@mbvesq.com
                    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor
                    morgan.taylor@icemiller.com

Richard Marc Goldberg
                    rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
                    rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
                    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                    shawn@whittaker-law.com

Stephen A. Metz
                    smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
                    tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

Entered: May 19th, 2026
Signed: May 18th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>**Chasen Construction LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 25-12356-NVA** |

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF
## NEW WORLD COMPANY TITLE, LLC

Upon consideration of the *Motion for Examination of New World Title Company, LLC Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the

1

4898-9419-5367.3

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or

trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
Morgan L. Taylor
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

New World Title Company, LLC
1407 York Road, Suite 304
Lutherville, Maryland 21093

New World Title Company, LLC
c/o Bryan R. Wachs
1407 York Road, Suite 304
Lutherville, Maryland 21093

**END OF ORDER**

2

4898-9419-5367.3