Entered: May 27th, 2026
Signed: May 27th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| Debtor. | ) (Chapter 11) |
| In re: | ) |
|  | ) |
| BRANDON M. CHASEN SR., | ) Case No. 25-15437-NVA |
| Debtor. | ) (Chapter 7) |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Cherokee & Walker Management, LLC)**
**(Cherokee & Walker Companies LLC)**
**(Cherokee & Walker Fund II, LLC)**
**(Red Bridge Capital, LLC)**
**(Red Bridge Capital II, LLC)**
**(Red Bridge Capital III, LLC)**
**<u>(Red Bridge Capital IV, LLC)</u>**

The above-captioned matter came before the Court upon the *Motion for Rule 2004*

*Examination of Cherokee & Walker Management, LLC, et al.* (the "*Motion*") filed jointly by

Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356,

and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

ORDERED, that the Movants may examine the above-named parties pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entities for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Cherokee & Walker Management, LLC
c/o Shane Peery, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Companies LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Fund II, LLC
c/o Paul Erickson, Resident Agent

2

6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital, LLC
c/o Cherokee & Walker Mgt., LLC, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II, LLC
c/o Paul Erickson, LLC, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III, LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital IV, LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

**END OF ORDER**