United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12356-NVA |
| Chasen Construction LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2026 | Form ID: pdfall | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Cherokee & Walker Companies LLC, c/o Paul Erickson, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Cherokee & Walker Fund II, LLC, c/o Paul Erickson, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Cherokee & Walker Management, LLC, c/o Shane Peery, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Red Bridge Capital II, LLC, c/o Paul Erickson, LLC, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Red Bridge Capital III, LLC, c/o Paul Erickson, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Red Bridge Capital IV, LLC, c/o Paul Erickson, Resident Agent, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |
| + | Red Bridge Capital, LLC, c/o Cherokee & Walker Mgt., LLC, Residen, 6440 S. Wasatch Blvd., Suite 200, Salt Lake City, UT 84121-3515 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |

District/off: 0416-1                       User: admin                            Page 2 of 2
Date Rcvd: May 27, 2026                    Form ID: pdfall                        Total Noticed: 7

Brian E. Barkley
                        bbarkley@barkenlaw.com

Darrell William Clark
                        darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
                        dfont@gebsmith.com

Frank J. Mastro
                        fmastro@schlosslaw.com

Heather Kirkwood Yeung
                        hyeung@darslaw.com

Hugh M. (UST) Bernstein
                        hugh.m.bernstein@usdoj.gov

Jason J. Giguere
                        jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
                        jeff@martinlawgroup.com
                        Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
                        jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
                        jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
                        mac@mbvesq.com
                        lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                        ndiglaw@recap.email

Morgan Taylor
                        morgan.taylor@icemiller.com

Richard Marc Goldberg
                        rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
                        rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
                        bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                        shawn@whittaker-law.com

Stephen A. Metz
                        smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
                        tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
                        USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                        zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

Entered: May 27th, 2026
Signed: May 27th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

_____
                                                )
In re:                                          )
                                                )  Case No. 25-12356-NVA
CHASEN CONSTRUCTION, LLC,                        )
                                                )
        Debtor.                                 )  (Chapter 11)
_____)
                                                )
In re:                                          )
                                                )
BRANDON M. CHASEN SR.,                           )  Case No. 25-15437-NVA
                                                )
        Debtor.                                 )  (Chapter 7)
_____)

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Cherokee & Walker Management, LLC)**
**(Cherokee & Walker Companies LLC)**
**(Cherokee & Walker Fund II, LLC)**
**(Red Bridge Capital, LLC)**
**(Red Bridge Capital II, LLC)**
**(Red Bridge Capital III, LLC)**
**<u>(Red Bridge Capital IV, LLC)</u>**

The above-captioned matter came before the Court upon the *Motion for Rule 2004*

*Examination of Cherokee & Walker Management, LLC, et al.* (the "*Motion*") filed jointly by

Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356,

and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named parties pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entities for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Cherokee & Walker Management, LLC
c/o Shane Peery, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Companies LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Cherokee & Walker Fund II, LLC
c/o Paul Erickson, Resident Agent

2

6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital, LLC
c/o Cherokee & Walker Mgt., LLC, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital II, LLC
c/o Paul Erickson, LLC, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital III, LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

Red Bridge Capital IV, LLC
c/o Paul Erickson, Resident Agent
6440 S. Wasatch Blvd., Suite 200
Salt Lake City, UT 84121

**END OF ORDER**

3