**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re: Case No.:  25-12356-NVA
Chapter 11

Chasen Construction LLC
Debtor

---

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Heather K. Yeung and Davis, Agnor, Rapaport & Skalny LLC as counsel for Creditor, Duque Construction, LLC.

Dated:  June 1, 2026

Respectfully submitted,

*/s/Heather K. Yeung*
Heather K. Yeung (Federal Bar # 20050)
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, Maryland 21044
*tel.* (410) 995-5800 / *fax* (410) 309-6161
hyeung@darslaw.com
***Counsel for Duque Construction, LLC***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2026, a copy of the foregoing Notice of Withdrawal of Appearance was served upon all counsel of record via CM/ECF.

*/s/Heather K. Yeung*
Heather K. Yeung