IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

**LINE WITHDRAWING MOTION FOR ISSUANCE OF
SHOW CAUSE ORDER TO GOOGLE, LLC FOR
FAILURE TO OBEY SUBPOENAS FOR RULE 2004 EXAMINATION**

Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees"), hereby withdraw their *Motion for Issuance of Show Cause Order to Google, LLC for Failure to Obey Subpoenas for Rule 2004 Examination*, *see* [Dkt. #137 in Case No. 25-12356; Dkt. #148 in Case No. 25-15437], filed herein on February 17, 2026, as Google, LLC has now sufficiently responded to the *Subpoenas for Rule 2004 Examination* (the "*Rule 2004 Subpoenas*") served by the Trustees. Accordingly, the Trustees further request that the Court cancel the upcoming hearing on the Court's *Order to Show Cause*, *see* [Dkt. #148 in Case No. 25-12356; Dkt. #157 in Case No. 25-15437], scheduled for June 4, 2026 at 11:00 a.m.. *See* Notice of Hearing. [Dkt. #198 in Case No. 25-12356; Dkt. #205 in Case No. 25-15437].

Respectfully submitted,

SCHLOSSBERG | MASTRO

  */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

  */s/ Zvi Guttman*
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd** day of **June 2026**, a copy of the foregoing *Line Withdrawing Motion for Issuance of Show Cause Order to Google, LLC for Failure to Obey Subpoenas for Rule 2004 Examination* (the "*Line*") was served upon all parties listed on the attached *CM-ECF Mailing Information* for each case:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon; and

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice Lists* as follows:

Chasen Construction LLC
c/o Brandon M. Chasen
1501 Yamato Road, Suite 3007
Boca Raton, FL 33431

Larry Strauss
Larry Strauss ESQ CPA & Assoc., Inc.
2310 Smith Avenue
Baltimore, MD 21209

Robert L. Patrick
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031

Shepherd Electric Co., Inc.
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

Catherine Lawrence
Lawrence Law, LLC
32 W. Camden Street, Suite 700
Baltimore, MD 21201

Further, additional copies of the *Line* were served via first-class mail, postage prepaid, upon:

John K. Roche, Esq.
Perkins Coie LLP
700 13th Street NW, Suite 800
Washington, DC 20005
*Attorneys for Google LLC*

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

_/s/ Frank J. Mastro_
Frank J. Mastro

3