United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-12356-NVA

Chasen Construction LLC                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: ntchrgbk | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brian E. Barkley, 51 Monroe Street, Suite 1407, Rockville, MD 20850-2409 |
| aty | + | Catherine Lawrence, Lawrence Law, LLC, 323 W. Camden Street, Suite 700, Baltimore, MD 21201-8601 |
| aty | + | Robert G. Capital Lighting & Supply, LLC d/b/a Cap, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874, UNITED STATES 20874-5279 |
| intp | + | Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| cr | + | Family Pension Corp. 401(k) Plan and Trust, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| ptcrd | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| cr | + | Four Kids Investment Fund, LLC, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| | + | Google, LLC, c/o CSC - Lawyers Incorp. Service, Company Resident Agent, 7 St. Paul Street, Ste. 820, Baltimore, MD 21202-1681 |
| cr | + | Jacob Honig, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| | + | John Roche, Esq., Perkins Coie, 700 Thirteenth Street, N.W. Suite 800, Washington, DC 20005-5938 |
| cr | + | Jonathan Honig, Renee Honig 2019 Irrevocable Trust Agree, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420 |
| fa | #+ | Robert L. Patrick, SC&H Group, Inc., 910 Ridgebrook Road, Sparks-Glencoe, MD 21152-9390 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| cr | + | Shepherd Electric Co., Incorporated, c/o Douglas H. Seitz, Esq., 1 Olympic Place, Suite 800, Towson, MD 21204-4114 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| cr | + | United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: trustee@schlosslaw.com | Jun 01 2026 20:08:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| aty | Email/Text: zguttman@gmail.com | Jun 01 2026 20:08:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |
| cr | + Email/Text: bkfilings@zwickerpc.com | Jun 01 2026 20:08:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 01 2026 20:08:00 | Hugh Bernstein, Esq., Suite 2625, Office of the U.S. Trustee, 101 West Lombard Street, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0416-1      User: admin      Page 2 of 3

Date Rcvd: Jun 01, 2026      Form ID: ntchrgbk      Total Noticed: 22

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Heather Kirkwood Yeung | hyeung@darslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com  bknotices@zwickerpc.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com  Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net  paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Morgan Taylor | morgan.taylor@icemiller.com |
| Richard Marc Goldberg | rmg@shapirosher.com  ejd@shapirosher.com |
| Robert G. Shuster | rob@shusterlaw.com  courts@shusterlaw.com |
| Roger Schlossberg | |

District/off: 0416-1                          User: admin                              Page 3 of 3
Date Rcvd: Jun 01, 2026                   Form ID: ntchrgbk                      Total Noticed: 22

                              bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                              shawn@whittaker-law.com

Stephen A. Metz
                              smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
                              tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
                              USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                              zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 23

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–12356 – NVA**    Chapter: **11**

**Chasen Construction LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 6/4/26 at 11:00 AM

U.S. BANKRUPTCY COURT
COURTROOM 2–A
101 WEST LOMBARD STREET
BALTIMORE, MD

to consider and act upon the following:

148 – Order to Show Cause.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/1/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joyce Yalley
410–962–4439

Form ntchrgmdb (rev. 08/13/2024)