United States Bankruptcy Court

District of Maryland

In re:

Case No. 25-12356-NVA

Chasen Construction LLC

Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1       User: admin       Page 1 of 5

Date Rcvd: Jun 02, 2026       Form ID: pdfall       Total Noticed: 135

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brian E. Barkley, 51 Monroe Street, Suite 1407, Rockville, MD 20850-2409 |
| aty | + | Catherine Lawrence, Lawrence Law, LLC, 323 W. Camden Street, Suite 700, Baltimore, MD 21201-8601 |
| aty | + | Robert G. Capital Lighting & Supply, LLC d/b/a Cap, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874, UNITED STATES 20874-5279 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| cr | + | Family Pension Corp. 401(k) Plan and Trust, ICE MILLER LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | Four Kids Investment Fund, LLC, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | Jacob Honig, Ice Miller LLP, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| cr | + | Jonathan Honig, Renee Honig 2019 Irrevocable Trust Agree, 100 Light Street, Suite 2700, Baltimore, MD 21202-1160 |
| fa | #+ | Robert L. Patrick, SC&H Group, Inc., 910 Ridgebrook Road, Sparks-Glencoe, MD 21152-9390 |
| ptcrd | + | Sandy Spring Bank, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| ptcrd | + | Southland Insulators of Maryland, Inc., 7501 Resource Court, Baltimore, MD 21226-1763 |
| cr | + | United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760 |
| 32888002 | + | A&L Masonry, Inc, 10013 Damascus Hill Court D, Damascus, MD 20872-2818 |
| 32888003 | + | Absolute Fire Protection, Inc, 445 Defense Highway, Suite C, Annapolis, MD 21401-8900 |
| 32888004 | + | Action Elevator Co. LLC, 1110 Benfield Boulevard, Suite L, Millersville, MD 21108-2645 |
| 32888005 | + | Air Flow Technology LLC, 1143 Taft Street, Rockville, MD 20850-1311 |
| 32888007 | + | BJ Plumbing, LLC, 14104 Kydan Court, Brandywine, MD 20613-6124 |
| 32868900 | + | Barkley & Kennedy, 51 Monroe Street, Suite 1407, Rockville, Maryland 20850-2409 |
| 32911659 | + | Bedford Capital Mid Atlantic dba Capstan Tax Strat, 200 Dryden Rd, Suite 3400, Dresher, PA 19025-1050 |
| 32888008 | + | Brandon Chasen, c/o Gregory Lee Waterworth, Esq., Saul Ewing LLP, 1001 Fleet Street 9th Floor, Baltimore, MD 21202-4359 |
| 32888009 | + | Brandon Chasen, c/o Mark Anthony Simanowith, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359 |
| 32888010 | + | Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888018 | + | Builders FirstSource, Inc, 7203 McKinney Circle, Frederick, MD 21704-8356 |
| 32888020 | + | Bull's Unlimited, LLC, c/o Randall James Craig, Esq., Craig Law Group, 711 Saint Paul Street, Baltimore, MD 21202-2311 |
| 32888019 | + | Bull's Unlimited, LLC, 54 Beaver Court, Rising Sun, MD 21911-2647 |
| 32888028 | + | CC 1400 Aliceanna Street LLC, Serve: Brandon M. Chasen, 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888030 | + | CC 201 East Baltimore Street LLC, c/o Mark Anthony Simanowith, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359 |
| 32888029 | + | CC 201 East Baltimore Street LLC, c/o Gregory Lee Waterworth, Esq., Saul Ewing LLP, 1001 Fleet Street 9th Floor, Baltimore, MD 21202-4359 |
| 32888031 | + | CC 201 East Baltimore Street LLC, Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888032 | + | CC 419 Saint Paul Place LLC, 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888037 | + | CC 600 South Caroline Street LLC, Serve on Resident Agent Brandon M. Chase, 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888051 | + | CS 421 South Broadway LLC, 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| 32888021 | + | Cahill Services, 8737 Colesville Road, Suite 501, Silver Spring, MD 20910-3921 |
| 32888022 | + | Capital Electric, 600 W. Hamburg Street, Baltimore, MD 21230-2603 |
| 32888023 | + | Capital Lighting & Supply, 8711 Westphalia Road, Upper Marlboro, MD 20774-3525 |
| 32888024 | + | Capital Lighting & Supply LLC, c/o Robert G. Shuster, Esq., 12850 Middlebrook Road, Suite 225, Germantown, MD 20874-5279 |
| 32888025 | + | Capital Lighting & Supply, LLC, c/o Robert G. Shuster, 12850 Middlebrook Road, Suite 225, Germantown, MD 20874-5279 |
| 32888026 | + | Capstan Tax Strategies, 200 Dryden Road, Suite 3400, Dresher, PA 19025-1050 |
| 32888038 | + | Chasen Companies, 1511 Eastern Avenue, Baltimore, MD 21231-2328 |

32888040 + Chasen Construction LLC, c/o Mark Anthony Simanowith, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359

32888042 + Chasen Construction LLC, c/o Gregory Lee Waterworth, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359

32888039 + Chasen Construction LLC, c/o Gregory Lee Waterworth, Esq., Saul Ewing LLP, 1001 Fleet Street 9th Floor, Baltimore, MD 21202-4359

32888043 + Chasen Construction LLC, c/o Adam M. Freiman, Esq., 115 McHenry Avenue, Suite B4, Pikesville, MD 21208-3795

32888046 + Chasen Construction LLC et al, c/o Mark Anthony Simanowith, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359

32888045 + Chasen Construction LLC et al, c/o Gregory Lee Waterworth, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359

32888047 + Chesapeake Energy Services, Inc., 13325 Rousby Hall Road, Lusby, MD 20657-2707

32900908   CityScape Engineering LLC, 3600 Clipper Mill Rd, Ste 214, Baltimore, MD 21211-1980

32888048 + CityScape Enginering LLC, 3600 Clipper Mill Rd, Suite 214, Baltimore, MD 21211-1980

32888049   Corpay, PO Box 100647, Atlanta, GA 30384-0647

32888050 + Crimpco, LLC, 2545 Lord Baltimore Drive, Suite HJ, Baltimore, MD 21244-2672

32894129 + D & J Drywall Inc., 6053 Watch Chain Way, Columbia, Maryland 21044-4715

32868902 + D & J Drywall Inc., LAWRENCE LAW, LLC, 323 West Camden Street, Suite 700, Baltimore, Maryland 21201-8601

32888052 + D&J Drywall Inc., 6053 Watch Chain Way, Columbia, MD 21044-4715

32888071 + D&J Drywall Inc., c/o Kyle S. Kushner, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

32888068 + D&J Drywall Inc., c/o Kyle S. Kushner, Esq, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

32888069 + D&J Drywall Inc., c/o Nicholas Lewis Meriwether, Esq, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

32888070 + D&J Drywall Inc., c/o Catherine R. Lawrence, Esq, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

32888072 + D&J Drywall Inc., et al., 6053 Watch Chain Way, Columbia, MD 21044-4715

32888074 + DeVere Insulation Company, 7501 Resource Court, Curtis Bay, MD 21226-1763

32888076 + Duque Construction LLC, 777 Briggs Chaney Rd, Silver Spring, MD 20905-5502

32888078 + Duque Construction LLC, c/o Philip Martin Wright, 25 Wood Lane, Rockville, MD 20850-2228

32896485 + Duque Construction, LLC, c/o Heather Yeung, Esq., Davis, Agnor, Rapaport et al, 11000 Broken Land Pkwy, Ste 600, Columbia, MD 21044-3534

32888079 + EZ Cabinetry Inc, 401 Industry Drive, Hampton, VA 23661-1312

32921909 + Estate of Brandon M. Chasen, Sr., c/o The Law Offices of Zvi Guttman, P.A., Post Office Box 32308, Baltimore, Maryland 21282-2308

32947308 + Family Pension Corp. 401k Plan, 5825 Windsor Court, Boca Raton, Florida 33496-2764

32888080 + Ferguson ENT HVAC, 751 Lakefront Commons, Newport News, VA 23606-3322

32888081 + Ferguson Enterprises LLC, 13890 Lowe Street, Chantilly, VA 20151-3277

32810898 + Ferguson Enterprises, LLC, c/o Law Office of Jill D. Caravaggio LLC, Westview Village Professional Park, 5100 Buckeystown Pike, Suite 250, Frederick, MD 21704-8344

32888082 + Ferguson Enterprises, LLC, c/o Jill Diane Caravaggio, Esq., Westview Village Professional Park, 5100 Buckeystown Pike, Suite 250, Frederick, MD 21704-8344

32868901 + First National Bank of Pennsylvania, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, Maryland 21202-3343

32947285 + Four Kids Investment Fund LLC, 5825 WINDSOR COURT, BOCA RATON, FL 33496-2764

32806018 + Gerard R Vetter, United States Department of Justice, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668

32888083   Hillis-Carnes Engineering Assoc. Inc., 0975 Guilford Rd, Suite A, Annapolis Junction, MD 20701

32903242 + Hillis-Carnes Engineering Associates, Inc., 10975 Guilford Road, Suite A, Annapolis Junction, MD 20701-1125

32888085 + JRO Construction LLC, 3510 Jean Street, Fairfax, VA 22030-2304

32888086 + JRO Construction LLC, c/o George W. Liebmann, Esq., Anne-Lise Liebmann, 700 N. Charles Street, Apt 6D, Baltimore, MD 21201-5268

32947284 + Jacob Honig, 150 E. Palmetto Park Road, Suite 404, Boca Raton, Florida 33432-4848

32947298 + Jonathan Honig, as Trustee by and for the Renee Ho, 5825 Windsor Court, Boca Raton, Florida 33496-2764

32888084 + Jones Lang LaSalle Brokerage, Inc, 200 E. Randolph Street, Suite 4300, Chicago, IL 60601-6537

32888088 + M&B Contract Specialties, Inc, 11G Gwynns Mills Court, Owings Mills, MD 21117-3500

32888090 + Madison Mechanical Contracting, LLC, c/o Eliot Mark Wagonheim, 11350 McCormick Road, EPI, Suite 700, Hunt Valley, MD 21031-1002

32888089 + Madison Mechanical Contracting, LLC, 5621 Old Frederick Road, Suite 1, Catonsville, MD 21228-1554

32888091 + Michael DelGrande, 438 E Allens Lane, Philadelphia, PA 19119-1103

32888092 + National Lumber Co., 4901 Pulaski Highway, Baltimore, MD 21224-1696

32947498 + PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420

32888093 + Pachecos Construction LLC, 14609 Burntwoods Rd, Glenwood, MD 21738-9608

32888095 + Patriot Steel Fabrication, Inc., c/o Jackson S. Nichols, Cohen Seglias Pallas Greenhall & Furman, 900 Seventh St., NW Suite 725, Washington, DC 20001-4009

32888094 + Patriot Steel Fabrication, Inc., 1959 Church Creek Road, Church Creek, MD 21622-1324

32888098 + Paul Davis, c/o Gregory Lee Waterworth, Esq., Saul Ewing LLP, 1001 Fleet Street 9th Floor, Baltimore, MD 21202-4359

32888099 + Paul Davis, c/o Mark Anthony Simanowith, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359

32888096 + Paul Davis, Brian E Barkley, Esq., Law Office Barkley & Kennedy, 51 Monroe Street, Suite 1407, Rockville, MD 20850-2409

32888097 + Paul Davis, c/o Sharon T. Diamant, Esq., Diamant Gerstein, LLC, 6110 Executive Blvd #1050, Rockville, MD 20852-3955

32888100 + Paul W. Davis, 5911 Ryland Drive, Bethesda, MD 20817-2540

32888109 + PinPoint Plumbing, LLC, 4425 Fitch Avenue, Nottingham, MD 21236-3927

32888101 + Pinpoint Plumbing, LLC, 4425 Fitch Avenue, Suite 100, Nottingham, MD 21236-3927

32888111 + Pinpoint Plumbing, LLC, c/o Catherine R. Lawrence, Esq, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

32888110 + Pinpoint Plumbing, LLC, c/o Nicholas Lewis Meriwether, Esq, Lawrence Law, LLC, 323 W Camden St, Suite 700, Baltimore, MD 21201-8601

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: pdfall | Total Noticed: 135 |

| | | |
|---|---|---|
| 32888112 | + | R&A Construction LLC, 5015 Delaware St, College Park, MD 20740-1941 |
| 32888113 | + | Rankin Inc, 288 S. Westgate Drive, Carol Stream, IL 60188-2243 |
| 32975314 | + | SHEPHERD ELECTRIC COMPANY, INC., c/o Douglas H. Seitz, Wright, Constable & Skeen, LLP, 1 Olympic Plaza Suite 800, Towson, Maryland 21204-4114 |
| 32814850 | + | Sandy Spring Bank, Division of Atlantic Union Bank, Jeffery T. Martin, Jr., 8065 Leesburg Pike, Ste 750, Vienna VA 22182-2702 |
| 32888116 | + | Sandy Spring Bank, c/o John Edward Reid, Esq, Martin Law Group P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| 32888118 | + | Sandy Spring Bank, c/o Jeffrey Thomas Martin, Jr., Esq, Martin Law Group P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| 32819434 | + | Sandy Spring Bank, A Division of Atlantic Union Ba, 6831 Benjamin Franklin Dr., Columbia, MD 21046-2633 |
| 32888119 | + | Saul, Ewing, Arnstein & Lehr LLP, 1001 Fleet St 9th Floor, Baltimore, MD 21202-4359 |
| 32888120 | + | Shepherd Electric Company, Incorporated, c/o Douglas H. Seitz, Esq., 1 Olympic Place, Suite 800, Towson, MD 21204-4114 |
| 32888121 | + | Shepherd Electric Company, Incorporated, c/o Douglas H. Seitz, Esq., Wright, Constable & Skeen, LLP, 1 Olympic Place, Suite 800, Towson, MD 21204-4114 |
| 32816602 | + | Southland Insulators of Maryland, Inc, d/b/a Devere Insulation Company, Shawn C. Whittaker, Esq., 1401 Rockville Pike, Ste 510, Rockville MD 20852-1573 |
| 32888123 | + | Southland Insulators of Maryland, Inc., d/b/a Devere Insulation Company, c/o Shawn Charles Whittaker, Esq., 1401 Rockville Pike, Suite 510, Rockville, MD 20852-1573 |
| 32888122 | + | Southland Insulators of Maryland, Inc., d/b/a Devere Insulation Company, 7501 Resource Court, Curtis Bay, MD 21226-1763 |
| 32819445 | + | Southland Insulators of Maryland, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 32888124 | + | Stone 4 Kitchen LLC, 401 Industry Dr Ste A, Hampton, VA 23661-1312 |
| 32888125 | + | Sunbelt Rental, 7605 Pulaski Hwy, Rosedale, MD 21237-2605 |
| 32888126 | + | Supplies Unlimited, Inc., PO Box 7370, Halethorpe, MD 21227-0370 |
| 32888127 | + | TDR Systems, Inc., 33 Industrial Park Dr., Waldorf, MD 20602-2708 |
| 32859653 | + | The Sherwin-Williams Co, c/o Bayinson Kudysh Greenberg & Helt, 303 S Main St, Lower Level, Mt Airy MD 21771-5394 |
| 32888128 | + | The Sherwin-Williams Co., c/o Peter R. Helt, Esq., Baylinson, Kudysh, Greenberg & Helt LLC, 303 S. Main Street, Lower Level, Mount Airy, MD 21771-5396 |
| 32888129 | + | Trident Aircraft Incorporated, 9475 Jet Lane, Easton, MD 21601-7059 |
| 32888130 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 32888131 | + | United Bank, 450 Foxcroft Avenue, Martinsburg, WV 25401-5316 |
| 32942731 | + | United Bank, Attn. Gaile S. Binder, 374 Maple Ave. East, Vienna, VA 22180-4718 |
| 32888132 | + | United Bank Visa, 450 Foxcroft Avenue, Martinsburg, WV 25401-5316 |
| 32888135 | + | United Rentals (North America), Inc., c/o John David Purdy, Esq., Purdy Law Firm, P.C., 9962 Brook Road, #641, Glen Allen, VA 23059-6501 |

TOTAL: 123

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: zguttman@gmail.com | Jun 02 2026 19:45:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 02 2026 19:45:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 32888006 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 19:48:04 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 32889927 | + | Email/Text: bkfilings@zwickerpc.com | Jun 02 2026 19:45:00 | American Express National Bank, c/o Jason J. Giguere, ZWICKER & ASSOCIATES, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 32808713 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 19:43:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 32888041 | ^ | MEBN | Jun 02 2026 19:39:32 | Chasen Construction LLC, c/o Adam M. Freiman, 115 McHenry Avenue Suite B4, Pikesville, MD 21208-3795 |
| 32888075 | + | Email/Text: legalmail@hq.bill.com | Jun 02 2026 19:44:00 | DivvyPay, LLC, 13707 S. 200 W, Suite 100, Draper, UT 84020-2443 |
| 32810421 | + | Email/Text: trustee@schlosslaw.com | Jun 02 2026 19:44:00 | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| 32888115 | + | Email/Text: bankruptcy@atlanticunionbank.com | Jun 02 2026 19:44:00 | Sandy Spring Bank, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32817651 | + | Email/Text: Bankruptcy@SunbeltRentals.com | Jun 02 2026 19:44:00 | Sunbelt Rentals, Inc., 1275 W. Mound St., |

District/off: 0416-1 | User: admin | Page 4 of 5
Date Rcvd: Jun 02, 2026 | Form ID: pdfall | Total Noticed: 135

Columbus, OH 43223-2213

32888133     + Email/Text: sluna@ur.com

Jun 02 2026 19:44:00    United Rentals, 1709 Old Sulphur Spring Road, Halethorpe, MD 21227-2597

32888134     + Email/Text: sluna@ur.com

Jun 02 2026 19:44:00    United Rentals (North America), Inc., 100 First Stamford Place, Stamford, CT 06902-9200

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Roger Schlossberg, P.O. Box 2067, Hagerstown, MD 21742-2067 |
| intp | *+ | Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| ptcrd | *+ | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| cr | *+ | PR GIV, LLC, c/o Anthony Bobulinski, 1959 Calle Loiza # 6397, San Juan, PR 00914-1420 |
| cr | *+ | Shepherd Electric Co., Incorporated, c/o Douglas H. Seitz, Esq., 1 Olympic Place, Suite 800, Towson, MD 21204-4114 |
| 32888073 | *+ | D&J Drywall, Inc, 6053 Watch Chain Way, Columbia, MD 21044-4715 |
| 32888077 | *+ | Duque Construction LLC, 777 Briggs Chaney Road, Silver Spring, MD 20905-5502 |
| 32888087 | ##+ | Livingston Fire Protection, Inc, 5150 Lawrence Place, Hyattsville, MD 20781-1093 |
| 32888114 | ##+ | Samer Iron Works LLC, 330 N Stonestreet Avenue Suite U, Rockville, MD 20850-1623 |

TOTAL: 0 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com  catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |

District/off: 0416-1

User: admin

Page 5 of 5

Date Rcvd: Jun 02, 2026

Form ID: pdfall

Total Noticed: 135

Heather Kirkwood Yeung
hyeung@darslaw.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jason J. Giguere
jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Morgan Taylor
morgan.taylor@icemiller.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
shawn@whittaker-law.com

Stephen A. Metz
smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 23

Entered: June 2nd, 2026
Signed: June 2nd, 2026
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Chasen Construction, LLC** | * | Case No. 25-12356-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Brandon M. Chasen, Sr.** | * | Case No. 25-15437-NVA |
| | * | Chapter 11 |
| | * | |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER APPROVING FIRST APPLICATION OF ROBERT L. PATRICK AND SC&H GROUP, INC., AS FINANCIAL ADVISOR TO THE TRUSTEES, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES <ins>RENDERED FROM JUNE 23, 2025 THROUGH AUGUST 31, 2025</ins>

UPON CONSIDERATION of the First Application of Robert L. Patrick and SC&H Group, Inc., as Financial Advisor to the Trustees, for Allowance of Interim Compensation for Professional Services Rendered from June 23, 2025 through August 31, 2025 (the "<ins>Application</ins>"), pursuant to 11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates,

their creditors, and other parties-in-interest; and the Court having found that SC&H provided adequate and appropriate notice of the Application;

**IT IS HEREBY ORDERED THAT;**

1. The Application is GRANTED.

2. SC&H is allowed and awarded compensation on an interim basis in the amount of $245,092.50, for services rendered to the Trustees during the Application Period.

3. Zvi Guttman, Chapter 7 Trustee for Debtor Brandon M. Chasen, Sr. is authorized to pay SC&H the fees awarded herein.

**<u>END OF ORDER</u>**

4898-3552-6052, v. 1