Entered: June 5th, 2026
Signed: June 5th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–12356 – NVA**     Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## DUQUE CONSTRUCTION, LLC

Upon consideration of the Motion to Withdraw Appearance filed by Heather K, Yeung, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Heather K, Yeung, as counsel of record for Duque Construction, LLC is hereby stricken.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Roger Schlossberg
      U.S. Trustee

**End of Order**

01x03 (rev. 05/02/2000) – ShanitaTaylor