United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-12356-NVA

Chasen Construction LLC                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

**Recip ID                    Recipient Name and Address**
adb                              +  Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 05 2026 19:44:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley |  |

District/off: 0416-1                         User: admin                              Page 2 of 2
Date Rcvd: Jun 05, 2026                      Form ID: pdfparty                        Total Noticed: 2

bbarkley@barkenlaw.com

Darrell William Clark

darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana

dfont@gebsmith.com

Frank J. Mastro

fmastro@schlosslaw.com

Heather Kirkwood Yeung

hyeung@darslaw.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Jason J. Giguere

jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin

jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio

jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid

jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor

morgan.taylor@icemiller.com

Richard Marc Goldberg

rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster

rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg

bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker

shawn@whittaker-law.com

Stephen A. Metz

smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm

tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 23

Entered: June 5th, 2026
Signed: June 5th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–12356 – NVA**     Chapter: **11**

**Chasen Construction LLC**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## DUQUE CONSTRUCTION, LLC

Upon consideration of the Motion to Withdraw Appearance filed by Heather K, Yeung, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Heather K, Yeung, as counsel of record for Duque Construction, LLC is hereby stricken.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Roger Schlossberg
      U.S. Trustee

**End of Order**

01x03 (rev. 05/02/2000) – ShanitaTaylor