United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-12356-NVA

Chasen Construction LLC                                                   Chapter 11

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Peter D. Kieselbach, Greenberg Traurig, LLP, 90 South 7th Street, Suite 3500, Minneapolis, MN 55402-4106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: zguttman@gmail.com | Jun 22 2026 20:50:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com  alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |

District/off: 0416-1        User: admin        Page 2 of 2

Date Rcvd: Jun 22, 2026        Form ID: pdfparty        Total Noticed: 2

Darrell William Clark
darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
dfont@gebsmith.com

Frank J. Mastro
fmastro@schlosslaw.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jason J. Giguere
jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Morgan Taylor
morgan.taylor@icemiller.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
shawn@whittaker-law.com

Stephen A. Metz
smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
tracey.ohm@stinson.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 22

Entered: June 22nd, 2026
Signed: June 18th, 2026

**SO ORDERED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

| | |
|---|---|
| In re: | ) |
| | ) |
| CHASEN CONSTRUCTION, LLC, | ) Case No. 25-12356-NVA |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR., | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |

**ORDER AUTHORIZING TRUSTEES TO JOINTLY EMPLOY AND RETAIN GREENBERG TRAURIG, LLP AS SPECIAL COUNSEL TO THE TRUSTEES**

Upon consideration of the *Trustees' Joint Application for Authority to Employ Greenberg Traurig, LLP as Special Counsel* (the "Joint Application"), filed jointly by Roger Schlossberg, Chapter 11 Trustee (the "Chapter 11 Trustee") in *In re Chasen Construction, LLC*, Case No. 25-12356-NVA, and Zvi Guttman, Chapter 7 Trustee (the "Chapter 7 Trustee") in *In re Brandon M. Chasen, Sr.*, Case No. 25-15437-NVA (the Chapter 11 Trustee and the Chapter 7 Trustee are referred to herein collectively as the "Trustees"); and upon the Verified Statement of Peter D. Kieselbach filed in support thereof; and the Court being satisfied that Greenberg Traurig, LLP ("GT") does not hold or represent any interest adverse to the bankruptcy estates and is disinterested, and that the proposed employment is in the best interests of the respective bankruptcy estates; and sufficient notice of the Joint Application having been given, and no objection having been filed or any objection having been considered and overruled; and good cause appearing therefore; it is hereby:

**ORDERED**, that the Joint Application is GRANTED; and it is further

**ORDERED**, that the Trustees are hereby authorized to jointly employ and retain Greenberg Traurig, LLP as special counsel to the Trustees, effective as of the date of the filing of the Joint Application, pursuant to 11 U.S.C. § 327(a) and the terms and conditions of the Engagement Agreement dated as of May 14, 2026, and subject to the following conditions and limitations; and it is further

ACTIVE 724099994v3

**ORDERED**, that the following conditions and limitations shall apply to GT's joint employment:

(a)      **Adverse Proceedings.** In the event there is any proceeding in which the estate of Brandon Chasen (the "Individual Estate) and the estate of Chasen Construction LLC (the "LLC Estate" and together with the Individual Estate, the "Estates") are adverse to each other, neither GT nor any of its attorneys or representatives may serve as or testify as an expert witness in connection with the proceeding.

(b)      **Allocation of Costs and Expenses; Administrative Insolvency.** From and after the date of entry of this Order, there shall be a rebuttable presumption that any costs and expenses of GT, to the extent not paid out of gross recoveries from GT's efforts, shall appropriately be split evenly between the Individual Estate and the LLC Estate. Any party-in-interest, including the Trustees, the Individual Estate, the LLC Estate and the United States Trustee, may object to and present evidence to rebut this presumption with respect to any such costs and expenses of GT.  In the event one of the two Estates is or becomes administratively insolvent, the presumption described above shall be deemed rebutted. In such event, the solvent estate shall pay the allowed portion of GT's costs and expenses that is not paid by the administratively insolvent estate, unless, with respect to said portion of GT's costs and expenses, a party in interest objects and presents clear and convincing evidence that a different allocation between the Estates is appropriate. Notwithstanding the foregoing, both Estates shall be jointly and severally liable for reimbursement of costs and expenses due to GT, and any disputes or issues concerning allocation between the Estates shall not impact GT's right, subject to an Order of this Court, to reimbursement of such costs and expenses out of gross recoveries from GT's efforts.

(c)      **Actual Conflict.** In the event an actual conflict arises between the Individual Estate and the LLC Estate regarding the joint employment of GT, the Trustees shall promptly inform the Court and the Office of the United States Trustee of such actual conflict and shall propose a resolution consistent with the intentions of the Trustees of those estates as set forth in the Joint Application.

**ORDERED**, that GT shall be compensated for its services as special counsel in accordance with the Engagement Agreement and applicable provisions of the Bankruptcy Code, including 11 U.S.C. §§ 327, 330, and 331, subject to further Order of this Court; and it is further

**ORDERED**, that the terms and conditions of this Order shall apply in both Case No. 25-12356-NVA and Case No. 25-15437-NVA; and it is further

2

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

cc:    Zvi Guttman
       Roger Schlossberg
       Frank J. Mastro, Esq.

**END OF ORDER**