United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-12356-NVA

Chasen Construction LLC                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                          Page 1 of 2

Date Rcvd: Jul 07, 2026                       Form ID: pdfall                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID          Recipient Name and Address**
cr          + United Bank, c/o Darrell W. Clark, Esq., 1775 Pennsylvania Ave. N.W., Suite 800, Washington, DC 20006-4760

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

Aaron L. Casagrande
    Aaron.casagrande@Icemiller.com

Alan D. Eisler
    aeisler@e-hlegal.com  alaneisler@gmail.com

Brent C. Strickland
    bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Brian E. Barkley
    bbarkley@barkenlaw.com

Darrell William Clark
    darrell.clark@stinson.com  catherine.scott@stinson.com

David V. Fontana
    dfont@gebsmith.com

District/off: 0416-1                      User: admin                          Page 2 of 2
Date Rcvd: Jul 07, 2026                   Form ID: pdfall                       Total Noticed: 1

Frank J. Mastro
                    fmastro@schlosslaw.com

Hugh M. (UST) Bernstein
                    hugh.m.bernstein@usdoj.gov

Jason J. Giguere
                    jgiguere@zwickerpc.com  bknotices@zwickerpc.com

Jeffery Thomas Martin
                    jeff@martinlawgroup.com
                    Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com

Jill D. Caravaggio
                    jill@jill-lawoffice.net  paralegal@jill-lawoffice.net

John E Reid
                    jack@martinlawgroup.com  brittany@martinlawgroup.com,Diana@martinlawgroup.com

Maurice Belmont VerStandig
                    mac@mbvesq.com
                    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                    ndiglaw@recap.email

Morgan Taylor
                    morgan.taylor@icemiller.com

Richard Marc Goldberg
                    rmg@shapirosher.com  ejd@shapirosher.com

Robert G. Shuster
                    rob@shusterlaw.com  courts@shusterlaw.com

Roger Schlossberg
                    bkcreditor@schlosslaw.com  jkemmerer@schlosslaw.com

Shawn C Whittaker
                    shawn@whittaker-law.com

Stephen A. Metz
                    smetz@offitkurman.com  mmargulies@offitkurman.com

Tracey Michelle Ohm
                    tracey.ohm@stinson.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 22

Entered: July 7th, 2026
Signed: July 7th, 2026

**SO ORDERED**

NO TIMELY OPPOSITION.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

_____
)
In re:                                                    )
                                                          )   Case No. 25-12356-NVA
CHASEN CONSTRUCTION, LLC,                                  )
                                                          )
        Debtor.                                           )   (Chapter 11)
_____)
                                                          )
In re:                                                    )
                                                          )
BRANDON M. CHASEN SR.,                                     )   Case No. 25-15437-NVA
                                                          )
        Debtor.                                           )   (Chapter 7)
_____)

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATIONS
### (United Bankshares, Inc. and United Bank)

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examinations of United Bankshares, Inc. and United Bank* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine United Bankshares, Inc. and United Bank pursuant to Federal Bankruptcy Rule 2004; and it is further

ACTIVE 725116861v1

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entities for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

United Bankshares, Inc.

United Bank

**END OF ORDER**

2

ACTIVE 725116861v1