**ADDENDUM TO MONTHLY OPERATING REPORT**
**CHASEN CONSTRUCTION, LLC (NO. 25-12356-NVA)**

Roger Schlossberg accepted his appointment as Chapter 11 Trustee (the "Trustee") of Debtor Chasen Construction, LLC (the "Debtor") on April 21, 2025.  Since that time, the Trustee has recorded no cash receipts or disbursements from the Debtor estate.  Neither has the Trustee had need of nor kept a bank account for the Debtor estate.

The appended Monthly Operating Report (the "MOR") was prepared to maintain compliance with United States Trustee reporting requirements, and to confirm that there have been no cash inflows or outflows from the estate since the petition date of March 19, 2025.

The MOR was prepared using claim information from the *Amended Schedules* and *Amended Statement of Financial Affairs* as filed by the Debtor on July 31, 2025 (Dkt. No. 80).  The Debtor's existing books and records, as received by the Trustee, are materially deficient and unreliable for the preparation of the MOR.

To date, there has been a single professional fee application approved with payment made on behalf of the Debtor.  As reported in the MOR the month of June, 2026, the fee application for SC&H Group was approved and paid on behalf of the Debtor in June 2026. Importantly, that compensation was paid with prior Court approval by Zvi Guttman, Chapter 7 Trustee for the Estate of Brandon M. Chasen, Sr. (Bankruptcy No. 25-15437-NVA) from those funds maintained by him in that Chapter 7 case.

The Debtor estate presently maintains no insurance and has not yet filed 2025 tax returns.