Entered: August 13th, 2026
Signed: August 12th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) (Chapter 11) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| BRANDON M. CHASEN SR. | ) Case No. 25-15437-NVA |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |

### ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION
### (Docusign, Inc.)

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examination of Docusign, Inc.* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing

that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Docusign, Inc.
221 Main Street, Suite 1550
San Francisco, CA 94105
serve:  United Agent Group, Inc., Resident Agent
       2405 York Road, Suite 201-C
       Lutherville-Timonium, MD 21093

**END OF ORDER**