United States Bankruptcy Court
District of Maryland

In re:
Chasen Construction LLC
Debtor

Case No. 25-12356-NVA
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1
Date Rcvd: Aug 13, 2026

User: admin
Form ID: pdfall

Page 1 of 2
Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | + | Docusign, Inc., 221 Main Street, Suite 1550, San Francisco, CA 94105-1947 |
| | + | United Agent Group, Inc., Resident Agent, 2405 York Road, Suite 201-C, Lutherville-Timonium, MD 21093-2252 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com catherine.scott@stinson.com |

| | |
|---|---|
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com bknotices@zwickerpc.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Morgan Taylor | morgan.taylor@icemiller.com |
| Richard Marc Goldberg | rmg@shapirosher.com ejd@shapirosher.com |
| Robert G. Shuster | rob@shusterlaw.com courts@shusterlaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com jkemmerer@schlosslaw.com |
| Shawn C Whittaker | shawn@whittaker-law.com |
| Stephen A. Metz | smetz@offitkurman.com mmargulies@offitkurman.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 22

Entered: August 13th, 2026
Signed: August 12th, 2026

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| CHASEN CONSTRUCTION, LLC, | Case No. 25-12356-NVA |
| Debtor. | (Chapter 11) |
| In re: | |
| BRANDON M. CHASEN SR. | Case No. 25-15437-NVA |
| Debtor. | (Chapter 7) |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Docusign, Inc.)**

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examination of Docusign, Inc.* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing

that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Docusign, Inc.
221 Main Street, Suite 1550
San Francisco, CA 94105
serve: United Agent Group, Inc., Resident Agent
2405 York Road, Suite 201-C
Lutherville-Timonium, MD 21093

**END OF ORDER**