**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| In re:<br><br>**CHASEN CONSTRUCTION LLC**,<br><br>*Debtor*. | **Bankruptcy Case No**. 25-12356<br>**Chapter 11** |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Now comes Morgan Taylor of Ice Miller LLP and, pursuant to Local Rule 9010-4, respectfully moves this Court for leave to withdraw as counsel of record for creditors Family Pension Corp 401k Plan, Jacob Honig, Four Kids Investment Fund LLC, and Jonathan Honig, as Trustee by and for the Renee Honig Irrevocable Trust Agreement U/A DTD 07/19/2019 (collectively, the "Honig Entities").

Aaron Casagrande of Ice Miller LLP will remain counsel of record for the Honing Entities, and the withdrawal of Morgan Taylor will not affect the continued representation of the client in this matter.

**Dated:** September 2, 2026

Respectfully submitted,

*/s/ Morgan Taylor*

Aaron L. Casagrande (28518)
Morgan Taylor (31372)
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, MD 21202
410-951-5876
aaron.casagrande@icemiller.com
morgan.taylor@icemiller.com

*Counsel for the Honig Entities*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing *Motion for Withdrawal of Counsel* will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jill D. Caravaggio | jill@jill-lawoffice.net, paralegal@jill-lawoffice.net |
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Darrell William Clark | darrell.clark@stinson.com, catherine.scott@stinson.com |
| Alan D. Eisler | aeisler@e-hlegal.com, alaneisler@gmail.com |
| David V. Fontana | dfont@gebsmith.com |
| Jason J. Giguere | jgiguere@zwickerpc.com, bknotices@zwickerpc.com |
| Richard Marc Goldberg | rmg@shapirosher.com, ejd@shapirosher.com |
| Zvi Guttman | zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Stephen A. Metz | smetz@offitkurman.com, mmargulies@offitkurman.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com |
| John E Reid | jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com |
| Roger Schlossberg | trustee@schlosslaw.com, MD20@ecfcbis.com |
| Robert G. Shuster | rob@shusterlaw.com, courts@shusterlaw.com |

| | |
|---|---|
| Brent C. Strickland | bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com |
| Morgan Taylor | morgan.taylor@icemiller.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Shawn C Whittaker | shawn@whittaker-law.com |

I hereby further certify that on September 2, 2026, I reviewed the Court's CM/ECF system, and a copy of the foregoing *Motion for Withdrawal of Counsel* was mailed first class mail, postage prepaid to:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

Duque Construction Duque Construction, LLC
[NO ADDRESS POPULATES ON MAILING INFORMATION]

Peter D. Kieselbach
Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402

Catherine Lawrence
Lawrence Law, LLC
323 W. Camden Street, Suite 700
Baltimore, MD 21201

Shepherd Electric Co., Incorporated
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 212046

*/s/ Morgan Taylor*
Morgan Taylor