**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| In re:<br><br>**CHASEN CONSTRUCTION LLC**,<br><br>*Debtor.* | **Bankruptcy Case No**. 25-12356<br>**Chapter 11** |

**[PROPOSED]**

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

Upon consideration of Morgan Taylor of Ice Miller LLP's *Motion For Withdrawal of Counsel* pursuant to Local Rule 9010-4, on this ________ day of _____________, 2026, it is hereby **ORDERED** that the motion is **GRANTED**, and Morgan Taylor is hereby withdrawn as counsel of record for creditors Family Pension Corp 401k Plan, Jacob Honig, Four Kids Investment Fund LLC, and Jonathan Honig, as Trustee by and for the Renee Honig Irrevocable Trust Agreement U/A DTD 07/19/2019 (collectively, the "Honig Entities").

**IT IS FURTHER ORDERED** that Aaron Casagrande of Ice Miller LLP will remain counsel of record for the Honig Entities.

_________________________________
Honorable Judge Nancy Alquist
United States Bankruptcy Court for the District of Maryland