United States Bankruptcy Court
District of Maryland

In re: Case No. 25-12356-NVA
Chasen Construction LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Aug 31, 2026 Form ID: pdfall Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Brandon M. Chasen, Sr., 1511 Eastern Avenue, Baltimore, MD 21231-2328 |
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | + | Cushman & Wakefield U.S., Inc., c/o The Corporation Trust, Inc., Residen, 2405 York Road, Suite 201, Lutherville-Timonium, MD 21093-2252 |
| | + | Cushman & Wakefield of Maryland, LLC, c/o The Corporation Trust, Inc., Residen, 2405 York Road, Suite 201, Lutherville-Timonium, MD 21093-2252 |
| | + | Cushman & Wakefield of Virginia, LLC, c/o The Corporation Trust, Inc., Residen, 2405 York Road, Suite 201, Lutherville-Timonium, MD 21093-2252 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | aeisler@e-hlegal.com alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |

| | |
|---|---|
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com bknotices@zwickerpc.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Morgan Taylor | morgan.taylor@icemiller.com |
| Richard Marc Goldberg | rmg@shapirosher.com ejd@shapirosher.com |
| Robert G. Shuster | rob@shusterlaw.com courts@shusterlaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com jkemmerer@schlosslaw.com |
| Shawn C Whittaker | shawn@whittaker-law.com |
| Stephen A. Metz | smetz@offitkurman.com mmargulies@offitkurman.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 22

Entered: August 31st, 2026
Signed: August 31st, 2026

**SO ORDERED**

NO TIMELY OPPOSITION.

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) | |
| | ) | |
| Debtor. | ) | (Chapter 11) |
| | ) | |
| In re: | ) | |
| | ) | |
| BRANDON M. CHASEN SR., | ) | Case No. 25-15437-NVA |
| | ) | |
| Debtor. | ) | (Chapter 7) |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Cushman & Wakefield of Maryland, LLC)**
**(Cushman & Wakefield of Virginia, LLC)**
**(Cushman & Wakefield U.S., Inc.)**

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examination of Cushman & Wakefield of Maryland, LLC, et al.* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration

of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named parties pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entities for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee

Zvi Guttman, Chapter 7 Trustee

Frank J. Mastro, Esquire

Cushman & Wakefield of Maryland, LLC
c/o The Corporation Trust, Inc., Resident Agent
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093

Cushman & Wakefield of Virginia, LLC
c/o The Corporation Trust, Inc., Resident Agent
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093

Cushman & Wakefield U.S., Inc.
c/o The Corporation Trust, Inc., Resident Agent
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093

**END OF ORDER**