IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| | Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | |
| Debtor. | (Chapter 11) |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The Court having considered the Motion for Admission Pro Hac Vice to admit Peter D. Kieselbach, Esquire ("Pro Hac Counsel") as attorney for Roger Schlossberg, the Chapter 7 Trustee herein, and the certified statements in support thereof, and upon the recommendation of Frank J. Mastro, Esq., it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-forelectronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

cc: Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
Brent Strickland, Esq.
Peter D. Kieselbach, Esq.

United States Trustee

**END OF ORDER**