IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | |
| Debtor. | (Chapter 11) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Frank J. Mastro, Esquire, a member in good standing of the bar of this Court, moves the admission of Michael A. Collyard, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Roger Schlossberg, Chapter 11 Trustee.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| Minnesota, 10.27.2000 | Minnesota; 11.17.2000 |
| New York; 10.15.2014 | S.D. of New York; 09.13.2015 |
| | Court of Appeals, Federal Cir.; 01.03.2006 |
| | Court of Appeals, 8th Cir.; 06.14.2010 |
| | N.D. of Illinois; 08.25.2010 |
| | C.D. of Illinois; 02.07.2012 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[1]

[1] *See* Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)
6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.
7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.
8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.
9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."
10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| */s/ Frank J. Mastro*<br>Frank J. Mastro #24679<br>Schlossberg \| Mastro<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067<br>(301) 739-8610<br>fmastro@schlosslaw.com<br>*Movant* | */s/ Michael A. Collyard*<br>Michael A. Collyard<br>Greenberg Traurig, LLP.<br>90 South Seventh Street, Suite 3500<br>Minneapolis, MN 55402<br>(612) 259-9700<br>michael.collyard@gtlaw.com<br>*Proposed Admittee* |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ***9th*** day of ***September 2026***, a copy of the foregoing *Motion for Admission Pro Hac Vice* was served: (a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows:

| | |
|---|---|
| Brian E. Barkley bbarkley@barkenlaw.com<br><br>Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Jill D. Caravaggio jill@jill-lawoffice.net,<br>paralegal@jill-lawoffice.net<br><br>Aaron L. Casagrande<br>Aaron.casagrande@Icemiller.com<br><br>Darrell William Clark darrell.clark@stinson.com,<br>catherine.scott@stinson.com<br><br>Alan D. Eisler aeisler@e-hlegal.com,<br>alaneisler@gmail.com<br><br>David V. Fontana dfont@gebsmith.com<br><br>Jason J. Giguere jgiguere@zwickerpc.com,<br>bknotices@zwickerpc.com<br><br>Richard Marc Goldberg rmg@shapirosher.com,<br>ejd@shapirosher.com<br><br>Zvi Guttman zvi@zviguttman.com,<br>zviguttman@gmail.com,<br>zviguttman@outlook.com,<br>MD55@ecfcbis.com<br><br>Jeffery Thomas Martin jeff@martinlawgroup.com,<br>Martin.JefferyT.B119228@notify.bestcase.com,<br>brittany@martinlawgroup.com,<br>Diana@martinlawgroup.com<br>Frank J. Mastro fmastro@schlosslaw.com | Stephen A. Metz smetz@offitkurma.com,<br>mmargulies@offitkurman.com<br><br>Tracey Michelle Ohm tracey.ohm@stinson.com,<br>porsche.barnes@stinson.com<br><br>John E Reid jack@martinlawgroup.com,<br>brittany@martinlawgroup.com,<br>Diana@martinlawgroup.com<br><br>Roger Schlossberg trustee@schlosslaw.com,<br>MD20@ecfcbis.com<br><br>Roger Schlossberg bkcreditor@schlosslaw.com,<br>jkemmerer@schlosslaw.com<br><br>Robert G. Shuster rob@shusterlaw.com,<br>courts@shusterlaw.com<br><br>Brent C. Strickland bstrickland@whitefordlaw.com,<br>mbaum@whitefordlaw.com,<br>brent-strickland-3227@ecf.pacerpro.com<br><br>Morgan Taylor morgan.taylor@icemiller.com<br><br>US Trustee - Baltimore<br>USTPRegion04.BA.ECF@USDOJ.GOV<br><br>Maurice Belmont Verstandig mac@mvbesq.com,<br>lisa@mvbesq.com, mahlon@dcbankruptcy.com,<br>mac@dcbankruptcy.com, verstandig.mauricer104982<br>@notify.bestcase.com, verstandiglaw@recap.email<br><br>Shawn C Whittaker shawn@whittaker-law.com |

and (b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Chasen Construction LLC<br>c/o Brandon M. Chasen<br>1501 Yamato Road, Suite 3007<br>Boca Raton, FL 33431<br><br>Peter Kieselbach<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402 | Catherine Lawrence<br>Lawrence Law LLC<br>323 W. Camden Street, Suite 700<br>Baltimore, MD 21201<br><br>Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 |

*/s/ Frank J. Mastro*