Entered: September 9th, 2026

Signed: September 8th, 2026

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CHASEN CONSTRUCTION, LLC | * | Case No. 25-12356-NVA<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| In re: | * | |
| BRANDON M. CHASEN, SR. | * | Case No. 25-15437-NVA<br>Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO NOTE OBJECTIONS TO REQUESTS FOR PRODUCTION OF DOCUMENTS INCLUDED IN SUBPOENAS FOR RULE 2004 EXAMINATIONS**

Upon consideration of the Stipulation Regarding Extension of Time to Note Objections to Requests for Production of Documents Included in Subpoenas for Rule 2004 Examinations (the "Stipulation"), it is this day by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Stipulation is approved; and it is further

ORDERED, that the time for Paul Davis to note objections to requests for production of documents included in Subpoenas for Rule 2004 Examinations is hereby extended to September 14, 2026.

cc:

Roger Schlossberg, Trustee
P.O. Box 2067
Hagerstown, MD 21742-2067

Frank J. Mastro, Esq.
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067

Hugh M. Bernstein, Esq.
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Adam M. Freiman, Esq.
115 McHenry Ave.
Suite B4
Baltimore, MD 21208

Zvi Guttman, Trustee
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308

Peter D. Kieselbach, Esq.
Greenberg Traurig, LLP
90 South 7th Street
Suite 3500
Minneapolis, MN 55402

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850

**END OF ORDER**