Entered: September 9th, 2026

Signed: September 4th, 2026

**SO ORDERED**




NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

In re: Case No.: **25−12356 − NVA** Chapter: **11**

**Chasen Construction LLC**
Debtor

---

## ORDER STRIKING APPEARANCE OF COUNSEL FOR FAMILY PENSION CORP 401K PLAN, JACOB HONIG, FOUR KIDS INVESTMENT FUND LLC AND JONATHAN HONIG

Upon consideration of the Motion to Withdraw Appearance filed by Morgan Taylor, and it appearing that counsel has complied with Local Bankruptcy Rule 9010−4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Morgan Taylor, as counsel of record for Family Pension Corp 401K Plan, Jacob Honig, Four Kids Investment Fund LLC and Jonathan Honig is hereby stricken.

cc: Debtor
Attorney for Debtor − PRO SE
Case Trustee − Roger Schlossberg
U.S. Trustee

**End of Order**

01x03 (rev. 05/02/2000) − MarkRybczynski