Entered: September 11th, 2026
Signed: September 11th, 2026

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **25−12356 − NVA** Chapter: **11**

**Chasen Construction LLC**
Debtor

# ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Peter C. Ihrig as counsel for Roger Schlossberg, Chapter 11 Trustee and the certified statements in support thereof, and upon the recommendation of Frank J. Mastro, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Peter C. Ihrig must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc: Debtor
Attorney for Debtor − PRO SE
Movant − Peter C Ihrig
Local Counsel − Frank J. Mastro
Case Trustee − Roger Schlossberg
U.S. Trustee

**End of Order**