IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-12356-NVA |
| Chasen Construction, LLC, | |
| Debtor. | (Chapter 11) |
| In re: | Case No. 25-15437-NVA |
| Brandon M. Chasen Sr., | |
| Debtor. | (Chapter 7) |

**MOTION FOR RULE 2004 EXAMINATION**
**(Kevin Tehan)**

COMES NOW, Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees" or "Movants"), and in support of their *Motion for Rule 2004 Examination of Kevin Tehan* (the "*Motion*"), hereby respectfully represents as follows:

**Background**

1. On March 19, 2025, a bankruptcy proceeding was commenced against Chasen Construction, LLC ("Chasen Construction") upon the filing of an *Involuntary Petition* under Chapter 11 of the Bankruptcy Code by Sandy Spring Bank ("Sandy Spring"), Southland Insulators of Maryland, Inc., and Ferguson Enterprises, Inc. (collectively, the "Petitioning Creditors"). [Dkt. #1 in Case No. 25-12356].

2. On that same date, Sandy Spring Bank filed an *Emergency Motion to Appoint Chapter 11 Trustee* (the "*Emergency Motion*"). [Dkt. #3 in Case. No. 25-12356]. Following the conduct of expedited proceedings on that *Emergency Motion* commencing on March 24, 2025, this Court orally announced its ruling on March 25, 2025 and subsequently caused to be issued on March 26, 2025 its *Order Granting Emergency Motion to Appoint Chapter 11 Trustee and Directing the Appointment of a Chapter 11 Trustee*. [Dkt. #22 in Case No. 25-12356].

3. Mr. Schlossberg thereafter was appointed by the Acting United States Trustee for Region Four to serve as the Chapter 11 Trustee for the bankruptcy estate of Chasen Construction. [Dkt. #23 in Case No. 25-12356]. This Court approved Mr. Schlossberg's appointment on March 27, 2025. [Dkt. #26 in Case No. 25-12356]. Mr. Schlossberg thereafter accepted appointment as the Chapter 11 Trustee herein, duly qualified for that position and has been acting in said fiduciary capacity through the date hereof.

4. On June 16, 2025, the aforementioned Petitioning Creditors commenced a bankruptcy proceeding against Brandon M. Chasen Sr. ("Mr. Chasen"), one of the principals of Chasen Construction,[1] upon the filing of an *Involuntary Petition* under Chapter 7 of the Bankruptcy Code. [Dkt. #1 in Case No. 25-15437].

5. On July 11, 2025, Mr. Chasen moved to convert Case No. 25-15437 to a voluntary case under Chapter 7 of the Bankruptcy Code. [Dkt. #23 in Case No. 25-15437]. On July 30, 2025, this Court granted Mr. Chasen's motion to convert the case to a voluntary proceeding. [Dkt. #29 in Case No. 25-15437].

6. Mr. Guttman thereupon duly was appointed Chapter 7 Interim Trustee of Mr. Chasen's bankruptcy estate. Following the convening of that meeting of creditors required to be

[1] Mr. Chasen owns 50% of the membership interest in Chasen Construction, LLC. Paul W. Davis owns the remaining 50% membership interest in Chasen Construction.

conducted pursuant to 11 U.S.C. § 341(a) without the request by creditors for the election of a trustee as permitted by 11 U.S.C. §702(b) and (c), the appointment of Mr. Guttman ripened into that of permanent Chapter 7 Trustee pursuant to the provisions of 11 U.S.C. § 702(d).

**Jurisdiction, Venue, *Etc.***

7. This Court is vested with jurisdiction over the above-captioned administrative cases and this contested matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157(a) and United States District Court Local Rule 402. Further, this contested matter is a "core" proceeding pursuant to the provisions of 28 U.S.C. §157(b)(2)(A) and (O). Venue in this Court is appropriate pursuant to the provisions of 28 U.S.C. §§ 1408 and 1409(a).

**Parties**

8. Your Movants jointly seek authority by the instant *Motion* to conduct an examination pursuant to the provisions of Bankruptcy Rule 2004.

9. The party as to whom your Movants seek to examine pursuant to the provisions of Bankruptcy Rule 2004 is Kevin Tehan (hereinafter referred to as "Mr. Tehan"). Mr. Tehan is an employee of ColumbiaNational Real Estate Finance, which was the primary mortgage broker involved with refinancing the loans associated the commercial properties owned and worked on by the Chasen Related Entities.

**Legal Authority for Rule 2004 Examination**

10. Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Fed. R. Bankr. P. 2004(a). Rule 2004 permits the "examination of an entity . . . relat[ing] only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate…" *Id.* The term "entity" includes any governmental unit. 11 U.S.C. §101(15).

11. Bankruptcy Rule 2004 uniformly has been held to provide a broad power to investigate *any* matter that may affect the administration of the estate, particularly regarding the discovery of assets of estate and exposure of any fraudulent conduct. *See In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997); *In re Bennett Funding Group, Inc.*, 203 B.R. 24, 27-28 (Bankr. N.D.N.Y. 1996); *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 708 (Bankr. S.D.N.Y. 1991). The Rule is designed to provide a "sweeping general examination" of debtors, the scope of which is "unfettered and broad." *In re Symington*, 209 B.R. at 683; *In re GHR Energy Corp.*, 33 B.R. 451, 453-54 (Bankr. D. Mass. 1983). The scope of a Bankruptcy Rule 2004 examination, in fact, is so broad it has been characterized as a "fishing expedition." *In re Szadkowski*, 198 B.R. 140, 140 (Bankr. D. Md. 1996); *In re Duratech Indus.*, 241 B.R. 291 (Bankr. E.D.N.Y. 1999), *aff'd*, 241 B.R. 283 (N.D.N.Y. 1999).

**<u>Factual Predicate for the Instant Rule 2004 Examination</u>**

12. Upon investigation into the assets, business operations, and financial affairs of Chasen Construction and its numerous affiliated business entities (hereinafter referred to as the "Chasen Related Entities") and Mr. Chasen, the Trustees learned that Mr. Tehan was ColumbiaNational's primary contact person for the Chasen Related Entities' relationship with ColumbiaNational, which received over $3 million in payments from the Chasen Related Entities. The Trustees have also learned that Mr. Tehan maintained close personal relationships with Mr. Chasen, as well as with Paul Davis (who, along with Mr. Chasen, owned and operated Debtor Chasen Construction and many of the Chasen Related Entities).

13. During their investigation, the Trustees also learned that Mr. Chasen and Mr. Davis communicated frequently with Mr. Tehan concerning the Chasen Related Entities' business and

financial operations, including by email and text message, as well as through telephone and in-person conversations.

14. The Trustees desire to examine Mr. Tehan to learn more about the Chasen Related Entities' relationships and interactions with ColumbiaNational and Mr. Tehan, and ColumbiaNational's and Mr. Tehan's knowledge of and participation in the Chasen Related Entities' business operations. The Trustees also wish to obtain, *inter alia*, copies of all communications between Mr. Chasen, Mr. Davis, and Mr. Tehan, as well as all other documents maintained by Mr. Tehan concerning the Chasen Related Entities. In addition, while the Trustees are engaged in separate discussions with ColumbiaNational concerning ColumbiaNational's compliance with the Trustees' subpoenas, ColumbiaNational has thus far taken the position that it does not have possession of Mr. Tehan's relevant text messages and mobile device communications, and therefore cannot produce them in response to those subpoenas.

15. Accordingly, your Movants now seek leave by the instant *Motion* to take the Rule 2004 examination of Mr. Tehan and to request the production of documents from said examinee pursuant to a standard *Subpoena for Rule 2004 Examination*.

16. Movants respectfully urge that the requested Rule 2004 examination is in the best interests of creditors and all parties-in-interest in the above-captioned bankruptcy cases.

17. Pursuant to Local Rule 9013-2, Movants state that no memorandum of fact and law will be filed and that they will rely solely upon this motion.

**Conclusion**

WHEREFORE, Movants respectfully pray that this Honorable Court grant the instant *Motion* and order that a Rule 2004 examination of Mr. Tehan be conducted herein.

Respectfully submitted,

SCHLOSSBERG | MASTRO

/s/ Frank J. Mastro
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

and

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

/s/ Zvi Guttman
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

*Certificate of Service appears on the following page*

## Certificate of Service

I HEREBY CERTIFY that on this ***13th*** day of ***October 2026***, a copy of the foregoing *Motion for Rule 2004 Examination of Kevin Tehan* together with all: (i) attachments or exhibits referenced therein or attached thereto; and (ii) a proposed form of Order (collectively, the "*Service Set*") was served:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows:

| 25-12356 Notice will be electronically mailed to: | 25-15437 Notice will be electronically mailed to: |
|---|---|
| Brian E. Barkley bbarkley@barkenlaw.com<br><br>Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Jill D. Caravaggio jill@jill-lawoffice.net,<br>paralegal@jill-lawoffice.net<br><br>Aaron L. Casagrande<br>Aaron.casagrande@Icemiller.com<br><br>Darrell William Clark darrell.clark@stinson.com,<br>catherine.scott@stinson.com<br><br>Alan D. Eisler aeisler@e-hlegal.com,<br>alaneisler@gmail.com<br><br>David V. Fontana dfont@gebsmith.com<br><br>Jason J. Giguere jgiguere@zwickerpc.com,<br>bknotices@zwickerpc.com<br><br>Richard Marc Goldberg rmg@shapirosher.com,<br>ejd@shapirosher.com<br><br>Zvi Guttman zvi@zviguttman.com,<br>zviguttman@gmail.com,<br>zviguttman@outlook.com,<br>MD55@ecfcbis.com<br><br>Jeffery Thomas Martin jeff@martinlawgroup.com,<br>Martin.JefferyT.B119228@notify.bestcase.com,<br>brittany@martinlawgroup.com,<br>Diana@martinlawgroup.com<br><br>Frank J. Mastro fmastro@schlosslaw.com<br><br>Stephen A. Metz smetz@offitkurma.com,<br>mmargulies@offitkurman.com<br><br>Tracey Michelle Ohm tracey.ohm@stinson.com,<br>porsche.barnes@stinson.com | Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Joshua D. Bradley jbradley@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com<br><br>Richard C. Burch<br>rcb@mhblaw.com<br><br>Aaron L. Casagrande<br>Aaron.casagrande@Icemiller.com<br><br>Darrell William Clark darrell.clark@stinson.com,<br>catherine.scott@stinson.com<br><br>Michael Collyard michael.collyard@gtlaw.com,<br>rebecca.silas@gtlaw.com<br><br>Alan D. Eisler aeisler@e-hlegal.com,<br>alaneisler@gmail.com<br><br>Scott W. Foley swf@shapirosher.com,<br>ajs@shapirosher.com, ens@shapirosher.com,<br>blr@shapirosher.com, LAR@shapirosher.com<br><br>Adam M. Freiman adam@pikesvillelaw.com,<br>r54650@notify.bestcase.com<br><br>Jason J. Giguere jgiguere@zwickerpc.com,<br>bknotices@zwickerpc.com<br><br>Jeffrey Greenberg jgreenberg@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com,<br><br>Zvi Guttman zguttman@gmail.com,<br>zviguttman@outlook.com, MD55@ecfcbis.com<br><br>Zvi Guttman zvi@zviguttman.com,<br>zviguttman@gmail.com, zviguttman@outlook.com,<br>MD55@ecfcbis.com |

| | |
|---|---|
| Jeffrey M. Orenstein jorenstein@wolawgroup.com<br><br>John E Reid jack@martinlawgroup.com, brittany@martinlawgroup.com, Diana@martinlawgroup.com<br><br>Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com<br><br>Roger Schlossberg bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com<br><br>Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com<br><br>Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com<br><br>US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV<br><br>Maurice Belmont Verstandig mac@mvbesq.com, lisa@mvbesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982 @notify.bestcase.com, verstandiglaw@recap.email<br><br>Shawn C Whittaker shawn@whittaker-law.com | Christopher Hamlin chamlin@mhlawyers.com, mevans@mhlawyers.com, chamlin@inforuptcy.com, Hamlin.ChristopherR92003@notify.bestcase.com, cmartin@mhlawyers.com<br><br>Peter Ihrig peter.ihrig@gtlaw.com, rebecca.silas@gtlaw.com<br><br>Andrew Janquitto aj@mhblaw.com<br><br>Frank J. Mastro fmastro@schlosslaw.com<br><br>Aaron Drew Neal aneal@mhlawyers.com, byoung@mhlawyers.com<br><br>Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com<br><br>Jeffrey M. Orenstein jorenstein@wolawgroup.com<br><br>Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com<br><br>Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com<br><br>Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, mzawalick@shulmanrogers.com, tlong@shulmanrogers.com, rparadis@shulmanrogers.com<br><br>Andre' R. Weitzman aequityhouse@aol.com |

(b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Chasen Construction LLC<br>c/o Brandon M. Chasen<br>1501 Yamato Road, Suite 3007<br>Boca Raton, FL 33431<br><br>Michael Fisco<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402<br><br>Peter Kieselbach<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402<br><br>Catherine Lawrence<br>Lawrence Law LLC<br>323 W. Camden Street, Suite 700<br>Baltimore, MD 21201 | Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204<br><br>Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209<br><br>Kevin Tehan<br>8211 Tally Ho Road<br>Lutherville-Timonium, MD 21093<br><br>Kevin Tehan<br>c/o ColumbiaNational Real Estate Finance, LLC<br>1 West Pennsylvania Avenue, Suite 915<br>Towson MD 21204 |

| | |
|---|---|
| Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031 | Duque Construction LLC<br>777 Briggs Chaney Road<br>Silver Spring, MD 20905 |

*/s/ Frank J. Mastro*

/s/ Zvi Guttman