# Exhibit 2

FedEx

October 12, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 876362900604

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | T.Westen | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | BALTIMORE, MD, |
| | | **Delivery date:** | Aug 31, 2026 10:10 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 876362900604 | **Ship Date:** | Aug 28, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

BALTIMORE, MD, US,

**Shipper:**

HAGERSTOWN, MD, US,

**Reference** Chasen Construction

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

FedEx Sign Up or Log In

Tracking ID: 876362900604

Local Scan Time

# Travel history

Sort by: Ascending

| | | | |
|---|---|---|---|
| Thursday, 8/27/26 | 7:55 AM | Shipment information sent to FedEx | |
| Friday, 8/28/26 | 3:00 PM | | |
| Saturday, 8/29/26 | 8:28 AM | At destination sort facility | BALTIMORE, MD |
| Monday, 8/31/26 | 6:04 AM | At local FedEx facility | SPARROWS POINT, MD |
| | 8:10 AM | On FedEx vehicle for delivery | SPARROWS POINT, MD |
| | 10:10 AM | Delivered | BALTIMORE, MD |

# Shipment facts

## Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 876362900604 |
| DELIVERED TO | Shipping/Receiving |
| SHIP DATE | 8/28/2026 |
| STANDARD TRANSIT | 8/31/2026 before 5:00 pm |
| DELIVERED | 8/31/2026 at 10:10 am |

## Services

| | |
|---|---|
| SERVICE | FedEx Standard Overnight |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday |

## Package details

| | |
|---|---|
| WEIGHT | 0.5 lbs / 0.23 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.5 lbs / 0.23 kgs |
| PACKAGING | FedEx Envelope |