# Mailing Information for Case 25-12356

**Electronic Mail Notice List** - Parties in the case only

- **Brian E. Barkley** bbarkley@barkenlaw.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Jill D. Caravaggio** jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- **Aaron L. Casagrande** Aaron.casagrande@Icemiller.com
- **Darrell William Clark** darrell.clark@stinson.com, catherine.scott@stinson.com
- **Alan D. Eisler** alan@alaneisler.com, alaneisler@gmail.com
- **David V. Fontana** dfont@gebsmith.com
- **Jason J. Giguere** jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Richard Marc Goldberg** rmg@shapirosher.com, ejd@shapirosher.com
- **Zvi Guttman** zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Jeffery Thomas Martin** jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Frank J. Mastro** fmastro@schlosslaw.com
- **Stephen A. Metz** smetz@offitkurman.com
- **Tracey Michelle Ohm** tracey.ohm@stinson.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **John E Reid** jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- **Roger Schlossberg** bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- **Roger Schlossberg** trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster** rob@shusterlaw.com, courts@shusterlaw.com
- **Brent C. Strickland** bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Shawn C Whittaker** shawn@whittaker-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Chasen Construction LLC**
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

**Michael A. Collyard**
Greenberg Traurig, LLP.
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Duque Construction Duque Construction, LLC**
,

**Michael B. Fisco**
Greenberg Traurig, LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Peter C. Ihrig**
Greenberg Traurig, LLP.
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Peter D. Kiesbelbach**
Greenberg Traurig, LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Peter D. Kieselbach**
Greenberg Traurig, LLP
90 South 7th Street
Suite 3500
Minneapolis, MN 55402

**Catherine Lawrence**
Lawrence Law, LLC
323 W. Camden Street
Suite 700
Baltimore, MD 21201

**Shepherd Electric Co., Incorporated**
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

**List of Creditors and Parties**

Back