IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>CHASEN CONSTRUCTION, LLC,<br><br>Debtor. | Case No. 25-12356-NVA<br><br>(Chapter 11) |
| In re:<br><br>BRANDON M. CHASEN SR.<br><br>Debtor. | Case No. 25-15437-NVA<br><br>(Chapter 7) |

**ORDER TO SHOW CAUSE**

UPON CONSIDERATION of the *Motion for Issuance of Show Cause Order to Chasen 2022 Family Irrevocable Trust for Failure to Obey Subpoenas for Rule 2004 Examination* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, any response thereto, and this Court being fully advised and good cause having been shown for the relief requested, it is hereby

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that Matthew A. Mace, Esq., in his capacity as trustee of the Chasen 2022 Family Irrevocable Trust, shall appear before this Court on the date and time set forth above to show cause why he should not be held in contempt of Court for failing to respond to the *Subpoenas for Rule 2004 Examination* served upon the Chasen 2022 Family Irrevocable Trust by the Trustees.

cc: Roger Schlossberg, Chapter 11 Trustee
Zvi Guttman, Chapter 7 Trustee
Frank J. Mastro, Esquire

Matthew A. Mace, Esq.
c/o Baker Donelson
100 Light Street, 19th Floor
Baltimore, MD 21202

**END OF ORDER**