# EXHIBIT 4

**Mills, Charles**

---

**From:** Casagrande, Aaron
**Sent:** Thursday, September 24, 2026 3:13 PM
**To:** Moffet, Brian L.
**Cc:** Frank Mastro; Peter Ihrig; Mills, Charles; Michael Collyard; Devan, Emily K.
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.
**Attachments:** Protective Order - Global for Rule 2004 Discovery-4907-4334-4843-v4.docx

Brian,

I write in response to your correspondence below.

With respect to the proposed protocol, when CN runs the "objectional search terms", we request that the resulting report identify unique, or new, documents not already captured by the "agreed-upon search terms" so that we can meaningfully asses their inclusion.

With respect to personal devices, please provide us with copies of any BYOD or other mobile device policies that CN may have that governs the treatment of work-related communications on personal devices. While CN may "not provide business phones or tablets to its employees", that does not necessarily absolve CN of the obligation to collect and produce work related mobile device communications for its employees. Moreover, while Mr. Tehan may have deleted mobile device communications from his physical mobile device, that does not necessarily mean that any such communications are not also available on backup or other systems. We need to understand whether any such backup sources exist.

On the protective order front, attached is a draft protective order that has been reviewed and approved by my clients and the Trustees.

Last, we disagree with CN's contention that it is entitled to a reimbursement of compliance costs in responding to the subpoenas. As we have previously discussed, CN's relationship with the Chasen Companies was integral to its operations and CN earned significant fees from that relationship. Moreover, the anticipated fees are not significant given the fees earned by CN in connection with its relationship with the Chasen Companies. Plus, there is no justification for asking the requesting parties to bear the costs of hosting discovery for a period of 5-6 months, which is a choice made by CN. Rather, we would propose that your client produce the requested documents with a reservation of rights that would permit your client to seek a future allocation/award of fees, with our clients reserving the right to object to any such request.

Please let us know if a follow-up conversation would be helpful.

Regards,

Aaron

**Aaron Casagrande** | Partner