# EXHIBIT 7

**Mills, Charles**

**From:** Casagrande, Aaron
**Sent:** Friday, October 9, 2026 2:38 PM
**To:** Moffet, Brian L.
**Cc:** Frank Mastro; Peter Ihrig; Mills, Charles; Michael Collyard; Devan, Emily K.
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Brian,

It appears we are at an impasse and my clients have instructed me to move to compel Columbia National's document productions. Not only do we disagree with the notion that expenses between $15,000-$20,000 are burdensome, particularly given the lucrative nature of the relationship between Columbia National and Chasen Construction over the years, it appears that Columbia National refuses to even provide a hit report reflected the number of documents potentially at issue as a result of the parties' scope negotiations to date. While my clients remain willing to continue good faith negotiations regarding scope, additional information from your client regarding the number of documents implicated by the search proposal is a necessary piece of that process. Notably, Columbia National has not yet produced a single document in response to the subpoena my clients served approximately 4 months ago, including the discrete loan files that Columbia National has agreed to produce.

In addition, given the response below, we also intend on moving to conduct a Rule 2004 examination of Mr. Tehan. With that said, we may consider forgoing such a motion if you and/or Mr. Tehan confirm in a sworn statement that Mr. Tehan does not possess any backups of his mobile device communications. From your email below, it appears to me that you are representing that no such mobile device communications are maintained on any Columbia National systems, including any backup systems, but I do not read your response to make the same representation regarding any personal backup systems that Mr. Tehan may possess, such as iCloud, just as way of example.

Last, please provide any comments to the protective order as soon as possible as we also intend to seek the Court's entry of an order in the near future.

Regards,

Aaron

**Aaron Casagrande** | Partner
IceMiller
P 410-951-5876 C 410-402-3606 F 410-951-5879
100 Light Street Suite 2700 Baltimore, MD 21202
Aaron.Casagrande@icemiller.com | icemiller.com

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Thursday, October 8, 2026 5:02 PM