# EXHIBIT 8

**Mills, Charles**

| | |
|---|---|
| **From:** | Peter.Ihrig@gtlaw.com |
| **Sent:** | Monday, October 12, 2026 5:24 PM |
| **To:** | bmoffet@MilesStockbridge.com |
| **Cc:** | fmastro@schlosslaw.com; Mills, Charles; Michael.Collyard@gtlaw.com; edevan@MilesStockbridge.com; Casagrande, Aaron; Rebecca.Silas@gtlaw.com |
| **Subject:** | RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr. |
| **Attachments:** | Proposed Search Terms - Columbia National 2004 Subpoena (revised Oct. 12)(727064788.2).docx |

Brian,

The Trustees disagree with your assertions that ColumbiaNational is entitled to have its costs reimbursed and that ColumbiaNational's $15k-20k in estimated costs are reasonable or justified. In particular, your statement that the $15k-$20k in costs are "unquestionably significant" is incorrect. Courts consider at least three factors when determining whether costs are "significant" under Rule 45, "(1) whether the nonparty has an actual interest in the outcome of the case; (2) whether the nonparty can more readily bear the costs than can the requesting party; and (3) whether the litigation is of public importance." In re Nat'l Realty Inv. Advisors, LLC, No. 22-14539, 2023 WL 7402282, at *2 (Bankr. D.N.J. Nov. 8, 2023) (citing *James Wm. Moore*, 9 Moore's Federal Practice § 45.41[3]). All three factors support finding that the $15k-$20k in costs are *insignificant* to ColumbiaNational.

ColumbiaNational can much more readily bear the costs than the Trustees can. ColumbiaNational's financial ability to bear the costs of production is a significant factor in determining whether the costs it seeks reimbursement for are "significant." Balfour Beatty Infrastructure, Inc. v. PB & A, Inc., 319 F.R.D. 277, 281 (N.D. Cal. 2017) ("Courts look to the nonparty's financial ability to bear the costs of production.") And according to ColumbiaNational's website, it has earned revenue from closing over $10 billion in new loans since 2020 and from servicing over $7.7 billion in loans. So ColumbiaNational is certainly better situated, and completely able, to bear the $15k-$20k in costs.

ColumbiaNational also has an interest in the outcome of this bankruptcy based on its deep involvement with Chasen's business, including originating and servicing hundreds of millions in loans for relevant Chasen properties. *See* Behrend v. Comcast Corp., 248 F.R.D. 84, 87 (D. Mass. 2008) (citing Tutor-Saliba Corp. v. United States, 32 Fed. Cl. 609, 610 n.5 (1995) ("[subpoenaed party] was substantially involved in the underlying transaction and could have anticipated that the contract on which it was a subcontractor might, given its size, reasonably spawn some litigation, and discovery.")) The loans Columbia National originated for Chasen projects, by their very nature, involved risk of default, and therefore litigation risk (and potential discovery of ColumbiaNational).

This is also a matter of public importance. It can't be denied that these bankruptcies, and the Chasen businesses and properties that ColumbiaNational was involved with, have generated significant public interest and media coverage over the last year and a half. So this factor also supports the conclusion that ColumbiaNational these costs are not significant under Rule 45(d).

In addition, ColumbiaNational's ongoing refusal to provide a hit report for the Trustees' proposed search terms makes it impossible for the Trustees to evaluate ColumbiaNational's claimed burden (and for ColumbiaNational to justify its position that the Trustees' requests are unduly burdensome).

Nevertheless, in an effort to avoid burdening the Court with motion practice, the Trustees will agree to the attached narrowed set of search terms for ColumbiaNational's collection and production of documents in response to their subpoenas. This narrowed set of search terms removes many of the terms ColumbiaNational found objectionable (the removed terms are identified as deleted in redline). If ColumbiaNational will agree to collect and produce documents from the custodians and date range identified in your September 1st email that hit on this narrowed set of search terms, and to produce those documents by October 30th, we will hold off on filing a motion to compel.

Please let us know by 5pm EDT on October 14th whether ColumbiaNational agrees to this proposal. If ColumbiaNational does not agree, the Trustees will move forward with filing a motion to compel.

**Peter Ihrig**
Shareholder

Greenberg Traurig, LLP
90 South 7th Street | Suite 3500 | Minneapolis, MN 55402
T +1 612.260.0413
Peter.Ihrig@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Thursday, October 8, 2026 4:02 PM
**To:** Aaron.Casagrande@icemiller.com
**Cc:** Frank Mastro <fmastro@schlosslaw.com>; Ihrig, Peter (Shld-MSP-LT) <Peter.Ihrig@gtlaw.com>; Charles.Mills@icemiller.com; Collyard, Michael (Shld-MSP-LT) <Michael.Collyard@gtlaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

***EXTERNAL TO GT***

Aaron –

I write in response to your September 24 correspondence and your October 6 follow-up. We will address each of the points you raised in turn.

As we have previously made clear, Columbia National's agreement to the proposed production protocol was and remains expressly contingent on the requesting parties bearing the significant costs of compliance created by the extraordinarily broad categories of documents your client and the Trustees have demanded. Columbia National is a non-party to this proceeding. Federal Rule of Civil Procedure 45(d)(2)(B)(ii), incorporated by Federal Rules of Bankruptcy Procedure 9016 and 2004, requires that any production order "protect a person who is neither a party nor a party's officer from significant expense resulting from compliance." This is not discretionary but rather mandatory. *See In re American Nurses Ass'n*, 643 F. App'x 310, 314 (4th Cir. 2016). Courts assess only two factors: "(1) whether the subpoena imposes expenses on the non-party, and (2) whether those expenses are 'significant.'" *Legal Voice v. Stormans, Inc.*, 738 F.3d 1178, 1184 (9th Cir. 2013) (citing *Linder v. Calero-Portocarrero*, 251 F.3d 178, 182 (D.C. Cir. 2001)).

Here, compliance with the protocol under discussion is estimated to cost Columbia National between $15,000 and $20,000. That cost is unquestionably significant for a non-party with no stake in this litigation. Your contention that these costs are not "significant" given fees Columbia National earned from the Chasen

Search Terms for Rule 2004 Subpoena Document Production – Columbia National

## I. Search terms for property addresses:

2601 w/2 "Four Seasons"
2402 w/2 "Four Seasons"
12 w/3 Montgomery
1702 w/3 Light
1708 w/3 Light
415 w/3 ("Saint Paul" or "st* paul")
411 w/3 ("Saint Paul" or "st* paul")
1719 w/3 Eastern
1742 w/3 Fleet
1122 w/3 Calvert
1126 w/3 Calvert
1617 w/3 Eastern Avenue
311 w/3 Cathedral
500 w/3 Bond
506 w/3 Bond
1511 w/3 Eastern
1513 w/3 eastern
1709 w/3 Fleet
1719 w/3 fleet
902 w/3 ("Saint Paul" or "st* paul")
904 w/3 ("Saint Paul" or "st* paul")
115 w/3 Eager
211 w/3 ("Saint Paul" or "st* paul")
930 w/3 calvert
938 w/3 Calvert
13 w/3 Read
1517 w/3 Eastern
201 w/3 "Baltimore St*"
816 w/3 Park
1012 w/3 Calvert
1020 w/3 calvert
1022 w/5 calvert
1026 w/3 calvert
1038 w/5 calvert
1021 w/3 ("Saint Paul" or "st* paul")
1210 w/3 calvert
838 w/3 park
840 w/3 park
300 w/3 Cathedral
520 w/3 Caroline

606 w/5 Cathedral
608 w/5 cathedral
610 w/5 cathedral
617 w/3 ploy
1005 w/3 Charles
600 w/3 Caroline
4000 w/3 Linkwood
601 w/3 Broadway
417 w/3 ("Saint Paul" or "st* paul")
419 w/3 ("Saint Paul" or "st* paul")
421 w/3 Broadway
2202 w/3 Pensacola
517 w/3 Broadway
85 w/3 "29* St*"
1720 w/3 ("Saint Paul" or "st* paul")
2125 w/3 Jackson
3522 w/3 Beech
817 w/3 ("Saint Paul" or "st* paul")
4 w/5 Biddle
10 w/5 biddle
7 w/3 Eager
9 w/3 eager
8 w/3 Eager
21 w/3 eager
12 w/5 biddle
1629 w/3 ("Saint Paul" or "st* paul")
906 w/3 ("Saint Paul" or "st* paul")
935 w/3 ("Saint Paul" or "st* paul")
921 w/3 ("Saint Paul" or "st* paul")
923 w/3 ("Saint Paul" or "st* paul")
1114 w/3 ("Saint Paul" or "st* paul")
13916 w/3 "Green Branch"
523 w/3 Broadway
330 w/3 Charles Street
12639 w/3 Belair
9 w/3 Howard
3170 w/3 Cottonwood
300 w/3 international

## II. Email (to/from/cc/bcc):

wtendall@gmail.com
bankwithunited.com
saul.com
newworldtitleco.com
SandySpringBank.com
arrowmarkpartners.com
peoplesbanknet.com
fnb-corp.com
harbormanagementgroup.com
cherokeeandwalker.com
cushwake.com
xcl2go@aol.com
jacobdhonig@gmail.com
brhonig@aol.com
kwaynenyc@aol.com
jonathanhonig@aol.com
mnmconsult.com
tonybobulinski@gmail.com
a2e-advisors.com
darcher@raefan.com
protective.com
baymgmtgroup.com
delanceystreetcap.com
harborstoneadvisors.com
thedominiongroup.com
@chasencompanies.com
@standard.com
mike.morey@standard.com
brandon@chasencompanies.com
brandon.chasen@mac.com
brandonchasensr@gmail.com
paul@chasencompanies.com
pdavis713@gmail.com
Scott.Robinson@standard.com
Christina.Stelling@standard.com

## III. Standalone search terms:

chasen
honig
devin w/2 mccreery
"united bank"

paul w/2 davis
bobulinski
"tony b"
"pr giv"
harbor w/2 management
devon w/2 archer
red w/2 bridge
cherokee AND walker
"four kids"
dav* w/2 masters
protective w/2 life
bay w/2 management
bay w/2 mgmt
Delancey
Harbor w/2 stone
Verner
Bevier
kath* w/2 mitchell
andrew w/2 lincoln
andy w/2 lincoln
Peery
paul w/2 erickson
"Mount Vernon Collective"
ryan w/2 spencer

~~Calvert~~
~~Belvidere~~
~~Vision~~
~~Madison~~
~~Darcy~~
~~Archer~~
~~Wilkes~~
~~Roland~~
~~James~~
~~Cathedral~~
~~Tobee~~
~~Wyman~~
~~Tuscan~~
~~Courtland~~
~~Brixton~~
~~Bond~~
~~Caroline~~
~~Chelsea~~
~~Lyn~~

~~Park Place~~
~~Davis~~
~~Jimmy~~
~~Suites~~
~~Montgomery~~
~~Light Street~~
~~Saint Paul~~
~~St. Paul~~
~~Eastern~~
~~Fleet~~
~~Eager~~
~~Park Avenue~~
~~Broadway~~
~~Linkwood~~
~~29th~~
~~Beech~~
Chasen
Brandon
~~Four Seasons~~
~~Palmetto~~
~~Howard~~
AWBC
BPR
~~Briggs~~
~~Biddle~~
~~Charles~~
Lona
~~Read Street~~
~~Aliceanna~~
~~Lake Avenue~~
~~McCaskill~~
~~Jackson~~
~~Pensacola~~
~~Ploy~~
~~Sandy~~
~~296th~~
~~Broward~~
~~Chateaus~~
~~FS 2601~~
~~Hargrave~~
~~Hunter~~
~~Serenity~~
~~Sheep~~
~~Bear~~

~~The Bo~~
~~Molly~~
~~Regency~~
~~Seminole~~
~~Whitney~~
~~Washington House~~
CDA FX
CDA Holdings
~~631 Constitution~~
~~FS 2603~~
~~Harbor~~
~~Live Loads~~
PB7 Investments
~~Relay~~
Ruskin
Burnley
STJ
~~Stone House~~
~~Zuckerberg~~
~~Stancorp~~
~~ArrowMark~~
~~Stronghill~~
~~FVCbank~~
~~Harned~~
~~Kyle Smith~~
~~Robinson~~
~~Lyons~~
~~Stelling~~
~~Aaron Alexander~~
~~Morey~~
~~Monica~~
~~Brooks~~
~~Anne~~
~~Plaza~~
~~Oz~~
Tendall
~~Catherine~~