**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 25-12356-NVA** |

**ORDER GRANTING MOTION TO COMPEL COLUMBIA NATIONAL'S PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the *Motion to Compel Columbia National's Production of Documents Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Protective Order attached as Exhibit 5 to the Motion is **APPROVED** and incorporated herein by reference, and its provisions shall take effect upon entry of this Order; and it is further

**ORDERED,** that, within fourteen (14) days after entry of this Order, Columbia National Real Estate Finance, LLC's ("ColumbiaNational") shall produce to the Interested Parties all

nonprivileged files within its possession, custody, or control that are responsive to the Rule 2004 subpoena served in connection with this Court's Order [Dkt. 184] using the agreed-upon search terms identified in Exhibit 8 to the Motion; and it is further

**ORDERED,** that, within thirty (30) days after entry of this Order, ColumbiaNational shall provide the Interested Parties with a privilege log identifying responsive documents withheld, in whole or in part, from the productions required herein on grounds of privilege or work-product protection.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Brian Moffett
Emily Devan
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202

**END OF ORDER**