United States Bankruptcy Court
District of Maryland

In re:
Chasen Construction LLC
Debtor

Case No. 25-12356-NVA
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdfall Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| adb | + | Chasen Construction LLC, Attn: Brandon Chasen, 12 W. Montgomery St., Baltimore, MD 21230-4489 |
| | | Devin McCreery, Martinsburg United Bank, 24 District Way 7867 Martinsburg Pike, Martinsburg, WV 25401 |
| | + | Devin McCreery, 51 Pathfinder Cout, Shepherdstown, WV 25443-3722 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: zguttman@gmail.com | Oct 29 2026 21:59:00 | Zvi Guttman, P.O. Box 32308, Baltimore, MD 21282-2308 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | Aaron.casagrande@Icemiller.com |
| Alan D. Eisler | alan@alaneisler.com alaneisler@gmail.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |

| | |
|---|---|
| Brian E. Barkley | bbarkley@barkenlaw.com |
| Darrell William Clark | darrell.clark@stinson.com catherine.scott@stinson.com |
| David V. Fontana | dfont@gebsmith.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jason J. Giguere | jgiguere@zwickerpc.com bknotices@zwickerpc.com |
| Jeffery Thomas Martin | jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com,brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Jill D. Caravaggio | jill@jill-lawoffice.net paralegal@jill-lawoffice.net |
| John E Reid | jack@martinlawgroup.com brittany@martinlawgroup.com,Diana@martinlawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard Marc Goldberg | rmg@shapirosher.com ejd@shapirosher.com |
| Robert Kearney | robert.kearney@gtlaw.com |
| Robert G. Shuster | rob@shusterlaw.com courts@shusterlaw.com |
| Roger Schlossberg | bkcreditor@schlosslaw.com jkemmerer@schlosslaw.com |
| Shawn C Whittaker | shawn@whittaker-law.com |
| Stephen A. Metz | smetz@offitkurman.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 23

Entered: October 29th, 2026

Signed: October 29th, 2026

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 25-12356-NVA** |

**ORDER GRANTING MOTION FOR EXAMINATION OF DEVIN MCCREERY PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the *Motion for Examination of Devin McCreery Pursuant to Bankruptcy Rule 2004* (the "Motion"), upon consideration of any opposition or other response interposed in reply thereto, and for good cause shown that the Motion should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Interested Parties may examine the above-named party pursuant to Fed. R. Bankr. P. 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the



4917-5694-9922.5

manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery
St. Baltimore, MD 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Aaron L. Casagrande
ICE MILLER LLP
100 Light Street, Suite 2700
Baltimore, Maryland 21202

Darrell W. Clark
Tracey M. Ohm,
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006

Devin McCreery
51 Pathfinder Cout
Shepherdstown, West Virginia 25443

Devin McCreery
Martinsburg United Bank
24 District Way 7867 Martinsburg Pike
Martinsburg, West Virginia 25401

**END OF ORDER**