Entered: November 2nd, 2026

Signed: November 2nd, 2026

**SO ORDERED**

NO TIMELY OPPOSITION.

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| CHASEN CONSTRUCTION, LLC, | Case No. 25-12356-NVA |
| Debtor. | (Chapter 11) |
| In re: | |
| BRANDON M. CHASEN SR. | Case No. 25-15437-NVA |
| Debtor. | (Chapter 7) |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION**
**(Devin McCreery)**

The above-captioned matter came before the Court upon the *Motion for Rule 2004 Examination of Devin McCreery* (the "*Motion*") filed jointly by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, and Zvi Guttman, the Chapter 7 Trustee duly appointed and serving in Case No. 25-15437, and upon any opposition or other response interposed in reply thereto. Upon careful consideration of the same, together with any evidence admitted or arguments advanced at any hearing conducted thereon, and it

appearing that the relief requested in said *Motion* should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Movants may examine the above-named party pursuant to Federal Bankruptcy Rule 2004; and it is further

**ORDERED**, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such person for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:

Roger Schlossberg, Chapter 11 Trustee
Zvi Guttman, Chapter 7 Trustee
Frank J. Mastro, Esquire

Devin McCreery
51 Pathfinder Court
Shepherdstown, WV 25443

Devin McCreery
c/o United Bank
24 Edwin Miller Blvd.
Martinsburg, WV 25404

**END OF ORDER**