IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>CHASEN CONSTRUCTION, LLC,<br><br>Debtor. | Case No. 25-12356-NVA<br><br>(Chapter 11) |
| In re:<br><br>BRANDON M. CHASEN SR.<br><br>Debtor. | Case No. 25-15437-NVA<br><br>(Chapter 7) |

**LINE REQUESTING THAT COURT HOLD IN ABEYANCE TRUSTEES' MOTION FOR ISSUANCE OF SHOW CAUSE ORDER FOR CHASEN 2022 FAMILY IRREVOCABLE TRUST'S FAILURE TO OBEY SUBPOENAS FOR RULE 2004 EXAMINATION**

COMES NOW, Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees" or "Movants"), and hereby request that the Court hold in abeyance the *Motion for Issuance of Show Cause Order for Chasen 2022 Family Irrevocable Trust's Failure to Obey Subpoenas for Rule 2004 Examination* ("the *Motion*"), filed herein by the Trustees and in support of this request, the Trustees state as follows:

1. Shortly after the filing of the *Motion*, Matthew A. Mace, Esq., in his capacity as trustee of the Chasen 2022 Family Irrevocable Trust ("Chasen Trust" or "Respondent"), through counsel, contacted the Trustees in response to the *Subpoenas for Rule 2004 Examination* (the "*Rule 2004 Subpoenas*") issued by the Trustees and duly served upon the Chasen Trust.

2. The Chasen Trust has made an initial production of documents pursuant to the *Rule 2004 Subpoenas* and is in the process of searching for additional responsive documents, including email communications. Once the Chasen Trust's document production is completed, the parties anticipate scheduling an examination of Mr. Mace. The Chasen Trust also has agreed to pay the expenses incurred by the Trustees in having to file the instant *Motion*.

3. Once the items enumerated in the foregoing paragraph have been accomplished, the Trustees intend to withdraw the instant *Motion*. In the meantime, however, the Trustees respectfully request that said *Motion* be held in abeyance in order to allow the parties to resolve the foregoing matters.

4. The Trustees propose to file a status report on or before November 24, 2026 in the event that the *Motion* has not been withdrawn by said date.

WHEREFORE, the Trustees respectfully request that the Court hold the instant *Motion* in abeyance pending the Chasen Trust's compliance with the *Rule 2004 Subpoenas* as contemplated herein.

Respectfully submitted,

SCHLOSSBERG | MASTRO

*/s/ Frank J. Mastro*

Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

--and--

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

*/s/ Zvi Guttman*
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ***3rd*** day of ***November 2026***, a copy of the foregoing *Line Requesting that Court Hold in Abeyance Trustees' Motion for Issuance of Show Cause Order for Chasen 2022 Family Irrevocable Trust's Failure to Obey Subpoenas for Rule 2004 Examination* was served upon all parties listed on the attached *CM-ECF Mailing Information* for each case as follows:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon; and

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice Lists* as follows:

Chasen Construction LLC
c/o Brandon Chasen
1501 Yamato Road, Suite 3007
Boca Raton, FL 33431

Michael Collyard
Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402

Michael Fisco
Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402

Catherine Lawrence
Lawrence Law LLC
323 W. Camden Street, Suite 700
Baltimore, MD 21201

Robert L. Patrick
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031

Larry Strauss
Larry Strauss ESQ CPA & Assoc., Inc.
2310 Smith Avenue
Baltimore, MD 21209

Peter Ihrig
Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402

Peter Kieselbach
Greenberg Traurig, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402

Shepherd Electric Co., Inc.
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

Duque Construction LLC
777 Briggs Chaney Road
Silver Spring, MD 20905

Further, additional copies of the foregoing *Line* were served via first-class mail, postage prepaid, upon:

Chasen 2022 Family Irrevocable Trust
c/o Matthew A. Mace, Trustee
Baker Donelson
100 Light Street, 19th Floor
Baltimore, MD 21202

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

*/s/ Frank J. Mastro*
Frank J. Mastro