# Mailing Information for Case 25-15437

## Electronic Mail Notice List - Parties in the case only

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Joshua D. Bradley** jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Richard C Burch** rcb@mhblaw.com
- **Aaron L. Casagrande** Aaron.casagrande@Icemiller.com
- **Darrell William Clark** darrell.clark@stinson.com, catherine.scott@stinson.com
- **Michael Collyard** michael.collyard@gtlaw.com, rebecca.silas@gtlaw.com
- **Emily Devan** edevan@milesstockbridge.com
- **Alan D. Eisler** alan@alaneisler.com, alaneisler@gmail.com
- **Scott W. Foley** swf@shapirosher.com, ajs@shapirosher.com;ens@shapirosher.com;blr@shapirosher.com;LAR@shapirosher.com
- **Adam M. Freiman** adam@pikesvillelaw.com, r54650@notify.bestcase.com
- **Jason J. Giguere** jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- **Jeffrey Greenberg** jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com>
- **Zvi Guttman** zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Zvi Guttman** zguttman@gmail.com, zviguttman@outlook.com,MD55@ecfcbis.com
- **Christopher L. Hamlin** chamlin@mhlawyers.com, mevans@mhlawyers.com;chamlin@ecf.inforuptcy.com;Hamlin.ChristopherR92003@notify.bestcase.com;cmartin@mhlawyers.com
- **Peter Ihrig** peter.ihrig@gtlaw.com, rebecca.silas@gtlaw.com
- **Andrew Janquitto** aj@mhblaw.com
- **Frank J. Mastro** fmastro@schlosslaw.com
- **Aaron Drew Neal** aneal@mhlawyers.com, lmiller@mhlawyers.com
- **Tracey Michelle Ohm** tracey.ohm@stinson.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Roger Schlossberg** trustee@schlosslaw.com, MD20@ecfcbis.com
- **Robert G. Shuster** rob@shusterlaw.com, courts@shusterlaw.com
- **Benjamin Smith** bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;rparadis@shulmanrogers.com
- **Andre' R Weitzman** aequityhouse@aol.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael A. Collyard**
Greenberg Traurig, LLP.
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Duque Construction Duque Construction, LLC**
,

**Michael B. Fisco**
Greenberg Traurig, LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Peter C. Ihrig**
Greenberg Traurig, LLP.
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**Peter D. Kieselbach**
Greenberg Traurig, LLP
90 South 7th Street
Suite 3500
Minneapolis, MN 55402

**Robert L. Patrick**
SC&H Group, Inc.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031

**Shepherd Electric Company, Incorporated**
c/o Douglas H. Seitz, Esq
1 Olympic Place, Suite 800
Towson, MD 21204

**Larry Strauss**
CPA & Associates, Inc.
2310 Smith Avenue
Baltimore, MD 21209

**Creditor List**

**List of Creditors and Parties**

Back