IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: | Case No. 25-12356 -NVA |
| Chasen Construction, LLC, | Chapter 11 |
| Debtor. | **Line Submitting Corrected Proposed Order Granting Trustee's Motion to Compel Columbia National to Produce Documents in Response to Bankruptcy Rule 2004 Subpoena** |

TO THE CLERK:

Please substitute the attached, corrected proposed order granting the motion filed by Roger Schlossberg, as chapter 11 trustee (the "Trustee") of the bankruptcy estate of Chasen Construction, LLC, to compel Columbia National Real Estate Finance, LLC to produce documents in response to Bankruptcy Rule 2004 subpoena. [Dkt. #295}.

Dated**:** November 6, 2026 By: *\/s/ Frank J. Mastro*

**Schlossberg | Mastro**
Frank J. Mastro (D. Md. Bar No. 24679)
P.O. Box 2067
Hagerstown, MD 21742
Telephone: 301.739.8610
fmastro@schlosslaw.com

**Certificate of Service**

I hereby certify that on November 6, 2026, I reviewed the Court's CM/ECF system and it reports an electronic copy of the foregoing Line will be served electronically by the Court's CM/ECF system on the following:

- Brian E. Barkley bbarkley@barkenlaw.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Jill D. Caravaggio jill@jill-lawoffice.net paralegal@jill-lawoffice.net
- Aaron L. Casagrande Aaron.casagrande@Icemiller.com
- Darrell William Clark darrell.clark@stinson.com catherine.scott@stinson.com
- Emily Devan edevan@milesstockbridge.com
- Alan D. Eisler aeisler@e-hlegal.com alaneisler@gmail.com
- David V. Fontana dfont@gebsmith.com
- Jason J. Giguere jgiguere@zwickerpc.com bknotices@zwickerpc.com
- Richard Marc Goldberg rmg@shapirosher.com ejd@shapirosher.com
- Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com zviguttman@outlook.com MD55@ecfcbis.com
- Robert Kearney robert.kearney@gtlaw.com
- Jeffery Thomas Martin jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com brittany@martinlawgroup.com Diana@martinlawgroup.com
- Frank J. Mastro fmastro@schlosslaw.com
- Stephen A. Metz smetz@offitkurman.com
- Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com
- Jeffrey M. Orenstein jorenstein@wolawgroup.com
- John E Reid jack@martinlawgroup.com brittany@martinlawgroup.com Diana@martinlawgroup.com
- Roger Schlossberg bkcreditor@schlosslaw.com jkemmerer@schlosslaw.com

- Roger Schlossberg — trustee@schlosslaw.com
  MD20@ecfcbis.com
- Robert G. Shuster — rob@shusterlaw.com
  courts@shusterlaw.com
- Brent C. Strickland — bstrickland@whitefordlaw.com
  mbaum@whitefordlaw.com
  brent-strickland-3227@ecf.pacerpro.com
- US Trustee - Baltimore — USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig — mac@mbvesq.com
  lisa@mbvesq.com
  mahlon@dcbankruptcy.com
  mac@dcbankruptcy.com
  verstandig.mauricer104982@notify.bestcase.com
  verstandiglaw@recap.email
- Shawn C. Whittaker — shawn@wittaker-law.com

I hereby further certify that on November 6, 2026, a copy of the Line was also mailed first class mail, postage prepaid to:

- Chasen Construction LLC
  Attn: Brandon Chasen
  12 W. Montgomery St.
  Baltimore, Md 21230
- Duque Construction LLC
  777 Briggs Chaney Road
  Silver Spring, MD 20905
- Catherine Lawrence
  Lawrence Law, LLC
  323 W. Camden Street, Suite 700
  Baltimore, MD 21201
- Shepherd Electric Co., Incorporated
  c/o Douglas H. Seitz, Esq.
  1 Olympic Place, Suite 800
  Towson, MD 21204
- Office of the United States Trustee
  101 W. Lombard St., Suite 2625
  Baltimore, MD 21202

*/s/ Frank J. Mastro*
Frank J. Mastro