IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-12356-NVA |
| CHASEN CONSTRUCTION, LLC, | ) | |
| | ) | |
| Debtor. | ) | (Chapter 11) |

**ORDER GRANTING MOTION TO COMPEL COLUMBIA NATIONAL TO PRODUCE DOCUMENTS IN RESPONSE TO BANKRUPTCY RULE 2004 SUBPOENA**

UPON CONSIDERATION of the *Trustee's Motion to Compel Columbia National to Produce Documents in Response to Bankruptcy Rule 2004 Subpoena* (the "Motion") filed on November 6, 2026, by Roger Schlossberg, the Chapter 11 Trustee duly appointed and serving in Case No. 25-12356, any response thereto, and this Court being fully advised and good cause having been shown for the relief requested, it is hereby:

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that, within fourteen (14) days after entry of this Order, ColumbiaNational Real Estate Finance, LLC ("Columbia National") shall produce to the Trustee all nonprivileged files within its possession, custody, or control that are responsive to the Rule 2004 subpoena served in connection with this Court's Order (Dkt. 194) using the agreed-upon search terms

identified in Exhibit 8 to the *Motion to Compel Columbia National's Production of Documents in Response to Bankruptcy Rule 2004 Subpoena*, filed on October 26, 2026, by Family Pension Corp. 401(k) Plan and Trust, Four Kids Investment Fund, LLC, Jacob Honig, Jonathan Honig (Dkt. 279); and it is further

**ORDERED** that, within thirty (30) days after the entry of this Order, Columbia National shall provide the Trustee with a privilege log identifying responsive documents withheld, in whole or in part, from the productions required herein on grounds of privilege or work-product protection.

cc:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MN 21230

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742

Michael B. Fisco
Michael A. Collyard
Peter D. Kieselbach
Peter C. Ihrig
Robert B. Kearney
Greenberg Traurig LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

Brian Moffett
Emily Devan
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202

**END OF ORDER**