Exhibit A

Search Terms for Rule 2004 Subpoena Document Production – Columbia National

## I. Search terms for property addresses:

2601 w/2 "Four Seasons"
2402 w/2 "Four Seasons"
12 w/3 Montgomery
1702 w/3 Light
1708 w/3 Light
415 w/3 ("Saint Paul" or "st* paul")
411 w/3 ("Saint Paul" or "st* paul")
1719 w/3 Eastern
1742 w/3 Fleet
1122 w/3 Calvert
1126 w/3 Calvert
1617 w/3 Eastern Avenue
311 w/3 Cathedral
500 w/3 Bond
506 w/3 Bond
1511 w/3 Eastern
1513 w/3 eastern
1709 w/3 Fleet
1719 w/3 fleet
902 w/3 ("Saint Paul" or "st* paul")
904 w/3 ("Saint Paul" or "st* paul")
115 w/3 Eager
211 w/3 ("Saint Paul" or "st* paul")
930 w/3 calvert
938 w/3 Calvert
13 w/3 Read
1517 w/3 Eastern
201 w/3 "Baltimore St*"
816 w/3 Park
1012 w/3 Calvert
1020 w/3 calvert
1022 w/5 calvert
1026 w/3 calvert
1038 w/5 calvert
1021 w/3 ("Saint Paul" or "st* paul")
1210 w/3 calvert
838 w/3 park
840 w/3 park
300 w/3 Cathedral
520 w/3 Caroline

606 w/5 Cathedral
608 w/5 cathedral
610 w/5 cathedral
617 w/3 ploy
1005 w/3 Charles
600 w/3 Caroline
4000 w/3 Linkwood
601 w/3 Broadway
417 w/3 ("Saint Paul" or "st* paul")
419 w/3 ("Saint Paul" or "st* paul")
421 w/3 Broadway
2202 w/3 Pensacola
517 w/3 Broadway
85 w/3 "29* St*"
1720 w/3 ("Saint Paul" or "st* paul")
2125 w/3 Jackson
3522 w/3 Beech
817 w/3 ("Saint Paul" or "st* paul")
4 w/5 Biddle
10 w/5 biddle
7 w/3 Eager
9 w/3 eager
8 w/3 Eager
21 w/3 eager
12 w/5 biddle
1629 w/3 ("Saint Paul" or "st* paul")
906 w/3 ("Saint Paul" or "st* paul")
935 w/3 ("Saint Paul" or "st* paul")
921 w/3 ("Saint Paul" or "st* paul")
923 w/3 ("Saint Paul" or "st* paul")
1114 w/3 ("Saint Paul" or "st* paul")
13916 w/3 "Green Branch"
523 w/3 Broadway
330 w/3 Charles Street
12639 w/3 Belair
9 w/3 Howard
3170 w/3 Cottonwood
300 w/3 international

## II. Email (to/from/cc/bcc):

wtendall@gmail.com
bankwithunited.com
saul.com
newworldtitleco.com
SandySpringBank.com
arrowmarkpartners.com
peoplesbanknet.com
fnb-corp.com
harbormanagementgroup.com
cherokeeandwalker.com
cushwake.com
xcl2go@aol.com
jacobdhonig@gmail.com
brhonig@aol.com
kwaynenyc@aol.com
jonathanhonig@aol.com
mnmconsult.com
tonybobulinski@gmail.com
a2e-advisors.com
darcher@raefan.com
protective.com
baymgmtgroup.com
delanceystreetcap.com
harborstoneadvisors.com
thedominiongroup.com
@chasencompanies.com
@standard.com
mike.morey@standard.com
brandon@chasencompanies.com
brandon.chasen@mac.com
brandonchasensr@gmail.com
paul@chasencompanies.com
pdavis713@gmail.com
Scott.Robinson@standard.com
Christina.Stelling@standard.com

## III. Standalone search terms:

chasen
honig
devin w/2 mccreery
"united bank"

paul w/2 davis
bobulinski
"tony b"
"pr giv"
harbor w/2 management
devon w/2 archer
red w/2 bridge
cherokee AND walker
"four kids"
dav* w/2 masters
protective w/2 life
bay w/2 management
bay w/2 mgmt
Delancey
Harbor w/2 stone
Verner
Bevier
kath* w/2 mitchell
andrew w/2 lincoln
andy w/2 lincoln
Peery
paul w/2 erickson
"Mount Vernon Collective"
ryan w/2 spencer

Calvert
Belvidere
Vision
Madison
Darcy
Archer
Wilkes
Roland
James
Cathedral
Tobee
Wyman
Tuscan
Courtland
Brixton
Bond
Caroline
Chelsea
Lyn

Park Place
Davis
Jimmy
Suites
Montgomery
Light Street
Saint Paul
St. Paul
Eastern
Fleet
Eager
Park Avenue
Broadway
Linkwood
29th
Beech
Chasen
Brandon
Four Seasons
Palmetto
Howard
AWBC
BPR
Briggs
Biddle
Charles
Lona
Read Street
Aliceanna
Lake Avenue
McCaskill
Jackson
Pensacola
Ploy
Sandy
296th
Broward
Chateaus
FS 2601
Hargrave
Hunter
Serenity
Sheep
Bear

The Bo
Molly
Regency
Seminole
Whitney
Washington House
CDA FX
CDA Holdings
631 Constitution
FS 2603
Harbor
Live Loads
PB7 Investments
Relay
Ruskin
Burnley
STJ
Stone House
Zuckerberg
Stancorp
ArrowMark
Stronghill
FVCbank
Harned
Kyle Smith
Robinson
Lyons
Stelling
Aaron Alexander
Morey
Monica
Brooks
Anne
Plaza
Oz
Tendall
Catherine