Exhibit B

**Moffet, Brian L.**

**From:** Moffet, Brian L.
**Sent:** Wednesday, August 19, 2026 5:41 PM
**To:** 'Frank Mastro'; Aaron.Casagrande@icemiller.com; Peter Ihrig; Morgan.Taylor@icemiller.com; Michael Collyard
**Cc:** Devan, Emily K.
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.
**Attachments:** Chasen - Proposed Search Terms - Columbia National notes 8-14.pdf

**Categories:** Egress Switch: Unprotected

Counsel –

Thank you for providing the list of proposed search terms. We have reviewed the list and identified terms that we believe are overly broad and likely to capture emails unrelated to any transaction involving Brandon Chasen and/or the Chasen Construction. Those terms are highlighted in red on the attached list.

Given the breadth and number of the remaining search terms, we do not believe that removing the highlighted terms will result in any relevant emails being withheld. To the contrary, the remaining terms appear sufficiently broad to capture any relevant emails that might also contain the overbroad terms we have identified. Please let us know whether you agree to remove the highlighted terms from the proposed search criteria.

Even with the removal of the highlighted terms, Columbia National remains concerned that the search may capture irrelevant emails and/or emails pertaining to transactions involving parties other than Brandon Chasen and/or the Chasen Construction. To address that concern—and to avoid further narrowing the search-term list—Columbia National reserves the right to (i) withhold from production any irrelevant emails identified after the searches are run, and (ii) claw back any irrelevant emails that are inadvertently produced. Please let us know if you object to Columbia National maintaining those rights.

Columbia National anticipates that responding to the subpoenas will be voluminous and will require Columbia National and/or its vendors to expend substantial time, money, and effort to search for, collect, review, and produce responsive documents. Accordingly, Columbia National reserves the right to object to searching for, collecting, reviewing, and producing documents if doing so would be unduly costly and the propounding parties refuse to reimburse Columbia National for those costs. Columbia National is working to prepare a cost estimate. If the parties cannot reach agreement regarding reimbursement, Columbia National will file an appropriate motion requesting that the Court require the propounding parties to bear the costs Columbia National incurs in responding to the subpoenas. Additionally, Columbia National will not produce any documents or communications protected by the attorney-client privilege and/or the work-product doctrine.

Finally, during our last conversation, someone indicated that they would send a proposed protective order limiting any use of produced documents to the bankruptcy proceeding in which the subpoenas were issued and prohibiting the propounding parties from disclosing those documents to any other party. Could you please send me that draft for review? As we previously discussed, Columbia National will not produce any documents until a protective order is agreed upon.

Once you have had the opportunity to consider this email, please let us know whether you agree to these terms. We are happy to schedule a call to discuss further if that would be helpful.

Thank you.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

---

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Friday, August 7, 2026 11:39 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com; Peter Ihrig <Peter.Ihrig@gtlaw.com>; Morgan.Taylor@icemiller.com
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

External email >

**[EXTERNAL]**

---

Brian/Emily,

Attached please find a compilation of proposed search terms for you to provide to Columbia National. The attached search terms have been jointly agreed upon by counsel for the Trustees and the Honig parties. Please let us know if you have any questions.

Thanks, and have a great weekend.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

**From:** Frank Mastro
**Sent:** Tuesday, July 28, 2026 10:34 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com; Peter Ihrig <Peter.Ihrig@gtlaw.com>; Morgan.Taylor@icemiller.com
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Hi Brian,

Just a reminder to circulate an invite for tomorrow's follow-up call. I have us down for 11 am ET / 10 am CT. Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Monday, July 20, 2026 1:19 PM
**To:** Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Frank

My apologies. I was in court this morning. I just sent an invite for 10 am on Thursday.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Monday, July 20, 2026 11:34 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

**[EXTERNAL]**

Brian,

Please let us know when you are planning to schedule the Zoom meeting so that we can lock down the date/time on our calendars. Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

**From:** Frank Mastro
**Sent:** Friday, July 17, 2026 1:12 PM
**To:** 'Aaron.Casagrande@icemiller.com' <Aaron.Casagrande@icemiller.com>; Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Brian,

The Trustees' co-counsel, Mike Collyard at Greenberg Traurig, would like to join the Zoom call on behalf of Zvi. Mike is copied on this email.

Mike and I are available next Tuesday from 10 am – 1 pm and from 2:30-3:30 pm. We also are available on Thursday from 10-11:30 am and from 2-4:30 pm.

Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Aaron.Casagrande@icemiller.com <Aaron.Casagrande@icemiller.com>
**Sent:** Friday, July 17, 2026 12:34 PM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>; Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

I am available to discuss on Tuesday or Thursday next week.

**Aaron Casagrande** | Partner
IceMiller
P 410-951-5876 C 410-402-3606 F 410-951-5879
100 Light Street Suite 2700 Baltimore, MD 21202
Aaron.Casagrande@icemiller.com | **icemiller.com**

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Thursday, July 16, 2026 4:00 PM
**To:** Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Casagrande, Aaron <Aaron.Casagrande@icemiller.com>; Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Frank –

Thank you for your letter. While I am happy to discuss with you the subpoena issued by your office, I think it would be more productive to have a call with all three sets of counsel who served CN with a Rule 2004

subpoena in the Chasen bankruptcies. This will allow us to collectively identify areas of agreement/disagreement and ensure that relevant documents are produced to all parties. Along these lines, I am available to talk anytime Tuesday (7/21), Wednesday (7/22) morning or anytime Thursday (7/23). Please confer with Zvi and Aaron and let me know what dates/times work for the three of you. Once we confirm a date and time, I will circulate a calendar invite and Zoom link.

Thank you.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

---

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Wednesday, July 15, 2026 5:34 PM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Kirby, Louie <lkirby@MilesStockbridge.com>
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

**[EXTERNAL]**

---

Mr. Moffet,

Please see the attached correspondence. Thank you.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Kirby, Louie <lkirby@MilesStockbridge.com>
**Sent:** Monday, July 6, 2026 11:02 AM

**To:** Frank Mastro <FMastro@schlosslaw.com>; zvi@zviguttman.com
**Cc:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Subject:** In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

You don't often get email from lkirby@milesstockbridge.com. Learn why this is important

Attached please find electronic service of Columbia National Real Estate Finance, LLC's Objections to Subpoenas for Rule 2004 Examination.

The attached is also being delivered via first-class mail.

**Louie Kirby** (She/Her/Hers)
*Legal Practice Assistant*

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3672 | O: +1 410.727.6464 | F: +1 410.773.9030

MILES & STOCKBRIDGE

**vCard | lkirby@milesstockbridge.com**

---

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

---

Secure Upload/Download files click here.

**[EXTERNAL EMAIL]**

**[EXTERNAL EMAIL]**

**[EXTERNAL EMAIL]**

Search Terms for Rule 2004 Subpoena Document Production – Columbia National

## I. Search terms for property addresses:

2601 w/2 "Four Seasons"
2402 w/2 "Four Seasons"
12 w/3 Montgomery
1702 w/3 Light
1708 w/3 Light
415 w/3 ("Saint Paul" or "st* paul")
411 w/3 ("Saint Paul" or "st* paul")
1719 w/3 Eastern
1742 w/3 Fleet
1122 w/3 Calvert
1126 w/3 Calvert
1617 w/3 Eastern Avenue
311 w/3 Cathedral
500 w/3 Bond
506 w/3 Bond
1511 w/3 Eastern
1513 w/3 eastern
1709 w/3 Fleet
1719 w/3 fleet
902 w/3 ("Saint Paul" or "st* paul")
904 w/3 ("Saint Paul" or "st* paul")
115 w/3 Eager
211 w/3 ("Saint Paul" or "st* paul")
930 w/3 calvert
938 w/3 Calvert
13 w/3 Read
1517 w/3 Eastern
201 w/3 "Baltimore St*"
816 w/3 Park
1012 w/3 Calvert
1020 w/3 calvert
1022 w/5 calvert
1026 w/3 calvert
1038 w/5 calvert
1021 w/3 ("Saint Paul" or "st* paul")
1210 w/3 calvert
838 w/3 park
840 w/3 park
300 w/3 Cathedral
520 w/3 Caroline

606 w/5 Cathedral
608 w/5 cathedral
610 w/5 cathedral
617 w/3 ploy
1005 w/3 Charles
600 w/3 Caroline
4000 w/3 Linkwood
601 w/3 Broadway
417 w/3 ("Saint Paul" or "st* paul")
419 w/3 ("Saint Paul" or "st* paul")
421 w/3 Broadway
2202 w/3 Pensacola
517 w/3 Broadway
85 w/3 "29* St*"
1720 w/3 ("Saint Paul" or "st* paul")
2125 w/3 Jackson
3522 w/3 Beech
817 w/3 ("Saint Paul" or "st* paul")
4 w/5 Biddle
10 w/5 biddle
7 w/3 Eager
9 w/3 eager
8 w/3 Eager
21 w/3 eager
12 w/5 biddle
1629 w/3 ("Saint Paul" or "st* paul")
906 w/3 ("Saint Paul" or "st* paul")
935 w/3 ("Saint Paul" or "st* paul")
921 w/3 ("Saint Paul" or "st* paul")
923 w/3 ("Saint Paul" or "st* paul")
1114 w/3 ("Saint Paul" or "st* paul")
13916 w/3 "Green Branch"
523 w/3 Broadway
330 w/3 Charles Street
12639 w/3 Belair
9 w/3 Howard
3170 w/3 Cottonwood
300 w/3 international

## II. Email (to/from/cc/bcc):

wtendall@gmail.com
bankwithunited.com
saul.com
newworldtitleco.com
SandySpringBank.com
arrowmarkpartners.com
peoplesbanknet.com
fnb-corp.com
harbormanagementgroup.com
cherokeeandwalker.com
cushwake.com
xcl2go@aol.com
jacobdhonig@gmail.com
brhonig@aol.com
kwaynenyc@aol.com
jonathanhonig@aol.com
mnmconsult.com
tonybobulinski@gmail.com
a2e-advisors.com
darcher@raefan.com
protective.com
baymgmtgroup.com
delanceystreetcap.com
harborstoneadvisors.com
thedominiongroup.com
@chasencompanies.com
@standard.com
mike.morey@standard.com
brandon@chasencompanies.com
brandon.chasen@mac.com
brandonchasensr@gmail.com
paul@chasencompanies.com
pdavis713@gmail.com
Scott.Robinson@standard.com
Christina.Stelling@standard.com

## III. Standalone search terms:

chasen
honig
devin w/2 mccreery
"united bank"

paul w/2 davis
bobulinski
"tony b"
"pr giv"
harbor w/2 management
devon w/2 archer
red w/2 bridge
cherokee AND walker
"four kids"
dav* w/2 masters
protective w/2 life
bay w/2 management
bay w/2 mgmt
Delancey
Harbor w/2 stone
Verner
Bevier
kath* w/2 mitchell
andrew w/2 lincoln
andy w/2 lincoln
Peery
paul w/2 erickson
"Mount Vernon Collective"
ryan w/2 spencer

Calvert
Belvidere
Vision
Madison
Darcy
Archer
Wilkes
Roland
James
Cathedral
Tobee
Wyman
Tuscan
Courtland
Brixton
Bond
Caroline
Chelsea
Lyn

Park Place
Davis
Jimmy
Suites
Montgomery
Light Street
Saint Paul
St. Paul
Eastern
Fleet
Eager
Park Avenue
Broadway
Linkwood
29th
Beech
Chasen
Brandon
Four Seasons
Palmetto
Howard
AWBC
BPR
Briggs
Biddle
Charles
Lona
Read Street
Aliceanna
Lake Avenue
McCaskill
Jackson
Pensacola
Ploy
Sandy
296th
Broward
Chateaus
FS 2601
Hargrave
Hunter
Serenity
Sheep
Bear

The Bo
Molly
Regency
Seminole
Whitney
Washington House
CDA FX
CDA Holdings
631 Constitution
FS 2603
Harbor
Live Loads
PB7 Investments
Relay
Ruskin
Burnley
STJ
Stone House
Zuckerberg
Stancorp
ArrowMark
Stronghill
FVCbank
Harned
Kyle Smith
Robinson
Lyons
Stelling
Aaron Alexander
Morey
Monica
Brooks
Anne
Plaza
Oz
Tendall
Catherine