Exhibit C

**Moffet, Brian L.**

**From:** Aaron.Casagrande@icemiller.com
**Sent:** Friday, August 28, 2026 1:40 PM
**To:** Moffet, Brian L.; Frank Mastro; Peter Ihrig; Morgan.Taylor@icemiller.com; Michael Collyard
**Cc:** Devan, Emily K.; Charles.Mills@icemiller.com
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

External email >

Contains topics of a financial nature >

**[EXTERNAL]**

---

Hi Brian,

Thank you for providing the highlighted list of proposed search terms. With that said, we think it would be more productive if your client provided a hit report reflecting the number of documents hit by each of the proposed terms, including unique hits for each term. While there may be some terms that should be eliminated and/or modified, the highlighted search term sheet does not permit us to make any such determination, or any determination that the proposed terms are overly broad or burdensome. I would also note that we question certain of the proposed deletions given the individuals and entities involved in the transactions at issue.

Please also let us know the custodians for whom you intend to collect so that we can confirm we are in agreement on that front. We also need you to confirm that you will collect from personal devices for emails and related mobile device communications. In that regard, our understanding from one of our earlier conversations is that you believed that Mr. Tehan, at the very least, may have deleted/discarded his relevant mobile device communications. Have you been able to obtain any additional insight on that front?

Regards,

Aaron

**Aaron Casagrande** | Partner
IceMiller
P 410-951-5876 C 410-402-3606 F 410-951-5879
100 Light Street Suite 2700 Baltimore, MD 21202
Aaron.Casagrande@icemiller.com | icemiller.com

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Wednesday, August 19, 2026 5:41 PM

**To:** Frank Mastro <FMastro@schlosslaw.com>; Casagrande, Aaron <Aaron.Casagrande@icemiller.com>; Peter Ihrig <Peter.Ihrig@gtlaw.com>; Taylor, Morgan <Morgan.Taylor@icemiller.com>; Michael Collyard <Michael.Collyard@gtlaw.com>
**Cc:** Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Counsel –

Thank you for providing the list of proposed search terms. We have reviewed the list and identified terms that we believe are overly broad and likely to capture emails unrelated to any transaction involving Brandon Chasen and/or the Chasen Construction. Those terms are highlighted in red on the attached list.

Given the breadth and number of the remaining search terms, we do not believe that removing the highlighted terms will result in any relevant emails being withheld. To the contrary, the remaining terms appear sufficiently broad to capture any relevant emails that might also contain the overbroad terms we have identified. Please let us know whether you agree to remove the highlighted terms from the proposed search criteria.

Even with the removal of the highlighted terms, Columbia National remains concerned that the search may capture irrelevant emails and/or emails pertaining to transactions involving parties other than Brandon Chasen and/or the Chasen Construction. To address that concern—and to avoid further narrowing the search-term list—Columbia National reserves the right to (i) withhold from production any irrelevant emails identified after the searches are run, and (ii) claw back any irrelevant emails that are inadvertently produced. Please let us know if you object to Columbia National maintaining those rights.

Columbia National anticipates that responding to the subpoenas will be voluminous and will require Columbia National and/or its vendors to expend substantial time, money, and effort to search for, collect, review, and produce responsive documents. Accordingly, Columbia National reserves the right to object to searching for, collecting, reviewing, and producing documents if doing so would be unduly costly and the propounding parties refuse to reimburse Columbia National for those costs. Columbia National is working to prepare a cost estimate. If the parties cannot reach agreement regarding reimbursement, Columbia National will file an appropriate motion requesting that the Court require the propounding parties to bear the costs Columbia National incurs in responding to the subpoenas. Additionally, Columbia National will not produce any documents or communications protected by the attorney-client privilege and/or the work-product doctrine.

Finally, during our last conversation, someone indicated that they would send a proposed protective order limiting any use of produced documents to the bankruptcy proceeding in which the subpoenas were issued and prohibiting the propounding parties from disclosing those documents to any other party. Could you please send me that draft for review? As we previously discussed, Columbia National will not produce any documents until a protective order is agreed upon.

Once you have had the opportunity to consider this email, please let us know whether you agree to these terms. We are happy to schedule a call to discuss further if that would be helpful.

Thank you.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

---

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Friday, August 7, 2026 11:39 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com; Peter Ihrig <Peter.Ihrig@gtlaw.com>; Morgan.Taylor@icemiller.com
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

**[EXTERNAL]**

---

Brian/Emily,

Attached please find a compilation of proposed search terms for you to provide to Columbia National. The attached search terms have been jointly agreed upon by counsel for the Trustees and the Honig parties. Please let us know if you have any questions.

Thanks, and have a great weekend.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Frank Mastro
**Sent:** Tuesday, July 28, 2026 10:34 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com; Peter Ihrig <Peter.Ihrig@gtlaw.com>; Morgan.Taylor@icemiller.com
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Hi Brian,

Just a reminder to circulate an invite for tomorrow's follow-up call. I have us down for 11 am ET / 10 am CT. Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Monday, July 20, 2026 1:19 PM
**To:** Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Frank

My apologies. I was in court this morning. I just sent an invite for 10 am on Thursday.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

---

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Monday, July 20, 2026 11:34 AM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>; Aaron.Casagrande@icemiller.com
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

**[EXTERNAL]**

---

Brian,

Please let us know when you are planning to schedule the Zoom meeting so that we can lock down the date/time on our calendars. Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Frank Mastro
**Sent:** Friday, July 17, 2026 1:12 PM
**To:** 'Aaron.Casagrande@icemiller.com' <Aaron.Casagrande@icemiller.com>; Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>; Michael Collyard <Michael.Collyard@gtlaw.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Brian,

The Trustees' co-counsel, Mike Collyard at Greenberg Traurig, would like to join the Zoom call on behalf of Zvi. Mike is copied on this email.

Mike and I are available next Tuesday from 10 am – 1 pm and from 2:30-3:30 pm. We also are available on Thursday from 10-11:30 am and from 2-4:30 pm.

Thanks.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610

FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Aaron.Casagrande@icemiller.com <Aaron.Casagrande@icemiller.com>
**Sent:** Friday, July 17, 2026 12:34 PM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>; Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

I am available to discuss on Tuesday or Thursday next week.

**Aaron Casagrande** | Partner
IceMiller
P 410-951-5876 C 410-402-3606 F 410-951-5879
100 Light Street Suite 2700 Baltimore, MD 21202
Aaron.Casagrande@icemiller.com | icemiller.com

---

**From:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Sent:** Thursday, July 16, 2026 4:00 PM
**To:** Frank Mastro <FMastro@schlosslaw.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Casagrande, Aaron <Aaron.Casagrande@icemiller.com>; Devan, Emily K. <edevan@MilesStockbridge.com>
**Subject:** RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

Frank –

Thank you for your letter. While I am happy to discuss with you the subpoena issued by your office, I think it would be more productive to have a call with all three sets of counsel who served CN with a Rule 2004 subpoena in the Chasen bankruptcies. This will allow us to collectively identify areas of agreement/disagreement and ensure that relevant documents are produced to all parties. Along these lines, I am available to talk anytime Tuesday (7/21), Wednesday (7/22) morning or anytime Thursday (7/23). Please confer with Zvi and Aaron and let me know what dates/times work for the three of you. Once we confirm a date and time, I will circulate a calendar invite and Zoom link.

Thank you.

Brian

**Brian Moffet** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3656 | cell: +1 (443) 831-1042

---

**From:** Frank Mastro <FMastro@schlosslaw.com>
**Sent:** Wednesday, July 15, 2026 5:34 PM
**To:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Cc:** Zvi Guttman <zvi@zviguttman.com>; Schlossberg, Roger <RSchlossberg@schlosslaw.com>; Kirby, Louie <lkirby@MilesStockbridge.com>
**Subject:** [EXTERNAL] RE: In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

**[EXTERNAL]**

---

Mr. Moffet,

Please see the attached correspondence. Thank you.

Frank

**Frank J. Mastro**

**SCHLOSSBERG | MASTRO**
ATTORNEYS AT LAW
P.O. BOX 2067
HAGERSTOWN, MD 21742-2067
PHONE: (301) 739-8610
FAX: (301) 791-6302

ALTERNATE ADDRESS FOR OVERNIGHT
OR COURIER DELIVERY ONLY:

SCHLOSSBERG | MASTRO
18421 HENSON BOULEVARD, SUITE 201
HAGERSTOWN, MD 21742

EMAIL: FMASTRO@SCHLOSSLAW.COM

---

**From:** Kirby, Louie <lkirby@MilesStockbridge.com>
**Sent:** Monday, July 6, 2026 11:02 AM
**To:** Frank Mastro <FMastro@schlosslaw.com>; zvi@zviguttman.com
**Cc:** Moffet, Brian L. <bmoffet@MilesStockbridge.com>
**Subject:** In re: Chasen Construction LLC / In re: Brandon M. Chasen, Sr.

You don't often get email from lkirby@milesstockbridge.com. Learn why this is important

Attached please find electronic service of Columbia National Real Estate Finance, LLC's Objections to Subpoenas for Rule 2004 Examination.

The attached is also being delivered via first-class mail.

**Louie Kirby** (She/Her/Hers)
*Legal Practice Assistant*

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3672 | O: +1 410.727.6464 | F: +1 410.773.9030

MILES & STOCKBRIDGE

vCard | lkirby@milesstockbridge.com

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.

**[EXTERNAL EMAIL]**

**[EXTERNAL EMAIL]**

**[EXTERNAL EMAIL]**