Exhibit E

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction, LLC,**<br><br>**Debtor,** | **Case No. 25-12356-NVA**<br>**Chapter 11** |

**AFFIDAVIT OF SHAWN MCCLURG IN SUPPORT OF NON-PARTY COLUMBIA NATIONAL REAL ESTATE FINANCE, LLC'S OPPOSITION TO MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

I, Shawn McClurg, declare as follows:

1. I am the Director of Practice Solutions at Miles & Stockbridge P.C., a law firm based out of Baltimore, Maryland. I have been with Miles & Stockbridge P.C. since October 2017 and have been the Director of Practice Solutions since July 2022. From October 2017 until July 2022, I was the Litigation Support Manager.

2. I have over 20 years of experience in electronic discovery ("**eDiscovery**") primarily working in law firms. I am an ACEDs Certified eDiscovery Specialist. I have spoken at multiple conferences and on numerous webinars/podcasts on the topic of eDiscovery and Litigation Support (most recently in August 2026 at the International Legal Technology Association Conference in Nashville, TN as a panelist on a session titled 'Litigation Support Reimagined: Skills, Structure, and Expectations').

3. For over 20 years, I have worked closely with case teams, clients, and providers to collect, process, review, produce, and leverage eDiscovery materials in all phases of a litigation or investigative matter. I have facilitated and overseen data processing, review, and production and consulted with case team(s), forensic specialists, and provider(s) to ensure we are following industry best practices in all phases of preservation and discovery. Additionally, I have done

quality control and troubleshooting with any or all of the above and ensured proper documentation at all phases. Over my career I have regularly prepared cost estimates for engagements.

4. At Miles & Stockbridge P.C., I lead a team of three supporting approximately 100 attorneys at the firm. We currently oversee 56 active matters in RelativityaiR encompassing over 3.8 terabytes of data and 4 million documents.

5. For each matter housed in RelativityaiR, I, or another member of the Practice Solutions team, works closely with the case team(s) and client(s) to prepare data volume estimates, to price out eDiscovery costs for data hosting, review(s), production(s), and, if needed, trial or deposition support. We work closely with clients and internal staff to ensure these estimates are as accurate as possible and adhere to industry standards for estimated data volumes when actual data volumes are unavailable.

6. In my time at Miles & Stockbridge P.C. I, personally, have overseen the ingestion of more than 8TBs of data across more than 290 matters including data in response to non-party subpoenas.

7. Columbia National's IT provider estimates that for the custodians and date ranges proposed, the total collected volume to be about 108 GBs of email data. With the loan and servicing files, the data to be exported is expected to be at least 125 GBs.

8. Based on this information, on August 20, 2026, I prepared the below cost estimate for hosting and processing of the expected files:

## MULTI-MONTH eDiscovery COST ESTIMATE

### INITIAL SET-UP COSTS

| Description | Est. Volume | Unit | Rate | Est. Costs |
|---|---|---|---|---|
| eDiscovery Database Hosting (Recurring Monthly) | 113.40 | GBs | $12.50 | $1,417.50 |
| eDiscovery Provider Analyst (Set-up, Data Ingestion, and/or Initial Culling/Searching) | 6.00 | Hours | $195.00 | $1,170.00 |
| | | | **Initial Set-up and First Month Hosting** | **$2,587.50** |

### OTHER MATTER COSTS

| | | |
|---|---|---|
| Estimated Months of Matter | 3 | Includes 2 additional hosting month(s); month 1 is included above. |

| Description | Low Estimate | High Estimate | Unit | Rate | Low Cost | High Cost |
|---|---|---|---|---|---|---|
| Additional eDiscovery Database Hosting Costs | 226.80 | 226.80 | GB-months | $12.50 | $2,835.00 | $2,835.00 |
| Additional eDiscovery Provider Analyst Costs | 10.00 | 20.00 | Hours | $195.00 | $1,950.00 | $3,900.00 |
| Miles Practice Solutions Costs | 5.00 | 10.00 | Hours | $400.00 | $2,000.00 | $4,000.00 |
| | | | | **Total Other Matter Costs** | **$6,785.00** | **$10,735.00** |

### ESTIMATED COST SUMMARY

| Cost Component | Low End | High End |
|---|---|---|
| Initial Set-up Costs | $2,587.50 | $2,587.50 |
| Other Matter Costs | $6,785.00 | $10,735.00 |
| **TOTAL ESTIMATED MATTER COSTS** | **$9,372.50** | **$13,322.50** |

9. The above estimate assumes no further custodians, no foreign-language review, limited review for non-relevant/privileged materials, and one or two productions.

10. Including ~10 hours of limited attorney review at $650 to $750 per hour, I estimate that the cost of Miles & Stockbridge's work in processing, reviewing and producing electronic communications in response to the subpoena will be $15,000 to $20,000.00.

11. This estimate does not include the cost of Columbia National's IT provider pulling the data from the server, which the IT provider has indicated will cost $1,000 to $1,200 for the email data alone.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: November 12, 2026

DocuSigned by:
Shawn McClurg
9C48326DD27F49C...

Shawn McClurg