Exhibit F

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**Chasen Construction, LLC,**<br><br>**Debtor,** | **Case No. 25-12356-NVA**<br>**Chapter 11** |

**DECLARATION OF BRIAN L. MOFFET IN SUPPORT OF NON-PARTY COLUMBIA NATIONAL REAL ESTATE FINANCE, LLC'S OPPOSITION TO MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

I, Brian L. Moffet, declare as follows:

1. I am admitted to practice before this Court, am a partner at Miles & Stockbridge, P.C. ("**Miles & Stockbridge**") in Baltimore, Maryland, and am counsel for non-party Columbia National Real Estate Finance, LLC ("**Columbia National**") in connection with the Rule 2004 subpoena served in the above-captioned bankruptcy case by Family Pension Corp. 401k Plan, Four Kids Investment Fund, LLC, Jonathan Honig, as Trustee of the Renee Honig 2019 Irrevocable Trust, and Jacob Honig (collectively, the "**Interested Parties**"). I submit this Declaration in support of Non-Party Columbia National Real Estate Finance, LLC's Opposition to Motion to Compel and Request for Sanctions. The facts set forth herein are true of my own personal knowledge, except where otherwise stated. If called as a witness, I could and would competently testify thereto.

2. On June 2, 2026, Columbia National was served through its resident agent with a Rule 2004 subpoena issued by the Interested Parties (the "**Subpoena**"). Columbia National retained Emily Devan and me to assist in responding to the Subpoena. That work included drafting and serving objections to the Subpoena; participating in multiple meet-and-confer conferences and exchanging multiple emails with counsel for the Interested Parties regarding the breadth of the

Subpoena and the significant expense of complying with it; and opposing the Motion to Compel filed by the Interested Parties.

3. The reasonable hourly rates for Columbia National's counsel are as follows: $750 for me, as a partner at Miles & Stockbridge; $650 for Emily Devan, as counsel at Miles & Stockbridge; and $385 for Shawn McClurg, Director of Practice Solutions at Miles & Stockbridge.

4. In responding to the Subpoena, Miles & Stockbridge spent 4.5 hours (4.5 for me) preparing objections to the Subpoena; 36.1 hours (17.6 for me, 17.5 for Ms. Devan; and 1.0 for Mr. McClurg) addressing the breadth of the Subpoena and the significant expense of complying with it; and 24 hours (15.4 for me and 8.6 for Ms. Devan) drafting and preparing the opposition to the Motion to Compel, including time spent preparing this fee submission. The time spent was reasonable in light of the work required.

5. As a result, Columbia National incurred $45,475.00 in attorneys' fees. Should the Court so require, Miles & Stockbridge can provide redacted time entries for the Court's review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of November 2026.

*/s/ Brian L. Moffet*
Brian L. Moffet



**Error! Unknown document property name.**