**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| CHASEN CONSTRUCTION, LLC, | ) | Case No. 25-12356-NVA |
| Debtor. | ) | |

**STATEMENT OF UNITED BANK REGARDING MOTIONS TO COMPEL**
**DIRECTED AT COLUMBIA NATIONAL REAL ESTATE FINANCE LLC**

COMES NOW, United Bank ("United"), by and through undersigned counsel, and submits this Statement regarding the Motion to Compel filed by Creditors Family Pension Corp. 401k Plan, Four Kids Investment Fund, LLC, Jonathan Honig, as Trustee by and for the Renee Honig 2019 Irrevocable Trust Agreement U/A DTD 07/09/2019, and Jacob Honig (collectively, the "Interested Parties") [Dkt. 279] (the "Interested Parties' Columbia National Motion"), Columbia National Real Estate Finance LLC's ("Columbia National") Opposition to that Motion to Compel [Dkt. 297] (the "Opposition"), and the Motion to Compel filed by Roger Scholossberg, as chapter 11 trustee (the "Trustee") of the bankruptcy estate of Chasen Construction, LLC [Dkt. 295] (the "Trustee's Columbia National Motion," and collectively with the Interested Parties' Columbia National Motion, the "Columbia National Motions to Compel"). In support thereof, United respectfully states as follows:

**INTRODUCTION**

United, being similarly situated as Columbia National and having received substantially similar requests for production from the Interested Parties and the Trustee, files this Statement to provide the Court context surrounding the Interested Parties' and Trustee's document subpoenas. Columbia National's Rule 2004 subpoena experience as described in the Opposition is not

unique, and as a result, the Columbia National Motions to Compel should not be decided in a vacuum.

## BACKGROUND

1. United is a creditor of debtor Chasen Construction, LLC (the "Debtor") and its principal, Brandon M. Chasen, Sr.

2. United too has received Rule 2004 examination subpoenas from the Interested Parties (twice) and the Trustee, as well as from the Chapter 7 Trustee (the "Requesting Parties") in the related bankruptcy of Brandon M. Chasen, Sr., No. 25-15437 (Bankr. Md.).

3. Like Columbia National's, the United subpoenas are extraordinarily broad, containing between 18 and 22 individual requests demanding "All documents and communications" relating to each distinct category of information.

4. United timely objected and met and conferred with the Requesting Parties regarding the requests. United Bank has so far produced thousands of documents in response to the subpoenas.

5. Similar to Columbia National, the Requesting Parties provided email search protocols containing a list of search terms and custodians. Applying the Requesting Parties' protocols, United determined that the proposed search parameters would result in between approximately 50,000 and 120,000 documents.

6. United informed the Requesting Parties that reviewing and producing even the 50,000 documents would be extremely expensive, particularly because the breadth of the requests implicates confidential customer information wholly unrelated to the bankruptcy proceeding, information protected by the attorney-client privilege, and information that federal law prohibits disclosing. *See* 31 U.S.C. § 5318; 12 C.F.R. § 21.11(k).

7. Like Columbia National, United suggested more targeted search parameters, or an agreement to reimburse United for the costs of compliance if the Requesting Parties would not narrow their requests. While United and the Requesting Parties continue to negotiate United's production, the Requesting Parties have stated that reimbursement for them is a "nonstarter."

## STATEMENT

8. It is United's hope that this information provides a wider perspective to the Court regarding the Requesting Parties' Rule 2004 examinations and the significant burden and cost the Requesting Parties apparently intend to impose on non-parties in this proceeding.

9. While a Rule 2004 examination is broad, the examination "must be relevant and reasonable." *In re Symington*, 209 B.R. 678, 684 (Bankr. Md. 1997). The "examination should not be so broad as to be more disruptive and costly to the party sought to be examined than beneficial to the party seeking discovery." *In re Fearn*, 96 B.R. 135, 138 (S.D. Ohio 1989). Further, a party serving a subpoena "must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena, and a court "must enforce this duty" when a party fails to do so." Fed. R. Civ. P. 45(d)(1).

10. The Requesting Parties' requests to United to date are neither relevant nor reasonable, and, unless the Requesting Parties significantly narrow the requests, the costs associated with reviewing and producing the requested documents will impose an undue burden on United. It appears from the Columbia National Motions to Compel that United is not the only party facing such expansive and costly requests.

WHEREFORE, United respectfully requests that the Court (a) consider this Statement in ruling on the Columbia National Motions to Compel; (b) appreciate and understand that the issues raised in the Opposition are being experienced by other parties subject to Rule 2004

examinations; (c) hold that the Interested Parties and the Trustee are placing undue burden on the subjects of their Rule 2004 examinations; and (d) take steps pursuant to Rule 45(d) to protect the non-parties in this proceeding from unduly burdensome and costly discovery requests.

Dated: November 16, 2026

Respectfully submitted,

/s/ Tracey M. Ohm

Darrell W. Clark, No. 012507
Tracey M. Ohm, No. 17435
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9948
darrell.clark@stinson.com
tracey.ohm@stinson.com

*Counsel for United Bank*

## CERTIFICATE OF SERVICE

**I HEARBY CERTIFY** that on November 16, 2026, a copy of the forgoing Statement was mailed first-class, postage prepaid to:

Chasen Construction LLC
Attn: Brandon Chasen
12 W. Montgomery St.
Baltimore, MD 21230

Catherine Lawrence
Lawrence Law, LLC
323 W. Camden Street
Suite 700
Baltimore, MD 21201

Shepherd Electric Co., Incorporated
c/o Douglas H. Seitz, Esq.
1 Olympic Place, Suite 800
Towson, MD 21204

Michael A. Collyard
Peter C. Ihrig
Greenberg Traurig, LLP.
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

Michael B. Fisco
Peter D. Kiesbelbach
Greenberg Traurig, LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402

**I HEARBY FURTHER CERTIFY** that according to the Court's ECF records, on November 16, 2026, electronic mail notice of this Statement was provided to the following persons:

- Brian E. Barkley bbarkley@barkenlaw.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Jill D. Caravaggio jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande aaron.casagrande@icemiller.com
- Darrell William Clark darrell.clark@stinson.com, catherine.scott@stinson.com
- Emily Devan edevan@milesstockbridge.com
- Alan D. Eisler alan@alaneisler.com, alaneisler@gmail.com
- David V. Fontana dfont@gebsmith.com
- Jason J. Giguere jgiguere@zwickerpc.com, bknotices@zwickerpc.com
- Richard Marc Goldberg rmg@shapirosher.com, ejd@shapirosher.com
- Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Robert Kearney robert.kearney@gtlaw.com
- Jeffery Thomas Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Frank J. Mastro fmastro@schlosslaw.com
- Stephen A. Metz smetz@offitkurman.com
- Charles C Mills charles.mills@icemiller.com, Quiauna.Krumlauf@icemiller.com
- Tracey Michelle Ohm tracey.ohm@stinson.com
- Jeffrey M. Orenstein jorenstein@wolawgroup.com

- John E Reid jack@martinlawgroup.com, brittany@martinlawgroup.com;Diana@martinlawgroup.com
- Roger Schlossberg bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com
- Robert G. Shuster rob@shusterlaw.com, courts@shusterlaw.com
- Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Shawn C. Whittaker shawn@whittaker-law.com

/s/ Tracey M. Ohm
Tracey M. Ohm