IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>CHASEN CONSTRUCTION, LLC,<br><br>Debtor. | Case No. 25-12356-NVA<br><br>(Chapter 11) |
| In re:<br><br>BRANDON M. CHASEN SR.,<br><br>Debtor. | Case No. 25-15437-NVA<br><br>(Chapter 7) |

**TRUSTEES' RESPONSE TO LIMITED OBJECTION BY KEVIN TEHAN AND COLUMBIA NATIONAL REAL ESTATE FINANCE, LLC TO <u>TRUSTEES' MOTIONS FOR RULE 2004 EXAMINATION OF KEVIN TEHAN</u>**

Roger Schlossberg, Chapter 11 Trustee for the bankruptcy estate of Chasen Construction LLC (the "Chapter 11 Trustee"), and Zvi Guttman, Chapter 7 Trustee for the bankruptcy estate of Brandon M. Chasen Sr. (the "Chapter 7 Trustee") (collectively, the "Trustees" or "Movants"), by and through their undersigned counsel, hereby respond to the *Limited Objection by Kevin Tehan and ColumbiaNational Real Estate Finance, LLC to Motions for Examination of Kevin Tehan Pursuant to Bankruptcy Rule 2004* (the "Limited Objection"),[1] and, as grounds, the Trustees adopt and incorporate herein by reference the *Response to Limited Objection by Kevin Tehan and ColumbiaNational Real Estate Finance, LLC to Motions for Examination of Kevin Tehan Pursuant*

[1] On October 13, 2026, the Trustees moved to examine Kevin Tehan under Bankruptcy Rule 2004 in both Case No. 25-12356, [Dkt. #274], and in Case No. 25-15437. [Dkt. #297]. On October 30, 2026, ColumbiaNational and Mr. Tehan filed their *Limited Objection* in Case No. 25-12356, [Dkt. #290], and in Case No. 25-15437. [Dkt. #310].

*to Bankruptcy Rule 2004* filed by Interested Parties Family Pension Corp. 401k Plan, Four Kids Investment Fund, LLC, Jonathan Honig, as Trustee by and for the Renee Honig 2019 Irrevocable Trust Agreement U/A DTD 07/09/2019, and Jacob Honig (collectively the "Interested Parties") in Case No. 25-12356 at Dkt. #298 therein (hereafter the "*Interested Parties' Response*").[2]

For the reasons stated in the *Interested Parties' Response*, the request of ColumbiaNational and Mr. Tehan to limit the examinations of both examinees in response to Rule 2004 examination requests filed by the Interested Parties and the Trustees to a single seven (7) hour examination is both premature and unreasonable, and should be overruled.

WHEREFORE, the Trustees respectfully request that the Court overrule the *Limited Objection* and grant the Trustee's Rule 2004 motions without imposing the proposed aggregate seven-hour limit on Mr. Tehan's individual examination and any future examination of ColumbiaNational's corporate designee.

Respectfully submitted,

SCHLOSSBERG | MASTRO

*/s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Ch. 11 Trustee*

and

[2] On October 14, 2026, the Interested Parties moved to examine Kevin Tehan under Bankruptcy Rule 2004 in Case No. 25-12356. [Dkt. #276].

THE LAW OFFICES OF ZVI GUTTMAN, P.A.

*/s/ Zvi Guttman*
Zvi Guttman #06902
P.O. Box 32308
Baltimore, MD 21282
(410) 580-0500
zvi@zviguttman.com
*Attorneys for Zvi Guttman, Ch. 7 Trustee*

and

GREENBERG TRAURIG, LLP

*/s/ Peter C. Ihrig*
Peter C. Ihrig – admitted *pro hac vice*
Michael A. Collyard – admitted *pro hac vice*
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
(612) 259-9700
peter.ihrig@gtlaw.com
michael.collyard@gtlaw.com
*Attorneys for Trustees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ***18th*** day of ***November 2026***, a copy of the foregoing *Trustees' Response to Limited Objection by Kevin Tehan and ColumbiaNational Real Estate Finance, LLC to Trustees' Motions for Examination of Kevin Tehan Pursuant to Bankruptcy Rule 2004* was served:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows;

| 25-12356 Notice will be electronically mailed to: | 25-15437 Notice will be electronically mailed to: |
|---|---|
| Brian E. Barkley bbarkley@barkenlaw.com<br><br>Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov | Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Joshua D. Bradley jbradley@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com |

Jill D. Caravaggio jill@jill-lawoffice.net,
paralegal@jill-lawoffice.net

Aaron L. Casagrande
Aaron.casagrande@Icemiller.com

Darrell William Clark darrell.clark@stinson.com,
catherine.scott@stinson.com

Emily Devan edevan@milesstockbridge.com

Alan D. Eisler aeisler@e-hlegal.com,
alaneisler@gmail.com

David V. Fontana dfont@gebsmith.com

Jason J. Giguere jgiguere@zwickerpc.com,
bknotices@zwickerpc.com

Richard Marc Goldberg rmg@shapirosher.com,
ejd@shapirosher.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffery Thomas Martin jeff@martinlawgroup.com,
Martin.JefferyT.B119228@notify.bestcase.com,
brittany@martinlawgroup.com,
Diana@martinlawgroup.com

Frank J. Mastro fmastro@schlosslaw.com

Stephen A. Metz smetz@offitkurma.com,
mmargulies@offitkurman.com

Tracey Michelle Ohm tracey.ohm@stinson.com,
porsche.barnes@stinson.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

John E Reid jack@martinlawgroup.com,
brittany@ martinlawgroup.com,
Diana@martinlawgroup.com

Roger Schlossberg trustee@schlosslaw.com,
MD20@ecfcbis.com

Roger Schlossberg bkcreditor@schlosslaw.com,
jkemmerer@schlosslaw.com

Robert G. Shuster rob@shusterlaw.com,
courts@shusterlaw.com

Brent C. Strickland bstrickland@whitefordlaw.com,

Richard C. Burch rcb@mhblaw.com

Aaron L. Casagrande
Aaron.casagrande@Icemiller.com

Darrell William Clark darrell.clark@stinson.com,
catherine.scott@stinson.com

Michael Collyard michael.collyard@gtlaw.com,
rebecca.silas@gtlaw.com

Emily Devan edevan@milesstockbridge.com

Alan D. Eisler aeisler@e-hlegal.com,
alaneisler@gmail.com

Scott W. Foley swf@shapirosher.com,
ajs@shapirosher.com, ens@shapirosher.com,
blr@shapirosher.com, LAR@shapirosher.com

Adam M. Freiman adam@pikesvillelaw.com,
r54650@notify.bestcase.com

Jason J. Giguere jgiguere@zwickerpc.com,
bknotices@zwickerpc.com

Jeffrey Greenberg jgreenberg@rosenbergmartin.com,
lfeigh@rosenbergmartin.com,

Zvi Guttman zguttman@gmail.com,
zviguttman@outlook.com, MD55@ecfcbis.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com, zviguttman@outlook.com,
MD55@ecfcbis.com

Christoper L. Hamlin chamlin@mhlawyers.com,
mevans@mhlawyers.com, chamlin@
ecf.inforuptcy.com, Hamlin.ChristoperR92003@
notify.bestcase.com, cmartin@mhlawyers.com

Peter Ihrig peter.ihrig@gtlaw.com,
rebecca.silas@gtlaw.com

Andrew Janquitto aj@mhblaw.com

Frank J. Mastro fmastro@schlosslaw.com

Aaron Drew Neal aneal@mhlawyers.com,
byoung@mhlawyers.com

Tracey Michelle Ohm tracey.ohm@stinson.com,
porsche.barnes@stinson.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

| | |
|---|---|
| mbaum@whitefordlaw.com,<br>brent-strickland-3227@ecf.pacerpro.com<br><br>US Trustee - Baltimore<br>USTPRegion04.BA.ECF@USDOJ.GOV<br><br>Maurice Belmont Verstandig mac@mvbesq.com,<br>lisa@mvbesq.com, mahlon@dcbankruptcy.com,<br>mac@dcbankruptcy.com, verstandig.mauricer104982<br>@notify.bestcase.com, verstandiglaw@recap.email<br><br>Shawn C Whittaker shawn@whittaker-law.com | Roger Schlossberg trustee@schlosslaw.com,<br>MD20@ecfcbis.com<br><br>Robert G. Shuster rob@shusterlaw.com,<br>courts@shusterlaw.com<br><br>Benjamin Smith bsmith@shulmanrogers.com,<br>vdeguzman@shulmanrogers.com, mzawalick@<br>shulmanrogers.com, tlong@shulmanrogers.com,<br>cwarren@shulmanrogers.com,<br>rparadis@shulmanrogers.com<br><br>Andre' R. Weitzman aequityhouse@aol.com |

(b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Chasen Construction LLC<br>c/o Brandon M. Chasen<br>1501 Yamato Road, Suite 3007<br>Boca Raton, FL 33431<br><br>Michael B. Fisco<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402<br><br>Peter D. Kieselbach<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402<br><br>Catherine Lawrence<br>Lawrence Law LLC<br>323 W. Camden Street, Suite 700<br>Baltimore, MD 21201 | Duque Construction Company<br>777 Briggs Chaney Road<br>Silver Spring, MD 20905<br><br>Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031<br><br>Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209<br><br>Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 |

*/s/ Frank J. Mastro*

/s/ Zvi Guttman