IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| | Case No. 25-12356-NVA |
| Brandon M. Chasen Sr., | |
| Debtor. | (Chapter 11) |

**Notice of Appearance and Request for Notice**

To the Clerk:

Please enter the appearance of Robert B. Kearney as counsel for Roger Schlossberg, Chapter 11 Trustee, and send copies of all motions, notices, order, complaints, and all other papers served and/or filed in this case to:

Robert B. Kearney
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Robert.Kearney@gtlaw.com

Dated: November 18, 2026

Respectfully submitted,

By: */s/ Robert B. Kearney*
Robert B. Kearney
D. Md. Bar No. 31830
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
612.259.9700
Robert.Kearney@gtlaw.com

*Attorney for Roger Schlossberg, Chapter 11 Trustee*

**Certificate of Service**

I HEREBY CERTIFY that on this ***18th*** day of ***November 2026***, a copy of the foregoing *Notice of Appearance and Request for Notice* was served: (a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows:

| | |
|---|---|
| Brian E. Barkley<br>bbarkley@barkenlaw.com<br><br>Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Joshua D. Bradley<br>jbradley@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com<br><br>Richard C. Burch<br>rcb@mhblaw.com<br><br>Jill D. Caravaggio<br>jill@jill-lawoffice.net<br>paralegal@jill-lawoffice.net<br><br>Aaron L. Casagrande<br>Aaron.casagrande@Icemiller.com<br><br>Darrell William Clark<br>darrell.clark@stinson.com,<br>catherine.scott@stinson.com<br><br>Emily Devan<br>edevan@milesstockbridge.com<br><br>Alan D. Eisler<br>aeisler@e-hlegal.com,<br>alaneisler@gmail.com<br><br>David V. Fontana<br>dfont@gebsmith.com<br><br>Adam M. Freiman<br>adam@pikesvillelaw.com,<br>r54650@notify.bestcase.com | Jeffery Thomas Martin<br>jeff@martinlawgroup.com<br>Martin.JefferyT.B119228@notify.bestcase.com<br>brittany@martinlawgroup.com<br>Diana@martinlawgroup.com<br><br>Frank J. Mastro<br>fmastro@schlosslaw.com<br><br>Stephen A. Metz<br>smetz@offitkurman.com<br><br>Charles C. Mills<br>Charles.mills@icemiller.com<br>Quiauna.Krumlauf@icemiller.com<br><br>Tracey Michelle Ohm<br>tracey.ohm@stinson.com<br>porsche.barnes@stinson.com<br><br>Jeffrey M. Orenstein<br>jorenstein@wolawgroup.com<br><br>John E Reid<br>jack@martinlawgroup.com<br>brittany@martinlawgroup.com<br>Diana@martinlawgroup.com<br><br>Roger Schlossberg<br>bkcreditor@schlosslaw.com<br>jkemmerer@schlosslaw.com<br><br>Roger Schlossberg<br>trustee@schlosslaw.com, MD20@ecfcbis.com<br><br>Robert G. Shuster<br>rob@shusterlaw.com, courts@shusterlaw.com |

| | |
|---|---|
| Jason J. Giguere<br>jgiguere@zwickerpc.com,<br>bknotices@zwickerpc.com<br><br>Rochard Marc Goldberg<br>rmg@shapireosher.com<br>ejd@shapirosher.com<br><br>Zvi Guttman<br>zvi@zviguttman.com,<br>zviguttman@gmail.com,<br>zviguttman@outlook.com,<br>MD55@ecfcbis.com<br><br>Robert Kearney<br>Robert.kearney@gtlaw.com | Brent C. Strickland<br>bstrickiland@whitefordlaw.com<br>mbaum@whitefordlaw.com<br>brent-strickland-3227@ecf.pacerpro.com<br><br>US Trustee – Baltimore<br>USTPRegion04.BA.ECF@USDOJ.GOV<br><br>Maurice Belmont VerStandig<br>mac@mbvesq.com<br>lisa@mbvesq.com<br>mahlon@dcbankruptcy.com<br>max@dcbankruptcy.com<br>verstandig.mauricer104982@notify.bestcase.com<br>verstandiglaw@recap.email<br><br>Shawn C Whittaker<br>shawn@whittaker-law.com |

and (b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Chasen Construction LLC<br>Attn: Brandon Chasen<br>12 W. Montgomery St.<br>Baltimore, MD 21230<br><br>Catherine Lawrence<br>Lawrence Law, LLC<br>323 W. Camden Street<br>Suite 700<br>Baltimore, MD 21201<br><br>Duque Construction Company<br>777 Briggs Chaney Road<br>Silver Spring, MD 20905<br><br>Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031 | Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209<br><br>Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204<br><br>Protective Life Insurance Company<br>c/o CT Corporation System, Resident Agent<br>300 Montvue Road<br>Knoxville, TN 37919 |

*/s/ Robert B. Kearney*