IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| Chasen Construction, LLC, | Case No. 25-12356-NVA |
| Debtor. | (Chapter 11) |

**Notice of Appearance and Request for Notice**

To the Clerk:

Please enter the appearance of Michael A. Collyard as counsel for Roger Schlossberg, Chapter 11 Trustee, and send copies of all motions, notices, order, complaints, and all other papers served and/or filed in this case to:

Michael A. Collyard
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Michael.Collyard@gtlaw.com

Dated: November 24, 2026

Respectfully submitted,

By: */s/ Michael A. Collyard*

Michael A. Collyard
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
612.259.9700
Michael.Collyard@gtlaw.com

*Attorney for Roger Schlossberg, Chapter 11 Trustee*

**Certificate of Service**

I HEREBY CERTIFY that on this ***24th*** day of ***November 2026***, a copy of the foregoing *Notice of Appearance and Request for Notice* was served: (a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon as follows:

| | |
|---|---|
| Hugh M. (UST) Bernstein<br>hugh.m.bernstein@usdoj.gov<br><br>Joshua D. Bradley<br>jbradley@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com<br><br>Richard C. Burch<br>rcb@mhblaw.com<br><br>Aaron L. Casagrande<br>Aaron.casagrande@Icemiller.com<br><br>Darrell William Clark<br>darrell.clark@stinson.com,<br>catherine.scott@stinson.com<br><br>Alan D. Eisler aeisler@e-hlegal.com,<br>alaneisler@gmail.com<br><br>Scott W. Foley swf@shapirosher.com,<br>ajs@shapirosher.com,<br>ens@shapirosher.com,<br>blr@shapirosher.com,<br>LAR@shapirosher.com<br><br>Adam M. Freiman<br>adam@pikesvillelaw.com,<br>r54650@notify.bestcase.com<br><br>Jason J. Giguere jgiguere@zwickerpc.com,<br>bknotices@zwickerpc.com<br><br>Jeffrey Greenberg<br>jgreenberg@rosenbergmartin.com,<br>lfeigh@rosenbergmartin.com, | Zvi Guttman zvi@zviguttman.com,<br>zviguttman@gmail.com,<br>zviguttman@outlook.com,<br>MD55@ecfcbis.com<br><br>Andrew Janquitto aj@mhblaw.com<br><br>Frank J. Mastro fmastro@schlosslaw.com<br><br>Aaron Drew Neal aneal@mhlawyers.com,<br>byoung@mhlawyers.com<br>Tracey Michelle Ohm<br>tracey.ohm@stinson.com,<br>porsche.barnes@stinson.com<br><br>Roger Schlossberg<br>trustee@schlosslaw.com,<br>MD20@ecfcbis.com<br><br>Robert G. Shuster rob@shusterlaw.com,<br>courts@shusterlaw.com<br><br>Benjamin Smith<br>bsmith@shulmanrogers.com,<br>vdeguzman@shulmanrogers.com,<br>mzawalick@shulmanrogers.com,<br>tlong@shulmanrogers.com,<br>cwarren@shulmanrogers.com<br>rparadis@shulmanrogers.com<br><br>Morgan Taylor<br>morgantaylor@icemiller.com<br><br>Andre' R. Weitzman<br>aequityhouse@aol.com |

and (b) via first-class mail, postage prepaid, as follows:

| | |
|---|---|
| Peter Kieselbach<br>Greenberg Traurig, LLP<br>90 South 7th Street, Suite 3500<br>Minneapolis, MN 55402 | Shepherd Electric Co., Inc.<br>c/o Douglas H, Seitz, Esq.<br>1 Olympic Place, Suite 800<br>Towson, MD 21204 |
| Robert L. Patrick<br>SC&H Group, Inc.<br>226 Schilling Circle, Suite 300<br>Hunt Valley, MD 21031 | Larry Strauss<br>Larry Strauss ESQ CPA & Assoc., Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209 |

*\/s/ Michael A. Collyard*